JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
LEIGH M. JOHNSON

**(b)** County of Residence of First Listed Plaintiff: SHELBY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
CHRISTIAN BROTHERS UNIVERSITY

County of Residence of First Listed Defendant: SHELBY
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*: STEVE VESCOVO

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
- Citizen of This State: PTF [x] 1 / DEF [x] 1 ; Incorporated or Principal Place of Business In This State: PTF [ ] 4 / DEF [x] 4
- Citizen of Another State: PTF [ ] 2 / DEF [ ] 2 ; Incorporated and Principal Place of Business In Another State: PTF [ ] 5 / DEF [ ] 5
- Citizen or Subject of a Foreign Country: PTF [ ] 3 / DEF [ ] 3 ; Foreign Nation: PTF [ ] 6 / DEF [ ] 6

## IV. NATURE OF SUIT
- [x] 190 Other Contract
- [x] 442 Employment
- [x] 865 RSI (405(g))

## V. ORIGIN
- [x] 1 Original Proceeding

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 U.S.C. § 2000e et seq.

Brief description of cause: Sex discrimination, breach of contract and retaliation

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

DATE: 6/16/2025

SIGNATURE OF ATTORNEY OF RECORD: *(signed)*

FOR OFFICE USE ONLY