# AGREEMENT TO RECEIVE NOTICE OF ELECTRONIC FILING (NEF)

**RECEIVED**

**NOTE:** This Form Does Not Authorize Electronic Filing.

JUN 17 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

RE: _____ (case number)

By my signature and submission of a valid e-mail address, I agree to accept Notice(s) of Electronic Filing from the United States District Court, Western District of Tennessee.

LEIGH M. JOHNSON

**Printed name**

DRLEIGHMJOHNSON @ GMAIL.COM

**Email address (Please PRINT)**

[signature]

**Signature**

If the NEF is returned as undeliverable, this agreement is null and void, and future documents will be mailed via U.S. Postal Service by Clerk's office upon notification of the undeliverable e-mail.