Generated: Jun 17, 2025 4:03PM  Page 1/1



# U.S. District Court

## Tennessee Western - Memphis

Leigh M. Johnson

Receipt Date: Jun 17, 2025 4:03PM

Rcpt. No: 200006783     Trans. Date: Jun 17, 2025 4:03PM     Cashier ID: #MF (3034)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | DTNW225CV002618 /001<br>Leigh M. Johnson | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00
Total Tendered: $405.00
Total Cash Received: $0.00

Questions/Comments: Please contact USDC-TN Western (Memphis) at 901.495.1200.