UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

RECEIVED

JUN 27 2025

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

| | |
|---|---|
| Dr. Leigh M. Johnson, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:25-cv-02618-MSN-atc |
| Christian Brothers University, | ) |
| Defendant. | ) |

## AFFIDAVIT OF SERVICE BY CERTIFIED MAIL

I, Dr. Leigh M. Johnson, declare under penalty of perjury:

1. On June 17, 2025, I deposited with the United States Postal Service, via Certified Mail-Return Receipt Electronic, a true and correct copy of the Summons and Complaint in the above-captioned action.

2. The envelope was addressed to:

**Christian Brothers University**

**c/o Ron Brandon, Registered Agent**

**650 E Parkway South**

Memphis, TN 38104-5519

3. According to USPS Tracking No. 9589 0710 5270 1806 0116 24, the envelope was **delivered on June 20, 2025**, at 1:01 p.m. and was "Left with Individual." A copy of the USPS Proof-of-Delivery record is attached.

4. Accordingly, service was completed on June 20, 2025. Under Fed. R. Civ. P. 12(a)(1)(A), Defendant's answer is due **on or before July 11, 2025**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 24, 2025.

**Dr. Leigh M. Johnson**

Plaintiff pro se

701 South Barksdale St

Memphis, TN 38104

Phone: 701-679-5937

Email: drleighmjohnson@cbu.edu