**UNITED STATES POSTAL SERVICE**

June 23, 2025

Dear Leigh Johnson:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1806 0116 24**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | June 20, 2025, 1:01 pm |
| **Location:** | MEMPHIS, TN 38104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 12.0oz |

### Destination Delivery Address

| | |
|---|---|
| **Street Address:** | 650 E PARKWAY S |
| **City, State ZIP Code:** | MEMPHIS, TN 38104-5519 |

### Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | *[signature]* |
| **Address of Recipient:** | 650 E PARKWAY S, MEMPHIS, TN 38104 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004