UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION

| | | |
|---|---|---|
| DR. LEIGH M. JOHNSON, | ) | |
|    Plaintiff, | ) | |
| v. | ) | **Case No. 2:25-cv-02618-MSN-atc** |
| CHRISTIAN BROTHERS UNIVERSITY, | ) | |
|    Defendant. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff hereby notifies the Court and all parties that, effective July 6 2025, her address will change from:

  701 South Barksdale St., Memphis, TN 38104

to:

  1492A Newton Street NW, Washington, DC 20010

All future correspondence should be directed to the new address.

Dated: July 6, 2025

/s/ Leigh M. Johnson

Dr. Leigh M. Johnson, Pro Se

1492A Newton Street NW

Washington, DC 20010

901-679-5937

Drleighmjohnson@cbu.edu