**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TENNESSEE – WESTERN DIVISION**

| | |
|---|---|
| DR. LEIGH M. JOHNSON, | ) |
|     Plaintiff, | ) |
| v. | )  **Case No. 2:25-cv-02618-MSN-atc** |
| CHRISTIAN BROTHERS UNIVERSITY, | ) |
|     Defendant. | ) |

**NOTICE REGARDING PENDING MOTION (ECF No. 12)**

Plaintiff respectfully inquires about the status of her Pro Se Motion for Leave to File Electronically and to Receive Electronic Notice (ECF No. 12), filed on May 17 2025, which remains pending.

Dated: July 6, 2025

/s/ Leigh M. Johnson

Dr. Leigh M. Johnson, Pro Se

1492A Newton Street NW

Washington, DC 20010

901-679-5937

Drleighmjohnson@cbu.edu