# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **DR. LEIGH M. JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case 2:25-cv-2618-MSN-atc |
| ) | |
| **CHRISTIAN BROTHERS UNIVERSITY,** ) | |
| ) | |
| Defendant. ) | |

## ORDER DENYING MOTION TO FILE ELECTRONICALLY
## AND TO RECEIVE ELECTRONIC NOTICE

Before the Court by order of reference[1] is *pro se* Plaintiff Dr. Leigh M. Johnson's Motion for Leave to File Electronically and to Receive Electronic Notice, filed June 27, 2025. (ECF No. 9.) For the reasons set forth below, the Motion is DENIED.

In her Motion, Dr. Johnson requests permission to file documents electronically through the Court's CM/ECF system pursuant to Local Rule 5.1(e) and the Court's ECF Policies and Procedures Manual. (*Id.*) Local Rule 5.2 and Section 3.3 of the Court's ECF Policies and Procedures Manual provides that *pro se* parties are not given access to electronically file documents and instead must file papers either by personal delivery to the Clerk's office or via mail. The Clerk's Office also permits *pro se* parties, however, to submit their filings electronically by emailing them to intaketnwd@tnwd.uscourts.gov. Dr. Johnson may take advantage of that option.

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

Dr. Johnson also requests that she receive notice of electronic filings in her case. (*Id.*) Along with her Complaint, Dr. Johnson included a signed Agreement to Receive Notice of Electronic Filing (NEF), directing that notifications in this case be sent to drleighmjohnson@gmail.com. (ECF No. 2-3.) The docket indicates that Dr. Johnson has been receiving NEFs since June 27, 2025, and that no other relief appears necessary.

Accordingly, the Motion is DENIED.

SO ORDERED this 8th day of July, 2025.

s/Annie T. Christoff<br>
ANNIE T. CHRISTOFF<br>
UNITED STATES MAGISTRATE JUDGE