# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF TENNESSEE

# WESTERN DIVISION

Leigh M. Johnson,
    Plaintiff,

v.                                           Case No. 2:25-cv-02618-MSN-atc

Christian Brothers University,
    Defendant.

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Leigh M. Johnson respectfully requests that the Clerk of Court enter default against Defendant Christian Brothers University for failure to plead or otherwise defend in this action. As set forth in the accompanying Declaration, Defendant was served with the Summons and Complaint on June 20, 2025, and has failed to appear or respond within the time permitted by law.

Respectfully submitted,

/s/ Leigh M. Johnson

Leigh M. Johnson

Pro Se Plaintiff

1492A Newton Street NW, Washington, D.C. 20010

drleighmjohnson@gmail.com

901-679-5937

Date: July 17, 2025