IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| Dr. Leigh M. Johnson ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 2:25-cv-02618-MSN-atc |
| ) | |
| V. ) | |
| ) | |
| Christian Brothers University ) | |
| ) | |
| Defendant ) | |

## CLERK'S ENTRY OF DEFAULT

In conformity with Rule 55, Federal Rules of Civil Procedure, the defendant Christian Brothers University, is hereby declared to be in default to the plaintiff, Dr. Leigh M. Johnson, for having failed to timely respond to the Complaint filed in the Western District of the United States District Court. Defendant has been served with a summons and complaint, but no answers or notice of appearances have been filed as of the date of this default. For good cause shown, the court may set aside this request for entry of default, pursuant to Rule 55(c).

Entered this 18th day of July, 2025.

Wendy R. Oliver
Clerk of Court

By: s/ Malinda Futrell, Deputy Clerk