UTI01.10003

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

      Plaintiff,

v.                                        Civil Action No.: 2:25-cv-02618-MSN-atc

CHRISTIAN BROTHERS UNIVERSITY,

      Defendant.

**CHRISTIAN BROTHERS UNIVERSITY'S
MOTION TO SET ASIDE ENTRY OF DEFAULT**

Defendant, Christian Brothers University ("CBU"), by and through its counsel, respectfully move the Court to set aside the entry of default entered against CBU in this cause (ECF No. 15). As grounds, *pro se* Plaintiff Dr. Leigh M. Johnson ("Plaintiff") failed to properly serve CBU. Due to her invalid service, Plaintiff was not entitled to request that the Clerk of Court enter default against CBU, Plaintiff's service is facially invalid, and the Clerk's Entry of Default was improvidently granted. And, pursuant to Federal Rule of Civil Procedure 55(c), good cause otherwise exists to set aside the Clerk's Entry of Default. For these reasons, the Court should set aside the Entry of Default against CBU. In support of this Motion, CBU relies upon the Memorandum of Law in Support filed contemporaneously herewith.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By*:   s/Stephen W. Vescovo*
STEPHEN W. VESCOVO (7246)
JAMIE GIBBER    (39552)
2900 One Commerce Square
40 S. Main St.
Memphis, TN  38103
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com
*Attorneys for Defendant*
*Christian Brothers University*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on July 25, 2025, I attempted to confer with Plaintiff Dr. Leigh Johnson regarding the relief requested in this Motion.  I called and left a message with Plaintiff and followed up via email.  Plaintiff responded via email.  The parties could not come to an agreement regarding the relief requested in this Motion.

s/*Stephen w. Vescovo*
STEPHEN W. VESCOVO (7246)

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2025, a copy of the foregoing pleading has been delivered to Plaintiff via the Court's electronic filing system.

s/*Stephen w. Vescovo*
STEPHEN W. VESCOVO (7246)

2