# CHRISTIAN BROTHERS UNIVERSITY

Entity Type: Nonprofit Corporation
Formed in: TENNESSEE
Term of Duration: Perpetual
Religious Type: Non-Religious
Benefit Type: Public Benefit Corporation

Status: Active
Control Number: 000071000
Initial Filing Date: 1/1/1901 4:30:00 PM
Fiscal Ending Month: May
AR Due Date: 09/01/2025

## Registered Agent
RON L BRANDON
650 E PARKWAY S
MEMPHIS, TN 38104

## Principal Office Address
650 E PARKWAY S
MEMPHIS, TN 38104-5519

## Mailing Address
650 E PARKWAY S
MEMPHIS, TN 38104-5519

AR Standing: Good    RA Standing: Good    Other Standing: Good    Revenue Standing: Good

### History (42)

| Type | Date | Tracking Number | Change History |
|---|---|---|---|
| 2024 Annual Report for CHRISTIAN BROTHERS UNIVERSITY | 8/30/2024 3:27:33 PM | B1622-0480 | o Principal Address 1 changed from: 650 E PARKWAY S # 107 to: 650 PARKWAY S |
| 2023 Annual Report for CHRISTIAN BROTHERS UNIVERSITY | 8/31/2023 1:06:42 PM | B1448-3407 | |
| 2022 Annual Report for CHRISTIAN BROTHERS UNIVERSITY | 6/27/2022 2:44:16 PM | B1238-7813 | o Principal Address 1 changed from: 650 E PARKWAY S to: 650 E PARKWAY S # 107 |
| 2021 Annual Report for CHRISTIAN BROTHERS UNIVERSITY | 8/1/2021 3:19:35 PM | B1072-6526 | |
| 2020 Annual Report for CHRISTIAN BROTHERS UNIVERSITY | 11/12/2020 10:50:37 AM | B0947-3378 | |
| Notice of Determination for CHRISTIAN BROTHERS UNIVERSITY | 11/1/2020 1:40:18 AM | B0935-2791 | |