## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ENNESSEE
## WESTERN DIVISION

Dr. Leigh M. Johnson,                )

Plaintiff pro se,                    )

v.                                   )        Case No. 2:25-cv-02618-MSN-atc

Christian Brothers University,       )

Defendant.                           )

---

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL SERVICE OF SUMMONS

---

Plaintiff respectfully notifies the Court that, on **July 29 2025 at 2:02 p.m. CDT**, a licensed process server personally re-served the summons and complaint on **Ron L. Brandon, Registered Agent for Christian Brothers University**, at 650 E Parkway South, Memphis, Tennessee 38104, as reflected in the attached Proof of Service (Exhibit 1).

This supplemental service cures any technical objection Defendant raised in its Motion to Set Aside Clerk's Entry of Default (ECF 16). Plaintiff maintains that the June 20 2025 certified-mail service was valid, but files this notice in an abundance of caution.

/s/ Leigh M. Johnson

Dr. Leigh M. Johnson

Pro Se Plaintiff

1492 A Newton St.

Washington, D.C. 20010

901-679-5937 | drleighmjohnson@gmail.com


**Exhibit 1:** Proof of Personal Service executed July 29 2025.

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **2:25-cv-02618-MSN-atc**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Christian Brothers University**
was recieved by me on  **7/29/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Ron L. Brandon**, who is designated by law to accept service of process on behalf of **Christian
Brothers University** at **650 E Parkway S, Memphis, TN 38104 on 07/29/2025 at 2:02 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 150.00** for services, for a total of **$ 150.00**.

I declare under penalty of perjury that this information is true.

Date:  07/29/2025

_____
*Server's signature*

**Chiquita Brandon**
*Printed name and title*

**1515 Britton St.**
**Memphis, TN 38108**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; NOTICE OF ELECTRONIC FILING; CIVIL COVER SHEET; NOTICE
OF CHANGE OF ADDRESS; EXHIBITS,  to Ron L. Brandon, Registered Agent with identity confirmed by subject
stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired
white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**




Tracking #: **0179834894**