UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Dr. Leigh M. Johnson,
    Plaintiff pro se,

v.                                          Case No. 2:25-cv-02618-MSN-atc

Christian Brothers University,
    Defendant.

---

## PLAINTIFF'S NOTICE OF STATUS INQUIRY

---

Plaintiff respectfully inquires as to the status of Defendant's pending **Motion to Set Aside the Clerk's Entry of Default** (ECF 16). The motion was fully briefed by July 27, 2025, and Plaintiff filed a notice of supplemental personal service on July 29, 2025 (ECF 18). Defendant filed an Answer on August 19, 2025 (ECF 19). As of **September 10, 2025**, no order has issued.

Respectfully submitted,

/s/ Dr. Leigh M. Johnson
Plaintiff, pro se
1492A Newton St. NW
Washington, DC 20010
drleighmjohnson@gmail.com | 901-679-5937
Dated: September 10, 2025

**Certificate of Service**

I certify that on September 10, 2025, I sent notice to counsel of record via email.

/s/ Dr. Leigh M. Johnson
Plaintiff, pro se
1492A Newton St. NW
Washington, DC 20010
drleighmjohnson@gmail.com | 901-679-5937
Dated: September 10, 2025