UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

**Dr. Leigh M. Johnson,**
Plaintiff,
v.
**Christian Brothers University,**
Defendant.

**Case No. 2:25-cv-02618-MSN-atc**

NOTICE OF REQUEST FOR RULING

Plaintiff Leigh M. Johnson respectfully notifies the Court that Defendant's Motion to Set Aside the Clerk's Entry of Default (ECF No. 16) has been fully briefed since July 27, 2025.

To facilitate case management, Plaintiff respectfully requests that the Court issue a ruling on the pending motion at the Court's convenience so that, if necessary, the parties may proceed to their Rule 26(f) conference and the entry of a scheduling order. If the Court would find it helpful, Plaintiff is also available for a brief status conference.

Dated: October 11, 2025
Respectfully submitted,

/s/ Leigh M. Johnson
**Leigh M. Johnson (Pro Se)**
1492 Newton St NW, Apt A
Washington, DC 20010
901-679-5937 | drleighmjohnson@gmail.com

**CERTIFICATE OF SERVICE**

I certify that on October 11, 2025, I served a copy of the foregoing **Notice of Request for Ruling** on counsel for Defendant **Christian Brothers University** by email to opposing counsel at SVescovo@lewisthomason.com.

/s/ Leigh M. Johnson

**Dr. Leigh M. Johnson (Pro Se)**

1492 Newton St NW, Apt A

Washington, DC 20010

901-679-5937 | drleighmjohnson@gmail.com