UTI01.10003

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

DR. LEIGH M. JOHNSON,

    Plaintiff,

vs.                               Case No.: 2:25-cv-02618-MSN-atc

CHRISTIAN BROTHERS UNIVERSITY,

    Defendant.

---

## NOTICE OF SERVICE OF DEFENDANT CHRISTIAN BROTHERS UNIVERSITY'S INITIAL DISCLOSURES

---

Defendant, Christian Brothers University, by and through its counsel, hereby gives notice that it served its Rule 26 Initial Disclosures on Plaintiff on December 23, 2025.

    Respectfully submitted,

    **LEWIS THOMASON, P.C.**

    */s/ Jamie M. Gibber*
    STEPHEN W. VESCOVO (#007246)
    JAMIE M. GIBBER (#039552)
    40 South Main Street, Suite 2900
    Memphis, TN  38103-5529
    (901) 525-8721
    svescovo@lewisthomason.com
    jgibber@lewisthomason.com

    *Attorneys for Defendant, Christian Brothers University*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on the 23rd day of December, 2025, a copy of the foregoing pleading has been delivered to Plaintiff via the Court's electronic filing system.

                                            s/*Jamie M. Gibber*
                                            JAMIE M. GIBBER (39552)