IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

**DR. LEIGH M. JOHNSON,**
Plaintiff,

**v.**  Case No. 2:25-cv-02618-MSN-atc

**CHRISTIAN BROTHERS UNIVERSITY,**
Defendant.

## PLAINTIFF'S NOTICE REGARDING MEDIATOR STIPULATION DEADLINE AND REQUEST FOR APPOINTMENT OF MEDIATOR

Plaintiff files this Notice to comply with the Court's Scheduling Order, which sets a Mediator Stipulation Filing Deadline of January 2, 2026, and an ADR deadline of February 24, 2026.

1. Defendant identified **Darryl Gresham** as Defendant's preferred mediator.

2. Plaintiff has informed defense counsel in writing that she was ready to stipulate to Defendant's proposed mediator, Darryl Gresham, and has requested that defense counsel confirm availability and coordinate scheduling so ADR can be completed by the Court's deadline.

3. Plaintiff has also communicated with the mediator's office regarding fees and scheduling and copied defense counsel.

4. As of the time of this filing on **January 2, 2026**, defense counsel has **not responded** to Plaintiff's emails, and the parties have therefore been unable to submit a joint mediator stipulation by the deadline.

**Request for relief.** To keep ADR on schedule and avoid prejudice from further delay, Plaintiff respectfully requests that the Court:

**A. Appoint Darryl Gresham as mediator** in this case (or, alternatively, select a mediator pursuant to the Court's ADR procedures); and
**B.** Order the parties to **file a mediator scheduling notice within three (3) business days of the**

**Court's order appointing a mediator**, proposing at least three (3) mutually available mediation dates (or another schedule the Court deems appropriate), sufficient to ensure ADR is completed by **February 24, 2026**.Respectfully submitted,

/s/ Leigh M. Johnson
DR. LEIGH M. JOHNSON (Pro Se)
1492 Newton Street NW, Apt. A
Washington, DC 20010
901-679-5937
drleighmjohnson@gmail.com

Dated: January 2, 2026

**CERTIFICATE OF SERVICE**

I certify that on January 2, 2026, I served a copy of the foregoing document on counsel for Defendant by email.

Stephen W. Vescovo, Lewis Thomason, P.C.
SVescovo@lewisthomason.com

/s/ Leigh M. Johnson
Dr. Leigh M. Johnson