IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

WESTERN DIVISION

**DR. LEIGH M. JOHNSON,**
Plaintiff,

**v.**                                          Case No. 2:25-cv-02618-MSN-atc

**CHRISTIAN BROTHERS UNIVERSITY,**
Defendant.

**[PROPOSED] ORDER APPOINTING MEDIATOR
AND SETTING ADR SCHEDULING PROTOCOL**

IT IS ORDERED that **Darryl Gresham** is **APPOINTED** as mediator in this matter **(or, if the Court elects not to appoint Mr. Gresham, the mediator selected by the Court is appointed).**

IT IS FURTHER ORDERED that, **within three (3) business days of this Order**, the parties shall file a notice proposing at least **three (3) mutually available dates** for mediation, sufficient to ensure ADR is completed by **February 24, 2026**.

SO ORDERED this ___ day of _____, 2026.

_____
Annie T. Christoff
United States Magistrate Judge