UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:25-cv-02618-MSN-atc | Case title: Dr. Leigh M. Johnson vs. Christian Brothers University |
|---|---|
| Plaintiff counsel: Dr. Leigh M. Johnson (pro se Plaintiff) | |
| Defendant counsel: Stephen W. Vescovo | |
| Presiding Judge: Judge Mark S. Norris | Mediator: Darryl D. Gresham |

I, **Darryl D. Gresham**, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on **February 5, 2026**.

As a result of that mediation held on **February 5, 2026**.

☐ The case has settled in whole.

　☐ Case settled prior to scheduling first mediation session.

　☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒ The case has not settled.

　☐ Mediation will continue on _____.

　☒ The parties may schedule another session at a later date.

　☐ Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Dr. Leigh M. Johnson
Stephen W. Vescovo, Esq.

| Date | Electronic signature of Mediator: |
|---|---|
| February 6, 2026 | s/ **Darryl D. Gresham (#017380)** |