Case: **2:25−cv−02618**
Assigned To : **Lea, Brian C**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **3/25/2026**
Description: **Johnson v. Christian Brothers University**