UTI01.10003

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

      Plaintiff,

vs.                                                       Case No.: 2:25-cv-02618-MSN-atc

CHRISTIAN BROTHERS UNIVERSITY,

      Defendant.

_____

**NOTICE OF SERVICE OF DEFENDANT CHRISTIAN BROTHERS UNIVERSITY'S
DISCOVERY RESPONSES**

_____

Defendant, Christian Brothers University, by and through its counsel, hereby gives notice

that it served responses to Plaintiff's First Set of Requests for Admissions and First Set of Requests

for Production on Plaintiff on April 24, 2026.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

*/s/ Stephen W. Vescovo*
STEPHEN W. VESCOVO (#007246)
JAMIE M. GIBBER (#039552)
40 South Main Street, Suite 2900
Memphis, TN  38103-5529
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com

*Attorneys for Defendant, Christian Brothers
University*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 24th day of April, 2026, a copy of the foregoing pleading has been delivered to the following via email:

Dr. Leigh M. Johnson
1492A Newton Street NW
Washington, DC 20010
drleighmjohnson@gmail.com
*Pro se Plaintiff*

*s/Stephen W. Vescovo*
STEPHEN W. VESCOVO

2