**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

Plaintiff,

v.                                              Case No. 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

Defendant.

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH ECF 43

Plaintiff Dr. Leigh M. Johnson, *pro se*, respectfully notifies the Court that, in compliance with the Court's Order on Pending Motions at ECF 43 (Apr. 28, 2026), the parties have conferred in writing and reached agreement on a Bilateral Protective Order. Conferral was conducted between April 28, 2026 and May 12, 2026. Plaintiff has today submitted the agreed Proposed Bilateral Protective Order to chambers at ECF_Judge_Christoff@tnwd.uscourts.gov for the Court's consideration.

Respectfully submitted,
/s/ Dr. Leigh M. Johnson
Dr. Leigh M. Johnson
Plaintiff, *Pro Se*
1492 Newton Street NW, Apt. A
Washington, DC 20010
(901) 679-5937
drleighmjohnson@gmail.com

Dated: May 12, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2026, I served a true and correct copy of the foregoing Plaintiff's Notice of Compliance with ECF 43 on counsel of record for Defendant Christian Brothers University by electronic mail addressed to: Stephen W. Vescovo, Esq. and Jamie M. Gibber, Esq. at svescovo@lewisthomason.com and jgibber@lewisthomason.com.

/s/ Dr. Leigh M. Johnson

Dr. Leigh M. Johnson

Plaintiff, *Pro Se*

1492 Newton Street NW, Apt. A

Washington, DC 20010

(901) 679-5937

drleighmjohnson@gmail.com