**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

| | | |
|---|---|---|
| **DR. LEIGH M. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case 2:25-cv-2618-BCL-atc** |
| | ) | |
| **CHRISTIAN BROTHERS UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### ORDER TO SHOW CAUSE

---

Pursuant to the Court's April 28, 2026 Order on Pending Motions,[1] *pro se* Plaintiff Dr. Leigh M. Johnson's Amended Complaint was deemed filed and became the operative Complaint in this matter.  (ECF No. 43, at 4.)  Defendant Christian Brothers University ("CBU") was ordered to respond to the Amended Complaint by May 12, 2026.  (*Id.*)  CBU has not responded to the Amended Complaint, and the deadline to do so has passed.

Accordingly, CBU is ORDERED to respond to the Amended Complaint on or before May 27, 2026.  Failure to do so may result in appropriate sanctions related to the allegations in the Amended Complaint.

SO ORDERED this 13th day of May, 2026.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.