**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

    Plaintiff,

v.

CHRISTIAN BROTHERS UNIVERSITY,

    Defendant.

Case No. 2:25-cv-02618-BCL-atc

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND DETERMINE**

**SUFFICIENCY OF RFA ANSWERS**

Plaintiff Dr. Leigh M. Johnson, proceeding pro se, respectfully moves under Federal Rule of Civil Procedure 37(a) for an order compelling Defendant Christian Brothers University to cure deficiencies in its responses and production to Plaintiff's First Requests for Production, and under Federal Rule of Civil Procedure 36(a)(6) for an order determining the sufficiency of Defendant's answers to Plaintiff's First Requests for Admission.

In support of this Motion, Plaintiff states that Defendant's April 24, 2026 responses and production are incomplete, evasive, and not reasonably usable; that Defendant has failed to produce or identify responsive documents central to the claims and defenses in this action; that Defendant has asserted privilege without a Rule 26(b)(5)(A) privilege log; and that several RFA answers fail to fairly respond to the substance of the requests.

1

The specific deficiencies, the relevant requests and responses, the parties' conferral history, and the requested relief are set forth in Plaintiff's Memorandum in Support and the accompanying exhibits, incorporated here by reference.

Plaintiff respectfully requests that the Court grant this Motion and enter the proposed order submitted herewith, requiring Defendant to serve complete supplemental responses, produce responsive nonprivileged documents, reproduce ESI in native or reasonably usable form where appropriate, provide required privilege logs and preservation/search disclosures, and serve amended RFA answers or have the specified matters deemed admitted.

Dated: May 18, 2026.

Respectfully submitted,

/s/ Dr. Leigh M. Johnson
Dr. Leigh M. Johnson
Plaintiff, pro se
1492 Newton Street NW, Apt. A
Washington, DC 20010
(901) 679-5937
drleighmjohnson@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2026, I served a true and correct copy of the foregoing by electronic mail upon counsel of record, Stephen W. Vescovo (svescovo@lewisthomason.com) and Jamie M. Gibber (jgibber@lewisthomason.com).

/s/ Dr. Leigh M. Johnson