UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

# EXHIBIT F

Email/letter from Jamie M. Gibber to Plaintiff regarding preservation, March 30, 2026

Johnson v. Christian Brothers University
Case No. 2:25-cv-02618-BCL-atc



**Leigh Johnson <drleighmjohnson@gmail.com>**

## RE: Service of Plaintiff's First Written Discovery, Follow-Up Litigation Hold Notice, and Meet-and-Confer Request

1 message

**Gibber, Jamie** <jgibber@lewisthomason.com>                   Mon, Mar 30, 2026 at 5:16 PM
To: Leigh Johnson <drleighmjohnson@gmail.com>, "Vescovo, Steve W." <SVescovo@lewisthomason.com>

Dr. Johnson:


Hope you are well.  Please consider this correspondence written confirmation that we have forwarded your litigation hold notice letter to CBU and they are complying with their preservation duties, as they have been since you filed your EEOC claim.


Regarding your request for consent to exceed the discovery limits in this case, we cannot agree to that request.  If you would like to discuss further, please let us know.


Best,

Jamie




**Jamie Gibber** Lawyer
**Lewis Thomason, P.C.**
ONE COMMERCE SQUARE
29TH FLOOR
40 SOUTH MAIN | P.O. Box | Memphis, TN 38103
Tel: 901-525-8721 | Fax: 901-525-6722
Web Page | My Bio

---

**From:** Leigh Johnson <drleighmjohnson@gmail.com>
**Sent:** Wednesday, March 25, 2026 2:11 PM
**To:** Vescovo, Steve W. <SVescovo@LewisThomason.com>; Gibber, Jamie <jgibber@lewisthomason.com>; Leigh Johnson <drleighmjohnson@gmail.com>
**Subject:** Service of Plaintiff's First Written Discovery, Follow-Up Litigation Hold Notice, and Meet-and-Confer Request


Dear Mr. Vescovo and Ms. Gibber:

Please find attached the following four documents, which I am serving on you today, March 25, 2026, in the above-captioned matter:

1. **Follow-Up Letter — Litigation Hold Notice** — A follow-up to my March 13, 2026 Litigation Hold Notice, noting that the ten-day written confirmation deadline has passed without response and requesting written confirmation of

CBU's preservation compliance by March 30, 2026.

2. **Meet-and-Confer Letter — Request for Consent to Exceed Discovery Limits** — A pre-motion meet-and-confer letter pursuant to Local Rule 7.2(a)(1)(B) and the Court's Scheduling Order (ECF 28), requesting CBU's consent to exceed the limits on Requests for Admission and Interrogatories established in the Rule 26(f) Report (ECF 26). Please respond by March 30, 2026.

3. **Plaintiff's Requests for Admission to Defendant Christian Brothers University** — Plaintiff's First Set of Requests for Admission, comprising 30 requests served pursuant to Federal Rule of Civil Procedure 36. Responses are due within 30 days of service.

4. **Plaintiff's First Requests for Production to Defendant Christian Brothers University** — Plaintiff's First Set of Requests for Production, comprising 50 requests served pursuant to Federal Rules of Civil Procedure 26 and 34. Responses are due within 30 days of service.

Please confirm receipt of these documents.

Respectfully,

Dr. Leigh M. Johnson

Plaintiff, Pro Se
1492 Newton Street NW, Apt. A
Washington, DC 20010
(901) 679-5937
drleighmjohnson@gmail.com