# EXHIBIT J

Excerpts from Defendant's April 24, 2026 production, Bates CBU-058
through CBU-218



**ROSA DEAL SCHOOL OF ARTS**
650 East Parkway South
Memphis, Tennessee 38104
(901) 321-3335 • Fax (901) 321-4340
**www.cbu.edu**

April 10, 2024

To Whom It May Concern:

Please accept my resignation of my position as Professor in the Department of Religion and Philosophy, effective at the end of this contract year, on May 11, 2024. This letter confirms my intent as initially indicated in my email of December 7, 2023, to David Archer and Lydia Rosencrants.

I understand that my current HR benefits will end on May 31, 2024.

I am scheduled to continue teaching online as an adjunct in 2024-2025, so please note that I will still need my CBU email address and access to Canvas, Bannerweb, etc. in the next academic year.

I will work with my chair and dean on a date to move out of my office in Stritch.

I have enjoyed contributing to the CBU community over these past 16 years. This work has been fulfilling and meaningful, both personally and professionally, and I wish the very best for my colleagues and friends here in the years ahead.

Sincerely yours,

Emily A. Holmes

Professor, Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN 38104
Office: Stritch Hall, Room 217
Phone: 901-321-3325
Email: eholmes1@cbu.edu

CATHOLIC • LASALLIAN • DISTINCTIVE

CBU-058

Tawny LeBouef Tullia, PhD
*She|Her|Hers*
Dean, Rosa Deal School of Arts
Interim Dean, School of Business
Associate Professor

**Christian Brothers University**
Rosa Deal Building 211
Buckman Hall 317
901-321-3458

"Courage is the most important of all the virtues. Because without courage, you can't practice any other virtue consistently. You can't be consistently fair, or kind, or true, or honest, or generous; none of those things. You can be anything erratically. But to be it consistently, you have to have courage." Maya Angelou

Please note: If you're receiving this message after your regular work hours, I do not expect a reply outside of work hours. I value the autonomy to balance your work and your time away from that work.

**From:** James Buchanan Wallace <jwallac6@cbu.edu>
**Sent:** Thursday, December 21, 2023 4:21 PM
**To:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Subject:** FW: Overrides okay for PHIL classes

--
James Buchanan Wallace, Ph.D.
Chair, Professor of Religion
Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN  38104
Office Phone: 901-321-3018



Students can click here to make an appointment with me through Starfish!

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Thursday, December 21, 2023 2:28 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Duly noted. I will think about it and get back to you.

-LMJ



2

CBU-059

**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com

**From:** James Buchanan Wallace <jwallac6@cbu.edu>
**Sent:** Thursday, December 21, 2023 2:23 PM
**To:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear Leigh,

Duly noted. I thought your earlier emails had implied you wanted the course. So please: if you would like to teach the course, let me know ASAP, and we can straighten things out with the Registrar.

Sincerely,

Bru

--
James Buchanan Wallace, Ph.D.
Chair, Professor of Religion
Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN  38104
Office Phone: 901-321-3018



Students can click here to make an appointment with me through Starfish!

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Thursday, December 21, 2023 2:21 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>; Tawny LeBouef Tullia <tltullia@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

I would prefer to be given the minimal consideration that any colleague should be given, if you must know, which at the very least requires a conversation before adding courses to a faculty member's schedule.

No need to send the email to the Registrar. I've already done so.

-LMJ



**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee

3

CBU-060

Tawny LeBouef Tullia, PhD
*She|Her|Hers*
Dean, Rosa Deal School of Arts
Interim Dean, School of Business
Associate Professor

**Christian Brothers University**
Rosa Deal Building 211
Buckman Hall 317
901-321-3458

"Courage is the most important of all the virtues. Because without courage, you can't practice any other virtue consistently. You can't be consistently fair, or kind, or true, or honest, or generous; none of those things. You can be anything erratically. But to be it consistently, you have to have courage." Maya Angelou

Please note: If you're receiving this message after your regular work hours, I do not expect a reply outside of work hours. I value the autonomy to balance your work and your time away from that work.

**From:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Sent:** Friday, December 29, 2023 11:38 AM
**To:** Lydia W Rosencrants <lrosencr@cbu.edu>
**Subject:** Forwarding A (1) conversation - Fw: Overrides okay for PHIL classes

Hi Lydia.

Thank you for taking that time today.

I am forwarding this one conversation as an example to you as a resource for your conversation this afternoon.

On the morning of January 2, I will forward a folio with a larger sample of conversations. I plan to copy Bru on that email. My formal request in that email will be that the supervision of Dr. Leigh Johnson either be moved to my purview or to yours, for the remainder of her contract.

I will be asking our Chairs and departments to focus on planning forward and as you can see below, this nonrenewed faculty member will be making that work difficult, at best.

I would not like to move the management of the entire department out of Bru's hands. Not at this time. And not without deep conversation with him about that. (I am explicit here only for absolute transparency.)

Lydia, as I noted, one of my concerns with Dr. Leigh Johnson's communications is her inclusion of students in them on occasion. Though I've not received anything that falls explicitly over a line, we are walking a line in some instances.

Thank you for your support in thinking through managing this situation,
Tawny

Tawny LeBouef Tullia, PhD

*She|Her|Hers*

2

CBU-061

Dean, Rosa Deal School of Arts

Associate Professor

Director of Equity, Inclusion, Justice Studies Minor

**Rosa Deal School of Arts**

**Christian Brothers University**
Rosa Deal Building 211
901-321-3458

"Hope is definitely not the same thing as optimism. It is not the conviction that something will turn out well, but the certainty that something makes sense, regardless of how it turns out."

Václav Havel

Please note:  If you're receiving this message after your regular work hours, I do not expect an immediate reply.  #worklifebalance

---

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Thursday, December 21, 2023 2:13 PM
**To:** Tawny LeBouef Tullia <tltullia@cbu.edu>; James Buchanan Wallace <jwallac6@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear all,

I am aware that Tawny has already set her auto-email response to "away" until January, which would be too late to take her up on her "open door" invitation for a meeting in this case.

It is entirely unclear to me what, if any, policies or procedures are being employed to remove/assign Spring 2024 courses at this point. I have been asking *for weeks* for some clarity on the Spring 2024 PHIL220C assignment that was removed from my course schedule when, at the same time, students were being added to my other courses.

I was informed that PHIL220C was removed from my schedule on 6 November. I expressed my dissatisfaction with that decision, but have since planned appropriately for the Spring semester. Today, I was CC'd on an email to the Registrar reassigning that course to me. No one told me this was happening in advance, and no one in the intervening weeks has consulted me to ask if I am still willing or able to teach an "overload" next semester.

I will remind you both that I am still a tenured professor at CBU. My contract is to teach a 4/4 load and anything I teach above that is a grossly-underpaid service to the University. To assign an overload course to me without the minimal

3

CBU-062

Tawny LeBouef Tullia, PhD
*She|Her|Hers*
Dean, Rosa Deal School of Arts
Interim Dean, School of Business
Associate Professor

**Christian Brothers University**
Rosa Deal Building 211
Buckman Hall 317
901-321-3458

"Courage is the most important of all the virtues. Because without courage, you can't practice any other virtue consistently. You can't be consistently fair, or kind, or true, or honest, or generous; none of those things. You can be anything erratically. But to be it consistently, you have to have courage." Maya Angelou

Please note: If you're receiving this message after your regular work hours, I do not expect a reply outside of work hours. I value the autonomy to balance your work and your time away from that work.

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Thursday, December 21, 2023 2:21 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>; Tawny LeBouef Tullia <tltullia@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

I would prefer to be given the minimal consideration that any colleague should be given, if you must know, which at the very least requires a conversation before adding courses to a faculty member's schedule.

No need to send the email to the Registrar. I've already done so.

-LMJ



**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com

**From:** James Buchanan Wallace <jwallac6@cbu.edu>
**Sent:** Thursday, December 21, 2023 2:18 PM
**To:** Leigh M Johnson <leigh.johnson@cbu.edu>; Tawny LeBouef Tullia <tltullia@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear Leigh:

Thank you for letting me know. I had taken it from your earlier emails (clearly, wrongly) that you *wanted* the class back, since Paul will not, in fact, be teaching courses for our department this fall.

2

CBU-063

If you would prefer that I send the email asking that you not be reassigned the course, let me know, and I will do so.

Sincerely,

Bru

--
James Buchanan Wallace, Ph.D.
Chair, Professor of Religion
Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN  38104
Office Phone: 901-321-3018



Students can click here to make an appointment with me through Starfish!

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Thursday, December 21, 2023 2:14 PM
**To:** Tawny LeBouef Tullia <tltullia@cbu.edu>; James Buchanan Wallace <jwallac6@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear all,

I am aware that Tawny has already set her auto-email response to "away" until January, which would be too late to take her up on her "open door" invitation for a meeting in this case.

It is entirely unclear to me what, if any, policies or procedures are being employed to remove/assign Spring 2024 courses at this point. I have been asking *for weeks* for some clarity on the Spring 2024 PHIL220C assignment that was removed from my course schedule when, at the same time, students were being added to my other courses.

I was informed that PHIL220C was removed from my schedule on 6 November. I expressed my dissatisfaction with that decision, but have since planned appropriately for the Spring semester. Today, I was CC'd on an email to the Registrar reassigning that course to me. No one told me this was happening in advance, and no one in the intervening weeks has consulted me to ask if I am still willing or able to teach an "overload" next semester.

I will remind you both that I am still a tenured professor at CBU. My contract is to teach a 4/4 load and anything I teach above that is a grossly-underpaid service to the University. To assign an overload course to me without the minimal decency of consulting me first—*especially* since it was taken away from me in the first place under such arbitrary conditions—is not only disrespectful, but unacceptable.

Consequently, I will be informing the Registrar by email, and copying you both, that I have not consented to the reassignment of PHIL220C to me.

Regards,
Leigh M. Johnson



3

CBU-064

**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com

---

**From:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Sent:** Wednesday, December 20, 2023 10:27 AM
**To:** Leigh M Johnson <leigh.johnson@cbu.edu>; James Buchanan Wallace <jwallac6@cbu.edu>
**Subject:** Re: Overrides okay for PHIL classes

Hi Leigh (and Bru).

Leigh, Bru asked me via email on Monday to reassign your overload (CRN 20446  PHIL 220 C) back to you.

Both unassigned courses (PHIL 219.A and PHIL 220.C) were to be assigned to Paul Haught who was to return to the faculty for the spring semester.  As you are aware, he has since taken a position at another institution.

Leigh, there is no intent to add insult to injury here. In fact, quite the opposite is true.

I have already spoken with Bru this morning to respond to his question of Monday. I have been delayed in that answer due to health concerns of my own.

I will add the same offer I continue to close these emails with Leigh - If you would like to have a conversation with me, my door is open to you and will remain so.

Tawny


Tawny LeBouef Tullia, PhD

*She|Her|Hers*

Dean, Rosa Deal School of Arts

Associate Professor

Director of Equity, Inclusion, Justice Studies Minor


**Rosa Deal School of Arts**

**Christian Brothers University**
Rosa Deal Building 211
901-321-3458


"Hope is definitely not the same thing as optimism. It is not the conviction that something will turn out well, but the certainty that something makes sense, regardless of how it turns out."

4

CBU-065

Václav Havel


Please note: If you're receiving this message after your regular work hours, I do not expect an immediate reply. #worklifebalance

---

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Tuesday, December 19, 2023 6:39 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>
**Cc:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear Bru and Tawny,

I remain curious why students are being added to my already fully-enrolled courses after you took away my (fully-enrolled PHIL220 C) course from me for the Spring 2024 semester. As of today, that course remains "unassigned" in BannerWeb.

Bru told me that it was being reassigned to Paul Haught, but obviously that is not the case, which leads me to understand (at this late date) that you intend to hire an adjunct to teach it. I will remind you that every CBU student who enrolled in PHIL220 C for the Spring 2024 semester was led to believe that I would be teaching that course, which is why it is fully-enrolled.

I am, of course, aware that you both recommended me for termination, but I trust you understand that "adjunct" and "overload" faculty pay is the same, so reassigning my overload course to an adjunct has no other effect than to add insult to injury.

Could you please explain to me why my fully-enrolled Spring 2024 PHIL220 C course is being reassigned?

Regards,
Leigh



**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com


**From:** Leigh M Johnson
**Sent:** Wednesday, December 6, 2023 7:54 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

CBU-066

**Vescovo, Steve W.**

| | |
|---|---|
| **From:** | Gibber, Jamie |
| **Sent:** | Friday, April 24, 2026 11:26 AM |
| **To:** | Vescovo, Steve W. |
| **Subject:** | FW: a plea |

**Importance:** High

See email below.  Let me know thoughts on producing.

**From:** Lydia W Rosencrants <lrosencr@cbu.edu>
**Sent:** Friday, April 24, 2026 10:50 AM
**To:** Gibber, Jamie <jgibber@lewisthomason.com>
**Subject:** FW: a plea
**Importance:** High

Hi, Jamie.  Here you are.

I am also going to forward you an email that shows that Emily did teach in Spring 2024.  I am not sure why Jack is not seeing any courses for her.



Dr. Lydia Rosencrants, CPA, CMA
Professor of Accounting and Director of the MBA Program
Christian Brothers University
650 East Parkway South
Memphis, TN 38104
901-321-3028 (office)
706-402-6742 (cell)
Make an appointment through Calendly

**From:** Emily A Holmes <eholmes1@cbu.edu>
**Sent:** Thursday, December 7, 2023 7:40 AM
**To:** David L Archer <darcher@cbu.edu>; Lydia W Rosencrants <lrosencr@cbu.edu>
**Subject:** a plea
**Importance:** High

Dear Dave and Lydia,

Please take my job instead of Burt Fulmer's. I will not be continuing here after May. (I'm not resigning now, but at the end of the contract year.) Burt, however, should be able to stay in the department of religion. He is Roman Catholic, he has seniority to me, he is tenured, and he can teach all my classes. Please, I hope you will reconsider keeping his position and cutting mine instead.

1

CBU-067

Sincerely yours,
Emily


Emily A. Holmes, Ph.D. (she/her)

Professor, Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN 38104

Office: Stritch Hall, Room 217

Phone: 901-321-3325
Email: eholmes1@cbu.edu


Faculty profile and recent publications

CBU students click here to make an appointment with me in Starfish Virtual meetings:
https://tinyurl.com/EmilyHolmesTeamsMeeting

2

CBU-068

Tawny LeBouef Tullia, PhD
*She|Her|Hers*
Dean, Rosa Deal School of Arts
Interim Dean, School of Business
Associate Professor

**Christian Brothers University**
Rosa Deal Building 211
Buckman Hall 317
901-321-3458

"Courage is the most important of all the virtues. Because without courage, you can't practice any other virtue consistently. You can't be consistently fair, or kind, or true, or honest, or generous; none of those things. You can be anything erratically. But to be it consistently, you have to have courage." Maya Angelou

Please note: If you're receiving this message after your regular work hours, I do not expect a reply outside of work hours. I value the autonomy to balance your work and your time away from that work.

**From:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Sent:** Wednesday, November 22, 2023 12:11 PM
**To:** Leigh M Johnson <leigh.johnson@cbu.edu>; James Buchanan Wallace <jwallac6@cbu.edu>
**Cc:** Philip Maloney <pmaloney@cbu.edu>; Emily A Holmes <eholmes1@cbu.edu>; J. Burton Fulmer <jfulmer@cbu.edu>; Scott Geis <sgeis@cbu.edu>; Bruce Cinquegrani <rcinqueg@cbu.edu>
**Subject:** Re: Last R&P Department meeting

Hi and good morning to each of you.

Leigh (and all), I have drafted and revised this email a great deal in thought before even sitting down here.

Leigh, though you copied me here, you did not address me or my inclusion. I must infer intention in that inclusion. Nevertheless, I intend my response to your email is one of transparency, a transparency I have (I hope) offered throughout this crisis. I additionally respond here with brevity.

This crisis and the fallible people in authority (the Administration and Board of the University) have demanded work that we have fought at every single turn. "Complicit" is not at all a word I would agree with. There is no request in this point for *any* empathy, compassion, or understanding. I am simply offering you and all copied here that context.

Bru cannot give you what he does not have. Simply put. Transparent. And without pretense of decorum. He does not have the information you seek. I do not have the information you seek. As soon as I do, I will be letting those affected know.

It ought be noted that Bru has championed for *each of you* at every single turn. That has caused him to receive a good deal of animosity and targeted anger in various occasions in the last 2 months. This crisis, and to my mind, the very short timeline are causing an intense array of trauma responses. In all of us.

The faculty who are outside of the Retrenchment Committee and of RDSOA administrative work do have other ways to demand information.

With each day, each meeting, each returned demand, we are doing our utmost to use data-driven analyses and very well-researched and networked strategies to preserve the mission the we have *all* worked so hard to ascribe to and lift for our students and community.

2

CBU-069

Leigh, I am responding as I feel you all deserve. But I am not opening an invitation or an expectation to continue this email chain. My door is open and I make myself available to answer questions to the best of my ability, relaying the answers I have.

With continued concern and care for all of us and each of us,
Tawny


Tawny LeBouef Tullia, PhD

*She|Her|Hers*

Dean, Rosa Deal School of Arts

Associate Professor

Director of Equity, Inclusion, Justice Studies Minor


**Rosa Deal School of Arts**

**Christian Brothers University**
Rosa Deal Building 211
901-321-3458


"Hope is definitely not the same thing as optimism. It is not the conviction that something will turn out well, but the certainty that something makes sense, regardless of how it turns out."

Václav Havel


Please note: If you're receiving this message after your regular work hours, I do not expect an immediate reply. #worklifebalance

---

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Tuesday, November 21, 2023 4:49 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>
**Cc:** Tawny LeBouef Tullia <tltullia@cbu.edu>; Philip Maloney <pmaloney@cbu.edu>; Emily A Holmes <eholmes1@cbu.edu>; J. Burton Fulmer <jfulmer@cbu.edu>; Scott Geis <sgeis@cbu.edu>; Bruce Cinquegrani <rcinqueg@cbu.edu>
**Subject:** Last R&P Department meeting

Dear Bru,

3

CBU-070

Dear Bru,

Thanks for your reply. Paul informed me that he has not yet been reassigned to our Department for the Spring semester.

If there are any remaining adjuncts teaching Philosophy courses in the Spring, however, my overload course should be reassigned to me.

Best,
Leigh



**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com

**From:** James Buchanan Wallace <jwallac6@cbu.edu>
**Sent:** Wednesday, December 6, 2023 3:14 PM
**To:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear Leigh:

There are two reasons:

1. As a matter of policy, Tawny asked that we eliminate faculty overloads across the board (i.e., in all departments), to the degree possible.

2. Also, Paul Haught is slated to revert back to our department, and I needed to find classes to assign him. Unfortunately, I also had to pull a class from our only adjunct.

Sincerely,

Bru

--
James Buchanan Wallace, Ph.D.
Chair, Professor of Religion
Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN  38104
Office Phone: 901-321-3018



Students can click here to make an appointment with me through Starfish!

6

CBU-071

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Tuesday, December 5, 2023 8:00 AM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>; Philip Maloney <pmaloney@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear Bru,

I'm curious why exactly I'm being asked to consider over-enrolling my Spring 2024 classes when I was already assigned a Spring 2024 PHIL220 course that is fully enrolled (and remains unassigned in BannerWeb)? Should I assume that you have decided to give that course to an adjunct rather than to me as an "overload" course? It is, after all, the same cost to the University, either way.

Obviously, I understand that you have the authority to take courses away from me, without explanation, and add students to my already-fully-enrolled courses without my consent. I honestly just don't understand this decision.

Sincerely,
Leigh



**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com

**From:** James Buchanan Wallace <jwallac6@cbu.edu>
**Sent:** Friday, December 1, 2023 6:25 PM
**To:** Philip Maloney <pmaloney@cbu.edu>; Leigh M Johnson <leigh.johnson@cbu.edu>
**Subject:** Overrides okay for PHIL classes

Dear Max and Leigh:

I wanted you both to know that I have looked over enrollment for PHIL classes for the Spring, and we are now in pretty good shape. It is fine, now that enrollment is fairly evenly spread, to do some class-size overrides, especially if you receive requests that you find convincing.

Sincerely,

James Wallace

--
James Buchanan Wallace, Ph.D.
Chair, Professor of Religion
Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN  38104
Office Phone: 901-321-3018

7

CBU-072

Tawny LeBouef Tullia, PhD
*She|Her|Hers*
Dean, Rosa Deal School of Arts
Interim Dean, School of Business
Associate Professor

**Christian Brothers University**
Rosa Deal Building 211
Buckman Hall 317
901-321-3458

"Courage is the most important of all the virtues. Because without courage, you can't practice any other virtue consistently. You can't be consistently fair, or kind, or true, or honest, or generous; none of those things. You can be anything erratically. But to be it consistently, you have to have courage." Maya Angelou

Please note: If you're receiving this message after your regular work hours, I do not expect a reply outside of work hours. I value the autonomy to balance your work and your time away from that work.

**From:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Sent:** Tuesday, December 19, 2023 8:57 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>
**Subject:** Fwd: Overrides okay for PHIL classes

Bru,

I will respond to this tomorrow. It will not be early.

Just wanted to let you know that in case you worry about responding.

Tawny

Get Outlook for iOS

**From:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Sent:** Tuesday, December 19, 2023 6:39:19 PM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>
**Cc:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Subject:** RE: Overrides okay for PHIL classes

Dear Bru and Tawny,

I remain curious why students are being added to my already fully-enrolled courses after you took away my (fully-enrolled PHIL220 C) course from me for the Spring 2024 semester. As of today, that course remains "unassigned" in BannerWeb.

Bru told me that it was being reassigned to Paul Haught, but obviously that is not the case, which leads me to understand (at this late date) that you intend to hire an adjunct to teach it. I will remind you that every CBU student who enrolled in PHIL220 C for the Spring 2024 semester was led to believe that I would be teaching that course, which is why it is fully-enrolled.

2

CBU-073

_____

This e-mail transmission and any attachments that accompany it may contain information that is privileged, confidential or otherwise exempt from disclosure under applicable law and is intended solely for the use of the individual(s) to whom it was intended to be addressed. If you have received this e-mail by mistake, or you are not the intended recipient, any disclosure, dissemination, distribution, copying or other use or retention of this communication or its substance is prohibited. If you have received this communication in error, please immediately reply to the author via e-mail that you received this message by mistake and also permanently delete the original and all copies of this e-mail and any attachments from your computer.

Please note that coverage cannot be bound or altered by sending an email. You must speak with or receive written confirmation from a licensed representative of our firm to put coverage in force or make changes to your existing program. Thank you.

**From:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Sent:** Friday, April 24, 2026 9:29 AM
**To:** Theresa P Jacques <Theresa.Jacques@cbu.edu>
**Subject:** FW: Assigning Philosophy courses

Tawny LeBouef Tullia, PhD
*She|Her|Hers*
Dean, Rosa Deal School of Arts
Interim Dean, School of Business
Associate Professor

**Christian Brothers University**
Rosa Deal Building 211
Buckman Hall 317
901-321-3458

"Courage is the most important of all the virtues. Because without courage, you can't practice any other virtue consistently. You can't be consistently fair, or kind, or true, or honest, or generous; none of those things. You can be anything erratically. But to be it consistently, you have to have courage." Maya Angelou

Please note: If you're receiving this message after your regular work hours, I do not expect a reply outside of work hours. I value the autonomy to balance your work and your time away from that work.

**From:** James Buchanan Wallace <jwallac6@cbu.edu>
**Sent:** Wednesday, November 15, 2023 9:04 AM
**To:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Subject:** RE: Assigning Philosophy courses

Dear Tawny:

2

CBU-074

Thank you for the email – actually, I was waiting on something from Paul first and foremost. He said something about needing to clarify some things about his new contract. But in light of the overall situation, it might be nice to touch base. When could we have a brief chat? I have class 10-1.

Sincerely,

Bru

--
James Buchanan Wallace, Ph.D.
Chair, Professor of Religion
Department of Religion and Philosophy
Christian Brothers University
650 East Parkway South
Memphis, TN  38104
Office Phone: 901-321-3018



Students can click here to make an appointment with me through Starfish!

**From:** Tawny LeBouef Tullia <tltullia@cbu.edu>
**Sent:** Wednesday, November 15, 2023 8:47 AM
**To:** James Buchanan Wallace <jwallac6@cbu.edu>
**Subject:** Assigning Philosophy courses

Hi Bru.

I am circling back to ask you, is it time to take Leigh's name off of one of the 5 courses in the Spring and to re-assign that course and PHIL 219 to Paul Haught?

I may be needing to re-enter a conversation I've not had the available space to be a part of, in which case I incredibly apologize if you were waiting for me to signal (I fear you have been).

I will need to send a clear and concise email to Lydia very soon (next few days) to describe his course load for the Spring. And I would like to be sure that we are offering him enough time and space to plan accordingly.

If more conversation would be helpful here, I am available for that.
Tawny

Tawny LeBouef Tullia, PhD
*She|Her|Hers*
Dean, Rosa Deal School of Arts
Associate Professor
Director of Equity, Inclusion, Justice Studies Minor

**Rosa Deal School of Arts**
**Christian Brothers University**
Rosa Deal Building 211
901-321-3458

"Hope is definitely not the same thing as optimism. It is not the conviction that something will turn out well, but the certainty that something makes sense, regardless of how it turns out."
Václav Havel

3

CBU-075

Please note:  If you're receiving this message after your regular work hours, I do not expect an immediate reply.  #worklifebalance

4

CBU-076

## TRANSITION AND SEPARATION AGREEMENT

This Transition and Separation Agreement ("Agreement"), effective as of the date last signed below (the "Effective Date") is entered into by and between Christian Brothers University ("University") and Leigh M. Johnson ("Employee"). For purposes of this Agreement, the University and Employee shall each be a "Party" and collectively referred to as the "Parties."

WHEREAS, the Parties desire to enter into this Agreement for the orderly transition of Employee's employment from the University.

NOW, THEREFORE, in consideration of the promises, and the mutual covenants hereinafter set forth, the Parties agree as follow:

## AGREEMENT

1.    Separation. Unless earlier terminated in accordance with Paragraph 2(c), below, Employee's last day of employment shall be August 31, 2024 ("Planned Separation Date"). The period of time between the Effective Date and the Planned Separation Date (or Employee's last day of employment with the University, whichever occurs first) shall be referred to as the "Transition Period." Regardless of whether Employee chooses to sign or not sign this Agreement, Employee's employment with the University shall end on the Planned Separation Date (unless earlier terminated by the University or by Employee).

2.    Transition Period. During the Transition Period, the following terms and conditions of employment shall apply:

(a)    Pay and Benefits. Employee shall continue to be paid Employee's base salary as of the Effective Date on the University's regular payroll dates, less applicable tax withholdings. Employee shall remain eligible for all University benefits for which Employee is eligible as of the Effective Date, in accordance with the terms and conditions of such benefit plans.

(b)    Duties and Expectations.

(1)    Except as set forth in subsection (b)(2), below, Employee shall take no action on the University's behalf unless specifically directed to do so by the University's President, or by such other person who may be designated by the University's Board of Directors (the "Board"), during the Transition Period.

(2)    Employee shall promptly (i.e., within 24 business hours) respond to any communication from Designated University Personnel (defined below) regarding issues related to the transition of Employee's job duties and shall assist Designated University Personnel with transition-related issues in a manner satisfactory to the University and at all times maintaining the highest levels of professionalism and decorum. "Designated University Personnel" includes David Archer and Lydia Rosencrants, and any other person designated as such by David Archer.

1

CBU-077

(c)    Early Termination. Employee's employment with the University may be terminated prior to the Planned Separation Date only in connection with the following events:

(1)    Resignation by Employee. Employee may voluntarily resign his employment at any time prior to the Planned Separation Date by providing notice thereof to the University; provided, however, that in such case the University shall have no further obligations except as set forth in Paragraph 3, below, and the Employee shall not be eligible to receive the benefits set forth in Paragraph 4, below.

(2)    Employee's Death. Employee's employment shall automatically terminate upon Employee's death, and in such case the University shall have no further obligations except as set forth in Paragraph 3, below, and the Employee shall not be eligible to receive the benefits set forth in Paragraph 4, below.

(3)    Termination for Cause. The University may terminate Employee's employment for Cause (defined below), with such termination effective immediately upon the provision of written notice thereof to Employee, and in such case the University shall have no further obligations except as set forth in Paragraph 3, below, and the Employee shall not be eligible to receive the benefits set forth in Paragraph 4, below.  For purposes hereof, "Cause," as determined by the University in good faith, shall mean any of the following:  (i) Employee has in any material respect breached or failed to perform his duties and obligations under this Agreement (other than any such failure resulting from incapacity due to physical or mental illness) or any other agreement to which Employee and the University are parties or has breached any other material obligation or duty owed to the University; (ii) Employee has committed negligence, misconduct in the performance of Employee's duties for the University, or been charge with or convicted of any crime; (iii) Employee has taken any action likely to result in discredit to or loss of business, reputation or goodwill of the University; (iv) Employee has failed to follow any lawful, written instructions from any person to whom Employee reports concerning the operations or business of the University; (v) Employee has misappropriated funds or property of the University or engaged in any material act of dishonesty; or (vi) Employee has attempted to obtain a personal profit from any transaction in which the University has an interest, and which constitutes a corporate opportunity of the University, or which is adverse to the interests of the University, unless the transaction was approved in advance by the Board.

3.    Final Paycheck & Benefits. As required by applicable law, the University shall pay to Employee all accrued but unpaid wages as of Employee's last day of employment with the University, whenever that occurs.  All amounts paid pursuant to this Paragraph 3 shall be subject to standard payroll deductions and withholdings.  Employee is entitled to these payments regardless of whether Employee executes this Agreement.  If Employee was a participant in the University's group health insurance plan on the Employee's last day of employment with the University, the University will provide Employee with the right to participate, at Employee's own expense, in such plan in accordance with the mandates of the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("COBRA") or any other state continuation laws.  Unless Employee exercises these rights in a timely manner, Employee's coverage under the University's group health insurance plan will cease as of the last day of the month in which Employee's last day of employment occurs.  Except as may be set forth in plan documents, Employee will cease to

2

participate in all other University benefit plans as of Employee's last day of employment with the University.

4.    Severance Payment. In addition to the opportunities provided in Paragraph 2, above, which Employee acknowledges are greater than what Employee would be entitled to absent this Agreement, provided Employee: (i) is otherwise eligible under the terms of this Agreement; (ii) timely accepts and complies with the terms of this Agreement; and (iii) following the Planned Separation Date, timely executes the Supplemental Release Agreement attached hereto as Exhibit A in accordance with its terms, the University will provide Employee with a Severance Payment. The "Severance Payment" shall equal the pre-tax amount of $32,044.00, which is equivalent to seven (7) months of Employee's annual base salary, and shall be payable in a lump sum payment on the first pay date that occurs at least five (5) business days after the expiration of the Revocation Period indicated in the Supplemental Release Agreement (Exhibit A).  The Severance Payment shall be subject to normal deductions for income and employment taxes.  For purposes of unemployment compensation (if you are deemed eligible to receive such benefits under applicable law), you agree to immediately disclose the Severance Payment to the applicable state unemployment benefit agency, and you acknowledge and agree that the Severance Payment is allocated to the seven (7) month period immediately following the Planned Separation Date.

5.    Release of Claims.  In exchange for the opportunity to receive the benefits described in Paragraph 4, above, Employee, on Employee's own behalf, and on behalf of Employee's heirs, executors, agents and assigns does hereby fully and forever waive and release the University and all its parents, subsidiaries, and affiliates, as applicable, and each and all of their respective current and former officers, directors, members, employees, successors, assigns and agents (each, a "University Released Party" and together, the "University Released Parties") from any claim, obligation, loss, expense, liability or cause of action relating to any matters of any kind, whether known or unknown, that Employee may possess against University Released Parties arising from any omission, act or fact that has occurred up until and including the date this Agreement is signed by Employee, including, without limitation:  any and all claims relating to or arising from Employee's employment with the University and Employee's separation from employment with the University (including under any internal grievance, investigation or appeal process); any and all claims for defamation, wrongful discharge of employment, breach of contract, both express and implied, breach of the covenant of good faith and fair dealing, negligent or intentional infliction of emotional distress; negligent or intentional misrepresentation; and any and all claims for violation of any federal, state or municipal statute, including, but not limited to the Civil Rights Act of 1871, 42 U.S.C. § 1981; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, et seq.; the Civil Rights Act of 1991; the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, et seq.; the Fair Labor Standards Act, 29 U.S.C. § 201, et seq.; the Employee Retirement Income Security Act, 29 U.S.C. § 301, et seq.; the Age Discrimination in Employment Act of 1967, 29 U.S.C. § 621, et seq.; the Tennessee Human Rights Act; the Tennessee Disability Act; the Tennessee Pregnant Workers Fairness Act; all as amended; any claims in violation of the public policy of the state of Tennessee, and any and all other federal, state or local statutes, regulations, or other laws which may in any way relate in any way to Employee's employment with the University or to employment discrimination.

Excepted from this release are any claims:  (i) that by law cannot be released by an agreement between an employer and an employee; (ii) that relate to worker's compensation

3

CBU-079

benefits; (iii) for unemployment benefits; or (v) which may arise from the breach of this Agreement. This release shall not prevent, restrict or in any way limit Employee's right to file a charge or complaint with a government agency (including, without limitation, the Equal Employment Opportunity Commission or state equivalent) or participate in an investigation or proceeding initiated or conducted by a government agency; provided, however, that this general release of claims does prevent Employee from making or obtaining any personal recovery against the University or the University Released Parties, including the recovery of money damages, as a result of filing a charge or complaint with a government agency against the University and/or the University Released Parties. Employee agrees to waive and give up any benefit conferred on Employee by any order or judgment issued in connection with any proceeding filed against the University and/or the University Released Parties regarding any claim released in this Agreement.

6.    Non-Disparagement. Employee agrees that, from the Effective Date and thereafter, Employee shall not publicly or privately disparage the University or any University Released Party. Employee's obligations under this Paragraph 6 include, but are not limited to, refraining from publishing by any means any disparaging remarks about the University or any University Released Party to any person, entity, employer, prospective employer, business partner, or potential business partner, including on any blog, online social network or any other website, whether the identity of the person making such disparaging remarks is revealed or such comments are made anonymously. Nothing contained in this Paragraph 6 shall preclude Employee from providing truthful information pursuant to subpoena or other legal process.

7.    Return of University Property. Employee shall, within five (5) days of signing this Agreement, and at any time during the Transition Period upon demand of the University:

(a)    back up any files which are in any way related to the University to an external hard drive or to a cloud storage provider (as directed by the University) and permanently delete all such files from Employee's personal computers and any other personal devices or cloud storage locations which Employee used to conduct University business; and

(b)    return to the University all files, memoranda, records, and other documents, whether paper or electronic, and any other physical or personal property which are the property of the University and which Employee had in Employee's possession, custody or control, all passwords and/or codes necessary for the University to access and control such property (as applicable), and all copies of such property which Employee may have in Employee's possession, custody or control.

8.    No Existing Claims; No Assignment of Claims. Employee acknowledges that, as of the date Employee signs this Agreement, there are no pending complaints, grievances, charges, or lawsuits filed by Employee against the University or any of the University Released Parties. Employee warrants and represents that Employee is the lawful owner of all rights, title, and interest in and to all matters released under Paragraph 5, above, and that Employee has not previously assigned or transferred, or purported to assign or transfer, the claims released herein to another.

4

CBU-080

9.   <u>Confidentiality of Agreement</u>. Unless as required by law, Employee shall maintain in confidence the existence and the contents of this Agreement, including Employee's Planned Separation Date ("Separation Information"). Employee agrees to take every reasonable precaution to prevent disclosure of any Separation Information to third parties, and agrees that there will be no publicity, directly or indirectly, concerning any Separation Information. Employee agrees to take every precaution to disclose Separation Information only to those attorneys, accountants, spouse/partner and governmental entities that have a reasonable need to know of such Separation Information and who also agree to maintain the confidentiality of the Separation Information disclosed to them. This provision shall not prevent Employee from disclosing such matters in testifying or participating in any hearing, trial or other legal proceeding concerning the enforceability of this Agreement or any of its terms.

10.   <u>No Representations</u>. Each Party represents that it has carefully read and understands the scope and effect of the provisions of this Agreement. Neither Party has relied upon any representations or statements made by the other Party which are not specifically set forth in this Agreement.

11.   <u>Severability/Modification</u>. If any provision of this Agreement is found by a court of competent jurisdiction to be invalid, illegal, or unenforceable in any respect, or enforceable only if modified, such finding shall not affect the validity of the remainder of this Agreement, which shall remain in full force and effect and continue to be binding on the Parties. The Parties further agree that any such court is expressly authorized to modify any such invalid, illegal, or unenforceable provision of this Agreement instead of severing the provision from this Agreement in its entirety, whether by rewriting, deleting, or adding to the offending provision, or by making such other modifications as it deems warranted to carry out the intent and agreement of the Parties as embodied in this Agreement to the maximum extent permitted by law. Any such modification shall become a part of and treated as though originally set forth in this Agreement. If such provision or provisions are not modified, this Agreement shall be construed as if such invalid, illegal, or unenforceable provisions had not been set forth in it. The Parties expressly agree that this Agreement as so modified by the court shall be binding on and enforceable against each of them.

12.   <u>Entire Agreement</u>. This Agreement represents the entire agreement and understanding between the University and Employee concerning the subject matter addressed herein, including Employee's employment with and separation from the University, and supersedes and replaces any and all prior agreements and understandings regarding the subject matter hereof.

13.   <u>No Oral Modification</u>. This Agreement may only be amended in writing signed by Employee and the University.

14.   <u>Governing Law</u>. This Agreement shall be governed by the laws of the State of Tennessee, without regard to its conflict of laws principles.

15.   <u>Counterparts</u>. This Agreement may be executed in counterparts, and each counterpart shall have the same force and effect as an original and shall constitute an effective, binding agreement on the part of each of the undersigned.

5

CBU-081

16. <u>Acceptance Procedures</u>. The University wishes to ensure that Employee voluntarily accepts the terms of this Agreement and that Employee does so only after Employee understands the terms. As such, the following procedures shall apply:

(a) Employee acknowledges and agrees that Employee has read this Agreement, understands its contents, and may agree to the terms of this Agreement by signing and dating it and returning the signed and dated Agreement via mail (in pdf format), next-day delivery, or email addressed to Theresa Jacques, Christian Brothers University, Mailbox #92, 650 East Parkway South, Memphis, Tennessee 38104, Theresa.Jacques@cbu.edu, so that it is received on or before 5:00 p.m. (Eastern) on the forty-sixth (46th) day after Employee received the Agreement;

(b) Employee is hereby advised in writing to consult with an attorney before signing this Agreement, and by signing below, Employee acknowledges that Employee has done so or had the opportunity to do so;

(c) Employee understands that this Agreement, at Paragraph 5, above, includes a general waiver of claims against the University and the University Released Parties, including a release of claims under the Age Discrimination in Employment Act, and Employee acknowledges and agrees that Employee has been provided with a copy of Exhibit B, which is attached hereto and incorporated by reference, that includes a list of the ages and job titles of the individuals who were and were not selected for separation of employment and the opportunity to participate in the separation of employment program of which this Agreement is a part;

(d) Employee understands that Employee has seven (7) calendar days after signing this Agreement to revoke Employee's acceptance of the Agreement (the "<u>Revocation Period</u>"). Such revocation shall be effective only if Employee communicates such revocation in writing via mail, next-day delivery, or email addressed to Theresa Jacques, Christian Brothers University, Mailbox #92, 650 East Parkway South, Memphis, Tennessee 38104, Theresa.Jacques@cbu.edu, so that it is received on or before 5:00 p.m. (Eastern) on the first business day following the end of the Revocation Period;

(e) This Agreement shall not be effective if Employee does not timely sign and deliver the Agreement in accordance with the steps described in Paragraph 16(a), above, or, if after signing it, Employee timely revokes such acceptance in accordance with the steps described in Paragraph 16(d), above. If Employee provides timely notice of Employee's intent to revoke acceptance of this Agreement, the Agreement shall be void, and all of the Parties' rights and claims that would have existed absent Employee's acceptance of the Agreement, shall be restored; and

(f) Employee represents to the University that, if Employee accepts the terms of this Agreement by signing it, the date and time appearing by Employee's signature shall be the actual date and time on which Employee signed the Agreement. Notwithstanding Employee's decision to not execute this Agreement or Employee's revocation of it in accordance with Paragraph 16(d), above, the terms of Paragraphs 1 and 3, above, shall be in effect.

6

CBU-082

IN WITNESS WHEREOF, the Parties have executed this Agreement on the respective dates set forth below.

Dated: _Jan 23_, 202_4_                    **CHRISTIAN BROTHERS UNIVERSITY**

By: _____
David L. Archer, President

Dated: ____January 23__, 2024              **EMPLOYEE**

Print: Dr. Leigh M. Johnson, PhD

Enclosures

Exhibit A – Supplemental Release Agreement
Exhibit B – Decisional Unit List

7

CBU-083

# FACULTY HANDBOOK
## 2022-2023

## CHRISTIAN BROTHERS UNIVERSITY

CBU-084

## Faculty Handbook
## (2022 – 2023)
## Contents

FOREWORD ...................................................................................................................................3

**PART I. UNIVERSITY ORGANIZATION AND GOVERNANCE**........................................4

1.1    HISTORY OF THE UNIVERSITY .........................................................................................4

1.2    MISSION AND INSTITUTIONAL GOALS ..........................................................................5

1.3    ORGANIZATIONAL CHARTS AND POSITION DESCRIPTIONS ....................................6

1.4    BOARD OF TRUSTEES ........................................................................................................6

1.5    PRESIDENT ...........................................................................................................................7

1.6    ACADEMIC OFFICERS ........................................................................................................7

1.7    OTHER OFFICERS OF THE ADMINISTRATION .............................................................10

1.8    STANDING COMMITTEES OF THE UNIVERSITY .........................................................10

1.9    UNIVERSITY GOVERNANCE............................................................................................16

**PART II. THE FACULTY**..........................................................................................................17

2.1    DEFINITION OF FACULTY ...............................................................................................17

2.2    DEFINITION OF ACADEMIC STATUS AND TITLES .....................................................17

2.3    POLICIES ON RECRUITMENT AND APPOINTMENT ....................................................20

2.4    ANNUAL REVIEW..............................................................................................................24

2.5    POLICIES ON PROMOTION ..............................................................................................26

2.6    POLICIES ON TENURE ......................................................................................................29

2.7    POLICIES AND PROCEDURES RELATING TO SEVERANCE........................................32

2.8    FACULTY DUTIES AND RESPONSIBILITIES ................................................................35

2.9    FACULTY RIGHTS AND PRIVILEGES .............................................................................40

2.10   FACULTY LEAVE AND FRINGE BENEFITS ...................................................................43

**PART III. INSTRUCTIONAL POLICIES** ................................................................................46

3.1    GENERAL RESPONSIBILITIES ........................................................................................46

3.2    CLASSROOM MANAGEMENT.........................................................................................47

3.3    ACADEMIC MISCONDUCT (ALSO SEE SECTION 5, THE COMPASS) ......................48

3.4    GRADE APPEALS POLICY (ALSO SEE SECTION 5, THE COMPASS)..........................49

**APPENDICES: UNIVERSITY-WIDE POLICIES AND REGULATIONS** ...............................52

APPENDIX A.1: POSITION DESCRIPTION FOR VICE PRESIDENT FOR ACADEMICS ........53

APPENDIX A.2: POSITION DESCRIPTION FOR GENERAL EDUCATON DIRECTOR.............54

APPENDIX A.3: POSITION DESCRIPTION FOR DEAN OF STUDENT SUCCESS...................55

APPENDIX A.4: POSITION DESCRIPTION FOR DEAN OF GLOBAL COLLEGE.....................56

APPENDIX A.5: POSITION DESCRIPTION FOR DIRECTOR OF THE PLOUGH LIBRARY .....58

APPENDIX A.6: POSITION DESCRIPTION FOR REGISTRAR...................................................59

APPENDIX A.7: POSITION DESCRIPTION FOR DIRECTOR OF A GRADUATE PROGRAM....60

APPENDIX A.8: POSITION DESCRIPTION FOR DIRECTOR OF STUDENT DISABILITY SERVICES .......................61

CBU-085

APPENDIX A.9: POSITION DESCRIPTION FOR DIRECTOR OF INSTITUTIONAL RESEARCH AND
EFFECTIVENESS ................................................................................................................................... 62

APPENDIX A.10: POSITION DESCRIPTION FOR DIRECTOR OF THE HONORS PROGRAM ..................... 63

APPENDIX B: BYLAWS FOR THE FACULTY ASSEMBLY ................................................................... 64

APPENDIX C: ACADEMIC COUNCIL ................................................................................................ 69

APPENDIX D: GRADUATE COUNCIL ............................................................................................... 70

APPENDIX E: BROTHERS RECRUITMENT POLICY ........................................................................... 71

APPENDIX F: DAY SUMMER PROGRAM POLICIES ........................................................................... 72

APPENDIX G: POLICIES ON PROGRAM CHANGES, REDUCTION, AND RETRENCHMENT ................... 73

APPENDIX H: STATEMENT ON PERSONAL AND PROFESSIONAL QUALITIES OF FACULTY, STAFF
AND ADMINISTRATION AT CHRISTIAN BROTHERS UNIVERSITY ................................................. 76

APPENDIX I: GUIDELINES FOR COMPENSATION OF FACULTY TEACHING TEMPORARY OVERLOADS .......... 78

APPENDIX J: PUBLIC AND PRIVATE GRANT APPLICATION POLICY ................................................ 79

APPENDIX K: INTELLECTUAL PROPERTY ....................................................................................... 80

APPENDIX L: OVERSIGHT AND HIRING GUIDELINES FOR ADJUNCT FACULTY ............................... 81

APPENDIX M: CHRISTIAN BROTHERS UNIVERSITY MEDIA POLICY ............................................... 82

APPENDIX N: FUND RAISING POLICY ............................................................................................. 83

APPENDIX O: STATEMENT ON DISTRIBUTION OF TENURED AND UNTENURED
FACULTY MEMBERS ...................................................................................................................... 84

APPENDIX P: COPYRIGHT POLICY ................................................................................................. 85

APPENDIX Q: POLICY ON CLASS SIZE............................................................................................ 86

APPENDIX R: SELECTION PROCESS FOR THE DR. MARGUERITE COOPER DISTINGUISHED
PROFESSOR AWARD...................................................................................................................... 87

APPENDIX S: GUIDELINES FOR THE AWARDING AND FUNDING OF SABBATICALS............................ 88

APPENDIX T: DRUG FREE WORKPLACE POLICY ............................................................................ 90

APPENDIX U: FACULTY CREDENTIAL POLICY ............................................................................... 91

APPENDIX V: ACCOMMODATION POLICY FOR STUDENTS WITH DISABILITIES ............................... 92

APPENDIX W: WEB POLICY........................................................................................................... 93

APPENDIX X: POLICIES ON ACADEMIC PROGRAM DEVELOPMENT AND CHANGE ........................... 96

APPENDIX Y: POLICY FOR RESPONDING TO ALLEGATIONS OF SCIENTIFIC MISCONDUCT FOR
GRANTS AWARDED BY THE U. S. PUBLIC HEALTH SERVICE ....................................................... 98

APPENDIX Z: PROFESSIONAL EDUCATION AND ACCREDITATION COUNCIL .................................... 99

APPENDIX AA: SEXUAL HARASSMENT AND SEXUAL MISCONDUCT STANDARDS........................... 100

APPENDIX BB: REVISED EQUIVALENCIES FOR CREDIT HOURS AND CONTACT TIME ..................... 113

APPENDIX CC: POLICY ON FACULTY ASSIGNMENTS ..................................................................... 114

APPENDIX DD: SCHEDULE FOR (RE)APPOINTMENT: DEAN OF A SCHOOL...................................... 115

APPENDIX EE: SCHEDULE FOR (RE)APPOINTMENT: DEPARTMENT CHAIR ..................................... 116

APPENDIX FF: INTELLECTUAL PROPERTY POLICY FOR ONLINE COURSE LEASING......................... 117

APPENDIX GG: ADMINISTRATIVE STRUCTURE.............................................................................. 118

CBU-086

## FOREWORD

In the fall 1984, the Vice President for Academics, Brother Tony Pisano, FSC, formed an AD HOC Committee for the revision of the Faculty Handbook. Six faculty members (one appointed by each School Dean and two elected by the Faculty Assembly) with Brother Tony as Chair formed the Plenary Committee. The following faculty served: Conrad Brombach, William Busler, Ben Doddridge, Johnny Holmes, Judith Hiltner, and Pu-Ning Sun.

Over a period of two and one half years, the Committee worked in sub-committees, plenary sessions, or in conference sessions with other faculty and administrative groups. During the first year, the committee members sought the opinions of interested faculty in drafting sections of the *Handbook*, and the committee in plenary session resolved the differences, leading to a draft which was simultaneously reviewed by all full-time faculty, the senior administration of the college, ad hoc interested faculty groups, and committees of the Board of Trustees. Further review was sought of the college's legal counsel. Both written and oral comments were submitted to the Committee or its Chair. Consultation and consensus of the faculty and administration of the College were the priority in creating the Handbook. The Board of Trustees approved the text in January 1987. The revised *Faculty Handbook* went into effect with the academic year 1987-1988.

During the 1987-1988 to 1993-1994 Academic Years, the *Faculty Handbook* was in full use on campus but underwent little revision. In fact, while a number of items addressed in the *Handbook* changed and evolved with time, little was done to keep the Handbook up-to-date. In the 1994-1995 Academic Year, another AD HOC Committee was formed to update the Handbook and to offer recommended procedures for keeping the manual up-to-date. This committee consisted of six faculty members (one appointed by each School Dean and two elected by the Faculty Assembly) and the Vice President for Academics, Dr. Mark V. Smith, serving as the Chair. The following faculty members served on the committee: Dr. Elizabeth Broadwell, Mr. Rob Kamery, Dr. Anne Kenner, Dr. Patricia Kilzer, Dr. Juan Carlos Olabe (fall 1995- fall 1996), Dr. Fred Terry (spring 1995), and Dr. Arthur Yanushka. This committee was charged to recommend changes where practice and policy has shifted from that identified in the *Handbook*, a methodology for updating the *Handbook*, and a process for communication of changes to the faculty.

The ad hoc committee's charge was through fall semester 1995 but the committee stayed together through the fall 1996 semester.

In the 1995 fall semester, the Academic Council and the Vice President for Academics, in response to the ad hoc Handbook Committee and with the urging of the President, began an update of Part II. Comments regarding the Rank and Tenure process were received from the committee during the 1993-1994, 1994-1995, and 1996-1997 academic years. Parts I, III, IV, and V were available for faculty responses at various times during the 1995-1996 and the 1996-1997 academic years. Part II was available for faculty responses at various times during the 1996-1997 academic year. Faculty responses were gathered individually through written or electronic communications and were solicited from the Faculty Assembly.

The *Handbook* is available on the CBU Intranet (https://my.cbu.edu/).

Any proposal to change and/or update the Faculty Handbook must be presented to the Faculty Assembly for vote prior to the change. The Office of the Vice President for Academics (VPA) is responsible for keeping the Handbook current. Archived versions of the Handbook are available upon request from that office. The VPA may use existing structures or may create ad hoc committees to address specific areas of the *Handbook*.

Although no document such as a Faculty Handbook may claim perfection in its scope, it is the hope of the administration and faculty that, as changes are deemed necessary, the same spirit of consultation and consensus will prevail in future times. Though it remains the prerogative of the Board of Trustees and/or the President of the University to approve changes in position descriptions and by-laws of the institution, changes in the other textual content and its intent should follow the consultative approach with appropriate faculty and administrative channels existing at the time of the proposed changes when possible. Appendices have been provided where the faculty and administration judge that more information is helpful.

With the 2017-2018 academic year, an ad hoc committee of the VPA was commissioned to edit the Faculty Handbook. One outcome of this initiative was the removal of content from the Handbook that appeared in other handbooks of the University, including the Administrative Policies and Procedures Manual, the Personnel Handbook, and the Compass (Student Handbook). Any edits that involved changes in policy were submitted for approval by the Faculty Assembly Policy Committee and the full Assembly. Those changes are documented in this version. For all other changes, the Faculty Assembly was notified by the chair of the ad hoc committee.

*This version of the* Faculty Handbook *supersedes any other prior Handbook.*

Approved by the President: Summer 1997; Revised: Summer, 2000; Updated: Summer 2003, 2004, 2005, 2006, 2007, 2008, Spring 2019.

3

CBU-087

## PART I. UNIVERSITY ORGANIZATION AND GOVERNANCE

### 1.1 HISTORY OF THE UNIVERSITY

Christian Brothers University was founded in November 1871 by the Brothers of Christian Schools (Christian Brothers) at the request of Bishop Feehan, the clergy of Memphis, and other interested citizens. Christian Brothers University was granted a charter as a degree-granting institution on July 20, 1872.

The University functioned as an elementary school, high school and college, granting both high school diplomas as well as bachelor's and master's degrees from 1871 to 1916, when the college division was suspended. Reopened as a Junior College in 1940 when it moved to its present campus on East Parkway from the old site at 612 Adams, the school began granting Associate of Arts degrees at that time.

In 1953, the Junior College became a four-year institution to better serve the needs of the Memphis community. The four-year curriculum, which began with degrees in business administration and electrical engineering, was soon expanded with degrees being offered in four areas or divisions: Arts, Business, Engineering and the Sciences. In 1987, the four divisions were changed to Schools with the Division Chair becoming a School Dean.

The College was accredited as a four-year college by the Commission on Colleges of the Southern Association of Colleges and Schools in 1958 with SACSCOC accreditation most recently being reaffirmed in 2000. Specific accreditations and memberships include:

1. Engineering Accreditation Commission of the Accreditation Board for Engineering and Technology (ABET). Chemical Engineering (1985); Civil Engineering (1983); Electrical Engineering (1970); Mechanical Engineering (1970)
2. Teacher Education - approved by the State Department of the State of Tennessee
3. The NCAA-Division II Gulf South Conference.
4. The University also holds memberships in:

   a. American Assembly of Collegiate Schools of Business (AACSB) with an accreditation study in process
   b. Association of Catholic Colleges and Universities (ACCU)
   c. Council of Independent Colleges (CIC)
   d. Tennessee College Assembly (TCA)
   e. National Association of Independent Colleges and Universities (NAICU)
   f. Tennessee Independent Colleges and Universities Association (TICUA)

Over the years, significant changes and expansions of the University have taken place:
- 1964: The high school moves to Walnut Grove Road
- 1970: The University becomes co-educational with the enrollment of women from Siena College
- 1978: The Evening Program for working adults is added
- 1985: The Center for Telecommunications and Information Systems is created
- 1985: Nolan Hall is constructed to consolidate School of Engineering offices and to increase classroom and laboratory space.
- 1987: The first master's program in recent years is added
- 1989: VISION 21 - a 51 million dollar capital campaign is successfully started.
- 1990: The name of the institution is changed to Christian Brothers University
- 1992: The campus is enhanced with the construction of Buckman Hall and a number of other campus improvements
- 1995: The new 5-year Strategic Plan is officially implemented
- 1997: The implementation of a new campus-wide administrative software system (SCT/Banner) is begun
- 1997: Master of Education Program is inaugurated.
- 1997: Evening Program begins offering classes at St. Benedict at Auburndale High School (dropped in spring 2000)
- 1999: Three new residence halls, built by Capstone, Inc., are opened
- 2000: A new 3-5 year Strategic Planning model is developed and approved by the Board on February 20, 2001
- 2003: The St. Benilde Hall renovated engineering laboratories open in October.
- 2004: The De La Salle Hall and Canale Arena renovated Gymnasium opened in December.
- 2006: The University Theater was renovated.
- 2008: The Cooper-Wilson Center for the Life Sciences was built and opened in August 2008, the Science Center was renovated and reopened as Assisi Hall in August 2008.
- 2011: The newly constructed Living Learning Center opened.

4

CBU-088

## 1.2 MISSION AND INSTITUTIONAL GOALS

### MISSION STATEMENT

Christian Brothers University is a Catholic university in the student-centered tradition of the De La Salle Christian Brothers. CBU fosters academic excellence in a range of programs to prepare students from all faiths and backgrounds for careers and lives informed by the Lasallian values of faith, service, and community.

### HERITAGE

Let us remember that we are in the holy presence of God.

Live Jesus in our hearts . . . forever.

As a Catholic institution of higher learning, Christian Brothers University brings the timeless wisdom and religious heritage of centuries into an encounter with the twenty-first century. Universities are dedicated to teaching, to fostering research and to the education of students who freely associate with their teachers in a common love of knowledge. The privileged task of a Catholic university is to bring together in one community the intellectual search for truth in the context of faith based on the gospel and mission of Jesus Christ. (Blessed) John Paul II described the Catholic university as "an incomparable center of creativity and dissemination of knowledge for the good of humanity . . . born from the heart of the Church."

At CBU, the rich intellectual heritage of the Catholic university is expressed within the Lasallian tradition. St. John Baptist de La Salle is the patron saint of teachers and an educational innovator who founded the Brothers of the Christian Schools in seventeenth century France. Now a worldwide community of vowed religious brothers and dedicated associates, the Lasallian family remains committed to the vision of the founder: ". . . not only is God so good as to have created us, but God desires all of us to come to the knowledge of the truth." St. John Baptist De La Salle, therefore, made it his life's work to bring the blessings of a practical education beyond the privileged classes of French society, to all people, especially the young, who have an inherent dignity as those created in the image and likeness of God. A Lasallian institution continues to affirm the dignity of all people and embraces the presence of God.

### THE BROTHERS IN MEMPHIS

The De La Salle Christian Brothers arrived in Memphis in 1871 from Chicago, and immediately opened a Catholic school that, within a few years, contained elementary and secondary grades, college classes and granted graduate degrees. Christian Brothers College, as it was then, became the first Catholic college in West Tennessee. The First World War brought an end to the college program as men went off to war. The elementary school declined and closed in 1926, while the high school prevailed. The college came into existence once more in 1940, and moved to its current location on East Parkway South. In 1965, the high school program moved to its present location on Walnut Grove Road, and the college, later to become a university, stood alone on East Parkway. In 2000, the Brothers agreed to the request of the Diocese of Memphis to administer one of the Jubilee Schools, De La Salle Blessed Sacrament. The circle was once more complete, with the Christian Brothers offering elementary, secondary and college programs with graduate degrees, continuing the tradition of committed Catholic education throughout the city of Memphis for more than 140 years.

### OUR IDENTITY

Christian Brothers University is a Catholic university founded on the heritage of Lasallian education. While large enough to provide educational opportunities in the arts, business, education, engineering and sciences, the University is small enough to promote teaching as ministry and to provide challenging student-centered learning and personal growth. Students of diverse cultures and religious traditions are encouraged to grow in their own faith. The University welcomes students into an educational community of faith and service, one that is committed to academic excellence, the betterment of society and the care of God's creation.

### INSTITUTIONAL GOALS

EDUCATING MINDS

1.  CBU will provide the resources and expertise required to nurture and sustain the intellectual and academic formation of its students.
2.  CBU will offer innovative, accessible programs and resources to ensure that all students are prepared for career success.

5

CBU-089

TOUCHING HEARTS

3.  CBU will offer academic and enrichment experiences in support of students' ethical formation.
4.  CBU will provide opportunities for students to engage with the wider community.

REMEMBERING THE PRESENCE OF GOD

5.  CBU will provide academic opportunities for students to investigate matters of faith and religious experience and will provide experiences in support of students' spiritual formation.
6.  CBU will offer academic and enrichment experiences promoting its Catholic and Lasallian heritage.

## HISTORICAL SKETCH

Christian Brothers College was founded November 19, 1871, by members of the Institute of the Brothers of Christian Schools, a Roman Catholic religious teaching congregation. The Brothers came to Memphis at the request of the people and clergy of the city, a move which culminated more than a decade of efforts to persuade the Brothers to open a college in Memphis. Brother Maurelian was appointed the first President.

Brother Maurelian's two terms as President totaled 33 years. During his presidency, the Brothers purchased the 612 Adams Street building, which was to house the college until 1940 when the college moved to its present location at Central Avenue and East Parkway South. The college functioned as a combined elementary school, high school, and college, granting high school diplomas as well as Bachelor's and Master's Degrees from 1871 to 1915, when the college division was suspended. Elementary classes were dropped in 1922, and the institution operated as a high school only until 1940. Reopened at that time as a Junior College, the college began granting Associate of Arts Degrees in 1942.

In 1953, the decision was made to expand the Junior College into a four-year institution to more adequately serve the needs of the community. The four-year curriculum began with degrees in Business Administration and Electrical Engineering, with the first graduates in recent times receiving their degrees in 1955.

The curriculum was soon expanded to meet the needs for new programs in the fields of Mechanical Engineering and Chemistry. Through the ensuing years the following degree programs were added: Biology, Civil Engineering, Mathematics, English, Physics, Chemical Engineering, History, Psychology, Natural Science, Engineering Physics, Computer Science, and Religion & Philosophy. Teacher Preparation Programs in Secondary Education were added in 1969. Christian Brothers College became coeducational in 1970. Currently, women make up approximately fifty-five percent of the student body. An accelerated Evening Program offering a degree in Business Administration was added in 1978 to meet the needs of the adult student, and the Applied Psychology degree was added in 1999. Officially, Christian Brothers College became Christian Brothers University in June of 1990.

Programs at the graduate level were reinstituted in 1987 with the Master's program in Telecommunication and Information Systems. The Master of Business Administration and the Master of Engineering Management were added in 1989. A Master of Education was added in 1997, and in 2001 a Master of Arts in Teaching and a Master of Science in Educational Leadership were added. Masters of Arts in Catholic Studies and Executive Leadership and a Master of Science in Engineering Management were added in 2005. In 2012, a Master of Physician Assistant Studies was added.

## EQUAL OPPORTUNITY IN EMPLOYMENT

Christian Brothers University does not discriminate on the basis of race, age, color, religion, sex, sexual orientation, national and ethnic origin, or handicap in its education programs or activities, including employment and admissions.

## 1.3 ORGANIZATIONAL CHARTS AND POSITION DESCRIPTIONS

Detailed charts and position descriptions for all administrative officers of the University, both academic and non-academic, are available in the offices of the President and Vice Presidents of the University. The principal academic positions are briefly described in this chapter.

## 1.4 BOARD OF TRUSTEES

The members of the Board of Trustees constitute the legal Directors of Christian Brothers University with general responsibility for management of the University in keeping with its philosophy and purposes. The Board sustains the mission of the University within the traditions of the Christian Brothers, selects the President, approves the budget and the educational program, confers honorary degrees, assists in fund-raising, and acts as a court of final appeal.

6

CBU-090

## 1.5 PRESIDENT

The President is the Chief Executive Officer of the University and is directly responsible to the Board of Trustees. The President is the official spokesperson for the University in all its external relations; internally the President provides leadership and direction for the university community, both directly and through the administrative officers of the various areas.

* Note: Sections 1.1 through 1.5 are in the direct province of the Board of Trustees, and may be changed without the consultation of the faculty.

### 1.5.1 Duties and Responsibilities

1. Confer, in the name of the University, all certificates, degrees and honors.
2. Direct and supervise all University administration activities.
3. Prepare an annual report and a preliminary budget for the Board of Trustees.
4. Act as official representative of the University at educational, civic, and religious functions.
5. Oversee the development and implementation of University policies.
6. Provide final approval of official University publications and announcements.
7. Act as liaison between the Board of Trustees and University faculty, staff, and students.
8. Provide approval for current and future utilization and/or renovation of all facilities on campus.
9. Assure the accreditation of the academic programs of the University.
10. Prepare and present annual and long-range plans for the University to the Board of Trustees.
11. Perform other similar activities as assigned.

## 1.6 ACADEMIC OFFICERS

### 1.6.1 Vice President for Academics (VPA)

The Vice President for Academics (VPA) is appointed by the President in consultation with the faculty. The VPA is the chief academic officer of the University and is responsible for the quality of the faculty, curriculum, enrollment, the quality of graduates, the coordinating and implementing of instructional programs, faculty development, and research, operational, and support programs. In the absence of the President, the VPA performs the duties of the President. See Appendix A.1 for a full position description.

### 1.6.2 General Education Director

The General Education Director is the academic officer, who as a faculty member, supervises the general education curriculum through: coordinating scheduling of General Education courses, supporting and supervising assessment of student learning in General Education, providing professional development opportunities related to general education for faculty and departments including opportunities to explore and develop teaching practices and curricula related to general education, and seeking external funding to strengthen the curricula, teaching, and learning in the General Education program, and serving ex officio as a nonvoting member of the Curriculum Committee of the Faculty Assembly. (If, as a faculty member, the General Education Director is eligible for election to the Curriculum Committee, the General Education Director may run and be elected as a voting member to the Curriculum Committee.) The General Education Director is an ex officio member of all ad hoc subcommittees established by the Curriculum Committee for the purpose of evaluation of General Education processes, outcomes, and course materials. Appointment is for three years with possibility of renewal. The Director receives a fifty-percent reassignment to direct the General Education program during the academic year with an additional summer appointment to run General Education faculty development workshops. The Director reports to the VPA. See Appendix A.2 for full position description.

### 1.6.3 Dean of Student Success

The Dean of Student Success is responsible for the administration of efforts and activities related to academic advising and student retention. The officer also chairs the Admission Committee. See Appendix A.3 for a full position description.

### 1.6.4 Dean of Global College

The Dean of Global College is appointed by the President and reports to the Vice President for Academics. In curricular matters, the Dean works closely with the College's

7

CBU-091

Curriculum Committee and the Vice President. With respect to the credentialing of new faculty, the Dean submits the necessary documentation to the VPA for her/his approval. See Appendix A.4 for a full position description.

### 1.6.5 Director of Institutional Research & Effectiveness

The Director of Institutional Research & Effectiveness is a leadership position who is responsible for compiling, disseminating, and analyzing data and information for the entire University, which enables the University to be more data driven. See Appendix A.9 for a full position description.

### 1.6.6 Director of the Plough Library

The Director of the Plough Library is the chief administrative officer of the library and is responsible for the quality of the printed and electronic information services in the library. All programs and services are, whenever possible, administered according to accepted professional canons for university library services. See Appendix A.5 for a full position description.

### 1.6.7 Registrar

The Registrar provides direct supervision, planning, and maintenance of all student academic records, including registration and student academic information. The Registrar ensures compliance with the Family Educational Rights and Privacy Act of 1974. See Appendix A.6 for a full position description.

### 1.6.8 Director of a Graduate Program

A Graduate Director functions much as a Department Chair with the same terms of office and duties and responsibilities. The Graduate Director serves as the principal admissions agent and retention officer for the particular graduate program, and reports to the Dean of the School. See Appendix A.7 for full position description.

### 1.6.9 Director of Student Disability Services

Directs the operation of The Office of Student Disability Services, including budgeting, developing and supervising service policies and procedures. See Appendix A.8 for a full position description.

### 1.6.10 Director of the Honors Program

The Director of the Honors Program is the academic officer, who as a faculty member, directs the Honors Program of the University through: recruiting and retaining students, scheduling and monitoring classes, representing the program to the University and other appropriate publics, and in general, maintaining and improving the quality of the program. The Director receives a one course reduction and a stipend and reports to the VPA. See Appendix A.10 for a full position description.

### 1.6.11 Dean of a School

The Dean of a School is appointed by the President having been recommended by the VPA, in consultation with Department Chairs of that school and the faculty-at-large of that school. The Dean reports to the VPA.

The Dean of a School is the academic officer of that school charged with supervision of all departments in that school. As such, the Dean holds a position of overall responsibility for the planning of curriculum and the quality of instruction in the departments. As an academic officer, the Dean assumes a university-wide perspective and a strategic role in communication with the university's constituents.

#### 1.6.11.1 Term of Office

The Dean's term of office is three years. The Dean will be formally evaluated by the VPA in consultation with the school's faculty at the end of each three-year term. With the approval of the majority of the members of the school and the VPA, the Dean may be reappointed but normally will serve no more than three consecutive terms. (See Appendix DD for (re)appointment schedule).

8

CBU-092

#### 1.6.11.2 Duties and Responsibilities

In the spirit of collegiality and good management, the Dean has a leadership role in establishing and promoting the direction, goals, and priorities of the school. The specific duties and responsibilities of the Dean are to:

1.  Coordinate the academic programs, e.g., definition of core requirements, major components within the school's offerings that affect other majors, (catalog listings) accreditation processes, curriculum studies, and student appeals;
2.  Supervise and evaluate the school's faculty and staff, e.g., make recommendations for hiring, for promotion, and tenure, while encouraging and supporting professional development; assign a mentor to new full-time faculty (see Section 2.3.7);
3.  Coordinate and supervise the activities of the Department Chairs and Graduate Directors and serve as their primary evaluator;
4.  Supervise the school's budget and facilities, and advise the VPA on annual and long range academic budgeting.
5.  Oversee the relations with the university constituents, in consultation with appropriate Advancement staff members, e.g., potential donors, parents, prospective students, industry and government, professional societies, and alumni;
6.  Share a leadership and managing role together with other senior administrators throughout the University, especially with the VPA;
7.  Teach a course load (usually one course per semester) approved by the VPA;

### 1.6.12 Department Chair

The Department Chair within a school is appointed by the President, having been recommended by the VPA, in consultation with the Dean of the School and the faculty of the department and other Department Chairs of the School. The Department Chairs report to the Dean of the respective School.

The Department Chair holds a special responsibility to strengthen teaching effectiveness and encourage scholarship and professional growth.

#### 1.6.12.1 Term of Office

The Department Chair's term is three years. The Department Chair will be formally evaluated by the Dean of the School in consultation with the department faculty at the end of each three-year term. With the approval of the majority of the members of the department, the Dean of the School, and the VPA, the Department Chair may be re-appointed but normally will serve no more than three consecutive terms. (See Appendix EE for (re)appointment schedule).

#### 1.6.12.2 Duties and Responsibilities

In the spirit of collegiality and good management, the Department Chair has the responsibility of overseeing the planning and execution of the goals and activities of the department. Specific areas of responsibility are to:

1.  Oversee the periodic review and update of such areas within the department as the academic degree programs, the curriculum, course syllabi for present and planned courses, graduation checklists, and the assessment of the department's majors;
2.  Assist the Registrar and School Dean, each year by scheduling courses, reviewing and recommending catalog changes in those sections pertaining to the department. The Department Chair will make projections for course demands by students, make teaching assignments based on these projections which are equitable and appropriate for the department faculty. The Department Chair will monitor course demand during registration and the beginning of each semester and will also work with the Registrar and Dean to open or close classes that are over or under enrolled;
3.  Coordinate the summer program and Adult Professional Studies course offerings of the department;
4.  Annually evaluate each member of the department fairly without indication of bias or prejudice and write recommendations for tenure and promotion for faculty members who desire to seek tenure or promotion during that year, and generally support and encourage faculty improvement, innovative teaching, scholarly research, campus community service, and off-campus community service, and oversee the progress toward advancement of newer faculty members in the department;

9

CBU-093

5. Recruit, screen, and recommend for appointment new full and part-time faculty for all programs of the department. The Department Chair will also orient the new faculty members to the University and the particular department and course demands, visit classes, review syllabi, and review grades of members of the department as well as evaluate faculty in conjunction with the rank and tenure process.
6. Mentor new part-time faculty. Department chairs will meet with new part-time faculty members at least once at the beginning of the semester, assist them with both teaching-related and practical questions (directing them to the appropriate campus services), and observe them teach at least once during the semester. See Section 2.3.7.
7. Coordinate support services for the department such as overseeing book order requests for all departmental courses and for the library, arranging for effective academic advising of students within the department, and overseeing the department's student retention efforts.
8. In conjunction with the Dean of the School, supervise the department budget and facilities including any computer and laboratory equipment.
9. Maintain effective communication within the department and open communications with other departments/schools, especially with respect to common needs, service courses, and inter-disciplinary projects;
10. Support the Dean of the School and VPA by helping to implement policy as it applies to departments, schools and university and accrediting agencies and by attending Department Chair and other meetings as called by the Dean of the School and VPA;
11. Oversee the work/study students assigned to the department;
12. Maintain good departmental university relations by monitoring or appointing a department member to monitor the department's internship program if one exists, supporting the admissions program by writing to or talking to prospective majors in the department, and, as appropriate, facilitating the visibility of departmental programs and activities in the Memphis community.
13. Handle the department's correspondence including graduate school information and professional organization requests.
14. Teach a reduced load and/or receive supplementary compensation.

## 1.7 OTHER OFFICERS OF THE ADMINISTRATION

Other principal administrative positions within the University and the organization of these major offices are described in the University Policies and Procedures Manual, which is available in the offices of the President and Vice Presidents.

## 1.8 STANDING COMMITTEES OF THE UNIVERSITY

Faculty members are expected to be willing to serve on two university-wide committees or committee equivalents. If membership on two committees has been accepted, a faculty member may refuse further memberships without fault, or may resign from one to accept membership on another. Permission must be obtained from the faculty member's Department Chair to accept three or more committee memberships or equivalents. Committee equivalents include positions or duties, which are approved as equivalents by the Faculty Assembly and the Administration.

If necessary, a person may resign from a committee. The resigning member should nominate a successor to complete the term. This nomination shall be subject to approval by the Faculty Assembly (for at large positions), by the faculty of the school (for elected representatives of the school), or by the appointing party.

The following standing committees at Christian Brothers University include faculty representation.

### 1.8.1 Committees of the Board of Trustees

Each committee of the Board of Trustees includes faculty representation. Faculty members elected or appointed to these committees may submit agenda items to the Vice President who is the executive secretary of the particular committee. Elections for Board of Trustee committees are run by the Executive Committee of the Faculty Assembly during the final meeting of the spring semester.

#### 1.8.1.1 Lasallian Mission (formerly Mission & Identity)

A faculty member elected by the Faculty Assembly serves as a member of this committee.

10

CBU-094

### 1.8.1.2    Advancement, Fundraising, and Engagement (formerly Advancement)

A faculty member elected by the Faculty Assembly serves as a member of this committee. This committee is responsible for recommending candidates for Honorary Degrees.

### 1.8.1.3    Finance, Investment, and Audit (formerly Finance Committee; Audit Committee)

A faculty member elected by the Faculty Assembly serves as a member of this committee.

### 1.8.1.4    Athletics, Recreation, and Wellness (formerly Athletics)

The Faculty Athletics Representative (FAR) represents the faculty on this committee..

### 1.8.1.5    Educational Programs and Academic Affairs (formerly Education; Faculty Affairs)

The President of the Faculty Assembly and a representative from the Curriculum Committee, selected by the Curriculum Committee, serve as members of this committee represent the faculty ex officio. The Faculty Assembly elects a third at large member at its final spring meeting.

### 1.8.1.6    Student Experience and Retention (formerly Student Development and Campus Life)

A faculty member elected by the Faculty Assembly serves as a member of this committee.

### 1.8.1.7    Facilities (formerly Plant & Grounds)

A faculty member elected by the Faculty Assembly serves as a member of this committee..

### 1.8.1.8    Enrollment and Admissions (formerly Enrollment Management)

A faculty member appointed by the President serves as a member of this committee.

## 1.8.2 Presidential Committees

### 1.8.2.1    Strategic Planning Committee

The committee has the responsibility for oversight of the University's Strategic Plan as approved by the Board of Trustees. It meets quarterly to monitor the action steps and review progress being made by the persons responsible toward the strategic targets and goals of the Plan. The committee will make recommendations as needed for improvements and adjustments to the planning process.

Membership includes board members, vice presidents, deans, faculty members, students, and alumni. The committee reports to the President.

### 1.8.2.2    Building and Grounds Committee (4 positions) - Inactive

Members are appointed by the President and include one member from each school. The Committee assesses the space needs and resources of the University and offers plans and recommendations on how the University plant can best be utilized, maintained, and improved to meet current and long-range space needs.

### 1.8.2.3    Calendar Committee

The purpose of the Calendar Committee is to plan and recommend the University calendar using the academic semester/terms as the basis for planning. The committee recommends to the President's Cabinet a proposed and detailed calendar for the upcoming academic year and basic calendars for the ensuing four academic years.

The Calendar Committee is chaired by the VPA (or a representative appointed by the VPA) and includes representatives from the following areas: Office of the Registrar, Business Office, Student Activities, Athletics, Admissions, Global College, and a faculty member representing the Graduate Council. Other members are the Vice President of the Faculty Assembly and the Vice President of the Student Government Association.

The initial meeting of the Calendar Committee for each academic year is called by the VPA in September

11

to review the calendar for the upcoming year and proposed calendars for the following four years. Each committee member is expected to communicate the proposed calendar with their respective constituencies to allow for further input. Additional meetings are then held by the committee to finalize the recommended calendars. The calendars are then reviewed by the Academic Council who sends the recommended calendars to the President's Cabinet for final approval. It is expected that this process will be completed during the fall semester.

### 1.8.2.4   Compensation Committee (since 2021, Faculty Compensation Task Force)

The members of the Compensation Committee are faculty and staff members appointed by the President to represent various entities of the University. The purpose of the committee is to review and recommend possible changes to university policies, procedures, and practices relating to compensation. Members represent the staff and each of the four academic schools.

### 1.8.2.5   Budget Committee - Inactive

Consisting of faculty, staff, and administrators, this committee advises the President and the upper administration on budgetary matters.

### 1.8.2.6   Sustainability Committee

Faculty, staff, and students serve as the members of this committee, which identifies and oversees initiatives to raise the environmental awareness of the CBU campus community.

### 1.8.2.7   Mission and Identity Committee - Inactive

The purpose of this committee is ensure that the CBU campus community remains dedicated to its Catholic-Lasallian roots and that university policies and initiatives are in line with the mission. The committee consists of the Director(s) of Mission, as well as members of the staff and faculty.

### 1.8.2.8. Tobacco-Free Campus Committee - Inactive

Consisting of faculty and staff, smokers and non-smokers, the committee seeks to make CBU a tobacco-free campus and to encourage CBU employees to live healthy lives.

### 1.8.2.9   Presidential Commission on Women - Inactive

The Commission strives to enrich the campus community by promoting best practices to enhance the quality of campus life for all women. It is made up of faculty, staff, and students.

## 1.8.3 Committees of the Faculty Assembly

Elections operated for the committees of the Faculty Assembly are run by the Executive Committee of the Faculty Assembly in accordance with the following procedure:

1. All potential nominees are sent a memorandum asking for indication of interest in running or refusal to run for an upcoming election.
2. Nomination forms are distributed to all eligible voters; these forms contain the names of all eligible nominees, except those refusing to run, and an asterisk marking those who have indicated an interest. Nominations will then be tallied.
3. A ballot containing the names of the top 3 to 5 nominees is presented to the Faculty Assembly at the last meeting of the spring semester for voting purposes. The vote is counted at the meeting and the election results are announced at the same meeting.
4. All members* of the Faculty Assembly present at the meeting are allowed to vote. (*refer to Article III, Sections 1 and 2 of the Bylaws for a definition of a member).
5. The purpose of each of the following three committees is found in the Bylaws of the Faculty Assembly (Appendix B).

### 1.8.3.1   Faculty Assembly Executive Committee (3 officers)

The Faculty Assembly Executive Committee is comprised of the three Faculty Assembly officers: President, Vice President, and Secretary. All officers shall be elected at the next-to-last meeting of the spring semester, normally in March, and formally take office on May 1. In the event that an elected officer

12

CBU-096

is not able to serve, a replacement shall be elected at the earliest possible meeting of the Faculty Assembly.

Duties of the officers are found in the By-Laws of the Faculty Assembly (Appendix B). (revised 3/5/04)

### 1.8.3.2 Faculty Assembly Policy Committee (7 positions)

At the first Faculty Assembly meeting in the fall, the Faculty Assembly elects three at-large members from the Faculty Assembly. These shall be elected from the tenured Faculty. These elections are run by the Faculty Assembly officers. In addition, each School elects one representative for a two-year term on a staggered schedule: Engineering and Science in even years and Arts and Business in odd years. This election is conducted by the Dean of each School prior to the first Faculty Assembly meeting in the fall. No one member may be elected from more than one source. (Revision: Approved by F.A. 2-1-2007)

### 1.8.3.3 Faculty Assembly Curriculum Committee (7 positions)

In odd-numbered years, three at-large representatives are elected for two-year terms at the first Faculty Assembly meeting in the fall. These elections are run by the Faculty Assembly officers. In even-numbered years, each School elects one representative for a two-year term prior to the first Faculty Assembly meeting in the fall. This election is conducted by the Dean of each School.

### 1.8.3.4 Faculty Assembly Curriculum Committee for Global College (5 positions)

In odd-numbered years, three at-large representatives are elected for two-year terms at the first Faculty Assembly meeting in the fall. These elections are run by the Faculty Assembly officers. In even-numbered years, the School of Arts and the School of Business each elect one representative for a two-year term prior to the first Faculty Assembly meeting in the fall. This election is conducted by the Dean of each School. It is preferred that candidates for this committee have experience teaching adult learners.

## 1.8.4 Committees of the Faculty

### 1.8.4.1 Rank and Tenure Committee (11 positions)

The VPA is ex-officio Chair of the Committee. The four Deans are also members ex-officio. There are two at-large members, from different schools, elected by the faculty with one member being elected each year for a two-year term. Faculty membership on the Committee is limited to two consecutive two-year terms and to tenured faculty with the rank of Associate Professor or Professor.

This election is conducted in April by the office of the VPA. After the at-large election, two of the schools each elect one representative for a two-year term. This election is conducted by the Dean of that School.

The primary duty of this Committee is to advise the President about continuance, promotion, and tenure in keeping with the published standards. For more information about this committee see Sections 2.4.3.3, 2.5.2, 2.6.5, 2.6.6, and 2.6.7.

### 1.8.4.2 Faculty Review Committee (5 positions)

Members of this Committee are elected to two year terms, two being elected one year, three the following year. Members must be tenured faculty members excluding Department Chairs, Deans of Schools, members of the Rank & Tenure Committee, and administrative officers of the University. The elections are conducted by the office of the VPA during the first week of classes in the fall.

The Committee hears and reviews specific faculty grievances related to academic freedom, inadequate consideration and similar concerns. See Sections 2.5.4, 2.6.7, 2.7.1.1, 2.7.3.4, and 2.9.4. Upon reception of a grievance, any member of the committee can call the first meeting to elect a chair and begin preparation for reviewing the grievance.

In reviewing faculty grievances, the Faculty Review Committee will hold a hearing at which time the aggrieved party can bring in a faculty member as counsel, address the charges, confront adverse witnesses, and present witnesses and evidence in support of the aggrieved party. After the hearing, the Faculty Review Committee will then make its decision known in writing to the President or the Chair of the Board of Trustees as appropriate.

13

CBU-097

### 1.8.4.3  Sabbatical Committee (5 positions)

The VPA is an ex-officio member of the Committee. One member is elected from each of the four schools for a two-year term. Each year, two schools elect their members to give continuity. This election is conducted by the Deans of the Schools before the first meeting of the Faculty Assembly in the fall.

The Committee develops sabbatical policies, reviews sabbatical proposals from eligible faculty members, and recommends persons for possible sabbaticals to the VPA who forwards the recommendations of the Committee to the President along with the Vice President's recommendations. The Committee also reviews reports of the sabbatical recipient and determines possible acceptance of the sabbatical reports.

The VPA calls the first meeting of the committee early in the fall semester. At the first meeting of the Committee, the members elect a chair for the academic year. The chair calls all of the remaining meetings of the committee and serves as the secretary of the committee. (See Appendix S for Committee Guidelines)

### 1.8.4.4  Grade Appeals Committee (5 faculty positions plus alternate and Dean of Student Success)

One member is elected from each of the four schools for a two-year term and a fifth member is elected at large annually before the end of April. The Schools of Business and Engineering will elect their members in odd years and the Schools of Arts and Sciences will elect their members in even years. The at-large election will be carried out by the Faculty Assembly. The candidate receiving the most votes will serve as the Committee's fifth member, while the runner-up will serve as an alternate in cases where the instructor involved is one of the elected members of the Committee. If the School elections do not produce a faculty member teaching graduate courses, the at-large election conducted by the Faculty Assembly must provide one. The Dean of Student Success acts as a non-voting chairperson of the committee (Revision: Approved by F.A. 3-28-2007 & 4-16-15)

## 1.8.5 Other Committees with Faculty Representation

### 1.8.5.1  Undergraduate Admissions Committee (4 faculty positions)

The Undergraduate Admissions Committee is a supplementary and advisory body whose efforts are focused on supporting the undergraduate recruitment, admissions and enrollment strategies for the university's traditional undergraduate academic programs.

In its advisory capacity, the committee consults and coordinates with the Vice President for Enrollment Management (VPEM), Vice President for Academics (VPA), and the school deans on ensuring the effectiveness, efficiency and of the university's strategies for recruiting, admitting and enrolling undergraduate students.

In discharging its responsibilities and duties on behalf of the larger university community, the committee members will:

- Participate in and set priorities for application review and admission decisions.
- Receive and act upon regular reports from the VPEM regarding enrollment trends, applications, acceptances, deposits, academic/geographic/gender/ethnic profiles of the entering class, etc.
- Review the university's communications and marketing scheme for engaging with prospective students.
- Assist the VPEM when hiring new Enrollment Management staff at the director level by providing feedback from candidate interviews and/or by serving on search committees.
- Through the Director of Undergraduate Admissions (DUA), provide regular enrollment-related data, information and reports to the President, the VP for Finance & Administration, the VPA, and the School Deans and Chairs.
- Assist the VPA in communicating undergraduate enrollment data, goals, and objectives to the Faculty Assembly and the larger university community.

The Undergraduate Admissions Committee also makes specific recommendations to the DUA regarding the university processes, protocols and criteria for the admission of undergraduate students to the university, with the committee's role in admissions decisions being guided by the following expectations:

- Embrace the fundamental urgency of admissions decisions by meeting timetables and deadlines for decision-making as set by the VPEM.

14

CBU-098

- Balance the university's Lasallian values of inclusive community, respect for persons, and high-quality education in making admissions recommendations in a manner that achieves diverse and high-achieving cohorts of incoming undergraduate students.
- Maintain integrity and confidentiality with respect to the handling and consideration of applicant and student records.
- Acquire appropriate training in regards to the admissions CRM and other appropriate recruitment and communications tools.

The committee will be comprised of the DUA, the Director of Financial Aid, a staff designee of the VPA (usually the Dean of Student Success), and four faculty members: one selected by each of the four deans. Faculty members will serve alternating three year terms. Initial terms will be as follows: School of Arts and School of Sciences (two years); School of Business and School of Engineering (three years); VPEM selection (three years). Faculty serving on the committee will receive a three (3) credit hour course release in each of the fall and spring terms.

### 1.8.5.2   University Library Committee (7 positions)

The Committee consists of a delegate from each of the schools appointed by the School Dean with the advice of the faculty, one member representing all the graduate programs appointed by the Academic Council, a representative from Global College, a representative of the Administration appointed by the VPA with the advice of the Deans and the Director of the Library. The committee is chaired by the Director of the Plough Library.

The committee serves in an advisory capacity to the Library Director and the administration helping to: allocate financial resources to the schools, provide guidelines for maintenance and development of the collections in the various disciplines, particularly in those granting degrees, and encourage the use of library resources and materials among students, faculty and staff.

### 1.8.5.3   Student Disabilities Services Committee

The Committee assists the Director of Student Disability Services with review of student requests for academic accommodations. Faculty and/or staff members are appointed by the VPA based upon their knowledge and interest in student disabilities.

### 1.8.5.4   Teacher Education Admissions Committee - Inactive

The Committee consists of members of the Department of Education, one additional representative from the School of Arts, one member from the School of Sciences, at least one representative from public schools, and one representative from private Schools. The Committee interviews and screens applicants for admission to the Teacher Education Program.

### 1.8.5.5   Title IX Hearing Board – Under Review

The Title IX Hearing Board investigates and/or adjudicates complaints of sexual harassment and sexual misconduct involving faculty or staff.

The Title IX Hearing Board consists of a pool of 12 individuals identified and called upon by the Title IX Coordinator to serve at a hearing as necessary. Six of the members of the pool will be faculty. Six of the members of the pool will be staff.

See Appendix AA for details regarding the function and composition of the Title IX Hearing Board.

### 1.8.5.6   Committee on Animal Research (see 3.1.4 Human and Animal Research Policy)

### 1.8.5.7   Institutional Review Board (see 3.1.4  Human and Animal Research Policy)

### 1.8.5.8   Honors Council (see Appendix A.10 Director of the Honors Program)

## 1.8.6 Committees Reporting to Vice Presidents

### 1.8.6.1   The Judicial Board (4 positions)

This Committee consists of four faculty representatives, who are elected at the last Faculty Assembly

15

CBU-099

meeting in the spring, four students, and one representative from the Student Development and Campus Life staff who chairs the Committee. This Committee hears discipline cases referred by the Office of Student Development and Campus Life. Committee members are required to attend training sessions prior to adjudicating a case. One faculty member from the Judicial Board will also serve as faculty representative to the Student Handbook Committee.

### 1.8.6.2   Student Handbook Committee (1 position) Inactive

This Student Development and Campus Life standing committee consists of the Vice President for Student Development and Campus Life (or delegated Student Development and Campus Life staff member) as chair, the President of the Student Government Association, a representative of the Faculty Assembly who is also a Judicial Board member, and one student senate member appointed by the SGA President. The members convey changes from their respective areas to update CBU's Student Handbook and website, The Compass. These changes should reflect any alteration of documents or policies made by their respective areas to keep the document current. The committee may determine if new sections should be added or old ones discarded.

### 1.8.6.3   Student Success Committee

The Committee consists of one faculty representative from each school (selected by the School Dean), other faculty members as appropriate, and selected staff members. The committee addresses student retention issues and is chaired by the Dean of Student Success and reports to the VPA.

### 1.8.6.4 Academic Council (see Appendix C, Academic Council)

The Academic Council provides advice to the Academic Vice President on matters including curriculum, faculty and academic staff, educational support systems, accreditation, and other issues relating to the academic program of the University. In this role, it has significant impact on faculty affairs, and often reviews actions of the Faculty Assembly and University committees.

### 1.8.6.5 Graduate Council (see Appendix D, Graduate Council)

The Graduate Council provides University oversight of graduate level courses and programs.

Other Student Development and Campus Life committees may be appointed and utilized on an ad hoc basis. The committees may or may not have faculty representation.

### 1.8.7 Ad Hoc Committees

Ad Hoc Committees whose purposes are university-wide in scope may be established by the President, VPA, or the Executive Committee of the Faculty Assembly.

## 1.9 UNIVERSITY GOVERNANCE

Christian Brothers University believes that the conduct of the University is a cooperative venture among the constituencies of the University. The faculty has primary responsibility over the curriculum and procedures of instruction. The faculty has special responsibility over faculty status. The faculty has participatory responsibility, along with other university groups, in areas indirectly affecting academic operations.

16

CBU-100

## PART II. THE FACULTY

### 2.1 DEFINITION OF FACULTY

The faculty of Christian Brothers University consists of all persons who are appointed to teach one or more courses in the University, or who are appointed to faculty status by the President of the University upon the recommendation of the VPA. For those who hold combined faculty and administrative appointments, this chapter applies only to the faculty part of that appointment.

### 2.2 DEFINITION OF ACADEMIC STATUS AND TITLES

A ranked faculty member is a full-time employee of Christian Brothers University who has been appointed to one of the four regular academic ranks: Instructor, Assistant Professor, Associate Professor, or Professor.

#### 2.2.1 Tenure Track and Tenured Faculty

A faculty member at Christian Brothers University who is tenure track or tenured is appointed to one of the four traditional academic ranks: Instructor, Assistant Professor, Associate Professor, or Professor.

Such a person meets or exceeds the criteria for academic rank as detailed in Sections 2.2.1.1-2.2.1.4 and ordinarily is

1. Teaching a full-time load consisting of traditional, hybrid, and online courses as scheduled by the VPA in accordance with the contract issued by the President; or
2. Teaching a reduced load and, as contracted, being responsible for other academic functions, such as serving as a Department Chair or in another academic administrative role, conducting approved scholarly research, or serving as a director for a grant or a special project; or
3. Teaching a minimum of twelve semester hours in a given academic year, with the balance of the full-time load being devoted to non-academic administrative duties. In such cases, a statement should be on file in the office of the VPA outlining that person's faculty role, responsibilities, rank, department affiliation, and (for the untenured) requirements for attaining tenure. This statement should be approved and signed by the appropriate Department Chair and Dean of the School, and by the person's immediate administrative (non-academic) supervisor; or
4. Taking a leave from a tenured or tenure-track faculty position.

Whenever it is necessary to determine whether an individual has the qualifications required for appointment to a particular rank, a decision will be recommended by the Department Chair and the Dean of the School and made by the VPA.

#### 2.2.1.1   Instructor

Original appointment to this rank presupposes the attainment of an appropriate master's degree from a graduate institution or its equivalent (e.g., professional recognition in the creative arts, business, technical, or medical community), with either proven or presumptive potential for (a) good undergraduate teaching ability and (b) obtaining an appropriate earned doctoral degree or the appropriate terminal professional degree.

#### 2.2.1.2   Assistant Professor

Original appointment to this rank presupposes either (a) the attainment of an appropriate earned doctorate; or (b) the attainment of an appropriate terminal degree (e.g., M.F.A.) or a master's degree with license (e.g., C.P.A., P.E.); or (c) accomplishments that are considered equivalent to either (a) or (b) (e.g., performance in the creative arts, business, technical, or medical community); or (d) evidence of substantial progress toward the doctorate or terminal professional degree (completion of all requirements except the dissertation), combined with no fewer than two years total experience in teaching or its equivalent at a ranked status in an accredited college or university.

#### 2.2.1.3   Associate Professor

Original appointment to this rank presupposes (a) the attainment of an appropriate earned doctorate; or (b) the attainment of an appropriate terminal degree (e.g., M.F.A.) or master's degree with license (e.g., C.P.A., P.E.); or (c) accomplishments that are considered equivalent to either (a) or (b).

17

CBU-101

Normally eight years of full-time teaching in a college or university (or its equivalent), or five years of full-time teaching at the rank of Assistant Professor must be completed before the appointment.

#### 2.2.1.4   Professor

Original appointment to this rank presupposes (a) the attainment of an appropriate earned doctorate; or (b) the attainment of an appropriate terminal degree (e.g., M.F.A.) or master's degree with license (e.g., C.P.A., P.E.); or (c) accomplishments that are considered equivalent to either (a) or (b).

Normally twelve years of full-time teaching in a college or university, or seven years of full-time teaching at the rank of Associate Professor must be completed before the appointment.

### 2.2.2 Faculty Teaching in Graduate Programs

In addition to meeting standards expected of all University faculty noted in Section 2 of the Faculty Handbook, persons approved for teaching responsibilities in the graduate programs will have demonstrated an appropriate level of scholarly activity and teaching ability and will have earned the terminal degree, usually the earned doctorate. In some cases, an exception may be made if the faculty member does not have the terminal degree but can provide official documentation which demonstrates exceptional activities or experiences pertinent to the teaching assignment.

Faculty members who continue to teach in the graduate programs must maintain a level of scholarship and teaching that is commensurate with the courses taught. Also, the faculty member must have an average of one scholarly contribution per academic year in order to continue to teach at the graduate level. The annual sign-off by the program director and School Dean on the "Faculty Credentials Approval" form contained in the professional file of each faculty member, will signify eligibility of the faculty member. Also, it is expected that these faculty members continue to demonstrate a strong commitment to the program and to the students enrolled in the program.

Policies and procedures currently in place in the undergraduate program for review and evaluation of faculty members including course evaluation and peer review will remain in effect for faculty teaching courses in the graduate program.

### 2.2.3 Professor Emeritus

Emeritus status may be conferred by the President on Associate Professors or Professors who have been recommended by the Rank and Tenure Committee and the VPA. This status may be assigned to faculty members who have limited or terminated their responsibilities as tenured faculty members for valid reasons (e.g., retirement, illness) after 12 or more years of distinguished service to the University.

Nomination for Professor Emeritus status will be given to the Dean of a School by the Department Chair who has consulted with the members of the particular department. The Dean of the School presents the nomination with the Dean's recommendation to the Rank and Tenure Committee at either the fall or spring semester meeting. The vote of the Rank and Tenure Committee (Recommend or Do Not Recommend), and a summary of the Committee's discussion will be forwarded to the President by the VPA who will also add an appropriate recommendation.

A Professor Emeritus is accorded the privileges of the regular, full-time faculty; with name recorded on faculty listings and mailings, and is further accorded an office when such space is available.

No compensation or regular benefits accrue by virtue of this rank, unless a Professor Emeritus is offered a part-time contract to teach or fulfill other duties. In such cases, supplementary benefits, if any, will be set forth in the contract.

### 2.2.4 Non-Tenure Track Faculty

A person who is contracted to teach a specific course, courses, a full semester or a yearly load without being on a track toward tenure is a non-tenure track faculty member at Christian Brothers University. Such faculty members may be awarded up to three years toward tenure if they are changed to tenure track status.

With the exception of Adjunct Clinical Appointments, these faculty members must meet all of the criteria expected of tenure track or tenured faculty of comparable rank which are presented in Section 2.2.1. All non-

18

tenure track faculty members, including Adjunct Clinical Appointments, must meet criteria required by regional and discipline specific accrediting agencies.

At Christian Brothers University, these faculty members are recognized with the following titles:

### 2.2.4.1  Visiting Faculty

A Visiting Lecturer or Professor (Assistant, Associate, or Full) is appointed by the President upon the recommendation of the VPA in consultation with the Dean of the School and the Department Chair. Individuals who hold these titles may be appointed to teach or to teach and assume other responsibilities at Christian Brothers University for a limited period of time, set forth in the contract.

### 2.2.4.2  Adjunct Faculty

An adjunct faculty member is temporarily employed by the University and contracted through the Office of the VPA to teach a specific course(s) for a single term or semester. The titles of Lecturer, Adjunct Assistant Professor, Adjunct Associate Professor, or Adjunct Professor are assigned based upon the criteria for parallel titles assigned to tenure track or tenured faculty (Section 2.2.1).

### 2.2.4.3  Renewable Non Tenure Track Faculty

Some faculty members may be hired on multi-year non tenure track contracts eligible for renewal at the expiration of the contract term. Such faculty may be hired at any rank (Instructor, Assistant, Associate, or Full) and are expected to possess all qualifications appropriate to rank independent of those required for tenure track or tenure as specified under Section 2.2.1.

### 2.2.4.4  Adjunct Clinical Appointments

#### 2.2.4.4.1 Clinical Preceptor

A person who meets the Physician Assistants program-defined qualifications to precept students without academic rank and who agrees to precept at least one student per year. At a minimum this includes board-certification as a physician or physician assistant and licensure in her or his respective state. Recommendation will be made by the Physician Assistants program and endorsed by the Dean of the School of Sciences. Recognition/notification of this title will emanate from the Office of the Academic Vice President. Clinical preceptors who precept 4 or more students per year will be notified by the Physician Assistants program of the opportunity to apply for Clinical Adjunct Faculty status.

#### 2.2.4.4.2 Clinical Adjunct Faculty

A person who meets the requirements for clinical preceptor and provides an additional level of education for students either during their rotations or during the didactic phase of the Physician Assistants program, such as: medical seminars or workshops, required student presentations or like assignments, journal clubs or provision of lectures to students in the didactic phase of the Physician Assistants program. Individuals MUST have completed an official application to the University and submitted the necessary documentation to the Office of the Academic Vice President as required.

Clinical adjunct faculty will be appointed an academic rank based upon their qualifications and number of years of post-graduate clinical experience. For physicians, this is defined as post-residency years. Whenever it is necessary to determine whether an individual has the qualifications required for appointment to a particular rank, a recommendation will be made by the Physician Assistants Program Director, endorsed by the Dean of the School of Sciences and approved/conferred by the Vice President for Academics. Notification of appointment will emanate from the Office of the Academic Vice President.

#### 2.2.4.4.3 Clinical Adjunct Instructor:

Original appointment to this rank presupposes the attainment of an appropriate terminal degree (master's or doctorate) from a graduate institution or its equivalent, meeting all requirements for a clinical preceptor, ongoing maintenance of board certification and licensure, and less than two years of clinical experience in their specialty.

19

CBU-103

#### 2.2.4.4.4 Clinical Adjunct Assistant Professor

Appointment to this rank presupposes the attainment of an appropriate terminal degree (master's or doctorate) from a graduate institution or its equivalent, meeting all requirements for a clinical preceptor, ongoing maintenance of board certification and licensure, and 2- 5 years of clinical experience in their specialty.

#### 2.2.4.4.5 Clinical Adjunct Associate Professor

Appointment to this rank presupposes the attainment of an appropriate terminal degree (master's or doctorate) from a graduate institution or its equivalent, meeting all requirements for a clinical preceptor, ongoing maintenance of board certification and licensure, and 6-11 years of clinical experience in their specialty.

#### 2.3.4.4.6 Clinical Adjunct Professor

Appointment to this rank presupposes the attainment of an appropriate terminal degree (master's or doctorate) from a graduate institution or its equivalent, meeting all requirements for a clinical preceptor, ongoing maintenance of board certification and licensure, and 12 or more years of clinical experience in their specialty.

### 2.2.5 Administrative Officers and Faculty Status

Persons who are full-time employees of Christian Brothers University and who hold academic or non-academic administrative positions (see Sections 2.2.1 b, c) may be granted faculty status in the University, subject to the following provisions:

1. The individual receiving such an appointment must meet the requirements of that rank (see Sections 2.2.1.1 through 2.2.1.4);
2. The department in which the appointment is to be made shall evaluate the credentials of the applicant and make recommendation to the School Dean who, in turn, offers a recommendation to the VPA;
3. An individual receiving such an appointment is eligible for promotion to a higher rank or for advancement to tenure only if the person meets the requirements cited in section(s) 2.5 and 2.6;
4. A tenured faculty member who accepts a non-academic or academic administrative position does not forfeit tenure rights or academic rank;
5. If a faculty member who has previously been classified as full-time (see Section 2.2.1 a through f) teaches less than the specified amount during any annual full-time contract period, that year shall not be counted as time of service towards tenure, academic promotion, or sabbatical, nor may tenure or promotion be awarded during that year. However, that faculty member shall not lose any credit towards tenure, promotion, or sabbatical previously earned, nor shall that faculty member forfeit previously earned academic rank. Progress towards tenure, promotion, and sabbatical shall resume whenever the faculty member once again assumes a full-time teaching position as defined in Section 2.2.1.
6. Administrators whose duties are only indirectly academic, even if closely involved in the academic program of the University, and who do not teach at least twelve semester hours during a given year, are specifically disallowed from advancing towards tenure, promotion, or sabbatical during that year.

## 2.3 POLICIES ON RECRUITMENT AND APPOINTMENT

### 2.3.1 Nondiscrimination Policy

Christian Brothers University does not discriminate on the basis of race, color, sex, sexual orientation, age, mental or physical disability, national origin, genetic information, or any other protected status, and any categories protected by state and local law in its educational programs or activities, including employment and admissions. The University operates equal opportunity and affirmative action practices for faculty, staff and students. The University is an equal opportunity employer.

It is the obligation of every faculty and staff member of Christian Brothers University to comply with this policy in both practice and spirit. All faculty and staff members are expected to demonstrate the same commitment to the nondiscrimination policy as to all other University policies.

20

CBU-104

CBU's status as a religious university sponsored by the Christian Brothers enables CBU to exercise a priority in hiring Christian Brothers and other personnel for positions with professionally related responsibilities who are committed to, or respectful of, the Catholic traditions.

### 2.3.2 Affirmative Action Policy

It is the policy of Christian Brothers University to take affirmative action to maintain equal employment opportunity in all personnel actions and procedures; including, but not limited to recruitment, hiring, training, transfer, promotion, compensation, benefits, and all other terms and conditions of employment. This policy is to be administered without regard to race, color, sex, sexual orientation, age, mental or physical disability, national origin, genetic information, or any other protected status, and any categories protected by state and local law.

Responsibility for implementation of this policy and for the operation of the affirmative action program is assigned to the Director of Human Resources.

It is the obligation of every associate to comply with this policy in both practice and spirit. All employees are expected to demonstrate the same commitment to the affirmative action policy as to all other University policies.

### 2.3.3 Employment of Relatives

Nepotism is discouraged. Relatives by family or marriage (spouse, parent, child, legal responsibility assignment, grandparents, grandchild, aunt, uncle, niece, nephew, and in-laws) shall not be employed in the same department in which one has direct or ultimate administrative responsibility over the other, including student workers. If employment of a relative is proposed, the recommendation of the Department Chair must be accompanied by a full and complete written justification of the need for employment of the relative and approved by the major administrator of that area or the Vice President for Administration and Finance.

### 2.3.4 Recruitment (Full-time faculty) (Revised: October, 2000 and July 2013)

In recruiting new faculty, Christian Brothers University insists that teaching excellence, professional growth and performance, and service are the three-fold expectations of the full-time faculty. The University further expects full-time faculty to respect and advance its Catholic and Lasallian mission.

After appropriate evaluations have taken place among academic administrators, the School Dean shall notify the Department Chair of a position to be filled and the terms on which that position will be made available. All full-time faculty positions, whether new or replacement, must be approved by the Vice President for Administration and Finance, the VPA, and the President.

The initial responsibility lies with the Department Chair for the implementation of procedures to publicize the search for faculty, such procedures being strictly consonant with the stated policies of the University (e.g., attraction of Christian Brothers, lay religious, women, minorities; see Appendices H and I). It remains the reserved privilege of the VPA to approve all public notices and operational guidelines for the Search Committee.

Under usual conditions, a Search Committee shall be given the task of searching for candidates and recommending at least two candidates for interviews where possible. Also, under usual conditions, this committee's Chair will be the Chair of the appropriate department or program, with no fewer than three members serving on the committee, one of whom must be from outside the department or program but within that academic school of the university. In consultation with the committee's Chair, the Dean of the School makes these appointments.

In the process of the review of candidates, a campus interview is obligatory. Recommendations for interviews from the list of candidates will be made by the committee, and separate recommendations from the list may be made by the Department Chair and/or the Dean of the School to the VPA.

In scheduling for the interviewing process, the following must be noted:

1. The vita of a candidate must be distributed to all appropriate university officials;
2. If the highest earned degree of the prospective faculty member is from a non-regionally accredited institution within the United States or an institution outside of the United States, the credentials of the applicant must be validated by an external agency. The applicant bears the cost of the evaluation;

21

CBU-105

3.  Members of the department/program should meet with the candidate; students should also be given the opportunity to meet with the candidate;
4.  Appointments with the Human Resources Director, School Dean, Campus Ministry, and the VPA must be scheduled;
5.  Any special activities deemed appropriate by the committee (e.g., prepared lecture) may be scheduled.

    (See Section 2.3.6 and Appendix L for Procedures for Hiring/Oversight of adjunct faculty.)

### 2.3.5 Appointment of Full-time Faculty

Appointment of full-time faculty is made by the VPA, who has considered the recommendations of the Search Committee and the School Dean.

All initial appointments of tenure track faculty are probationary and for one year unless explicitly stated otherwise in the contract.

The exact terms of appointment will be clearly stated in the initial and subsequent contracts.

If credit is awarded toward tenure and/or promotion, the contract should so state and be signed by the faculty member and the VPA.

### 2.3.6 Adjunct Faculty (see Appendix L)

Adjunct faculty must satisfy the faculty qualifications as specified in Section 2.2.3.

Appointment of adjunct faculty is recommended by the appropriate Department Chair and School Dean.

Adjunct faculty must abide by relevant CBU instructional policies concerning syllabi and examinations, availability to students, record keeping, and other matters. See appropriate sections of 2.8 and Part III. For policies applicable to summer school, see Appendix F.

### 2.3.7 New Full-time and Adjunct Faculty Mentoring

New full-time faculty will be assigned a mentor by their dean. The mentor should be a tenured faculty member from within the school but outside of the new faculty member's department. The mentor should meet with his/her mentee at least twice per semester, for at least one year, to discuss teaching, professional growth and development, and service, including advising, as well as be available by e-mail or phone to answer questions. The mentor should observe the mentee in the classroom at least once and offer written feedback on teaching. Serving as a mentor will be considered service to the school.

New part-time faculty will be mentored by the chair of their department. Department chairs are responsible for meeting with new part-time faculty members at least once at the beginning of the semester; assisting them with both teaching-related and practical questions (directing them to the appropriate campus services); and observing them teach at least once during the semester.

### 2.3.8 Documents and Records

The Office of the VPA maintains two separate files for full time faculty: 1. the Professional File and 2. the Rank and Tenure File. Adjunct faculty members will only have a Professional File.

The Professional File shall include:

1.  The vita of the faculty member which is to be updated each academic year no later than December 15;
2.  Official transcripts of all graduate level work and if the graduate work is from a non-regionally accredited institution or an institution outside of the United States, an external review must be successfully completed to indicate appropriateness of the academic preparation (see Appendix U for details);
3.  Transcripts or official records of other education or experience. (This is necessary if the faculty member does not have the academic preparation for the teaching discipline);
4.  Copies of letters of appointment.
5.  Application of Employment and Applicant Data Record

The Rank and Tenure File will contain all annual evaluations and any correspondence relating to the evaluation. Also, the file will contain records of reviews by the Rank and Tenure Committee.

Falsification of official records is grounds for dismissal of a faculty member.

22

CBU-106

**2.4 ANNUAL REVIEW**

An annual review of all faculty will be prepared by the Department Chair (except for Department Chairs who are reviewed by the School Deans) and by the Dean of the School. This evaluation will be based on the criteria in section 2.4.1. (In the case of adjunct faculty, only criterion 1, Teaching Effectiveness, will ordinarily apply.)

Faculty are also reviewed during their second year (Section 2.4.3.1) and tenured faculty are reviewed every 5 years (Section 2.6.8)

The primary duty of a faculty member is effective teaching. Most of a faculty member's time and effort will normally be devoted to effective teaching, and hence the evaluation of a faculty member emphasizes teaching effectiveness.

Although Teaching Effectiveness is necessary, it alone is not sufficient for a good evaluation. The areas of Service and Professional Growth/Performance are also important aspects of a faculty member's duties. The University recognizes that a faculty member will not be able to contribute to or perform in every subcategory of every area in any given year, and that a faculty member may have talents and interests more applicable to one area than another. However, it is the responsibility of the individual faculty member to promote growth not only as a teacher, but also in the areas of Service and of Professional Growth/Performance, and to plan so that all of these areas will be addressed by the time of a desired advancement in rank and the tenure decision.

### 2.4.1. Criteria for Annual Evaluation

1. **Teaching Effectiveness**

    a) Command and current knowledge of one's subject

    b) Possession of professional integrity, objectivity, and open-mindedness

    c) Evidence of effective teaching methodologies, such as:

    - Preparing and organizing classes carefully
    - Presenting material clearly
    - Provoking and broadening student interest
    - Having rapport with students in class
    - Showing sensitivity to the particular needs of students
    - Being accessible to students
    - Incorporating recent advances into courses
    - Using relevant technologies and methods of teaching

2. **Professional Growth and Performance**

    a) Research and creative work

    - Publishing or presenting research
    - Giving evidence of significant research activity
    - Producing discipline related creative work
    - Writing or receiving grants or receiving fellowships

    b) Professional activities

    - Consulting
    - Giving workshops and seminars
    - Attending workshops and seminars
    - Participating in postgraduate courses
    - Maintaining membership in professional societies
    - Actively participating in professional societies

    c) Each department or school, as appropriate, will further specify discipline-specific standards for professional growth and development for the purpose of annual review and as guidelines for rank and tenure applications and decisions.

3. **Service**

    a) Departmental and school

    - Developing the curriculum and instructional materials and other learning aids

23

CBU-107

- Performing one's share of responsibilities to the department and school
- Maintaining appropriate professional relationships with colleagues
- Mentoring new full-time faculty (see Section 2.3.7)

b) University

- Performing one's share of responsibilities to the university
- Assisting in fund raising and alumni activities
- Contributing to student recruitment and retention
- Directing or participating in university activities
- Supporting the values reflected in the University's mission

c) Academic advising

- Serving as an academic advisor for students in one's department
- Serving as a freshman or special academic advisor (e.g., pre-professional)
- Giving evidence of being a knowledgeable and effective student advisor
- Being available and approachable to students
- Using appropriate advising techniques, including information technology

d) Other service to students

- Advising a student organization
- Overseeing student research or internships
- Assisting in career advising and placement
- Participating in student activities

e) Administrative

- Serving as a dean, department chair, or program coordinator
- Performing other administrative duties as assigned

f) Community

- Serving as a member of a civic or community organization
- Providing service to the community on an individual basis

g) General Education assessment

- If applicable (faculty members who teach General Education courses), timely preparation and provision of assessment data needed for General Education assessments.

### 2.4.2 Evaluators

The primary evaluations of a faculty member are performed by the Department Chair and the Dean of the School. If the faculty member is a Department Chair, then the Department Chair's evaluation is done by the Dean of the School.

The evaluations of the Department Chair and Dean of the School are supported by:

1. A Department Chair of another department if the faculty member taught a course in another department;
2. The individual faculty member's self-assessment of all criteria;
3. The immediate supervisor if any administrative position is held by the faculty member;
4. Student evaluations.

Other information as appropriate.

### 2.4.3 Procedure for Annual Evaluations

#### 2.4.3.1 Self Assessments

An annual written self-assessment (normally in the form of a list of accomplishments and report of progress) must be prepared by each full-time faculty member. The due date for submission to the immediate supervisor is December 15 for all faculty except the second year faculty who must submit their self-assessment by November 1. Faculty members should use criteria listed in Sections 2.4.1, 2.5.2, and

24

CBU-108

2.6.5 of this handbook to prepare the written self-assessment. Documentation should be provided wherever appropriate.

### 2.4.3.2  Primary Evaluations

The primary evaluations are to be done by the Department Chair and/or Dean of the School (see 2.4.2 above) for every faculty member in that department/school. Such evaluations should cover both the fall and the previous spring (where applicable) performance of the faculty member.

The Department Chair should give an evaluation of each of the three criteria (Section 2.4.1). This evaluation should be based on the performance or accomplishments in the subcategories in that area. In the case of Area 1 Teaching Effectiveness, the evaluation should be based on the following:

1. Unsatisfactory Performance
2. Needs Improvement
3. Meets CBU Standards
4. Very good Performance
5. Excellent Performance

In the other two areas Professional Growth/Performance and Service;

1. No accomplishments or performance
2. Minimal accomplishments or performance
3. Standard accomplishments or performance
4. Very good accomplishments or performance
5. Excellent accomplishments or performance

Evaluations should be based on quality of performance as well as amount of work and should take into account rank and experience.

The Department Chair should also give an overall evaluation of the faculty member based upon the rating for the three major categories. This evaluation should be based on the following scale:

1. Unsatisfactory performance
2. Needs improvement
3. Meets CBU standards
4. Very good performance
5. Excellent performance

Since effective teaching is the primary duty of the faculty member, Area I on Teaching Effectiveness carries the most weight in determining overall performance. For new faculty members Area I carries close to 100% weight while for experienced faculty members, of whom more is expected, the weight given Area I decreases.

The administration and faculty at Christian Brothers University recognize that the student evaluation of a course is an imperfect tool in evaluating teaching effectiveness. While the evaluations allow for student feedback, they cannot be used as the sole instrument in evaluating teaching effectiveness. Additional instruments (such as review of materials used in the course, review of grading policy, classroom observation of teaching, etc.) must be used by the reviewers.

Supporting documentation should be appended. Written comments concerning progress toward tenure or advancement in rank should also be included when appropriate. If an application for advancement in rank or granting of tenure is made, a separate report should be prepared (see 2.5.1, 2.5.2, 2.5.3 and 2.6.6).

If possible, the Department Chair should discuss the primary evaluation with the faculty member before forwarding it on to the Dean of the School.

The Department Chair then forwards the evaluation and supporting documentation to the Dean of the School, who then makes a separate evaluation which includes an evaluation for the three major categories' criteria as well as an overall evaluation.

The Dean of the School then returns both evaluations to the Department Chair, who then forwards them to the faculty member for the member's response. At this time the Department Chair should discuss any perceived weaknesses and, if appropriate, the progress toward tenure and/or advancement in rank. Note that while an evaluation of "Meets CBU Standards" indicates satisfactory progress for the academic year, it

25

does not necessarily indicate satisfactory progress toward tenure or advancement in rank. See Section 2.5 for specific requirements for promotion and Section 2.6 for specific requirements for tenure.

After writing a response, the faculty member returns the complete annual evaluation to the Department Chair who forwards the evaluation to the Dean of the School who forwards it to the VPA. The VPA must have all evaluations by:

1. December 1 for second year faculty (annual evaluation only);
2. February 1 for all other faculty.

### 2.4.3.3   Annual Evaluations by the Rank & Tenure Committee

The Rank and Tenure Committee will review the annual evaluations of:

1. All non-tenured, tenure-track faculty members;
2. Any tenured faculty member that the VPA, in consultation with that member's Department Chair and Dean of the School, wishes the committee to review;
3. Any non-tenure track faculty member that the VPA, in consultation with that member's Department Chair and Dean of the School, wishes the committee to review;

After reviewing the annual evaluations, the Rank and Tenure Committee will vote on an overall rating (excellent, very good performance, meets CBU standards, needs improvement, or unsatisfactory). A separate vote on continuance (yes or no) will then be made for non-tenured faculty members (e.g., 9 yes, 1 no). The faculty member will be provided with a brief written summary of the reasoning of the Rank and Tenure Committee. The appropriate Dean of the School will be responsible for explaining any concerns the committee has to the individual faculty member and the member's Department Chair.

The Rank & Tenure Committee must complete its review and forward its recommendations (vote on ratings, vote on continuance) to the VPA by:

1. December 10 for second year faculty (annual evaluation only);
2. March 1 for all other faculty.

### 2.4.3.4   The VPA

The VPA will review the recommendations of the Rank & Tenure Committee and will forward these recommendations to the President along with the VPA's own recommendations.

### 2.4.3.5   The President

The President has the responsibility of reviewing the recommendations of the Rank & Tenure Committee and the VPA, and then informing the faculty member in writing of the decision regarding continuance or non-continuance:

1. On or before March 1 for first year faculty for the coming year;
2. On or before December 15 for second year faculty for the coming year; or
3. On or before April 1, for all other tenure track faculty for the year following the coming year.

In the event the President does not follow the recommendations of the Rank & Tenure Committee, the President will inform the committee in writing of the reasons for the decision.

## 2.5 POLICIES ON PROMOTION

Christian Brothers University is responsible for continually improving its academic stature. This improvement calls for rigor in applying evaluation criteria when considering promotion of faculty members. The faculty member should plan to pursue all of the following professional goals before seeking promotion. However, the University recognizes that a faculty member may not be able to engage successfully in all of these activities simultaneously.

### 2.5.1 General Criteria for Promotion

The initial responsibility of applying for advancement in rank and the burden of proof rests with the individual faculty member. The Department Chair, Dean of the School, and VPA may encourage applications for promotion.

26

CBU-110

### 2.5.1.1   Assistant Professor (revised March 2019)

A faculty member with the rank of Instructor may apply for promotion to the rank of Assistant Professor at any time, provided the faculty member meets the criteria for promotion to the rank of Assistant Professor. If a faculty member with the rank of Instructor is not promoted, the faculty member may be retained at the rank of Instructor.

### 2.5.1.2   Associate Professor

Before applying for promotion to the rank of Associate Professor, a faculty member must have completed three full years at the rank of Assistant Professor at CBU or a minimum of two full years at the rank of Assistant Professor at another college/university and a minimum of two full years at the rank of Assistant Professor at CBU.

If time spent in the rank of Visiting Assistant Professor is subsequently credited toward tenure, this time will count toward eligibility for promotion to the rank of Associate Professor. See Section 2.6.3.

### 2.5.1.3   Professor

Before applying for promotion to the rank of Professor, either a minimum of six completed years at the rank of Associate at Christian Brothers University is required, or a minimum of four years at the rank of Associate at another college/university and a minimum of four completed years at the rank of Associate at Christian Brothers University are required.

If time spent in the rank of Visiting Associate Professor is subsequently credited toward tenure, this time will count toward eligibility for promotion to the rank of Professor. See Section 2.6.3.

## 2.5.2 Specific Criteria for Promotion

### 2.5.2.1   Promotion to Assistant Professor

Promotion to the rank of Assistant Professor assumes consistently effective teaching, contribution to departmental objectives, willingness to participate in faculty, student, and university activities, and evidence of potential for professional development. To be eligible for promotion to the rank of Assistant Professor, the following must be met:

1.  Attainment of the criteria for original appointment to the rank of Assistant Professor (see Section 2.2.1.2 and 2.5.1.1);
2.  The following ratings (as determined by the Rank & Tenure Committee) must be reached or surpassed as of the most recent annual evaluation:

    *   A rating of "meets CBU standards" for two consecutive years, or
    *   A rating of "very good" for the past year.

(NOTE: since the vote of the Rank & Tenure Committee may be split, a majority rating of "meets CBU standards" or better is necessary with a unanimous vote of "meets CBU standards" or better providing stronger evidence for advancement.)

### 2.5.2.2   Promotion to Associate Professor

Promotion to the rank of Associate Professor assumes a record of consistently strong teaching; consistent service to the department; active involvement in faculty; university-wide and student activities; and demonstrable work on projects promoting professional growth. To be eligible for promotion to the rank of Associate Professor, the following must be met:

1.  All conditions for the rank of Associate Professor must be met (see Section 2.2.1.3 and 2.5.1.2);
2.  The following ratings (as determined by the Rank & Tenure Committee) must be reached or surpassed as of the most recent annual evaluation:

    *   A rating of "very good" for two consecutive years, or
    *   A rating of "excellent performance" for the past year.

27

CBU-111

(NOTE: since the vote of the Rank & Tenure Committee may be split, a majority rating of "very good performance" or better is necessary with a unanimous vote of "very good" or better providing stronger evidence for advancement.)

3.  Either tenure shall already have been granted, or the faculty member is deemed capable of achieving tenure if present performance is maintained.

### 2.5.2.3   Promotion to Professor

Promotion to the rank of Professor assumes a record of consistently strong teaching, of marked contributions to departmental and university-wide affairs, of service to the campus and local community, and of professional accomplishments meriting recognition among scholars and educators. To be eligible for promotion to the rank of Professor, all conditions for the rank of Professor must be met (see Sections 2.2.1.4 and 2.5.1.3).

### 2.5.3 Procedure for Promotion

#### 2.5.3.1   Request for Promotion

The procedure for promotion is initiated by the individual faculty member, although the Department Chair or Dean of the School may encourage the member to seek the promotion.

To initiate the process, the individual faculty member must provide written notification to the Department Chair, Dean of the School, and the Chair of the Rank & Tenure Committee by November 1 of the faculty member's intent to apply for promotion.

A written application for promotion must be made to the Department Chair by December 1. This request for promotion should include evidence that the faculty member has successfully fulfilled all the criteria for the new rank.

#### 2.5.3.2   Department Chair Evaluation

When the Department Chair receives the application for promotion from a member of the department, the Chair then writes an evaluation of the applicant's qualifications for promotion. This evaluation should be based explicitly on how well the applicant has fulfilled the criteria for advancement in Section 2.5.2, and should end with the Department Chair's recommendation for or against the application. This evaluation should be sent to the Dean of the School.

#### 2.5.3.3   Dean of the School Evaluation

When the Dean of the School receives the application for promotion and the Department Chair's evaluation of the application, the Dean of the School also writes an evaluation of the applicant's qualifications for promotion based on the evidence for fulfilling the requirements and returns the evaluations to the faculty member for his or her written response. (See 2.5.3.4)

The Dean of the School sends the Dean's recommendation, the Department Chair's recommendation, and the faculty member's application to the VPA along with sufficient copies for each member of the Rank & Tenure Committee. The School Dean also sends a copy of the above material to the Department Chair who forwards the material to the faculty member.

#### 2.5.3.4   Faculty Member's Response

When the faculty member receives these evaluations, the faculty member has the chance to respond in writing. This response should be sent to the VPA with copies to the Department Chair and School Dean.

#### 2.5.3.5   Rank & Tenure Committee

The VPA will make available a copy of the application and the accompanying recommendations of the Department Chair and Dean of the School along with the supporting documentation to the members of the Rank & Tenure Committee before the appropriate meeting of the committee. The committee will then vote on whether to recommend that the promotion be granted or refused.

28

CBU-112

As with the annual evaluation, the faculty member has a right to a written summary of that part of the proceedings of the Rank & Tenure Committee meeting that applies to the member. Such a summary should be requested from the VPA.

### 2.5.3.6   VPA

The VPA will review the recommendations of the Rank & Tenure Committee and will forward these recommendations to the President along with the VPA's own recommendations.

### 2.5.3.7   President

Upon reviewing the recommendations of the Rank & Tenure Committee and the VPA, the President will inform the faculty member of the decision by April 15 or as soon thereafter as reasonably practical. In the event the President does not follow the recommendations of the Rank & Tenure Committee, the President will inform both the faculty member and the committee in writing of the reasons for the decision.

### 2.5.4 Appeal Procedures – Advancement

If the faculty member is dissatisfied with the President's decision regarding the request for advancement, the faculty member may appeal the decision to the Faculty Review Committee upon the following grounds:

1.   Evidence of arbitrary and capricious* action;
2.   Pertinent evidence not available before;
3.   Evidence of defective procedure.

* A willful and unreasonable action without consideration or in disregard of facts or without determining principle. – Black's Law Dictionary

The Faculty Review Committee shall review the appeal based on the above grounds only and shall submit its decision by majority vote in writing to the Chair of the Board of Trustees prior to the May/June meeting of the year in which the request for advancement was made. The final decision rests with the Board of Trustees. See Section 1.8.4.2.

## 2.6 POLICIES ON TENURE

### 2.6.1 Meaning of Tenure

Christian Brothers University subscribes to the principle of academic tenure. The University considers tenure to be a privilege granted to a full-time faculty member after due consideration and not a right due all faculty members. The faculty member with tenure may expect to hold the teaching position until retirement or resignation, except in the case of evaluation which has demonstrated reason for dismissal (Section 2.7.4), planned reduction or re-direction in educational programs (see Section 2.7.3.1), or financial exigency (see Section 2.7.3.2). The University policy on the distribution of tenured faculty may be found in Appendix O.

Faculty members with tenure are evaluated by the Rank & Tenure Committee on a five-year basis (see Section 2.6.7), and such evaluation may lead to dismissal (see Section 2.7.4).

After retirement, appointment to the faculty is made on a term basis, mutually agreed upon by the individual faculty member and the VPA, with the approval of the President.

### 2.6.2 Definition of Probationary Status

The probationary period, which precedes the granting of tenure, gives the individual faculty member the time to demonstrate ability and gives colleagues the time to observe and evaluate performance. During this period, a faculty member has the same academic freedom as a tenured faculty member. Faculty members holding probationary appointments are evaluated for reappointment or non-reappointment on an annual basis.

### 2.6.3 Tenure Timeline

Beginning with a full-time faculty appointment, the probationary period shall normally not exceed seven years, including in these years any award of years of service mutually agreed upon in the first contract. However, Christian Brothers University will ordinarily require not less than four years of full-time ranked service at Christian Brothers University, even though that faculty member's total probationary period may be extended

29

beyond the normal maximum of seven (7) years. Approved leaves of absence are possible causes of such extension (Sections 2.9.2 and 2.10.8)

A faculty member on a visiting appointment who is subsequently given a tenure-track appointment may have some or all of the time spent in full-time visiting status count toward tenure, if this is agreed upon in writing by the faculty member and the VPA, with approval by the President, at the time a tenure track appointment is made. Any credit toward tenure for time spent in visiting status will also apply in determining eligibility for promotion and sabbatical leave.

### 2.6.4 Loci of Tenure

A faculty member is tenured in the University rather than a department, although the evaluation of performance is judged by service in a particular department or school of the University.

### 2.6.5 Criteria for Tenure

As Christian Brothers University is an institution of higher education dedicated to the common good, and as tenure is a means to certain ends, namely freedom of teaching, research, and professional activities, tenure is not granted solely on the basis of time served in teaching. To be granted academic tenure at Christian Brothers University, a faculty member must be (a) fulfilling well the criteria for the rank held; (b) showing promise of continuing to be a productive member of the academic community and the University; (c) exhibiting support for the values reflected in the University's mission; and (d) manifesting the expertise which the University deems pertinent to current and future educational programs and goals. Since effective teaching is an important aspect of a faculty members duties, at least the equivalent of one academic year of teaching (currently 24 semester credit hours) is required before tenure can be awarded."

Since effective teaching is an important aspect of a faculty members duties, at least the equivalent of one academic year of teaching (currently 24 semester credit hours) is required before tenure can be awarded.

The President, on the recommendation of the VPA and in consultation with the relevant academic department and Dean may grant tenure upon hiring to an administrator in an academic area, e.g., VP Academics, Dean of a School, etc., if the new hire has previously been awarded tenure from an institution for which evidence of effective teaching is a significant component for tenure. If the new hire has not previously been granted tenure or has tenure from an institution where effective teaching was not a significant requirement for tenure, then years toward tenure will be open to negotiation before a case is made to the Rank & Tenure Committee. (Revisions: Approved by F.A. 3-1-2018)

### 2.6.6 Procedures Relative to Advancement to Tenure

By October 1 of the sixth year of service, the tenure-track faculty member will submit a letter stating the desire to be reviewed for tenure to the VPA with appropriate copies to the Department Chair and Dean of the School.

By November 1 of the sixth year, the faculty member will submit to the Department Chair a self-evaluation statement which summarizes annual evaluations and performance in the criteria in Section 2.6.5.

By January 15, both the Department Chair and the appropriate Dean of the School shall have made separate judgments of the faculty member and shall have shared this evaluation with the faculty members of the department to seek their recommendations. Copies of the evaluation shall be provided to the faculty member. The faculty member shall then have at least 10 days to respond in writing. The response should be sent to the VPA with copies to the Department Chair and School Dean.

By February 1, all materials should be available for review by the Rank and Tenure Committee. During a spring semester meeting, the Rank & Tenure Committee will render an independent judgment on whether the faculty member has met the criteria, based upon the totality of the information it possesses.

The recommendation of the Rank & Tenure Committee will be forwarded to the VPA, who shall submit a recommendation and pertinent evidence to the President.

By March 15, or as soon as possible thereafter, the President shall inform the faculty member in writing regarding the application for advancement to tenure and the decision made. If tenure is granted, then tenure will begin with the contract for the academic year following the tenure decision. If tenure is not granted, the President will explain in writing to the applying faculty member. If the President does not follow the

30

recommendations of the Rank & Tenure Committee, the President will explain in writing the reasons to the Committee before the faculty member is notified of the decisions. If tenure is not granted, the contract issued to the faculty member for the academic year following the tenure decision will be a terminal contract. (revision of dates approved by F.A. 3-1-07)

### 2.6.7 Appeals Procedures – Tenure

A faculty member may appeal a decision of not granting tenure to the Faculty Review Committee upon the following grounds:

1.  Evidence of arbitrary and capricious* action;
2.  Pertinent evidence not available before;
3.  Evidence of defective procedure.

*A willful and unreasonable action without consideration or in disregard of facts or without determining principle. – Black's Law Dictionary

The Faculty Review Committee shall review the appeal based on the above grounds only and shall submit its decision by majority vote to the Board of Trustees prior to the Trustees' meeting in the spring of the year in which the decision regarding the request for tenure was made. The final decision rests with the Board of Trustees.

### 2.6.8 Procedures Governing 5 Year Tenure Review

Each tenured faculty member has accepted the mutual obligations of tenure and acknowledges the professional duties consistent with tenure. Hence, a periodic peer review is advantageous to the faculty as a whole in monitoring for continued satisfactory performance.

Although a tenured faculty member continues to be evaluated by the member's Department Chair and Dean each year, these evaluations will be reviewed by the Rank & Tenure Committee at five-year intervals following the awarding of tenure. The Rank and Tenure Committee must be provided five complete annual evaluations of the tenured faculty member before a five-year tenure review can be undertaken. These five evaluations, if not consecutive, will comprise the faculty member's five most recent complete evaluations since the last post-tenure review. This review, which requires no additional documentation, will normally be held during the fifth year:

1.  Since the granting of tenure, or
2.  Since the last five year review, or
3.  Since the last special 3-year probationary review.

The faculty member shall receive the assessment by the Department Chair and the Dean at least five days before the five-year review is presented to the Rank and Tenure Committee.

In the deliberation of the Rank & Tenure Committee, peer judgment shall be made on overall performance based on the same standards as were in effect at the time of the tenure decision.

If additional information arises during the Rank and Tenure review, the review process shall be postponed until the affected faculty member can be presented with the additional information and until he/she can adequately respond.

Judgment will be recorded only for "satisfactory" or "unsatisfactory" performance with a majority vote carrying. If judged "unsatisfactory", the faculty member and his/her immediate supervisor will be notified in writing by the Rank & Tenure Committee of specific recommendations to lead to a "satisfactory" judgment. A tenured faculty member assigned an "unsatisfactory" judgment can appeal to the Faculty Review Committee in accordance with Section 2.7.1.1.

A tenured faculty member who is assigned an "unsatisfactory" judgment will be placed on a special three-year probation beginning with the next contract. The faculty member will present a written case to the Committee in the third year of the probationary period.

If, after this three-year review, the decision of the Rank & Tenure Committee remains "unsatisfactory" by majority vote, the tenured faculty member will be granted a terminal two-year contract, after which official termination from the University will take effect. If the President does not accept the recommendation of the Committee, the President will inform the Committee in writing of the reasons.

31

CBU-115

### 2.6.9 Appeal Procedures - Dismissal

A faculty member may appeal a decision of dismissal to the Faculty Review Committee upon the following grounds:

1.  Evidence of arbitrary and capricious* action;
2.  Pertinent evidence not available before;
3.  Evidence of defective procedure.

*A willful and unreasonable action without consideration or in disregard of facts or without determining principle. – Black's Law Dictionary

The Faculty Review Committee shall review the appeal based on the above grounds only and shall submit its decision by majority vote in writing to the Chair of the Board of Trustees at the May/June meeting of the year in which the decision regarding decision of dismissal was made. The final decision rests with the Board of Trustees.

## 2.7 POLICIES AND PROCEDURES RELATING TO SEVERANCE

At times, it may be necessary for the University or the individual faculty member to sever their professional relationship. In order to protect the interests of both parties, the various types of severance (non-reappointment, resignation, termination, dismissal) are here defined, and the policies and procedures related to each category are set forth. Retirement is covered in Section 2.9.3.

### 2.7.1 Non-reappointment

Since all initial, probationary appointments to the tenure-track faculty at Christian Brothers University are made with the understanding that both the University and the appointee will engage in a period of mutual evaluation prior to establishing a continuous association, a severance prerogative rests with both parties.

The term "non-reappointment" means that the University has decided not to renew a probationary appointment at the conclusion of its term. A major responsibility of Christian Brothers University is to recruit and retain the best-qualified faculty within its means; therefore, wide latitude, consistent with academic freedom and due process, is accorded to the University in meeting this responsibility.

The decision not to reappoint a probationary faculty member rests ultimately with the President. Recommendations for non-reappointment may originate from the Department Chair, Dean of the School, VPA or from the Rank & Tenure Committee.

The University will give written notice of appointment or non-reappointment:

1.  On or before March 1, or at least three months prior to the expiration of an initial, one-year appointment if it expires during an academic year;
2.  On or before December 15, or at least six months prior to the expiration of the second year appointment if it expires during an academic year; or
3.  At least twelve months prior to the expiration of an appointment after two or more years of service at the University (see Section 2.8.5.1 for definition of academic year).

Since a notice of non-reappointment is not a dismissal for cause it is not necessary for the University to set forth its reasons in the initial notice on non-reappointment. Probationary faculty members are entitled to know the reasons for their non-reappointment, however, and at their request may have reasons given in writing. If faculty members wish to know the reasons for their non-reappointment, their requests should be made to and honored by the VPA.

Reasons for non-reappointment may include, but are not necessarily limited to, the following:

1.  Unsatisfactory performance as judged by the Rank & Tenure Committee (see Section 2.4 on Annual Review);
2.  Cancellation or redirection of a program*;
3.  Declining enrollment or implementation of reduction policy*;
4.  Financial exigency*;
5.  Over-staffing*;
6.  Prolonged mental or physical illness.

*For more information, see Appendix G on Policy on Program Changes, Reduction, and Retrenchment.

32

CBU-116

A faculty member may appeal a decision of non-reappointment as set forth in the next section.

### 2.7.1.1 Appeal Procedures - Non-reappointment

Any faculty member may appeal a decision for non-reappointment to the Faculty Review Committee upon the following grounds:

1. Evidence of arbitrary and capricious* action;
2. Pertinent evidence not previously available;
3. Evidence of defective procedure.

*A willful and unreasonable action without consideration or in disregard of facts or without determining principle. – Black's Law Dictionary

The Faculty Review Committee shall review the appeal based on the above grounds only and shall submit its decision by majority vote to the Board of Trustees prior to the Trustees' May/June meeting in which the decision regarding non-reappointment was made. The final decision rests with the Board of Trustees. See Section 1.8.4.2.

### 2.7.2 Resignation

Resignation is an action by which faculty members sever their relationship with the University.

Faculty members may resign at the end of an academic year provided that they give notice in writing at the earliest possible opportunity, but not later than March 1 or two weeks after receiving notification of the terms of their appointment for the coming year, whichever occurs later. Faculty members may request an extension of this time period in case of hardship, in a situation where they would otherwise be denied substantial professional advancement or personal opportunity, or in case of prolonged mental or physical illness. (A prolonged period is one that is expected to continue beyond an academic or a calendar year.) If a resignation is for reasons of prolonged mental or physical illness, the University, in consultation with the faculty member or the faculty member's representative, may consider whether a leave of absence would be appropriate and beneficial for all parties concerned.

### 2.7.3 Termination (tenured faculty)

Termination is a severance action by which the University terminates the services of a tenured faculty member without prejudice as to the faculty member's performance.

### 2.7.3.1   Changes in the Educational Program

A tenured faculty member may not be terminated as a consequence of normal operating policies unless there is no feasible way in which the qualifications of the person, or any which may be gained through retraining, can be fruitfully employed by the University. If a program, degree, or course of study is eliminated, it shall be incumbent upon the University to transfer the affected faculty member to an open position within the University, subject to satisfactory qualifications and/or a requirement of limited retraining. The University will assume a reasonable share of the cost of this retraining.

For more information, see Appendix G on Program Changes, Reduction, and Retrenchment.

A faculty member may appeal a decision of termination as set forth in Section 2.7.3.4.

### 2.7.3.2   Financial Exigency

In case of financial exigency, it may be necessary to eliminate Departments or programs which are not essential to the mission and goals of the University, have relatively few majors, and serve relatively few students from other Departments. If this is done, every effort must be made to relocate the affected faculty members as stated in 2.7.3.1.

If it becomes necessary to release contracted faculty, a Retrenchment Committee (see Appendix G) will determine the number to be terminated University-wide in order to relieve the state of exigency. This Committee shall then meet with the Academic Council to establish the number to be released in each School. Each Dean of the School will then meet with the Department Chairs to determine which faculty members are to be recommended for termination. Each level of determination is subject to the approval of the President. At all stages of this process, the present and future needs of each School and Department

33

CBU-117

must be considered. It is not intended that across-the-board terminations be made, but that each one involve rational judgments of what is possible, equitable, and the least damaging to the mission of the University.

Each Department Chair, acting with the advice and consent of the Dean of the School and the VPA, shall recommend which faculty members are to be retained, using the following criteria in order:

1. Tenure or status as a Christian Brother;
2. Merit, versatility, seniority;
3. The goals of the University regarding numbers of women, women religious, and members of minority groups.

For more information, see Appendix G on Program Changes, Reduction, and Retrenchment.

A faculty member may appeal a decision of termination as set forth in Section 2.7.3.4.

### 2.7.3.3  Prolonged Mental or Physical Illness

Termination for medical reasons will be based upon clear and substantiated medical evidence. Recommendations for such termination may originate from the Department Chair, Dean of the School, VPA, or from the Rank & Tenure Committee. Recommendations of the Rank & Tenure Committee will be forwarded to the VPA, who shall render a recommendation and pertinent evidence to the President. The President shall inform the faculty member in writing regarding the termination consideration and the decision made.

A faculty member may appeal a decision of termination as set forth in the next section.

Christian Brothers University complies with all applicable laws and regulations related to nondiscrimination in employment and educational opportunity.

### 2.7.3.4  Appeal Procedures

Any tenured faculty member whose position is to be terminated may appeal the decision to the Faculty Review Committee upon the following grounds:

1. Evidence of arbitrary and capricious* action;
2. Pertinent evidence not available before;
3. Evidence of defective procedure.

* A willful and unreasonable action without consideration or in disregard of facts or without determining principle. – Black's Law Dictionary

The Faculty Review Committee shall review the appeal based on the above grounds only and shall submit its decision by majority vote to the Board of Trustees prior to the Trustees' May/June meeting in which the decision of termination was made. The final decision rests with the Board of Trustees.

### 2.7.4 Dismissal

Dismissal is a severance action by which the University ends its professional relationship with a tenured faculty member for adequate cause. Dismissal is also the means by which the University removes from service, for adequate cause, probationary faculty members or faculty members on a term appointment before the end of their appointment.

A faculty member may be terminated for the causes listed below; but not limited to the following:

1. Unsatisfactory performance or lack of necessary expertise in teaching.
2. Dishonesty in teaching or research.
3. Willful failure to perform the duties and responsibilities for which the faculty member was employed, or refusal or continued failure to comply with the policies of Christian Brothers University, or to carry out specific assignments, when such policies or assignments are reasonable and non-discriminatory.
4. Conviction of a felony or a crime involving moral turpitude.
5. Improper use of narcotics or intoxicants which substantially impairs the faculty member's fulfillment of his or her department and institutional duties and responsibilities.
6. Willful disregard of accepted standards of professional conduct.
7. Falsification of employment on an employment application or other information concerning qualifications for a position.

34

CBU-118

8. Willful violation of instructional policies governing outside employment (See Sections 2.8.5.4.3 and 2.8.6.2).
9. Destruction or misuse of university property.
10. Sexual harassment or sexual misconduct as described in Appendix AA (Sexual Harassment and Sexual Misconduct Standards).
11. Discrimination or harassment of faculty members, staff, employees, or students or other persons that is not considered sexual harassment or sexual misconduct. This includes discrimination or harassment on the basis of race, color, age, sex, sexual orientation, mental or physical disability, national origin, genetic information, or any other protected status, and any categories protected by state and local law. (See Section 2.8.1.2).
12. Blatant denigration of the mission, goals, or Catholic foundations of the University.

Recommendations for dismissal for causes that are not sexual harassment or sexual misconduct may originate from the Department Chair, Dean of the School and/or the VPA. Formal recommendations for dismissal should be made only after a discussion has been held between the faculty member and the Department Chair, Dean of the School, and/or the VPA about the need for this action. After such a discussion, the VPA may then call, when warranted, extraordinary meetings of the Rank & Tenure Committee to review such causes for dismissal of a tenured or non-tenured faculty member. The recommendation of the Rank & Tenure Committee will be forwarded to the VPA, who shall render a recommendation and pertinent evidence to the President. If the President does not follow a recommendation for dismissal from the Rank & Tenure Committee, the President will inform the Committee in writing of his reasons.

The President shall inform the faculty member in writing regarding the dismissal consideration and the decision made. If the President reverses the Rank & Tenure Committee's decision, the reasons for doing so must be stated. The faculty member may appeal this decision as set forth in Section 2.7.3.4.

Recommendations for dismissal for sexual harassment or sexual misconduct may originate from the Title IX Hearing Board according to the procedures outlined in Appendix AA.

## 2.8 FACULTY DUTIES AND RESPONSIBILITIES

Each faculty member should endorse and adhere to the Statement of Mission and Goals of the University. The faculty member should also be concerned with the educational functions of the institution, contributing whenever possible to the improvement of its academic stature. A faculty member accepts the Faculty Handbook and approved policies of the University administration as part of the contract.

### 2.8.1 Professional Conduct

All faculty are required to adhere to the specific or general regulations in Parts III, IV, V, and VI of the Faculty Handbook. These regulations have been duly approved by the appropriate bodies of the University. Some of these regulations are informative for faculty, while others constitute procedures of due process which may affect faculty in their relations with students.

#### 2.8.1.1 Professional Qualities

A statement on the personal and professional qualities expected of a faculty member at Christian Brothers University is contained in Appendix H.

#### 2.8.1.2 Discrimination and Harassment

Christian Brothers University is committed to maintaining a humane atmosphere in which individuals do not abuse their personal authority or power in interpersonal relationships. More specifically, the faculty, staff and students of Christian Brothers University will not condone actions and words which a reasonable person would regard either as discrimination, harassment, sexual misconduct, or sexual harassment.

Faculty members are responsible for reporting cases of sexual harassment and sexual misconduct as described in Appendix AA (Sexual Harassment and Sexual Misconduct Standards).

Complaints about discrimination or harassment will be responded to promptly and equitably. The right to confidentiality of all members of the University community will be respected in both informal and formal procedures, insofar as possible. University policy explicitly prohibits retaliation against individual for bringing complaints of harassment. Formal procedures will not be initiated without a written, signed

35

complaint. An individual found guilty of harassment is subject to disciplinary action for violations of University policy (Reference to Policies #S.3 and #S.4 - Administrative Policies & Procedures).

### 2.8.1.3   Drug Free Workplace

All CBU employees are subject to the Drug Free Workplace Policy presented in Appendix T.

## 2.8.2 Teaching

The primary responsibility of a faculty member at Christian Brothers University is quality teaching. See Section 2.4 on Annual Review. New faculty will meet with their mentor to discuss their teaching. The mentor will observe them in the classroom. See Section 2.3.7.

### 2.8.2.1   Office Hours

Each full-time faculty member is expected to be regularly available to the students in the office for a minimum of ten hours per week. Where appropriate, up to two of the required 10 office hours may be in the form of on-line availability instead of actual physical presence in the office. Normally, access to faculty during their on-line availability should be as universally available as possible to all members of the CBU community. If on-line availability is to count as an office hour, the response time to requests (such as e-mail or voice mail) should be normally less than 10 minutes. As a convenience to the students as well as colleagues, office hours and method of availability should be posted on each office door, in every syllabi, and where possible, on the course's and /or faculty member's web site. Additional hours may be made by appointment.

Adjunct faculty and faculty teaching in the evening or summer programs must make appropriate arrangements to be available for student consultation outside of class. Ordinarily, such faculty members should schedule at least one office hour (or appropriate time before or after class) or one hour of on-line availability for each three hours taught. Office hours and method of availability outside of class must be included in their syllabi.

Any deviation from this policy must have the written permission of both the department chair and the Dean.

## 2.8.3 Advising

Faculty members are usually expected to serve as academic advisors to students within their department or related programs. Academic advisors counsel with their advisees at various times during the year but particularly during the periods of registration for new, continuing transfer, and returning students. Advisees are counseled concerning career plans, academic progress, course selections and other related matters. They may be referred to other campus offices for more specialized help with career decisions, personal problems, and tutoring services. New faculty will meet with their mentor to discuss advising and registration. See Section 2.3.7.

The work of academic advisors is coordinated by the Dean of Student Success.

## 2.84 Service to the Institution

Faculty members are expected to serve the institution by attending meetings called by administrators, working on committees, and advising student organizations. See Section 2.4 on Annual Review. New faculty will meet with their mentor to discuss service. See Section 2.3.7.

### 2.8.4.1   Attendance at Meetings and Commencement

Faculty attendance is required at the CBU Community Convocation, the Academic Convocation, and the Spring Commencement; attendance is expected at all meetings called by the President and the VPA during the academic year.

Since faculty has primary responsibility over the curriculum and procedures of instruction, has special responsibility over faculty status, and has participatory responsibility in areas indirectly affecting academic operations, faculty members are encouraged to attend the meetings of the Faculty Assembly.

36

#### 2.8.4.2   Committee Work

Faculty members are expected to be willing to serve on two university-wide committees or committee equivalents. Committee equivalents include positions or duties which are approved as equivalents by the Faculty Assembly and the Administration. If membership on two committees has been accepted, a faculty member may refuse further memberships without fault, or may resign from one to accept membership on another. If necessary, a person may resign from a committee. The resigning member should nominate a successor to complete the term. This nomination shall be subject to approval by the Faculty Assembly (for at large positions), by the faculty of the school (for elected representatives of the school), or by the appointing party.

#### 2.8.4.3   Advising Student Organizations

Faculty members may be asked by a campus organization to serve as a consultant and counselor for its officers and members.

Organization advisors are responsible for ensuring that the general activities of the organization are concordant with the philosophy and policies of the University. Accepting such a position entails active participation in the affairs of the organization.

A statement of Policies concerning the responsibilities, rights and privileges of advisors, their term of office, and their selection can be found in The Compass (Student Handbook) or obtained from the Student Development and Campus Life Office.

### 2.8.5 Faculty Workload (also see Appendix CC)

See Section 2.2.2 for faculty teaching in graduate programs.

#### 2.8.5.1   Academic Work Year

The Academic Year begins with the CBU Community Convocation in the fall and ends with Commencement exercises in the spring unless other contractual arrangements have been made.

#### 2.8.5.2   Teaching Load and Faculty Assignments

The ordinary full-time teaching load is 12 undergraduate credit hours per semester or 24 credit hours for the academic year. Each undergraduate contact hour in a lab or discussion section counts as 0.5 credit hours in calculating the teaching load. A graduate course counts as 1 undergraduate course. It is the aim of the University and the Department Chairs to ensure equitable faculty loads to effect high-level instruction in the classroom.

The teaching load during summer school is set forth in the Summer School Policy. See Appendix F.

Each Department Chair in consultation with the appropriate dean and faculty member may change any of the following maxims.

a.   The ordinary maximum on the number of students a faculty member can teach in a semester is 100.
b.   The ordinary maximum number of different preparations in an academic year is six (6).
c.   The ordinary maximum number of committees or equivalents on which a faculty member can serve in an academic year is three (3).
d.   The ordinary maximum number of advisees a faculty member can have in an academic year is thirty (30).

#### 2.8.5.3   Reduction in Teaching Load

In some cases, demands of a faculty member of an administrative or other nature, may dictate a reduction in the number of teaching hours so that individuals may not suffer work inequities. In all cases of reduced teaching load, negotiations should include explicit understanding of how this reduction in teaching load will affect time toward tenure and advancement in rank.

##### 2.8.5.3.1 Deans of the Schools

Deans of the Schools have a reduction in teaching load to perform their administrative duties. The amount of reduction will be determined by negotiation with the VPA. See also section 1.6.11.

37

CBU-121

### 2.8.5.3.2 Department Chairs

Department Chairs will normally receive a reduction in teaching load to perform their administrative duties. Serving as Chair will count as time toward tenure and advancement in rank for the faculty member unless explicitly stated otherwise. See also section 1.6.12.

### 2.8.5.3.3 Grants

The awarding of a grant may entail funds for a reduced teaching load. Such a reduction will be negotiated with the School Dean and the VPA. See also Section 2.8.6.1.

### 2.8.5.3.4 Secondment to External Organizations

If an external agency (e.g., corporate or government) wishes to utilize the expertise of a CBU faculty member, normally CBU will be reimbursed by the agency for the time and expertise of the faculty member at a rate of 4% of base salary for each credit hour (or equivalent) of course load reduction per academic year, or 5% with a corresponding reduction in service load. These amounts include reimbursement for both salary and benefits. The VPA in consultation with the Dean will be responsible for maintaining the academic integrity of the course offerings during the time of the grant. See also section 2.8.11.

### 2.8.5.3.5. Alternate Duties

If the workload of a faculty member entails alternative duties within CBU (e.g., work with Advancement or Admissions), negotiations with the faculty member, Dean of the School, VPA, and the other CBU areas will be moderated by the VP for Administration & Finance.

### 2.8.5.4    Overload Teaching

See also Appendix I on Guidelines for Temporary Overloads.

### 2.8.5.4.1 Adult Professional Studies

A special category of overload has been defined whereby a full-time faculty member may teach an additional (overload) course in Global College Program for recompense beyond the contracted salary. Such overload is limited to one course per semester with the understanding that this will not interfere with the faculty member's normal responsibilities.

### 2.8.5.4.2 Other Overloads

Under special circumstances, the School Dean and the VPA may approve overloads other than in Adult Professional Studies. Such circumstances will be determined by the VPA but will usually apply only when a course that would normally be taught by a part-time person is handled as an overload by a regular faculty member because of difficulty in finding qualified part-time personnel.

### 2.8.7.5.3 Off Campus Teaching

Any faculty or staff member who wishes to teach at any other institution, and who is under full-time contract at CBU, must first obtain written approval from the Department Chair, Dean of the School and the VPA. This regulation does not apply during the summer, unless the faculty or staff member is teaching full-time in the Christian Brothers University summer program, nor is it intended to restrain a faculty or staff member from delivering occasional lectures at other institutions.

## 2.8.6 Professional Growth and Development

While the University recognizes that the principal responsibility of a faculty member is quality teaching, it recognizes that such teaching is improved by professional growth. New faculty will meet with their mentor to discuss professional growth and development. See Section 2.3.7.

CBU-122

#### 2.8.6.1    Research and Creative Work

The conduct and publication of research and the production of creative work stimulate professional growth. Also, faculty who keep abreast of, and contribute to, developments in their fields are in a position to communicate to students more effectively the challenges inherent in pursuing the disciplines under study.

#### 2.8.6.2    Consulting

The University recognizes the value of faculty involvement with consulting activities as a means to enhance professional growth and increase the public's awareness of Christian Brothers University. (See Section 2.8.11)

#### 2.8.6.3    Membership in Learned or Professional Societies

The University encourages each faculty member to maintain membership and participate actively in at least one learned or professional society to reinforce its support for organized, serious scholarship and to achieve official representation. When a faculty member delivers a paper or plays a conspicuous part in the planning or running of a convention, the University will make every attempt to cover all or part of costs.

#### 2.8.6.4    Government and Private Foundation Grants

Faculty members are encouraged to submit grant proposals to government agencies and private foundations to support university projects, underwrite faculty research, or provide services to the community on a local, regional, or national level. The Advancement Office assists in the development of grants and proposals to obtain finances for the growth and development of the University. For the policy see Appendix J.

### 2.8.7 Research Support & Policies

#### 2.8.7.1    Financial Support

The University recognizes the value of providing financial support to fund university-endorsed research. Attempts to provide such support will be made within the resources of the campus. Assistance will also be provided to assist faculty members in securing financial support from resources outside the campus resources. Financial support will take the following forms:

##### 2.8.7.1.1 Reduced Teaching Load

The University recognizes the value of permitting reduced teaching loads for those faculty members actively engaged in scholarly activities. Attempts will be made to permit such a reduction within the resource constraints imposed by budgeting. All faculty members will be advised when funds are available for reduced teaching loads. See also section 2.8.5.3

##### 2.8.7.1.2 Summer Grants

All faculty members will be advised when funds are available for summer grants. Specifications for the use of such funds will be defined by the VPA. Interested faculty members are encouraged to submit proposals.

##### 2.8.7.1.3 University Grants for Instructional Improvement

Funds may be made available to help instructors in their teaching and to encourage some instructional experimentation and/or research.

#### 2.8.7.2    Other Support

Other appropriate support may be provided for faculty members as they engage in university endorsed research. Such support will be within the constraints imposed by budgets. Such support may consist of private rooms, secretarial services, and student helpers.

#### 2.8.7.3    Intellectual Property

Patent and copyright policies of Christian Brothers University serve to document the rights and equities of the faculty originator and the University. Such policies also provide an incentive to stimulate intellectual

39

CBU-123

effort, scholarship, and research through the royalty arrangements. Through patents and copyrights, new knowledge is placed in the public realm and commercial application may be effected. See Appendix K Intellectual Property.

#### 2.8.7.4   Copyright and Fair Use Policy

Use of copyrighted materials for classroom or professional purposes is subject to Federal law. See Appendix P Copyright Policy.

#### 2.8.7.5 Research Misconduct

The integrity and honesty of the research conducted at Christian Brothers University is extremely important. Faculty are expected to conform to the recognized professional standards for research. Appendix Y contains the policy for responding to allegations of scientific misconduct. Section 3.1.4 summarizes the University human and animal research policy.

### 2.8.8 Communication with the Board of Trustees

It is understood that communications to the Board of Trustees are always made through the administration of the University. Any item that involves counsel or approval by the Board should be submitted to Board committees only after it has been discussed by President's Council and a recommendation approved by the President.

This is standard practice so that the distinction between administration and policy may be preserved. It also ensures that the President is the ordinary channel of communication between the Board and the University personnel.

### 2.8.9 Community Service

Christian Brothers University recognizes that its faculty members are professionals with unique and varied capabilities which permit them to make useful contributions to the larger social communities of which they are members. The University encourages faculty members to accept their responsibility to support those activities in which they can make a contribution. Involvement in the community not only benefits society, but it also publicizes the University and adds to its prestige. Such involvement should be consistent with the Statement on Personal and Professional Qualities (See Appendix H).

### 2.8.10 Political Activity

Any member of the faculty who wishes to engage in direct political activity (e.g., holding or running for political office, managing a campaign, directing group action on behalf of a political candidate or issue) which will involve more than 8 hours per week on average during any semester is expected to work out a mutual agreement with the Department Chair, Dean of the School, and the VPA before undertaking such activity. . Such activity should be consistent with the Statement on Personal and Professional Qualities (See Appendix H).

### 2.8.11 Outside Employment and/or Business Interests

Since regular faculty members are considered full-time professionals at Christian Brothers University, their first duties are to the university community. Outside employment, business interests, or consulting activities must not diminish a faculty member's effectiveness as a member of the University faculty; it must be clearly subordinate to the individual's regular duties as specified in Section 2.8.

If such activities consume more than eight (8) hours per week, then the faculty member must first obtain the written permission of the Department Chair, the Dean of the School and the VPA.

The restrictions do not apply during the summer, unless the faculty member is teaching full-time in the Christian Brothers University summer school.

## 2.9 FACULTY RIGHTS AND PRIVILEGES

### 2.9.1 Academic Freedom

The faculty member is entitled to full freedom in research and in the publication of the results, subject to the adequate performance of other academic duties.

40

CBU-124

The faculty member is entitled to academic freedom in the classroom but should be careful not to introduce controversial matter which has no relation to the subject.

College or university faculty members are citizens, members of learned professions, and officers of the educational institution. When they speak or write as citizens, they should be free from censorship or discipline, but their special position in the community imposes special obligations. As persons of learning and education officers, they should remember that the public may judge their professions and their institution by their utterances. Hence, they should, at all times, be accurate, should exercise appropriate restraint, should show respect for opinions of others, and should make every effort to indicate that they are not institutional spokespersons.

### 2.9.2 Leaves of Absence

#### 2.9.2.1  Sabbaticals

Sabbatical leave is to provide faculty members an opportunity to devote themselves to scholarly or other professional activity so as to enrich their contribution to Christian Brothers University.

To be eligible for sabbatical leave, faculty members must have completed seven years of full-time service (as specified in Section 2.2.4) at Christian Brothers University. Application may be submitted during the seventh year of full-time service. Faculty members must be tenured at the time when the sabbatical leave begins. A faculty member who has taken sabbatical leave becomes eligible again after another seven years of full-time service.

A faculty member may request leave for a full year at half salary or for a semester at full salary. The faculty member who receives a sabbatical leave of absence agrees to return to Christian Brothers University for at least one year following the sabbatical.

Sabbatical leaves are recommended by the Faculty Sabbatical Committee to the VPA after considering the relative merits of the proposals. (See Appendix S for guidelines)

#### 2.9.2.2  Educational Leave

Full-time faculty members may apply for leaves of absence to pursue post-doctoral work or for other academic or appropriate professional purposes. During these leaves of absence, faculty members will not be supported by the University. However, the University will assist the faculty members in applying for grants.

Faculty members who have not completed the terminal degree may apply for a leave of absence to complete a dissertation or other requirements. These requests must be approved by the Chair of the Department, the Dean of the School, and the VPA.

A non-tenured member of the faculty to whom a leave of absence is granted will be informed by the VPA, in writing, whether the leave period will be included in tabulating the time period required for eligibility for tenure. The nature of the work to be done during the leave will be one criterion for making the decision. No more than one year of leave will be counted in meeting the time requirement for tenure, promotion or sabbatical. If eligible for tenure, the faculty member will also receive credit for promotion and for sabbatical.

#### 2.9.2.3  Career Changes

If a faculty member desires a career change, the faculty member may apply for any open position within the University. For the policies on appointment see Section 2.3. If the new appointment is made and the faculty member has tenure, then that tenure is retained.

##### 2.9.2.3.1 Transfer Within Department

If the new position carries faculty rank and is within the same department (wherein there are multiple disciplines), and if retraining is not necessary, the faculty member's rank is maintained and time in this position is added to time already accumulated toward tenure and promotion.

41

CBU-125

#### 2.9.2.3.2 Transfer Outside of Department

If the new position is outside the faculty member's old department, and if retraining is not necessary, then that faculty member will be treated as any other applicant in that rank and years toward tenure (if not already tenured) are to be negotiated.

#### 2.9.2.3.3 Transfer to a Position Without Faculty Rank

If a faculty member desires a career change without the necessity for retraining and the open position is an administrative one without rank, the faculty member may retain present rank and years toward promotion and tenure (if not already tenured), but all time spent in such a position will not count toward promotion in faculty rank or tenure unless the conditions of Section 2.2.1 are fulfilled.

#### 2.9.2.3.4 Retraining

If a faculty member desires a career change requiring training, the faculty member should consult with the Department Chair, School Dean, and the VPA. If, after consulting with the Department Chair and the School Dean, the VPA agrees the faculty member may take a leave of absence. Such a leave will not count toward tenure or promotion but the faculty member will not lose any accumulated years toward tenure or promotion if the person remains in the same department.

If retraining in a field of special value to the University is undertaken and funds are available, the faculty member may negotiate with the VPA for university funds to help with tuition and living expenses during the retraining period and/or an increase in salary when the retraining is completed.

### 2.9.2.4 Leaves of Absence with Pay

Leaves of absence for academic endeavors lasting less than one year may be granted with pay if agreed to by the VPA and the President. The time may count toward tenure, promotion, and sabbatical leave if agreed to in writing by the VPA.

### 2.9.2.5 Other Leaves

Other leaves of absence without pay may be requested from the Department Chair, Dean, and the VPA. The time on such a leave will not count toward tenure, promotion, or sabbatical leave.

## 2.9.3 Retirement

In 1987, federal law was amended to remove any reference to a mandatory retirement age. Faculty planning to retire should notify their Department Chair and School Dean of their plans in writing, as well as the expected date of retirement. If possible, notification should be given in the academic year that precedes the planned year of retirement.

## 2.9.4 Faculty Grievance Policy

The faculty member is encouraged to pursue academic studies and other university-sponsored activities that promote intellectual growth and personal development. In pursuing these ends, the faculty should be free of unfair and improper action by any member of the university community.

When a faculty member believes that he or she has been subjected to such unjust action or has been denied his or her rights by a member of the university community, redress can be sought. The following actions are grounds for faculty grievance:

1. Arbitrary action or imposition of sanctions, particularly without proper regard to due process as specified in University policies and procedures.
2. Act or threat of intimidation or harassment.
3. Act of violation or physical aggression.
4. Violation of faculty rights which are described in this handbook, violation of University rules and regulations, or violation for which grievances are not subject to review processes already described.

The following steps are established for the grievance procedures between faculty members. For procedures for faculty grievance with students, see the Student Handbook.

42

CBU-126

Step 1. When a faculty member believes that he or she has a grievance, an attempt to resolve it shall initially be made by conferring with the person against whom he or she has the grievance. If a solution to the problem is mutually reached, the case is considered closed. If a solution to the grievance cannot be reached, either party may:

Step 2. Request a hearing by submitting a written request to the VPA (unless the grievance is against the VPA, in which case substitute President here and in what follows). The VPA shall conduct a hearing within five (5) days after receiving the written request. Both parties should be present at the hearing. At the end of the hearing, the VPA shall make a recommendation for the disposition of the charge, and shall ask both parties if they agree or disagree. If the recommendation made by the VPA is agreed upon by both parties, the case is considered closed; the VPA will administer the decision. If either party objects to the recommendation, then that party may:

Step 3. Request a hearing by submitting a written request to the Chair of the Faculty Review Committee. The written request must be submitted within forty-eight (48) hours after the hearing and decision by the VPA. The Faculty Review Committee shall then convene, at the request of its Chair, within five (5) days of the receipt of the written request. The committee shall conduct its meeting in closed session with the members of the committee, the VPA, and the involved faculty members.

Step 4. The decision of the Faculty Review Committee may be appealed to the President within forty-eight (48) hours after the decision of the Committee has been given. The President shall conduct a hearing within five (5) days after the appeal has been requested. The decision of the President is final.

## 2.10 FACULTY LEAVE AND FRINGE BENEFITS

The purpose of providing benefits is to address the economic and security needs of faculty and staff and their families. A detailed explanation of the benefits of each of these plans is available in the Human Resources Office upon request and is posted on the Human Resources website.

### 2.10.1 Tuition Remission

After a period of six (6) months of employment, all full-time employees are eligible for tuition remission for undergraduate and graduate classes. Spouses and dependent children of full-time employees are eligible for undergraduate and graduate tuition remission according to the number of years worked by the employee. Full details and procedures are available in the CBU Administrative Policies and Procedures manual.

### 2.10.2 Faculty Retirement Plan

The Christian Brothers Employee Retirement Plan for the faculty and staff of Christian Brothers University is designed to provide retirement income in addition to that provided by Social Security. Christian Brothers University bears the total cost of this program. To participate, faculty members must teach at least one-half of a normal schedule of classes or for a staff member, work at least 20 hours per week. For more details, please refer to the Summary Plan Description that is available in the Human Resources Office.

Faculty may voluntarily supplement their retirement by contributing into a tax-sheltered annuity (403b) program. With this option, money may be saved which is not taxed until withdrawn from the plan. For more details, please refer to the Summary Plan Description that is available in the Human Resources Office.

### 2.10.3 Health, Dental, and Vision Insurance

Participation in the University-sponsored health, dental, and vision plans is available for full-time faculty or staff members. The required contribution amounts are partially paid by the member and the University pays the balance. Enrollment must begin within 30 days of the date of employment or wait until the University's open enrollment period. Further information can be obtained in the Human Resources Office.

### 2.10.4 Life Insurance, Accidental Death and Dismemberment (AD&D)

All full-time faculty and staff members receive group term life insurance and AD&D insurance paid for by the University. Additional coverage is available at employee expense. Further information can be obtained in the Human Resources Office.

43

### 2.10.5 Long Term Disability

Christian Brothers University provides long-term disability coverage to all full-time faculty and staff. This coverage helps replace income lost if a member is unable to work due to illness for more than ninety (90) days. Further information can be obtained in the Human Resources Office.

### 2.10.6 Social Security

Social Security taxes are deducted from paychecks, and the University pays an equal amount into Social Security. Upon retirement, Social Security will be an important part of one's income, as it would if one were totally and permanently disabled. Contact the Social Security Office for additional information about how to apply for Social Security benefits.

### 2.10.7 Flexible Benefits Plan

The flexible benefits plan allows employees to pay for out of pocket medical expenses and/or child care expenses on a pre-tax basis. This allows for savings for the amount one would have otherwise paid in taxes and social security for these benefits. Further information can be obtained in the Human Resources Office.

### 2.10.8 Family and Medical Leave

Christian Brothers University will provide a Leave of Absence up to twelve weeks to allow faculty and staff members to take time off for family or medical emergencies in accordance with the Family and Medical Leave Act (FMLA) of 1993.

The FMLA entitles eligible employees of covered employers to take unpaid, job-protected leave for specified family and medical reasons with continuation of group health insurance coverage under the same terms and conditions as if the employee had not taken leave. Eligible employees are entitled to:

Twelve (12) workweeks of leave in a 12-month period for:

- the birth of a child and to care for the newborn child within one year of birth;
- the placement with the employee of a child for adoption or foster care and to care for the newlyplaced child within one year of placement;
- to care for the employee's spouse, child, or parent who has a serious health condition;
- a serious health condition that makes the employee unable to perform the essential functions of his or her job;
- any qualifying exigency arising out of the fact that the employee's spouse, son, daughter, or parent is a covered military member on "covered active duty;" or

Twenty-six (26) work weeks of leave during a single 12-month period to care for a covered service member with a serious injury or illness if the eligible employee is the service member's spouse, son, daughter, parent, or next of kin (military caregiver leave).

To be eligible, a faculty or staff member must have been employed for one year and worked a minimum of 1,250 hours.

Faculty and staff members returning to work after an approved Family or Medical Emergency Leave (FMLA) will return to the same position they were in when they went on leave or an equivalent position at the same pay and benefit level. For more details, please refer to the Department of Labor's website (https://www.dol.gov/whd/fmla/).

The Tennessee Maternity Leave Act requires that CBU provide up to four (4) months unpaid maternity leave for full-time faculty and staff members.

A faculty or staff member who takes maternity leave will be returned to the same or similar position with the same status, pay, length of service credit and seniority as on the date of the leave, wherever applicable. Vacation and/or sick time may be used during the maternity leave for non-faculty. If a leave qualifies for both FMLA leave and Tennessee Maternity Leave, the leave counts against the employee's entitlement under both laws. For more details, please refer to the Tennessee Human Rights Commission website (https://tn.gov/humanrights/article/maternity-leave).

CBU-128

**2.10.9 Miscellaneous Benefits**

Each faculty member has free parking privileges. Faculty members are usually given free admission to the University sponsored activities: athletics (except for post-season games), dramatics, musicals, etc. Other benefits not specifically listed above will be published to the faculty as approved. (Revisions: Approved by F.A. 4-5-2018)

CBU-129

## PART III. INSTRUCTIONAL POLICIES

### 3.1 GENERAL RESPONSIBILITIES

#### 3.1.1 Academic Programs Development and Change

The University policies on academic program development, including changes in current programs and the addition or deletion of academic programs are provided in Appendix X.

#### 3.1.2 University Catalog Policies

Faculty are apprised that pertinent information of an instructional nature, including policies that faculty are required to observe, is listed in the University Catalog.

#### 3.1.3 Liability and Travel

The faculty should be constantly aware of potential liability issues that can arise from normal instructional activities. These liabilities are increased when instructional activities involve assignment of students off-campus. The additional concerns can include but are not limited to, issues such as transportation of the students as well as the requirement of the owners of leased premises and overall safety of students. If there are questions or concerns regarding a proposed off-campus instructional assignment, the faculty member should contact the Director of Human Resources and review plans with the Department Chair and/or School Dean.

Any faculty or staff member, or administrator who wants to sponsor a trip outside the continental United States, using the University's name, involving faculty, staff, administration, students or alumni, and/or raising funds for such a trip, should receive approval from the President of the University upon the recommendation of the appropriate Vice President. All fund raising needs to follow University policies.

#### 3.1.4 Human and Animal Research Policy

Each student or faculty member planning research involving human subjects or animals will submit a statement to the appropriate committee which briefly indicates the nature and purpose of the proposed research and the methodology to be employed. The Institutional Review Board is under the supervision of the School of Arts, and the Committee on Animal Research is under the supervision of the School of Sciences. (Note however, that students or faculty from any academic area planning human or animal research are required to submit a proposal to the appropriate committee.) Each committee will establish and maintain policies to assure that proposed research complies with appropriate ethical, professional, and legal guidelines in its area, and will review all research proposals submitted to it according to these guidelines. Approval by the appropriate committee is required before the research may be conducted. Detailed information on the makeup and guidelines of each committee is available in the office of the School in question.

Section 2.8.7.5 describes the University policy on research misconduct. Appendix Y contains the policy for responding to allegations of scientific misconduct.

#### 3.1.5 Student Evaluation of Faculty

Overview

1. All faculty will be evaluated in all courses taught (undergraduate and graduate).
2. The evaluation instruments and process should be evaluated every third spring semester for possible improvements (beginning spring 1996).
3. Faculty must comply with the outlined procedures.
4. Information gained through the students' evaluations is to be used for improvement of teaching (by both the faculty member and the academic administration) and renewal/tenure/promotion decisions.

The Process/Procedures

1. The faculty members will receive email notification when the evaluation period begins and should remind students to complete their evaluations.
2. Evaluations are released to faculty, Department Chairs, Graduate Program Directors, School Deans, and the Vice President for Academics (VPA) shortly after the close of the full semester.

CBU-130

### 3.1.6 Support Services

Information on policies affecting such support areas as computer usage, library usage, multi-media aids, and room availabilities can be obtained from the directors of those areas.

## 3.2 CLASSROOM MANAGEMENT

### 3.2.1 Policy on Faculty Absence from Class

Planned absences of faculty members from classes must be cleared with the immediate supervisor. The faculty member and the Department Chair will make suitable arrangements for the classes.

Emergency absences of faculty members should be communicated to the Chair of the Department who will inform the appropriate School Dean and the students.

### 3.2.2 Syllabi and Examinations

The faculty member prepares and schedules all assignments and examinations to aid the student in attaining the proficiency required to successfully complete the course. It is the responsibility of the faculty member to evaluate the students and assign a final course grade for each student in accordance with the approved grading system and the approved syllabus for the course.

Faculty members compose their own syllabi and examinations unless the department has a department wide syllabus and/or examination. Department Chairs and School Deans have oversight responsibility over syllabi and exams. Syllabi for all courses must be filed with the Office of the School Dean.

At the beginning of each semester or term, faculty members are expected to clarify for students the course syllabus, which should include the following:

1.  Course description and prerequisites (from catalog)
2.  Schedule or listing of major topics
3.  Grading scale with special weights or nuances noted
4.  Requirements and expectations (attendance, tests, homework, projects)
5.  Make up policy for attendance, exams, projects
6.  Office location and office hours and/or other ways in which the faculty member can be contacted outside of class.

The last exam or final comprehensive examination in a course must be administered on the day/time scheduled by the Office of the Registrar, unless:

1.  Approved otherwise by the Dean of the School. Exams other than the last or final exam may be given during the last week of the semester prior to the Final Examination Week.
2.  An individual student's exam schedule has a conflict with two or more exams being scheduled during the same period.

Faculty members are under no obligation to accommodate students who arrive late to the final exam or who do not arrive during the scheduled final exam period.

It is recommended that all information and documentation relating to a student's grades be kept through the next grading period in case of error or a grade appeal.

### 3.2.3 Student Class Attendance

Every student is expected to attend classroom, laboratory and assembly periods regularly. A student who has been absent, even for a legitimate cause, is under obligation to make up the work by special assignment, to the satisfaction of the instructor. Any student who has missed 9 (50-minute) classes, 6 (75-minute) classes, 1.75 (7 hours) of a 4-hour course, or 20% of courses with "irregular" numbers of hours/week may be given a mark of "F" after the last day to withdraw from classes has passed. The Withdrawal option is available only during the University's withdrawal period.

### 3.2.4 Class Rolls

Faculty members are responsible for maintaining accurate class rolls. Official class rolls are available at all times via BannerWeb. It is the responsibility of each faculty member to ensure that each student attending the

47

CBU-131

class is listed on the class roll. Any student whose name does not appear on the roll cannot remain in class and should be sent to the Office of the Registrar. It is the responsibility of each faculty member to keep detailed records showing student attendance at each class meeting, and to provide attendance information to the Registrar as requested.

Faculty are required to enter official undergraduate attendance records for at least the first three weeks of the semester. Students without recorded attendance may not receive their financial aid or may be administratively dropped from the course.

### 3.2.5 Classroom Discipline

Faculty members are expected to uphold university policies and maintain discipline in the classroom to ensure a proper learning atmosphere and orderly operation of the university. Guidelines of student behavior are found in Section 5 of The Compass along with procedures for handling disruptive students.

## 3.3 ACADEMIC MISCONDUCT (ALSO SEE SECTION 5, THE COMPASS)

Academic misconduct is a violation of the principles of integrity in the academic community and will not be tolerated at Christian Brothers University. Academic misconduct is any conduct which distracts from the teaching and learning process of faculty members and students. This includes, but is not limited to: cheating, plagiarism, inappropriate or abusive language, distracting or disorderly conduct, misuse of or damage to property, or conduct dangerous to others.

### 3.3.1 Plagiarism

Plagiarism is serious and will not be tolerated. Plagiarism is using the work of others and offering it as one's own. This includes the use of another's ideas or writings without proper acknowledgment, submitting a paper written by another, or submitting an examination or assignment containing work copied from someone else.

A faculty member will take disciplinary action when plagiarism is discerned. Disciplinary action may take the form of a warning or the assigning of a failing grade for the assignment, examination, or entire course. The faculty member may recommend to the VPA that the student be expelled from class.

For procedures to be followed, see 3.3.3 below.

### 3.3.2 Cheating

Cheating is serious and will not be tolerated. Any type of unauthorized help on any assignment, examination, or quiz constitutes cheating. There are various forms of cheating. They include but are not limited to: plagiarism (see section 3.3.1); enlisting the assistance of another person, including a paid service; modifying academic records and documents; obtaining exam or quiz questions or any other academic material without the permission of the instructor and before such questions are officially revealed; sharing such questions and academic material with other students; and attaining help, without the instructor's permission, while taking an exam or quiz.

A faculty member will take disciplinary action when cheating is discerned. Disciplinary action may take the form of a warning or the assigning of a failing grade for the assignment, examination or entire course. The faculty member may recommend to the VPA that the student be expelled from class.

For procedures to be followed, see 3.3.3 below.

### 3.3.3 Procedures for Plagiarism and Cheating

The following procedures will be followed in cases of plagiarism and/or cheating:

1. After plagiarism or cheating is discerned, the faculty member should inform the student of the alleged charge as soon as is reasonably possible. Plagiarism or cheating must be discerned, not merely suspected. If at all possible, evidence should be available.
2. Before imposing a penalty, the faculty member must inform in writing the student, the student's advisor, the faculty member's department chair, and the Dean of the School of the charges against the student and of any disciplinary action to be taken against him or her.

48

CBU-132

3.  As part of the process detailed in (2), the faculty member must report the incident via the "Report Academic Misconduct" online reporting tool available in Bannerweb. (Revision: Approved by F.A. 3-1-2018)
4.  If the student, who has been accused of cheating, wishes to appeal his or her final grade for the semester, that person shall follow the grade appeal process set forth in Section 3.4 of this Handbook.
5.  In extreme cases, e.g., where there is evidence of premeditation, the VPA may impose immediate suspension of the student for the semester and place the student on probation for the following semester. In lesser cases, after the student has been officially warned by the VPA, and academic misconduct of the same or different type occurs, the VPA may impose suspension for the semester and place the student on probation for the next. If further violations occur, the VPA may impose permanent expulsion from the University.

Any appeal of expulsion shall be made to the President of the University, but the review is limited to ensuring that fundamental fairness guidelines have been met. If fundamental fairness guidelines have not been met, the President can refer the case back to the VPA to ensure that the guidelines are met.

### 3.3.4 Other Academic Misconduct

Because a faculty member has the responsibility for proper classroom management, he or she can order the temporary removal or exclusion of any student from the classroom if the student's behavior is judged inappropriate. Only the VPA can permanently expel a student guilty of academic misconduct.

The following procedures will be adhered to in cases of academic misconduct except cheating and plagiarism:

a.  A faculty member may ask a disruptive student to leave the classroom and will notify the Office of Campus Safety and/or the Academic Affairs Office if the student refuses to obey the request.
b.  A faculty member has the right to assign a failing grade for any class work during the period of temporary exclusion.
c.  Prior to the next class meeting, the faculty member shall notify in writing, the student, the student's advisor, the faculty member's department head and the dean of the school about the incident and the resulting disciplinary action(s).
d.  As part of the process detailed in (c), the faculty member must report the incident via the "Report Academic Misconduct" online reporting tool available in Bannerweb.
e.  A student may appeal any disciplinary actions by following the grade appeal policy outlined in this section (see 3.4).
f.  Recurrence of academic misconduct may result in the student's permanent expulsion from the class where the misconduct has occurred or from Christian Brothers University.
g.  An instance of severe or grievous academic misconduct may result in permanent expulsion from the University by the VPA.

Any appeal of expulsion shall be made to the President of the University, but his review is limited to ensuring that fundamental fairness guidelines have been met. If fundamental guidelines have not been met, the President can refer the case back to the VPA.

### 3.4 GRADE APPEALS POLICY (ALSO SEE SECTION 5, THE COMPASS)

(Student Grievances other than Grade Appeals must go through the Dean of Students following the guidelines under the Student Code of Conduct in Section 8 of The Compass. Guidelines are also listed in the CBU Catalog).

A student who has evidence that he or she has been assigned a final grade in an arbitrary and capricious, or prejudicial manner** may appeal the assigned grade by following the procedures listed below. The student is responsible for articulating the specific grade or grades in question and what about the grading was arbitrary, capricious, or prejudicial. Hearings will not be granted for grade appeals based on dissatisfaction or difficulty with the course or the instructor. These procedures must be initiated within two weeks after the beginning of the subsequent academic semester (or term). Before appealing to the Grade Appeals Committee and within four weeks from the beginning of that semester (or term), the student must complete a Grade Appeal Request Form obtained from the Academic Affairs Office and obtain signatures and comments from all persons mentioned in Steps 1-4 of the Grade Appeals Policy (below) to show that he or she followed these steps. The form will include the exact reason for the grade appeal and a description (including the outcome) of each of the steps of the appeal already taken. The signature of each person in the steps below—as well as comments from each individual—is required on the form.

49

1.  The student should first discuss the grade in question with the instructor involved. Although this first step is highly encouraged, if the student feels uncomfortable discussing the grade with her or his instructor, the student may proceed to step 2.
2.  If not satisfied, the undergraduate student should discuss the situation with his or her advisor, the graduate student with his or her graduate director. The advisor is encouraged to discuss the matter with the instructor.
3.  If consulting the advisor or graduate director does not resolve the situation, the student must discuss the matter with the Department Chair, who, in turn, must discuss the matter with the instructor. (This step is not required for MEM students)
4.  If still not satisfied, the student must refer the matter to the Dean of the appropriate school, who may request a meeting of the student, instructor, Department Chair, and, at the discretion of the student, the student's advisor or graduate director.
5.  If the matter remains unresolved, the student may then appeal the case to the Grade Appeals Committee by written request to the VPA. The committee includes five elected faculty members and the Dean of Student Success who acts as a non-voting chairperson of the committee (see Section 1.8.4.4.). Department chairs and school deans may not serve on the committee. The faculty member and the student in question each may be represented by a faculty member of her or his choosing.
6.  The prescribed procedures of the Grade Appeals Committee are on file in the Office of the VPA and appear below. Before any hearing is undertaken, the Dean of Student Success will verify that the procedures to convene the meeting described in 1-4 have been followed and that all parties involved understand the procedures that will be used during the hearing. If proper procedures have not been followed, the Dean of Student Success will provide an explanation in writing to the student, her or his advisor, and the instructor as to why no hearing will take place.

### To Convene the Committee:

1.  The student will submit the completed Grade Appeal Request Form to the VPA. The Form will specify the reason for the grade appeal and include a description (including the outcome) of each of the steps of the appeal already taken. The student is encouraged to include attachments to the Grade Appeal Request Form that provide additional evidence that may clarify and/or provide evidence in support of her or his case. The completed Grade Appeal Request Form, along with any attachments, will be shared with Dean of Student Success, who will distribute it to the members of the Grade Appeals Committee and the instructor involved.
2.  Each elected member of the Grade Appeals Committee (not alternates) shall review the information in the Grade Appeal Request Form, as well as any attachments. If any member is unavailable, the information will be provided to her or his alternate. Within five days of receiving the form from the Dean of Student Success, each member of the committee of these five will indicate if a hearing is warranted.
3.  If all elected members of the committee indicate that a hearing is not warranted, the Dean of Student Success will notify the student, her or his advisor, and the instructor that the members of the Grade Appeals Committee unanimously agree that the case does not warrant a hearing and the case is closed. However, if any elected committee member indicates the case warrants a hearing, the Dean of Student Success will convene the committee as soon as possible at a date and time convenient for the persons involved in the appeal. All persons involved should have at least a three-day notice. At this time, the Dean of Student Success will also request any additional information desired by members of the committee from the student and/or instructor. All such information will be shared with all parties prior to the hearing.
4.  Each elected member of the committee will have an elected alternate (see Section 1.8.4.4.). If one of the committee members is the faculty member involved in the appeal, that individual's alternate will take the place of the accused member. In addition, if any elected member is not available for the hearing, that member's alternate will take her or his place. These substitutions apply both to the hearing itself and to the decision whether or not to have a hearing.
5.  As indicated in the Grade Appeal Procedure, each party will be allowed to choose a member of the CBU faculty to represent them during the hearing as an advisor. Neither faculty member representative will participate in the deliberations of the committee. No outside representation is permitted.

### The Committee Hearing

1.  Prior to the hearing, the student, the instructor, and each member of the Grade Appeals Committee will receive the Grade Appeal Request Form and any attachments from the Dean of Student Success. Any additional information regarding the case (e.g., information requested by committee members)

50

will be provided to all parties by the Dean of Student Success at least 24 hours before the start of the hearing.

2. The hearing will not allow for dialogue between the student and faculty member. The procedure will be:

   a. student presentation
   b. faculty member presentation
   c. student response
   d. faculty member response
   e. possible questioning by the committee members

3. If at any time the conduct of the hearing becomes such that the professionalism expected of all persons is not being shown, the chair, with the approval of a majority of the voting members of the committee, will adjourn the hearing. The hearing will only be reconvened with the approval of the majority of the members of the committee. It is possible that the committee could reconvene (if a disruption has occurred) without the parties involved.

4. The findings and judgments of the Grade Appeals Committee will be communicated to the instructor and the student involved. The committee will inform the VPA of the nature of the findings and judgments. The VPA will, in turn, instruct the Registrar to make any necessary changes. Since the purpose of the Committee is to review charges of arbitrary and capricious, or prejudicial** grading, and since such review is not an infringement on an instructor's academic freedom, the judgment of the committee is final.

5. All records of the proceedings and decisions of the Grade Appeals Committee are kept on file in the Office of the VPA.

6. The Chairperson of the Grade Appeals Committee will complete a form as a record of the following from the hearing: verification that proper procedures were followed, summary of committee findings, and vote count. The completed form is kept on file in the Office of the VPA.

\*\* Black's Law Dictionary defines these terms as:

   a. arbitrary and capricious: a willful and unreasonable action without consideration or in disregard of facts or without determining principle
   b. prejudicial: a tending to forejudgment, bias, or preconceived opinion

(Revisions: Approved by F.A. 4-5-2018 & 11-1-18)

51

CBU-135

## APPENDICES: UNIVERSITY-WIDE POLICIES AND REGULATIONS

The following policies are provided in the Appendix because of relevance to Faculty or Academic Affairs Staff and/or as a result of reference in an earlier part of the handbook

CBU-136

**APPENDIX A.1: POSITION DESCRIPTION FOR VICE PRESIDENT FOR ACADEMICS**

Title-Person:          Vice President for Academics (VPA) Office:

                       Academic Affairs

Reports to:            President

Basic Mission of the Position:
The Vice President for Academics is the Chief Academic Officer. The officer is the academic leader who is responsible for a high quality faculty, a current and outstanding curriculum which supports the mission and goals of the university, a viable student enrollment, and the high caliber of the graduates of Christian Brothers University.

The VPA is also responsible for effective operation of the instructional areas (the four Academic Schools, the Graduate School, Global College, and the Library) and the academic support areas (Registrar's Office, Student Success, Career Services, International Initiatives, Honors Program) in fulfilling the mission and the goals of the University.

In the absence of the President, the VPA shall perform the duties of the President.

Duties and Responsibilities:

1.      To plan, create, and implement academic policies and programs with the faculty in accordance with the university academic objectives: to introduce and terminate academic programs.

2.      To maintain and improve the caliber of the academic programs, specifically with regard to regional and professional accreditation.

3.      To recommend to the President all faculty appointments, promotions, and dismissals.

4.      To supervise the budget preparations and to approve budgets in the academic areas as well as monitor expenditures within the approved budgets.

5.      To coordinate activities with the President, and other senior officers of the University.

6.      To serve as member of the President's Cabinet; to serve as Chair of the Rank and Tenure Committee, as Chair of the Academic Council, and as Chair of the Calendar Committee; to serve as Secretary of the Education Committee of the Board of Trustees; to serve on other university committees as required and as appointed by the President.

7.      To prepare annually a comprehensive report on the Academic Affairs areas.

8.      To assure professional growth for those in the Academic Areas, preparing other academic leaders for current and probable future responsibilities and for effective communication with the various parts of the campus.

9.      To recommend changes in university policies, directions, and procedures to the President.

10.     To perform administrative duties as assigned by the President.

11.     To interpret and enforce university academic policies.

12.     To supervise, evaluate, coordinate, and assure quality achievement of administrators in the academic areas: the Deans of the Schools, the Dean of Student Success, the Director of the Honors Program, the Registrar, the Director of the Library, the Director of Career Services, the Associate VP of the International Initiatives and Dean of the Graduate School, and the Associate VP for Academic Affairs and Strategic Initiatives.

13.     To assure quality academic advising for the students.

14.     To assume other duties as assigned by the President. (Updated 1999, 2007, 2008, 2014, 2022)

53

CBU-137

**APPENDIX A.2: POSITION DESCRIPTION FOR GENERAL EDUCATON DIRECTOR**

Title of Position:          General Education Director

Responsible to:          Vice President for Academics

Contract Duration: Faculty contract with reassignment time for administration of General Education Program responsibilities. Three-year appointment with possibility for renewal.

Contract Arrangement: Fifty-percent reassignment to direct the General Education program during the academic year with an additional summer appointment to run General Education faculty development workshops.

Minimum Qualifications:

- Assistant Professor (Tenure-track or Tenured) at CBU.

The Desirable Candidate Should Possess:

- An understanding of, and commitment to, the principles of General Education at CBU.
- A willingness to develop a working knowledge of national trends and developments in general education through active participation in professional organizations, conferences and workshops.
- Excellent organizational, communication, and interpersonal abilities.
- Experience in curriculum assessment.
- Commitment to excellence in teaching.

Duties and Responsibilities

Serves as a spokesperson and advocate for general education.

Coordinates scheduling of General Education courses, working with the deans, department chairs, faculty and registrar.

Fosters development of the General Education curricula, both current and new.

Coordinates, supports, and supervises assessment of student learning in General Education.

Works with faculty, departments and schools to review the results of assessment and their possible application to the General Education Program.

Works with the Curriculum Committee concerning General Education Requirements.

Teaches in the General Education Program, as appropriate.

Coordinates the orientation of students to the General Education Program.

Coordinates the orientation of faculty and staff to the General Education Program.

Provides professional development opportunities related to general education for faculty and departments. Provides opportunities to explore and develop teaching practices and curricula related to general education.

Prepares written materials describing the Program for a variety of audiences including students, prospective students and parents, faculty and alumni.

Establishes relevant connections with other educational activities on campus such as the Honors Program.

Seeks external funding to strengthen the curricula, teaching, and learning in the General Education program.

Inserted per Faculty Assembly 2-6-2012

CBU-138

**APPENDIX A.3: POSITION DESCRIPTION FOR DEAN OF STUDENT SUCCESS**

Title of Position:          Dean of Student Success

Office:                     Academic Affairs

Responsible to:             Vice President for Academics

Basic Mission of this Position:
The Dean of Student Success is responsible for the University's efforts in traditional student advising, retention, and graduation by coordinating and evaluating existing programs and by designing and advocating improvement strategies.

Duties and Responsibilities:

1.    Academic Advising:
      a.    Maintain a successful traditional student academic advising program to improve student success, retention, and graduation by working collaboratively with faculty, Student Development and Campus Life, financial resources, admissions, and other branches of university administration.
      b.    Evaluate and make data driven recommendations for improving academic advising, retention, and graduation rates.
      c.    Coordinate the traditional student Freshman Advising Program and serve as the advisor for undeclared freshman.
      d.    Identify at risk student (academically, financially, and socially) to assist in their college transition.
      e.    Ensure that each traditional student has an assigned advisor.
      f.    Provide advisors with the necessary training, data, and evaluations for effective advising.
      g.    Evaluate freshman transcripts (as regards placement in English, mathematics, chemistry, foreign languages, and other areas plus recommendations for specific courses and maximum number of attempted hours)
      h.    Coordinate any placement testing for new students.
      i.    Coordinate and facilitate summer registration sessions.
      j.    Early advising coordinator.
      k.    Evaluate transfer students' college transcripts, determining which courses will satisfy CBU major requirements, which courses will satisfy free electives, and which courses will not transfer at all.
      l.    Serve as the CBU official who explains to new transfer students which courses were accepted by CBU (and why) and which courses were not accepted by CBU (and why not).

2.    Retention Program:

      a.    Planning and implementation of effective strategies for student success and retention.
      b.    Conduct attrition studies and provide recommended solutions.
      c.    Providing leadership and support for the university's retention efforts.
      d.    Collecting and maintaining data on graduation and retention rates and trends.
      e.    Providing counseling for probationary freshman and/or referrals to appropriate services.
      f.    Collaborating with Director in planning and implement major based learning communities.

3.    Other duties:

      a.    Chair the Student Success Committee
      b.    Serve on Admissions Committee
      c.    Perform other duties, pertinent to the position, as assigned by the VPA and/or the President.

Revised 1999
Revised 2010
Revised 2022 to replace "Academic Services" with "Student Success"

CBU-139

APPENDIX A.4: POSITION DESCRIPTION FOR DEAN OF GLOBAL COLLEGE

Title of Position:        Dean of Global College

Office:                   Global College

Responsible to:           Vice President for Academics

Basic Mission of this Position:
The Dean is the Chief Enrollment Officer of Global College, and is directly responsible to the Vice President for Academics. In this capacity, the Dean: markets the programs, directs the recruitment and retention of students, provides financial planning and administration of the office's operations, and is responsible for meeting revenue and enrollment goals for Global College programs.

Duties and Responsibilities:

1.    Administration of the Programs:

  a.    Constant administration of the systems, policies and procedures for: admissions, orientation, advising and registration.
  b.    Team leadership and membership for and with Global College staff as well as with other University personnel, particularly at the Dean, Director and Department Chair level.
  c.    Coordination of support services for nontraditional students.
  d.    Professional management of the staff and office operations calendar.
  e.    Administration of special programs, policies and services for Global College students, including satellite campus programs.
  f.    Administration and submission of fiscal year budgets.
  g.    Monitoring of the financial viability of Global College.
  h.    Supervision of the admissions staff, support personnel and services, as well as the advising and counseling of nontraditional students as carried out by the faculty and staff.
  i.    Supervision of the University coordination for the maintenance and security of buildings and equipment during the evening hours as well as the monitoring of weather conditions for the safety of personnel during program hours and, if necessary, canceling the academic program of the University during adverse weather conditions.
  j.    Represent Global College Programs on the Enrollment Management Committee and other committees as required.
  k.    Design and implement a recruitment plan to build nontraditional enrollments.
  l.    Scan the greater Memphis area for key pricing points for nontraditional admissions.
  m.    Design and implement all web-based initiatives for Global College.
  n.    Meet and/or exceed net revenue goals for nontraditional undergraduate enrollment.

2.    Lead/direct the admission of students into the Adult Professional Studies Programs through:

  a.    Design and implementation of successful growth opportunities and marketing plans, including development and administration of alternative programs, including but not limited to, off-campus sites and distance learning.
  b.    Produce professional promotional pieces, i.e., letters, brochures, direct mail pieces and radio, TV and newspaper advertising in conjunction with the University's Communications and Marketing Office.
  c.    Assurance that published materials for the campus and outside efforts (i.e. catalog) are accurate regarding Global College and comply with university mission and university and regional accreditation guidelines.
  d.    Assurance that needed campus and outside public relations efforts are implemented.
  e.    Provide effective communications about Global College Programs to all members of the community, both on and off campus.

56

CBU-140

3.    Academic Responsibilities for Global College Programs:
  a.    Supervision of the academic and advising responsibilities for the programs, as administered with the Academic Advisor(s) of Global College.
  b.    Working with the Academic Advisor(s), Curriculum Coordinator, Department Chairs and School Deans, arrange selection/scheduling of courses and faculty appointments. The Dean may reserve the right to reject a recommendation for an adjunct faculty appointment after consultation with the Department Chair, School Dean and Academic Advisor(s) of Global College.
  c.    Initiation of proposals for additions/deletions to the policies and scope of the programs.
  d.    Initiation with School Deans, Curriculum Coordinator and Academic Advisor(s) of Global College of any new directions or retrenchments in the curricula.
  e.    Submission of internal instructional audits/faculty evaluations and reports to the VPA.

4.    Supporting the mission and objectives of the University and helping to ensure that the admissions, operational and educational efforts of Global College Programs are proper representations of Christian Brothers University and accepted higher education practices.

Updated: August 2002
Updated: July 2006
Revised: June 2003
Updated: July 2006
Updated: June 2014
Updated: September 2022 replacing "College of Adult Professional Studies" with "Global College"

57

CBU-141

**APPENDIX A.5: POSITION DESCRIPTION FOR DIRECTOR OF THE PLOUGH LIBRARY**

Position Title:          Director of Plough Library

Location:                Library

Reports to:              Vice President for Academics

Basic Mission of the Position

The Director of the Plough Library provides leadership and management for all aspects of library operations, including collections, personnel, budget, and technology. The Director also plays a major leadership role for the campus community and participates actively in local and statewide consortia.

Duties and Responsibilities

1.  Assures adequate and appropriate collections to support the curricular and research needs of students, faculty, and staff.
2.  Sets priorities and administers the library budget.
3.  Supervises the library staff and the physical facility.
4.  Collaborates with faculty on the integration of information literacy into the curriculum.
5.  Communicates to the administration the status, needs, trends, and accomplishments of the Library collections, services, and staff.
6.  Oversees the operation of the University Archives and Special Collections.
7.  Serves as chair of the University Library Committee.
8.  Accepts committee and other assignments from the VPA and/or the President of the University.

Qualifications and Requirements

1.  Masters degree in library science from an ALA-accredited program, with a subject masters or doctorate preferred.
2.  Minimum of three years of progressively responsible experience in an academic library.
3.  Demonstrated organizational and academic leadership abilities.
4.  Significant experience using and managing information and instructional technologies.
5.  Excellent communication and interpersonal skills.
6.  Evidence of professional growth and development.

Revised: August, 2000

58

CBU-142

**APPENDIX A.6: POSITION DESCRIPTION FOR REGISTRAR**

Title of Position:        Registrar

Office:                   Registrar's Office

Responsible to:           Vice President for Academics

Basic Mission of the Position
Manage and supervise the University registration procedures and maintain academic records of all students, past and present.

Duties and Responsibilities:

1.      Edit the University Catalog and any other bulletin describing courses offered for credit.

2.      Draw up a schedule of classes for each semester, assigning hours and rooms, and then distribute same to all concerned.

3.      Organize registration procedures, including late registration and changes to registration.

4.      Supervise the retention of the academic records for all students enrolled in credit courses both present and past.

5.      Supervise the process by which students withdraw from courses or from the University.

6.      Prepare preliminary and final class lists at the beginning of each new semester.

7.      Supervise the process by which grades are collected and reported.

8.      Supervise the process by which permanent records are prepared and by which transcripts of those records are made.

9.      Work with the Computer Center on maintaining the integrity of the data in the campus-wide software system.

10.     Provide leadership and supervision for the staff of the Registrar's Office.

11.     Develop budget recommendations and administer the approved budget in such a way as to allow the office to serve the needs of the students, faculty and staff of the University.

12.     Oversee the distribution/collection of faculty evaluations.

13.     Develop training sessions for faculty/staff concerning programs designed for the campus-wide software system which corresponds to the maintenance of student records.

14.     Keep abreast of regional and national regulations dealing with the maintenance of student records.

15.     Perform other duties as assigned by the VPA and/or the President.

16.     Chairs the Calendar Committee.

Updated: July, 1995
Updated: August 2008

59

CBU-143

**APPENDIX A.7: POSITION DESCRIPTION FOR DIRECTOR OF A GRADUATE PROGRAM**

Title of Position:        Director of a Graduate Program

Office:                   Graduate Programs

Responsible to:           Dean of School

Basic Mission of this Position:
A Director of a Graduate Program is the program coordinator of a specific program(s) within a school of the university and is the officer most responsible for ensuring student and program success.

Duties and Responsibilities:
1.    As program coordinator, the Director is responsible for maintaining quality for the specific program; such quality is demonstrated in the following:

    a.    The recommendation of qualified faculty and oversight of teaching and scholarly activities

    b.    The recommendation for program curriculum and its changes

    c.    The recruitment of candidates and the maintenance of full and complete records of student information, including application information

    d.    The identification of program outcomes and the means to assess achievement of such outcomes
2.    Shall serve as a member of the Graduate Council and help fulfill all of the responsibilities of the Council.
3.    As a program administrator, the Director will enforce the policy and guidelines of published bulletins and catalogs, and administrative policies of the University.
4.    As a full or part-time faculty member, who may or may not have teaching duties, the Director will fulfill all faculty obligations and enjoy the rights and privileges of his/her status.
5.    Shall maintain good communication and cooperation with other offices, especially the support offices of academic affairs and Global College Program.
6.    Shall cooperate with other directors of programs within a school or outside his/her school
7.    Shall aid the Dean of a School in the planning and implementing of approved recommendations.
8.    Shall maintain a balanced budget in operating costs for a program.
9.    Shall perform such duties as requested by either the Dean of a School or the VPA.

Created: February, 1987
Revised: March 30, 2000
Updated: 2008, 2014

60

CBU-144

**APPENDIX A.8: POSITION DESCRIPTION FOR DIRECTOR OF STUDENT DISABILITY SERVICES**

Title of Position:            Director of Student Disability Services

Office:                      Student Disability Services

Responsible to:              Dean of Student Success

Basic Mission of the Position:
Directs the operation of The Office of Student Disability Services, including budgeting, developing and supervising service policies and procedures. Reviews, verifies, interprets, and monitors required professional documentation of disabilities and recommends reasonable accommodations for course work, required exams and campus life. Develops and administers program informational materials for faculty, administration and students and keeps CBU personnel informed of necessary information regarding Student Disabilities.

Duties and Responsibilities:

1.      Serve as Compliance Officer and central communication point for student accommodation

2.      Chair the Accommodations Committee which is to provide program assistance and provide recommendations regarding student accommodation

3.      Recommend reasonable accommodations for course work, exams and campus life

4.      Review, verify, interpret, and monitor required professional documentation

5.      Budgeting, developing and supervising policies and procedures

6.      Works with other departments as needed

7.      Develops and administers program information material

8.      Provide other duties as assigned

Created 1998

Updated 2022

61

CBU-145

**APPENDIX A.9: POSITION DESCRIPTION FOR DIRECTOR OF INSTITUTIONAL RESEARCH AND EFFECTIVENESS**

Title of Position:         Director of Institutional Research and Effectiveness

Office:                    Academic Affairs

Responsible to:            Vice President for Academics

Basic Mission of this Position:
This is a leadership position which reports to the VPA and is responsible for compiling, disseminating, and analyzing data and information for the entire University which enables the University to be more data driven. Also, the officer works with each individual unit of the University in applying the Institutional Effectiveness criteria established by the Commission on Colleges of the Southern Association of Colleges and Schools (SACSCOC).

Duties and Responsibilities:

1.     To collect, analyze, distribute, and store data relevant to proper decision making which supports the mission of the University as well as each individual unit of the University.

2.     To complete and report all significant requests for information from external organizations, especially those dealing with accreditation, funding, or publications of statistics.

3.     To assist in the development and monitoring of institutional level planning efforts of the University and individual units, especially those efforts involving strategic planning.

4.     To develop and maintain a systematic program of review for the individual units of the University which ensures compliance with SACSCOC criteria statements for Institutional Effectiveness.

5.     To develop and publish an annual book of statistics which can be used by members of the campus community as a ready source of basic information for data driven decisions.

6.     To serve on appropriate committees and study groups and to meet with the President's Council and other groups on an as-needed basis.

7.     To perform other duties as assigned by the VPA or President.

This position is assisted by the Coordinator of Academic Statistics and is also supported by the staff of the Information Technology Services.

Created & approved  March, 1999

62

CBU-146

**APPENDIX A.10: POSITION DESCRIPTION FOR DIRECTOR OF THE HONORS PROGRAM**

Title of Position:      Director of the Honors Program

Office:      Academic Affairs

Responsible to:      Vice President for Academics

Basic Mission of this Position:
The Honors Program Director is responsible for organizing, supervising, and expanding the CBU Honors Program.

Duties and Responsibilities:

1.      Recruiting qualified faculty to develop appropriate courses

2.      Gaining general faculty support

3.      Organizing an Honors Council -- a committee of faculty, administration, and students to advise, make policy, and screen potential faculty, courses, and students

4.      Setting up permanent criteria for admission, retention, and graduation with honors

5.      Recruiting and interviewing potential honors students from CBU student body and students accepted for the upcoming year's freshman class

6.      Establishing the hours and GER values of the honors courses being offered in conjunction with the VPA and the Registrar

7.      Establishing recognition policies for honors courses and honors graduates

8.      Making long-term plans to expand honors course offerings beyond GER courses to include all majors on campus

9.      Co-advising honors students

10.      Monitoring and evaluating the honors courses being presented

11.      Establishing and advising an honors student association

12.      Organizing activities for the honor students such as attending local cultural events, taking field trips, going on retreats, doing public service, participating in regional and national honors associations, bringing speakers to campus, sponsoring a movie series, etc.

13.      Publishing an honors newsletter

14.      Producing a brochure on the honors program

15.      Including a description of the honors program in the CBU Catalog

16.      Making professional contacts with administrators of other honors programs

17.      Monitoring the honors budget

18.      Drawing up yearly budget proposals

19.      Perform other duties as assigned by the VPA and/or President.

63

CBU-147

## APPENDIX B: BYLAWS FOR THE FACULTY ASSEMBLY

### ARTICLE I. NAME

**Section 1.**

The name of this organization shall be the FACULTY ASSEMBLY.

### ARTICLE II. PURPOSE

**Section 1.**

The purpose of the faculty members coming together in formal organization is to provide a necessary supplement to their other activities in fulfilling their responsibilities within the governance of Christian Brothers University. These responsibilities are threefold:

a)   The Faculty has primary responsibility over the curriculum and procedures of instruction. This includes such matters as degree requirements, subject matter, and research.

b)   The Faculty has special responsibility over faculty status (such as policies regarding appointments, promotion, tenure, and dismissal).

c)   The Faculty has participatory responsibility, along with other University groups, in areas indirectly affecting academic operations. This includes such matters as long-range planning, allocation of physical resources, budgeting, Student Development and Campus Life, library, admissions, discipline/ grievance, campus arts, and selection of administrators. (added 6-30-2009 per F.A. vote)

**Section 2.**

The Faculty shall exercise its responsibilities primarily through the following channels:

a)   Through their Schools and Departments, faculty members shall determine course content, instructional procedures, and matters directly related to classroom teaching. They shall ordinarily be the initiators of curricular change.

b)   Through membership on committees in the academic areas, such as the Rank and Tenure Committee, Faculty Review Committee, and Sabbatical Committee, the Faculty shall exercise its special responsibility. Through membership on campus -wide committees the Faculty shall exercise its participatory responsibility.

c)   Through their formal organization, the Faculty Assembly, in its plenary meetings and committees, the Faculty shall deliberate and make decisions on resolutions and recommendations in areas pertaining to their primary, special, and participatory responsibilities.

**Section 3.**

Resolutions of the Faculty Assembly concerning areas of primary and special responsibilities shall be directed to the VPA for approval (or approval at the proper level) before the next scheduled meeting of the Faculty Assembly. Should the resolution not be approved, the Faculty Assembly may reconsider the question and, by a two-thirds vote of those present and voting at a regular meeting, appeal the matter to the President.

**Section 4.**

Recommendations of the Faculty Assembly in areas of participatory responsibility shall be directed to the appropriate administrator.

CBU-148

## ARTICLE III. MEMBERSHIP

**Section 1. (revision approved by F.A. 2-1-2007)**

Any person shall be a voting member of the Faculty Assembly if and only if he/she meets at least one of the following criteria:

a)    the person is a ranked faculty member at Christian Brothers University (i.e., professor, associate professor, assistant professor, instructor); or

b)    the person is under full-time contract to Christian Brothers University and is teaching a credit-bearing course at Christian Brothers University in the current semester: or

c)    the person is employed full-time by Christian Brothers University as a Librarian and holds a terminal degree.

**Section 2.**

Any person who is not eligible for voting membership but who is teaching a credit-bearing course at Christian Brothers University during a particular semester, shall be eligible to attend and speak at meetings as a non-voting member .

**Section 3.**

At the request of the membership of the Faculty Assembly or with the consultation of the Executive Committee, the President of the Faculty Assembly may invite persons of interest to attend and contribute to meetings as non-voting guests.

## ARTICLE IV. OFFICERS

**Section 1.**

The Faculty Assembly shall have three elected officers: President, Vice President, and Secretary. One of the officers is usually appointed by the President of the University to serve on the Planning Committee.

**Section 2.**

The President of the Faculty Assembly shall have the following duties:

a)    preside at all regular and special meetings of the Faculty Assembly;

b)    be chair of the Executive Committee of the Faculty Assembly;

c)    represent the Faculty Assembly as a member of the Education Committee of the Board of Trustees;

d)    perform such duties usually associated with such an office.

**Section 3.**

The Vice President of the Faculty Assembly shall have the following duties:

a)    serve on the Executive Committee of the Faculty Assembly;

b)    preside over meetings in the absence of the President or as requested;

c)    represent the Faculty Assembly as a member of the Calendar Committee;

d)    fulfill other presidential duties as requested by the President.

65

CBU-149

**Section 4.**

The Secretary shall have the following duties:

a)   serve on the Executive Committee of the Faculty Assembly;

b)   prepare and distribute the agenda at least five (5) days in advance of each Faculty Assembly meeting;

c)   record the proceedings of each meeting;

d)   prepare and distribute the minutes of each Faculty Assembly meeting;

e)   convey to the appropriate persons resolutions and recommendations approved by the Faculty Assembly;

f)   be responsible for preparing and distributing other materials as required.

**Section 5** (Revised 3/4/2004)

All officers shall be elected at the next-to-last meeting of the spring semester, normally in March, and formally take office on May 1. In the event that an elected officer is not able to serve, a replacement shall be elected at the earliest possible meeting of the Faculty Assembly.

## ARTICLE V. MEETINGS

**Section 1.**

The Faculty Assembly shall regularly meet three times each semester. The meeting dates for each academic year shall be determined during the spring of the preceding year.

**Section 2.**

The Executive Committee of the Faculty Assembly shall have the power to call for special meetings by advising the membership at least five (5) days in advance of such a meeting. On call of such extra meetings, the Executive Committee shall advise the membership of the reason(s) for such a meeting.

**Section 3.**

If in the opinion of the Executive Committee there is no valid basis for a scheduled meeting, it shall advise the membership at least five (5) days in advance of such meeting cancellation.

**Section 4.**

All meetings of the Faculty Assembly shall be conducted according to parliamentary procedures as outlined in Robert's Rules of Order, revised, unless otherwise specified in these bylaws.

**Section 5.**

A quorum of the Faculty Assembly shall consist of a number equal to one-third of the eligible voting membership plus one. The quorum will be suspended when there exists an agenda item that is included with the agenda at least one week in advance of a meeting.

## ARTICLE VI. COMMITTEES

**Section 1.**

The following shall be standing committees: Executive Committee, Faculty Policy Committee, Curriculum Committee, and CAPS curriculum committee.

66

CBU-150

**Section 2. Executive Committee:**

a)    The Executive Committee shall be composed of the elected officers of the Faculty Assembly.

b)    The President of the Faculty Assembly shall serve as chair of the Executive Committee and call meetings as needed.

c)    The Executive Committee shall be responsible for setting the agenda for all meetings, call special meetings when required, and shall have the power to cancel scheduled meetings if there is no significant agenda.

d)    The Executive Committee shall appoint a Parliamentarian.

e)    The Executive Committee shall act as an election committee for the election, by paper ballot, of three at-large members of the Faculty Policy Committee, of three at-large members of the Curriculum Committee, of two members to the Grade Appeals Committee, of four members of the Judicial Board, of the Faculty Assembly Officers for the next year, and of other committee members as requested.

f)    The Executive Committee shall act as the official representatives of the Faculty Assembly.

g)    Between the elections of the Executive Committee and the last meeting of each academic year, the officers and officers-elect will prepare charges to the Policy and Curriculum Committees for the following academic year. Those charges will be presented to the faculty at the last Faculty Assembly meeting of the academic year. At the first meeting of the academic year of the Faculty Assembly, after committee elections, the Executive Committee will present the charges to the Policy and Curriculum committees. (addition 3/4/2004 FA meeting) (revisions to e & g 4-8-2010 FA meeting)

**Section 3. Faculty Policy Committee:**

a)    The Faculty Policy Committee shall be composed of seven members. One member shall be elected by each of four academic schools. Three at-large members shall be elected from the Faculty Assembly from tenured faculty.

b)    The Faculty Policy Committee shall select its own chair who will call its meetings.

c)    The Faculty Policy Committee shall meet as needed and shall report at each meeting of the Faculty Assembly.

d)    The Faculty Policy Committee shall consider university policies and procedures relating to faculty. These shall include policies and procedures concerning, but not limited to, hiring, promotion, retention, tenure, duties, evaluation, dismissal, leaves, and sabbaticals. The Committee may make recommendations to the Faculty Assembly concerning changes they deem advisable.
(Revision: Approved by F.A. 2-1-2007)

**Section 4. Curriculum Committee:**

a)    The Curriculum Committee shall be composed of seven members, one elected by each of the four academic schools and three elected at large by the Faculty Assembly. Any person nominated to serve on this committee may decline the nomination before elections are conducted.

b)    The Curriculum Committee shall select its own chair who will call its meetings.

c)    The Curriculum Committee shall meet as needed and shall report at each meeting of the Faculty Assembly.

d)    The chair of the Curriculum Committee or a designated representative shall meet with the Academic Council when catalog changes are being made final.

e)    The Curriculum Committee shall receive proposals from groups within the academic affairs area concerning changes in academic programs which could affect more than one academic school. The Curriculum Committee shall give these proposals thorough consideration and present their recommendations to the Faculty Assembly.

67

CBU-151

**Section 5. CAPS Curriculum Committee:**

a)   In odd-numbered years, three at-large representatives are elected for two-year terms at the first Faculty Assembly meeting in the fall. These elect ions are run by the Faculty Assembly officers. In even-numbered years, the School of Arts and the School of Business each elect one representative for a two-year term prior to the first Faculty Assembly meeting in the fall. This election is conducted by the Dean of each School. It is preferred that candidates for this committee have experience teaching adult learners.

b)   The Curriculum Committee shall select its own chair who will call its meetings.

c)   The Curriculum Committee shall meet as needed and shall report at each meeting of the Faculty Assembly.

d)   The chair of the Curriculum Committee or a designated representative shall meet with the Academic Council when catalog changes are being made final.

e)   The Curriculum Committee shall receive proposals from groups within the academic affairs area concerning changes in academic programs which could affect the CAPS Program. The Curriculum Committee shall give these proposals thorough consideration and present their recommendations to the Faculty Assembly.

## ARTICLE VII. AMENDMENTS

**Section 1.**

The bylaws of the Faculty Assembly may be amended by an affirmative vote of two-thirds of those present and voting at any meeting assuming that a quorum exists and that the item appears on the published agenda of that meeting. Further, the vote thus taken is valid only if the proposed change was published on the agenda and presented at a previous meeting.

## ARTICLE VIII. APPROVAL

**Section 1.**

This document shall be considered approved by the Faculty upon the affirmative vote of a majority of the eligible voting membership providing that at least one-half plus one of the eligible voting membership participates in the voting.

**Section 2.**

This document shall take effect upon approval by the Faculty and by the President of Christian Brothers University.

Approved by the Faculty of Christian Brothers University, 26 March 1981.
Approved by the Board of Trustees of Christian Brothers University, 24 April 1981.

68

CBU-152

**APPENDIX C: ACADEMIC COUNCIL**

Purpose:
To advise the VPA on matters affecting: curriculum, faculty and academic staff, teaching/learning environment, educational support systems, and all other issues relating to the academic program of the University, both undergraduate and graduate.

Membership:
The Council is chaired by the VPA and the members are:

- The Deans of each academic school
- The Dean of Global College
- The Dean of the Graduate School/AVP International Initiatives
- The Director of the Plough Library
- The Registrar
- The VP for ITS & CIO
- Director of Applications and Systems, ITS
- The Dean of Student Success
- The VPEM
- The Director of Admissions
- The President of Faculty Assembly
- Associate Vice President for Academics and Strategic Initiatives
- Director of Institutional Research & Effectiveness
- Director, CBU Honors Program
- Director, Career Services
- VP Student Development and Campus Life

Responsibilities:
Generally, Council addresses all issues in Academic Affairs, advising the VPA, and whenever appropriate refers items to the Faculty Assembly or other appropriate persons or groups for recommendations. Often, other individuals meet with Council to report, seek or give input, or work in collaboration. Items addressed by the Council on a regular basis include:

- Schedule review
- Curriculum, especially across school lines
- The University catalog
- Enrollments
- Strategic planning
- Faculty and staff issues
- Accreditation approvals and improvement
- Certificates, badges, and microcredentials
- Educational technology requirements and practices

Meetings:
The Council meets on a bi-weekly basis during the fall and spring semesters, with meetings usually scheduled immediately before and after each semester. Meetings are held during the summer on an as-needed basis. Also, special meetings are called to focus upon special issues. The Council usually meets once each semester with the President of the University.

The Academic Council receives regular updates from the Graduate Council and serves to approve applicable program change requests from that body.

Approved by Academic Council 10/4/95
Updated August 1997
Updated August 1998
Updated August 2005
Updated August 2008
Updated August 2022

69

CBU-153

## APPENDIX D: GRADUATE COUNCIL

- Purpose

  To provide University oversight, appropriate consistency, and quality to the graduate level courses and programs offered by Christian Brothers University.

- Membership

  - The membership of the Graduate Council will consist of: the directors of the graduate programs of the University; the Dean of the Graduate School (chair); the Director of Graduate Admissions; the Director of Graduate Recruiting; the Dean of Global College; and as an ex officio member, the VPA.

- Responsibilities

  Generally, the Graduate Council is charged with maintaining and improving the quality of the graduate programs. Through reporting to the VPA and the Academic Council, the Council is also responsible for:

  - Ensuring initial and continued alignment of the programs with the mission/goals of the University and of the appropriate academic school

  - Approval of faculty to teach at the graduate level, giving particular attention to determination of teaching ability and scholarly activity that is appropriate to graduate level instruction

  - Approval of major adjustments in current programs and potential new programs

  - Approval and coordination of all general policies for graduate programs

  - Conducting an annual assessment of all policies and procedures, especially those policies which affect student success (admission and other policies will be assessed through the use of: retention/graduation ratio, grade distribution reports, scheduled faculty feedback sessions, etc.)

  - Working to ensure that the University provides the proper level of support for students' academic success (i.e., library, research, information technology, etc.)

- Meetings

  - The Graduate Council will meet at least once per fall and spring semesters and other times as needed. The meetings will be called by the Dean of the Graduate School. Minutes shall be kept and will be placed on file in the Office of the VPA.

Approved, Academic Council: March 29, 2000
Updated: August 8, 2008
Updated: August 19, 2022

70

CBU-154

**APPENDIX E: BROTHERS RECRUITMENT POLICY**

1.  All faculty and staff openings will be publicized to every community of the Midwest Province of the Christian Brothers, and to the other five (5) American District headquarters, as soon as the opening is known.

2.  All Brothers who apply will be given full consideration, with attention paid to their credentials, teaching or other experience, understanding of and interest in the mission of Christian Brothers University, and other pertinent qualifications. Every effort shall be made throughout the University to place Brothers who apply, so that the long-range goal of a 40% distribution may be achieved as soon as possible. Where there are a number of candidates with a reasonable parity of qualifications, a Brother would be given first consideration.

3.  It is understood that Brothers will be solicited for openings as they appear at Christian Brothers University. There is no intention to recruit Brothers to replace present faculty or staff members who are serving satisfactorily in their present positions, unless these were explicitly hired on a temporary basis. Everyone on campus would be given the opportunity to apply for positions as they become available.

4.  Departments and offices which have received applications from qualified Brothers but which have not been able to place them, will keep such applications on file to consider for future openings.

5.  A Christian Brother, if qualified, may be appointed to any position within the University without a job announcement. With that exception and a limited number of other exceptions (e.g., positions reporting directly to the President, internal promotions, staff returning from leave, and members of other religious orders exempted by the President), the general policy of the University is that all vacant positions shall be announced publicly.

Approved by the Board of Trustees December 16, 1981
Updated July 19, 2000

71

CBU-155

## APPENDIX F: DAY SUMMER PROGRAM POLICIES

1.  Faculty will be required to post and keep office hours equal to one hour/week per three-credit course, and to be available on a reasonable basis outside of this hour/week.

2.  Faculty will normally be allowed to teach 12-14 credit hours or four courses during the summer (*day and evening* but not including the May) sessions. Preference for summer teaching will be given to full-time faculty where possible.

3.  A syllabus (and any other course policies) for each course will be submitted to the office of the appropriate School Dean.

4.  Independent Study courses during the Summer Sessions must be approved by the Department Chair, School Dean, and the VPA.

5.  Students are limited to taking only one course during the three-week May session. Day students may take a maximum of four (4) courses and accompanying labs in the June, July, and Evening sessions combined.

6.  Courses in a student's major field and core courses which support the major must be taken at Christian Brothers University. Any exceptions to this policy must be approved by the Dean of the School in which the student is majoring. To apply for permission to take courses off campus, a student must complete a Request for Summer Courses Off Campus form which includes written authorization of the student's advisor, Department Chair, and Dean of the School in which the student is majoring. For further details, see the CBU catalog.

7.  Faculty obligations regarding course meetings, requirements, requests of the Registrar, etc., remain in force during the Summer Sessions. Any departures from these obligations must be cleared and approved by the VPA, in cooperation with Department Chairs.

8.  Class hours will be scheduled using the following formats:

    June & July Sessions
    8:30 a.m.-10:15 a.m. (Four Day Week) 105 min/class
    8:30 a.m.-10:00 a.m. (Five Day Week) 90 min/class
    10:30 a.m.-12:15 p.m. (Four Day Week) 105 min/class
    10:30 a.m.-12:00 p.m. (Five Day Week) 90 min/class

    a)  All Day Summer final exams are given on the last Friday of the session.

    b)  Special arrangements, which require unique formats, may be made for unusual or creative course offerings, as supported by the Department Chair, Dean of the School and Dean of Global College.

Revised August 1997
Updated August 2005

72

CBU-156

**APPENDIX G: POLICIES ON PROGRAM CHANGES, REDUCTION, AND RETRENCHMENT**

Introduction:

It is the fervent hope of the Faculty, Administration, and Board of Trustees of Christian Brothers University that we are never beset by financial problems to the extent that implementing any of these Policies becomes necessary. However, as a compromise between idealism and pragmatism, it is desirable to prepare for the worst even while hoping for the best. Consequently, these Policies are arranged in three groups, with each group of policies designed to prevent the next from having to be implemented. Any implementation of the following policies is directed toward the goal of the sustained and productive life of the University as a Lasallian mission of the Brothers and their colleagues. In both the design and use of procedures, mutual trust and collaboration must be a high priority in order to preserve collegiality and not degenerate into an adversarial relationship of labor vs. management. Christian Brothers University will not base decisions with respect to these policies on race, color, sex, sexual orientation, age, mental or physical disability, national origin, genetic information, or any other protected status, and any categories protected by state and local law.

1.    **OPERATING POLICIES OF THE UNIVERSITY DURING NORMAL TIMES WHICH SHOULD PREVENT FINANCIAL DIFFICULTIES**

   a.    When new faculty members are appointed, they should be placed in tenure-track position ONLY if their position is believed to be a long-term one unless, in the judgment of the President, the number of faculty having tenure has become too large for the University to be flexible in meeting its educational mission. If they are hired, they should receive term contracts, with retroactive credit toward tenure if their positions become long term subsequently.

   b.    Attainment of tenure should always be a realistic possibility for anyone appointed to a tenure-track position. No tenure-track faculty member should be denied tenure because of a quota on the number of tenured faculty. (Refer to "Statement on Distribution of Tenured and Untenured Faculty Members" approved by the Board of Trustees Executive Committee on March 24, 1981).

   c.    In the event that the number of faculty having tenure has become too large for the University to be flexible in meeting its educational mission, the number may be reduced (over a period of years) through attrition, attractive accelerated retirement opportunities, and by limiting the number of new tenure-track appointments (refer to Paragraph a).

   d.    Academic administrators (Department Heads, Deans of the Schools, and VPA) should constantly evaluate programs as to their quality, student-teacher ratio, number of majors and students served, accreditations, marketing factors, ability to procure competent faculty, adherence to the mission and goals of the University, and other such factors. Long-term trends should be considered, not temporary or cyclic variations in enrollment. It may sometimes be necessary to eliminate a program or course of study in order to enhance the efficiency and quality of the University's operations. A proposal to eliminate a program or course of study might originate with a Department Head or Dean of School, the Planning Committee, the VPA, or the President. Such proposal should be submitted to the appropriate academic administrators, the Planning Committee, and the Faculty Assembly for their reactions and suggestions. A Final Decision is made by the President (for majors and programs) or the Board of Trustees (for degrees) upon the recommendation of the VPA.

   e.    If the University is not in a state of financial distress, it shall not be unreasonable to expand or even initiate some programs while others are being reduced.

   f.    A tenured faculty member may not be terminated as a consequence of normal operating policies (refer to the *Faculty Handbook* regarding termination policies and evaluation of tenured faculty), unless there is no feasible way in which the qualifications of the person, or any which may be gained through retraining, can be fruitfully employed by the University. If a program, degree, or course of study is eliminated, it shall be incumbent upon the University to transfer the affected faculty member(s) to an open position(s) within the University, subject to satisfactory qualifications and/or a requirement of limited retraining. The University will assume a reasonable share of the cost of this retraining.

73

CBU-157

g.      The Administration should always evaluate operations in the University with the intent of eliminating any which are considered unnecessary.

2.    **POLICIES TO BE IMPLEMENTED DURING TIMES OF FINANCIAL DIFFICULTY, SHORT OF EXIGENCY (Reduction Policy)**

a.   If it appears that the University is beginning to enter a period of financial difficulty, the President should make such a determination through consultations with the Planning Committee, the Academic Council, and the President's Cabinet. Criteria for acknowledging a condition of financial difficulty include the following:

1)   The projection of a budget deficit for a protracted period, either as a certain percentage or as a certain absolute amount,
2)   A decline or a projected decline in enrollment as a percentage or in absolute numbers,
3)   A decline of student-to-teacher ratios below an established minimum,
4)   Decreased teaching loads as either credit or contact hours.

The Board of Trustees shall consider the President's informed recommendations and make the final determination.

b.      The goal of this Reduction Policy shall be the sustained and productive life of the University as a Lasallian mission of the Brothers and their colleagues.
c.      During a time of financial difficulty, all areas of the University shall be reviewed for a just and fair proportion of any reduction which occurs.
d.      If a state of financial difficulty should be declared, there should be an intensification of the procedures outlined in Section I, Paragraphs a, c, d, and f.
e.      The viability and accreditation of each department (or program) must be considered before reductions in the number of faculty in that Department (or program) are enacted.
f.      The possibility of not filling faculty vacancies caused by attrition or retirement should be considered, while at the same time adhering to the principles stated in Paragraph e.
g.      Even in times of financial difficulty, it shall not be inconsistent to expand or initiate programs which would help the University recover from its problems.
h.      Any reductions in the faculty, staff, or administration must take into consideration the special status of the Christian Brothers as owners and operators of the University, and as teachers and workers who contribute a specific and special ministry to the university by virtue of their religious vocation. No Christian Brothers who is performing satisfactorily shall be terminated as a consequence of the implementation of the Reduction Policy.
i.      A tenured faculty member may not be terminated as a consequent of implementing this Reduction Policy unless there is no feasible way that the qualifications of the person, or any which may be gained through retraining, can be fruitfully employed by the University. If any positions held by tenured faculty members are eliminated, those persons will be relocated to an open position within the University, subject to satisfactory qualifications and/or a requirement of limited retraining. The position of any faculty member terminated as a consequence of implementing this Reduction Policy will not be filled within three years unless that faculty member is offered reinstatement.

3.    **POLICIES TO BE IMPLEMENTED IN TIMES OF FINANCIAL EXIGENCY (Retrenchment Policy)**

a.      Financial Exigency is the condition where the budget of the University can be balanced only by extraordinary means, the procedures outlined in Part 2, Section a. shall be employed to determine whether such a condition exists, except that the criteria should reflect even more serious deviations from the norm. There should be full realization of the consequences of such a declaration before it is made. As in Part II, the Board of Trustees shall make the final determination as to whether a state of financial exigency is declared.

b.      When a state of financial exigency has been declared, a Retrenchment Committee shall be established to advise the President on implementing these Policies. The Retrenchment Committee shall consist of the Planning Committee, two additional faculty members elected by the entire

74

CBU-158

faculty body, one member of the Board of Trustees, and the Senior Director of External Affairs & Donor Relations. The Committee shall recommend to the President a coordinated program of academic and non-Student Success which will allow the University to continue to fulfill its mission in as effective a way as possible. The Committee and other appropriate communication channels shall be used to inform the Christian Brothers University community of the ongoing financial status of the University.

c.      In case of Financial Exigency, it may be necessary to eliminate Departments or programs which are not essential to the mission and goals of the University, have relatively few majors, and serve relatively few students from other Departments. If this is done, every effort must be made to relocate the affected faculty members as stated in Section I, Paragraph f.

d.      If it becomes necessary to release contracted faculty, the Retrenchment Committee will determine the number to be terminated University-wide in order to relieve the state of exigency. The Committee shall then meet with the Academic Council to establish the number to be released in each School. Each Dean of the School will then meet with the Department Heads to determine which faculty members are to be recommended for termination. Each level of determination is subject to approval of the President. At all stages of this process, the present and future needs of each School and Department must be considered. It is not intended that across-the-board terminations be made, but that each one involve rational judgments of what is possible, equitable, and the least damaging to the mission of the University.

e.      Each Department Head, acting with the advice and consent of the Dean of the School and the VPA shall recommend which faculty members are to be retained, using the following criteria in order:

    1)      Tenure and Status as a Christian Brother
    2)      Merit, versatility, seniority
    3)      The goals of the University regarding numbers of women, women religious, and members of minority races.

f.      Similar retrenchment policies for Staff and Administration will be implemented concurrently and with regard to Section II, Paragraph g.

g.      The following considerations shall apply to faculty members who have been designed for termination due to Financial Exigency:

    1)      Notice of non-reappointment will be given, whenever possible, according to the timetable outlined in the *Faculty Handbook*.
    2)      If less than the usual notice is given, provision shall be made for severance salary commensurate with the length of past and potential service, insofar as possible.
    3)      Faculty members designated for release due to Financial Exigency may appeal, using appropriate procedures and faculty committees.
    4)      Faculty members designated for release due to Financial Exigency may offer to renegotiate their contracts for reduced salary rather than be released.
    5)      The position of any faculty member terminated as a result of Financial Exigency will not be filled within three years, unless that faculty member is offered reinstatement and a reasonable time in which to accept or decline.
    6)      In case of cessation of operation, the University's highest obligation in settling its affairs should be in assisting the faculty during their transition to employment elsewhere.

NOTE: Christian Brothers University declares that its policies are independent of those of any agency or organization and that it cannot be bound by interpretations of its policies by any outside agency.

75

CBU-159

## APPENDIX H: STATEMENT ON PERSONAL AND PROFESSIONAL QUALITIES OF FACULTY, STAFF AND ADMINISTRATION AT CHRISTIAN BROTHERS UNIVERSITY

Introduction:

The Mission Statement of Christian Brothers University begins by stating that Christian Brothers University derives its philosophy from that of the Christian Brothers. This philosophy, as can be seen from the official documents of the Brothers of the Christian Schools, as well as from the practice of the Brothers and their associates over the past 300 years worldwide, can be most simply reduced to three elements:

1.    quality education
2.    religious impact
3.    service to the disadvantaged

The key insight of St. John Baptist De La Salle, in founding the Institute of the Brothers of the Christian Schools, was that these basic goals could only be achieved by a group of very special people, i.e. educators who in their person as well as in their qualifications, are fitted to work effectively for these lofty purposes. In doing so, they contribute mightily to the benefit of individuals, of society, and of the Church.

Thus, basic to the philosophy of the Christian Brothers is the importance of the person of the educator. The Christian Brothers were founded for the purpose of providing a high quality of personnel for schools, by giving them the inspiration and the support of a career based upon religious motivation and practice. It is generally agreed that this was the basic contribution of St. De La Salle to education, although he added much practical organization and educational wisdom to the task of carrying it out.

The Christian Brothers welcome the collaboration of people of varying backgrounds in carrying out their educational mission in today's world. These colleagues -- lay and clerical, and of varying religious backgrounds -- provide richness and diversity to the Brothers' schools. They bring a necessary insight into the contemporary world, the Church, and ecumenical concerns, as well as in practical, political, economic, and family matters.

The Christian Brothers, however, strive to maintain in all their institutions the unique educational philosophy which is the core of their mission. Educators who become associates of the Brothers do so freely, with the understanding that their professional and personal services will contribute to the accomplishment of the Brothers' philosophy of educational excellence and personal influence in the schools and universities in which they serve. For example, the Christian Brothers University *Faculty Handbook* (Section 2.8) states that:

> **Each faculty member should endorse and adhere to the Statement of Mission and Goals of the University. The faculty member should also be concerned with the educational functions of the institution, contributing whenever possible to the improvement of its academic stature.**

This seems to mean that a level of academic and/or professional service is expected, along with a striving for the personal influence and example which is implied in the notion of the ideal educator as contained in the Christian Brother's philosophy.

It is rather easy to examine academic professional credentials, and to consult references or other sources to gain an idea of the pedagogical or professional competency of the applicants. It is more difficult to try to indicate the dimensions of the person of the educator who comes to Christian Brothers University, and how they contribute to the mission of the University. While not imposing unreasonable or arbitrary conditions for employment in this academic setting, the Christian Brothers have the right to expect that their mission will be furthered by associates who strive to model the qualities called forth by their philosophy. Universities with distinctive religious mission like that of Christian Brothers University try to indicate the type of personal witness and behavior expected of their personnel, while respecting to the fullest extent possible the freedom of conscience of all who are employed.

Because of the primary role of the faculty in the university and because of the extent and depth of the influence they wield upon the students, it is especially imperative that there be evident unity among the faculty in working toward the goal of the university and in implementing its basic philosophy. The rich diversity of background, training, and personality which exists among the members of our faculty is necessarily complemented by a common sense of

76

CBU-160

mission and purpose, as well as a conviction of the importance of every individual faculty member's sustaining role in his or her person as a prophetic witness to that common end.

The following statement reflects the growing awareness among the leadership and personnel of institutions of higher education in America, that private and church-related colleges must state clearly and explicitly the unique mission which they serve. This understanding was articulated at the two national conferences of church-related colleges of all denominations, held at Notre Dame in 1979 and 1980 as well as in the 1980 Pastoral Letter of the Catholic Bishops of America on higher education. Numerous court cases have vindicated the essential freedom of these colleges to state and pursue purposes—even religious purposes—even though they receive substantial government aid. Thus, clarity has developed both in law and in the self-understanding of collegiate leaders, of the fact that private and religious colleges are different—that they both have the right and duty to be different—and that their differences should be clearly stated and well understood by everyone actually and potentially connected with each institution.

Balancing the special mission and unique nature of an institution like Christian Brothers University, with academic freedom as understood in the American higher education community and explicated for us in the *Faculty Handbook* (Section 2.9.1) is a delicate and ambiguous problem to be ever faced and patiently resolved in understanding and collaboration among faculty, administration and trustees. The provisions for due process provide additional protection against arbitrary administrative actions (*Handbook*, Section 2.9.4).

This statement, while taking for granted the Catholic sponsorship of the university, in no way seeks to impose Catholic beliefs or regulations on those persons on campus who are of other faiths, or does it allow anyone to intrude into the private lives of Catholic and Non-Catholic alike. It assumes that the faculty in their activities on campus or in their capacity as Christian Brothers teachers will be professionally respectful of Catholic teachings.

The statement as presented can serve as a real force of unity as all members of the campus community jointly pursue the implementation of the mission which is the reason for the existence of Christian Brothers University. The mission itself, as well as this statement, represent an expression of ideals to which we are striving, a goal toward which we are ever ascending. This goal will never be perfectly attained.

The Statement:
Christian Brothers University affirms that:

1.    Faculty/staff/administrators act in accord with high standards of professional integrity and personal responsibility, advancing their own reputations, those of their colleagues and students, the institution, and their profession.
2.    Faculty/staff/administrators appreciate and respect the influence that rests with them in an academic setting. In the light of this influence, they seek to avoid any form of harassment and will seek to maintain relationships at all levels which promote the dignity, self-worth, personal growth, and professional functioning of all persons.
3.    In the performance of their professional activities, faculty/staff/administrators support their employing institution in its mission and goals and commit themselves to direct and constructive resolution of problems that may arise.
4.    Though faculty/staff/administrators support the public stance of the university, each individual member of the university community should continue to exercise his/her judgments of conscience, of enlightened opinion, and of prophetic calling in light of the Christian gospel.
5.    The faculty, in particular, participates in university life in a special manner and exercises its role and conduct within the accepted tradition of academic freedom.

Approved by the Board of Trustees June 6, 1983

77

CBU-161

## APPENDIX I: GUIDELINES FOR COMPENSATION OF FACULTY TEACHING TEMPORARY OVERLOADS

On occasion, unexpected faculty vacancies occur due to the sudden illness, death, or departure of a faculty member, or to the unforeseen inability to secure replacement for a faculty member beginning a sabbatical leave. Should such a vacancy occur, it is necessary to provide for continuity of instruction by making arrangement to have essential courses taught. At the same time, it is unfair to distribute extra teaching duties to other faculty members without some sort of compensation.

If a vacancy is due to the inability to secure a replacement for a faculty member going on sabbatical, the University may ask but not require the member to postpone the sabbatical provided such a request is made at least three months before the time when the sabbatical is scheduled to begin.

If a vacancy cannot be filled any other way, other faculty members in the affected department or school may be asked to assume the unassigned courses. When this is done, those faculty assuming an overload shall receive additional compensation at a rate one and one half (1.5) times that paid for adjunct/overload contracts or may arrange to receive an equivalent reduction in assigned courses during the following 12-month period.

Approved by the President, June 29, 1987

CBU-162

**APPENDIX J: PUBLIC AND PRIVATE GRANT APPLICATION POLICY**

Faculty members are strongly encouraged to submit proposals for sponsored research and educational opportunities. The Director of Grants and Foundations, in the Advancement office, assists the faculty member in this endeavor.

The Director of Grants and Foundations handles the application of such proposals. A form is available which details the project, its grantor, the nature of the project, the seeking of matching funds, and budgetary requirements, inclusive of indirect costs.

Faculty members must submit this form to the Director of Grants and Foundations, who will process the proposal to the appropriate administrative channels. Special requirements should be noted by the proposer of the project if the latter involves controversial topics or research on human and/or animal subjects.

CBU-163

## APPENDIX K: INTELLECTUAL PROPERTY

It is the desire of the Faculty, Administration, and Board of Trustees of Christian Brothers University to establish a policy regarding copyrights and patents which will protect the rights of all faculty, staff, and students (henceforth: "originators") who create such copyrightable or patentable material, while at the same time ensuring just compensation to the University for any support of these efforts. It is especially to be hoped that the terms of this Policy shall encourage originators not only to pursue profitable professional endeavors, but also to share these profits voluntarily with the University.

1. Normally copyrightable materials and patentable inventions and processes developed by originators working or studying at Christian Brothers University, whether on their own time or during the course of their university-related duties, shall remain wholly their own property. This is particularly pertinent in the case of one-time developments as opposed to continuing processes.

2. Course materials developed by faculty members of Christian Brothers University shall remain the property of the members with the provision that online courses developed while working at CBU may be leased to the university to be taught by other CBU faculty members when teaching at CBU or until the expiration of a course lease. Faculty members may share other course materials with the understanding that it is a best practice to share effective teaching materials, a practice which in no way implies the sharing of entire courses or constrains the intellectual property rights of faculty who have created the materials. Exceptions to this policy should be made in writing with the VPA. (See also Appendix FF).

3. Under certain conditions, the University may be entitled to share in the profits generated by originators from copyrights and patents, e.g., if such activity is sponsored by the University through a specific agreement for that purpose, in which case the terms of the agreement shall govern the determination of ownership. Suggested terms of such agreements include the following:

   a.  The University may request 10% of net profits over $50,000 when earned from copyrights or patents resulting from activity of an originator while on sabbatical leave.

   b.  The University may request a share of profits if the University expended funds (e.g. release-time salary, operating budget, special funds) specifically for the purpose of allowing the originator to develop the profit-generating project. Such sharing should not ordinarily exceed 30% of net profits up to full reimbursement of the amount funded and 10% thereafter.

   c.  If no specific funds are allocated by the University but the originator makes substantial use of University facilities and/or time normally devoted to university-related duties during the development of the profit-generating project, the University may request 10% of the net profits as a condition for permitting such activities to continue.

4. If copyrightable materials and patentable inventions or processes are developed in the course of an agreement (e.g. a research grant) between the originator and some outside agency, the terms of such agreement shall determine ownership of rights to the proceeds. If no ownership claim is asserted by the outside agency, the originator shall retain complete ownership of rights, unless the University has made prior stipulations with the originator during negotiations with the granting agency, as in Number 3.

5. All arrangements referred to in Numbers 3 and 4 should be made between the originator and the VPA. It should also be noted that originators may surrender their interests in their developments and/or share their proceeds beyond those suggested in Number 3; any arrangements to that effect should also be made through the VPA.

6. The University will honor past intellectual property rights and compensation agreements relating to online and hybrid courses designed before May 15, 2009. After this date, the University will compensate instructors who develop new online or hybrid courses in accordance with a schedule agreed upon by the administration and the Faculty Assembly.

Updated: November 2010
Updates approved by Faculty Assembly March 2022 and President's Cabinet August 2022

80

CBU-164

## APPENDIX L: OVERSIGHT AND HIRING GUIDELINES FOR ADJUNCT FACULTY

The following are to serve as general guidelines for the hiring and oversight of adjunct faculty in the undergraduate (day, evening, or summer) programs and the graduate programs.

1. Qualifications
   a. Qualifications and expectations may vary by Department, School, and/or accrediting agency.
   b. Faculty qualifications must meet standards (must statements) in Section 3.7.1 (Faculty) of SACSCOC *Criteria for Accreditation*. Department Chairs and School Deans should be familiar with and adhere to all aspects of this section; especially:

      3.7.1.a & d - all faculty teaching courses leading to the baccalaureate degree must have completed 18 graduate semester hours in the teaching discipline and hold a master's degree, or hold the minimum of a master's degree with a major in the teaching discipline.

      3.7.1.e - All faculty members who teach courses at the master's level must hold the terminal degree, usually the earned doctorate, in the teaching discipline or a related discipline. Exceptions must be justified on an individual basis with thorough documentation in the faculty file.

2. Selection of Adjunct Faculty
   a. Department Chairs should maintain a file of qualified adjunct faculty, usually securing the perspective faculty member's:
      - current vitae
      - transcripts
      - communication and address information
   b. After the initial hiring of the adjunct faculty member, the current vitae and official transcripts are submitted to the Office of the VPA which creates a permanent faculty file

3. Department Chair Responsibilities
   a. At the time of hire, the Department Chair should provide the adjunct faculty member with the adjunct packet provided by the office of the VPA and see that the following forms are completed and sent to the designated offices:
      - Office of VPA - contract recommendation, current vitae, official transcripts, W-4 Form, CBU Application for Employment (prior to the first week of classes)
      - Human Resources Office - I-9 Form (prior to the first week of classes)
   b. The Department Chair should also provide an orientation to the University, School and Department, as well as to the assigned program(s).
   c. The following material should be provided and reviewed during the orientation session:
      - course description
      - suggested syllabus
      - Department and School policies and procedures
      - Department chairs should mentor new part-time faculty. Department chairs should meet with new part-time faculty members at least once in the beginning of the semester, assist them in both teaching-related and practical questions (directing them to the appropriate campus services), and observe them teach at least once during the semester. See Section 2.3.7.
   d. Whenever possible, the adjunct faculty member should be invited to attend:
      - orientation sessions for new faculty (August)
      - orientation sessions that may be given for the individual program
      - Department and School faculty meetings

4. Oversight
   a. During the initial appointment, the Department Chair should schedule a pre-arranged observation of the adjunct faculty member. A tenured member of the department may conduct the observation. The observation should be reviewed with the faculty member.
   b. Student evaluations should be reviewed and returned to the faculty member. All adjunct faculty members will be reviewed annually as specified in Section 2.4.

Approved by Academic Council: April 24, 1997; Updated by Academic Council August, 1998
Updated July 2006; Updated May 2009

81

CBU-165

## APPENDIX M: CHRISTIAN BROTHERS UNIVERSITY MEDIA POLICY

The guidelines for media relations are as follows:

1.  The Senior Director of External Affairs & Donor Relations will coordinate media calls.

2.  When a reporter calls on a member of the CBU faculty, staff, student body or administration for information, refer the reporter to the Senior Director of External Affairs & Donor Relations. Depending on the information needed, the Senior Director of External Affairs & Donor Relations may ask the CBU faculty/staff member to also speak to the reporter.

3.  Media calls that inquire about a general university position or policy should always be handled by either the President's office or the Communications and Marketing office. The Senior Director of External Affairs & Donor Relations will serve as a spokesperson when appropriate.

4.  Any person should be cautious when the line of questions is not in his or her area of expertise. If asked to offer a personal opinion about University policy and/or procedures, the person should always contact the Executive Director for Communications and Marketing for factual background information before responding to the media.

5.  The Senior Director of External Affairs & Donor Relations will provide coaching or help an individual prepare for an interview with the media if needed or desired.

6.  If an individual has a story idea for newspaper, radio or television, he or she should contact the Senior Director of External Affairs & Donor Relations, who will then write a press release, feature story and/or public service announcement, and disseminate this information to the appropriate reporter(s).

Approved by Board of Trustees, February 1, 1988
Updated: 8-2007

CBU-166

**APPENDIX N: FUND RAISING POLICY**

1.      Purpose and Procedures

The primary purpose of Advancement at Christian Brothers University is to provide income for the approved operating budget of the University and funds for the establishment of new programs. The Office of Advancement will be regarded as the facilitator of fund raising activities for the University. Staff members are available to assist and encourage various university organizations in special fund raising projects.

a.      All fund raising activities, including grant proposals, will be coordinated through the Office of Advancement.

b.      Gifts received by all areas of the University, whether cash or in-kind, are to be forwarded to the Office of Advancement for proper receipting and acknowledgement.

c.      Tangible recognition of gifts will be coordinated through the Office of Advancement.

Adherence to the above policies will ensure prompt acknowledgement and recording of gifts, while avoiding over-solicitation of the University's supporters.

Approved by the Board of Trustees 1981
Revised June 19, 1985
Updated by Advancement Committee on March 19, 1993

2.      Indirect Cost Allocations for Private and Public Grants

Faculty members seeking sponsored (private or public) research and/or educational opportunities should follow the procedures given in the *Faculty Handbook*.

Indirect costs generated by grants will be allocated as follows:

a.      40% to the department generating the grant

b.      20% to the school generating the grant

c.      40% to the University's Annual Fund

Funds to be allocated to the department and school will be allocated upon the approval of the appropriate school dean and the VPA.

Approved by the President on August 3, 1994
Updated 1999

83

CBU-167

## APPENDIX O: STATEMENT ON DISTRIBUTION OF TENURED AND UNTENURED FACULTY MEMBERS

Given a situation in which there is small prospect for significant growth in the total size of the faculty, considerations which merit attention include:

1.  The desired distribution of tenured and non-tenured faculty should be viewed as a long-term goal rather than a short-term solution. The ratio of tenured faculty is itself the dynamic consequence of a complex of academic decisions and developments, each of which can be reconsidered. These include (1) the rate of growth of the institution and its faculty; (2) the fraction of those appointed initially to tenured or probationary positions; (3) the use of visiting faculty members; (4) the use of graduate assistants; (5) the average length of the probationary period of non-tenured faculty members who ultimately achieve tenure; (6) the fraction of non-tenured faculty members who ultimately achieve tenure; and (7) the institutional policy on retirement.

2.  A satisfactory long-range plan may well imply that, along the way, the proportion of the faculty on tenure will at first increase and then, as the force of the plan takes effect, decrease. Just as the end of growth in the size of the faculty leads to a gradual increase in the ratio of those tenured, so the gradual aging of the present faculty will ultimately lead to a tendency for the ratio to decline. Most changes in academic personnel policies require some lag in time before full implementation and impact, and there is nothing disastrous in a temporary bulge in the percentage of faculty members on tenure. On the other hand, long-range injury to an institution may result from rigid and hasty application of any single presumed remedy, such as the imposition of a fixed quota.

3.  It should be recognized that, in the short-run, reducing the proportion of a faculty on tenure produces very little benefit by way of flexibility. It is only over a period of several years that a change in the proportion acquires pertinence. If an institution finds itself, at the beginning of development of a long-range plan, at or near a preferred distribution which it wishes generally to maintain, it may well be sensible to choose consciously to exceed the desired distribution temporarily while the steps necessary to return to that distribution take effect.

4.  Equity and institutional morale demand that all or almost all of the burden of satisfying the desired tenure ratio should not be placed upon the probationary faculty. Attractive accelerated retirement opportunities for senior tenured faculty present one possible alternative. Additionally, consideration may be given to planning carefully the proportion of teaching and research done by full-time and part-time tenured and probationary faculty, teaching assistants, and temporary appointees.

5.  It is each department's responsibility to develop a level of tenure commensurate to the needs and goals of that department. Each department should be constantly aware of its tenure status and continuously evaluate whether additional tenure tract positions could be detrimental to the future vitality and sensitivity of the department in fulfilling its goals. It is anticipated that an excessive percent of tenured faculty and tenured positions will not be achieved. However, should such excesses be encountered, the VPA will be responsible for limiting tenure to an acceptable level.

Foreclosing promotion to a tenured position because of a numerical quota is unacceptable. Stricter standards for the awarding of tenure can be developed over the years, with a consequent decrease in the probability of achieving tenure. But it is essential to distinguish a deliberate change in standards, retaining a positive probability of an individual's achieving tenure pursuant to well-defined criteria and adequate procedures for evaluation and review, from a situation in which the granting of tenure, for reasons unrelated to the individual's merits, is never a realistic possibility.

Approved by the President: March 24, 1981
Approved by the Board of Trustees Executive Committee: March 24, 1981

84

CBU-168

## APPENDIX P: COPYRIGHT POLICY

### (Copying copyrighted materials for classroom or professional use)

1.  All faculty and staff are expected to be familiar with and to abide by the terms of the Copyright Act of 1976 (17 U.S.C. Sec. 101 et seq., Public Law 94-553), particularly with respect to Sec. 107 and its limitations on copying of copyrighted work.

2.  Faculty and staff should know that photocopying (or reproduction by any other means) of copyrighted materials, except that covered by the "fair use" doctrine (see Guidelines), is actionable at law and that each individual is personally responsible should the copyright owner take issue with a questionable "fair use" situation.

3.  Materials or quantities which do not strictly fall within the Guidelines should not be copied until written permission is received from the copyright owner. Permission must be obtained for each use (e.g., each time a course is offered) unless the owner gives unlimited copying privileges. Permission should be kept in a perpetual file.

4.  The Director of Plough Library is designated as the campus resource person concerning copying questions. Should a particular situation not be resolvable with information at hand, the University legal advisor will be consulted and his advice will be considered final.

Approved by the President, September 26, 1983
Updated August 1998

85

CBU-169

## APPENDIX Q: POLICY ON CLASS SIZE

Purpose:
To enable the academic officers of the University to set and maintain the appropriate range of students in each formal educational setting (class, laboratory, seminar, field experience, etc...).

Policy Statement:
Through the leadership of the Department Chair, members of each department will determine the most appropriate maximum number of students which should be allowed in each class setting. This number will be subject to approval by the Dean of the individual School and the VPA.

The School Dean will notify the Registrar of any necessary changes in the class sizes. There will be no differences between day and evening undergraduate programs.

Criteria to be considered in the decision making process are:
1. particular academic demands of the class (upon either the student or the faculty member)
2. facility limitations
3. recommendations of professional societies or associations
4. integrity of the individual program

Minimum class sizes are generally considered to be:
1. day and evening undergraduate - twelve (12)
2. summer undergraduate - four (4) day, ten (10) evening
3. graduate - six (6)

Class enrollments will be monitored and reviewed before each term by the appropriate Department Chair and Dean. The decision to allow additional students into a full class will be made by the Department Chair (with communication to the professor of the class).

Approved by Board of Trustees 1/22/92
Revised: June 19, 2014

86

CBU-170

**APPENDIX R: SELECTION PROCESS FOR THE DR. MARGUERITE COOPER DISTINGUISHED
PROFESSOR AWARD**

The selection committee for this award will consist of:

> President of Christian Brothers University VPA
> Dr. Marguerite Cooper
> Mr. & Mrs. Bob Wilson

Selection Process

By February 1 of each academic year, a ballot listing the name of all full-time faculty members in the School of Science will be submitted to the School of Science full-time faculty members for consideration. Each faculty member may vote for a maximum of two (2) members of the School of Science who, in their judgment, exemplify the qualities and meet the standards for the Dr. Marguerite Cooper Distinguished Professor Award.

By March 1 of each academic year, the three (3) faculty members receiving the highest number of votes, will be invited to submit a letter of candidacy (maximum of two pages), stating the reasons why they feel they qualify for the Dr. Marguerite Cooper Distinguished Professor Award. These letters are due to the VPA by April 1.

Should there be a tie for the three top positions, a run off ballot will take place.

No later than April 15 of each academic year, but at a time mutually convenient for all parties concerned, each faculty candidate for the award will meet with the members of the selection committee for a discussion.

After meetings with all the candidates, the committee will announce their decision as to the recipient of the Dr. Marguerite Cooper Distinguished Professor Award for that year, in a timely fashion.

It is understood that a particular faculty member may receive the award more than once and in consecutive years. The award need not be given each year.

Approved by Brother Stan Sobczyk (President), Susan and Bob Wilson, and Dr. Marguerite Cooper 6/1/94
Updated 8/5/2005

CBU-171

## APPENDIX S: GUIDELINES FOR THE AWARDING AND FUNDING OF SABBATICALS

1. The Office of the VPA shall maintain a current list of faculty members eligible for sabbatical leave (see Section 2.9.2), and shall make this list available to the current Chair of the Sabbatical Committee twice annually, once at the first meeting of the Committee during the academic year and again immediately following spring break week during the second semester of the academic year.

2. The Committee Chair contacts, in writing, faculty members eligible for sabbatical leave during the following academic year, for the purpose of soliciting sabbatical leave proposals. This notification shall be mailed early in the fall semester. Eligible faculty members will be requested to respond to the proposal request by a date set by the Chair.

3. The faculty member who submits a sabbatical proposal should have consulted beforehand with the Department Chair regarding the feasibility of replacement if the sabbatical is granted. The signatures of the Department Chair and the Dean of the School, on the proposal, represent their acknowledgment that replacement of the faculty member is feasible.

4. The committee normally meets three (3) times during the fall semester. The first meeting of the committee is an organizational meeting, during which the election of the Committee Chair takes place. Future meetings will be called by the Chair.

5. At the second fall meeting, the Committee reviews both sabbatical proposals for the following academic year and sabbatical reports from returning faculty members. Following this second meeting, the Chair shall contact, in writing, each faculty member that has submitted a sabbatical leave proposal, to inform the faculty member of the status of the proposal and to request any additional information the Committee feels it needs to properly evaluate and rank the proposal.

6. At the third meeting, the Committee reviews final sabbatical proposals, assigning each proposal to one of *two* categories (Acceptable or Unacceptable) and then ranks the proposals within the acceptable category.

   Acceptable: The proposed activity will clearly lead to learning and renewal.

   Unacceptable: The proposed activity will not clearly lead to learning and renewal of the faculty member, making the faculty member more effective in what she or he does;

   (The Committee will also consider the applicant's plan to share the results with others: the post-sabbatical report, presentations, publications, etc.)

7. The Chair notifies, in writing, no later than the end of the fall semester, each faculty member submitting a proposal regarding the category and associated ranking assigned to the member's proposal by the Committee. The Chair also transmits this information to the Office of the VPA, prior to the end of the fall semester.

8. The University will make a good faith effort, within the constraints imposed by available finances and staffing considerations, to fund all of those proposals rated Acceptable with no distinction being made between one -year sabbaticals and one-semester sabbaticals of equal merit.

9. The President shall notify faculty members whether or not their sabbaticals have been funded as early as possible in the spring semester, preferably by the date on which forms for submitting fall schedules are distributed to Department Chairs (usually early February).

   If proposals are not funded, an explanation (e.g., lack of funds) shall be included in the notification.

10. Sabbatical leave is to provide faculty members an opportunity to devote themselves to scholarly or other professional activity so as to enrich their contribution to Christian Brothers University. To this end, faculty may continue to use campus resources (e.g. office, labs, library) necessary for the sabbatical activity. During sabbatical leave, faculty may not teach any course (in any format such as traditional, on-line, or hybrid) for CBU or for any other institution (except as part of the sabbatical activity approved by the sabbatical committee).

11. Proposals which are rated Acceptable, but which are not funded may be resubmitted the next year and will automatically be given the same rating but not necessarily the same rank within that rating.

12. During the spring semester, the Committee Chair contacts, in writing, faculty members eligible for sabbatical leave during the academic year immediately following the upcoming academic year. This

88

CBU-172

mailing serves to remind the faculty members of their eligibility status and to notify them of the tentative required submission date for sabbatical proposals in the upcoming fall semester.

Approved by the VPA May 1995
Updated: August 1998
Updated per F.A.: March 2011

89

CBU-173

**APPENDIX T: DRUG FREE WORKPLACE POLICY**

Purpose:
This policy establishes Christian Brothers University's commitment to provide a drug-free, healthful and safe workplace environment and to comply with the Drug Free Workplace Act of 1988 which became a Federal Law on March 18, 1989.

Policy:
It is CBU's desire to provide a drug-free, healthy and safe workplace. To promote this goal, employees are required to report to work in appropriate mental and physical condition to perform their jobs in a safe and satisfactory manner.

CBU employees, including student employees, are prohibited from engaging in the unlawful manufacture, distribution, dispensation, possession or use, or being under the influence of illegal drugs, or alcohol on the University campus or as a part of University activities.

The moderate use of alcohol is permitted by individuals of legal age at University sponsored social events and while conducting business-related activities on or off CBU premises.

The legal use of prescribed drugs is permitted on the job only if it does not impair an employee's ability to perform the essential functions of the job effectively and in a safe manner, and does not endanger other individuals in the workplace.

CBU will not conduct random examinations of personal property and effects, however, under certain circumstances where reasonable suspicion exists, CBU reserves the right of search and/or surveillance while on CBU property by designated officials of CBU and/or government law enforcement officials.

The right of search and surveillance will apply to employees, their possessions, and CBU-issued equipment and containers under employee control and all other property on CBU's premises, whether owned by the employee or not or while conducting CBU business.

In keeping with the goals established by this policy, and where reasonable suspicion exists, employees may be asked to provide body substance samples (e.g., blood, urine) to determine the illicit use of drugs. CBU will attempt to protect the confidentiality of all drug test results.

Each employee will be given a copy of the Drug Free Workplace policy and the following items will be reviewed and explained in detail to them on the date they begin work.

1.    Information on counseling and rehabilitation services for drug problems are available to any employee and/or their immediate family through the Counseling Center (Thomas Center), and the Human Resources Office, (Barry Hall).
2.    Employees will be notified that the policy statement is a condition of employment that they must abide by.
3.    Employees must notify CBU of any illegal drug convictions for a violation occurring in the workplace no later than five days after such conviction.
4.    An employee convicted of a criminal drug statute violation will be immediately terminated.
5.    Employees will be asked to sign a statement that says this policy was reviewed in detail with them and they understand the policy.

To ensure compliance with the Drug Free Workplace Act of 1988, CBU will notify any Federal contracting agency within 10 days after receiving notice from an employee of a criminal conviction for a drug statute violation.

CBU-174

## APPENDIX U: FACULTY CREDENTIAL POLICY

### (Full-Time and Adjunct Faculty)

All faculty will have appropriate academic credentials and work experience that meet the criteria of the Commission on Colleges of the Southern Association of Colleges and Schools (SACSCOC), as well as discipline specific accreditation societies associated with Christian Brothers University.

Any exceptions to the above policy must be approved by the Dean of the School and should only be made on a very limited basis.

Responsibilities in this area are with:

1.  The faculty member for provision of the official and proper records as well as the annual updating of the professional file.
2.  The Department Chair and School Dean for assigning the proper courses to the faculty member.
3.  The Office of the VPA for housing and maintaining of the professional files.

The Professional File will contain:

1.  Official transcripts
    a.  issued directly to the University from the college/university in which the degree was awarded
    b.  for all graduate level work: masters, doctorate, and other post graduate. The transcript for the bachelor's degree must be on file if it is not referenced on at least one graduate transcript.
    c.  if the highest earned degree of the faculty member is from a non-regionally accredited institution within the United States or an institution outside of the United States, the credentials of the faculty member must be validated by an external agency. The University currently uses Educational Credential Evaluators, Inc. http://www.ece.org/

2.  Current resume updated annually by December 15
    a.  all academic degrees with name of institution and date awarded
    b.  academically relevant work experience
    c.  home address, telephone numbers, e-mail address or other contact information
    d.  a listing of all courses taught at CBU during the previous academic year
    e.  a list of professional growth and performance activities (with dates) including honors and awards

Faculty members considered by their Department Chairs as not academically eligible to teach a particular course or courses, according to the SACSCOC criteria, must have written authorization and official documentation for the justification of the exception from the Department Chair and School Dean and placed in the faculty members' professional file before the course is taught.

1.  The SACSCOC basic requirement for faculty members teaching baccalaureate level courses is completion of at least eighteen (18) graduate semester hours in the teaching discipline and a master's degree, or a master's degree with a major in the teaching discipline.

2.  The SACSCOC basic requirement for faculty members teaching at the master's level is the terminal degree, usually the earned doctorate.

91

CBU-175

## APPENDIX V: ACCOMMODATION POLICY FOR STUDENTS WITH DISABILITIES

It is the policy of Christian Brothers University to comply with Section 504 of the Rehabilitation Act of 1973 and with the Americans and Disabilities Act of 1990 in providing reasonable accommodations to qualified students with disabilities.

A qualified student with disabilities is defined as a person who meets the academic and non-academic admission criteria essential to participate in the program in question and who, with or without reasonable accommodation, can perform the essential functions of the program or course requirements.

### Accommodation Procedures

A student who desires any type of accommodation based on a diagnosed disability should follow the procedure outlined below each semester. Since the process of providing accommodations involves assessing the student's needs for specific courses, it is necessary to review and revise the student's accommodation plan on a semester-by-semester basis. All accommodation requests must be submitted in a timely manner by the student; therefore, students should initiate the accommodation process as early as possible in order for the accommodation to be made.

Step 1    Meet with the Director of Student Disability Services, located in the Thomas Center.

Step 2    Provide current documentation (preferably within three years) of the disability and the identified accommodation needs as determined by a qualified medical or other licensed professional evaluator. If the documentation is not available, the student can schedule a meeting and discuss the accommodation request with the Director of Student Disability Services.

Step 3    In addition to the documentation, the students should bring to the appointment a class schedule and the names of their professors. The Director also will require the student to describe the educational history, past accommodations, and other information relevant to the request for disability services.

Step 4    Once the application and documentation are reviewed by a professional evaluator and/or the CBU Accommodation Committee and found to be appropriate, the Director will schedule a second appointment to develop the specific accommodation plan. The student will be given a form listing the accommodation(s) that have been determined to be reasonable in terms of the nature of the disability and supporting documentation.

Step 5 The student must take the letter to each faculty member to discuss the accommodation plan. The student and the faculty member will mutually agree on how to carry out the accommodation request so as best to satisfy the student's needs without adversely affecting the academic integrity of their courses. If the need arises, the student can request a revision to the accommodation plan by contacting the Director of Student Disability Services.

### Student Disability Grievances

Students who have a grievance regarding disability accommodations, facilities, programs, or services, should first seek assistance from the Director of Student Disability Services. If the Director is unable to resolve the grievance to the student's satisfaction, the student should contact the Vice President for Student Development and Campus Life. If the Vice President for Student Development and Campus Life is unable to resolve the grievance to the student's satisfaction, the student should contact the VPA. If the VPA is unable to resolve the grievance to the student's satisfaction the student should follow the Student Appeal Procedure for Discrimination as outlined in the Student Handbook.

Approved by the Academic Council, August 26, 1998
Updated July 15, 2002

92

CBU-176

**APPENDIX W: WEB POLICY**

Introduction

Christian Brothers University recognizes the educational value and societal significance of the World Wide Web (WWW). Therefore, CBU supports students, staff and faculty in the electronic publications of information and collaboration.

The University encourages its members to make innovative and effective use of the World Wide Web within a framework which provides standards for the quality and content of information and ensures compliance with the laws of the United States, State of Tennessee and the CBU IT Standards and Policies.

Christian Brothers University's web policy seeks to ensure that its web pages present a consistent, timely and accurate image of the University which comply with ethical and legal standards.

Official web pages are information representing the university and are authorized by a school or department in accordance with the mission.

Personal web pages are representing only the individual author and not specifically CBU, although, some instances may reference CBU academics or departments. The University acknowledges concerns about academic freedom and rights about freedom of speech and press under common and constitutional law which may apply to the pages created by individuals associated with CBU. Therefore, the University recognizes two categories of web pages, official and personal.

Official Pages

Because Christian Brothers University is a Catholic institution of higher education in the tradition of the Christian Brothers and because it provides students with an education founded on Lasallian principles, its web publications must adhere to commonly accepted standards of the Christian Brothers University community.
Official information available on University servers is governed by the IT Standards and Policies, which sets forth moral, ethical and legal standards for University computing activity. The IT Standards and Policies is available online at: http://www.cbu.edu/itpolicy

Information distributed on web pages must be the intellectual property of the individuals distributing it and must not contain explicit copyrighted material that has not been cleared by the copyright holder for distribution.

The use of images, recorded sounds, copyrighted materials, trade secrets and trademarks is subject to legal restriction. No one may use photographs, artwork, text, video or sound clips, or other materials that are subject to copyright, trademark or trade secret restrictions without written permission of all parties, as applicable.

For reference purposes, it is recommended that each web page contain contact information for the person responsible for maintenance of the web page. This information may be provided as text in the document or as a link. This encourages the page manager to keep it current thus protecting the viewer from unknowingly reading outdated information.

Purpose of Official Pages

The official University pages communicate with internal as well as broad external audiences, including prospective students, alumni, constituents and the general public. It is recommended that information intended strictly for internal audiences be posted on the CBU Intranet (MyCBU) rather than on the external website. The content and design of official web pages must be in compliance with the CBU mission and graphic standards. The web graphic standards are located at: https://www.cbu.edu/mycbu/campus-resources/communications-marketing/cbu-visual-identity/cbu-logos/

Content of Official Pages

The official Christian Brothers University web pages are official publications of the University. Official pages include content related to admissions, academic programs, administrative and student support offices, programs and services, official University programs and intercollegiate athletic teams and activities.

93

CBU-177

**Text, photographs and graphics appearing on the official pages of Christian Brothers University's web site are copyrighted by Christian Brothers University and should not be reproduced or altered without written permission.**

Responsibility for the Official Pages.

The Webmaster (ITS) provides for the overall management of the web pages, operational practices and policies and for the presentation of a consistent top layer design within the University's graphic standards.

Each academic or administrative department with web pages has the sole responsibility for the editorial content of these pages. These departments will designate a person responsible for maintaining their web pages either from within the department, contracted services or assistance from Information Technology Services. The Information Technology Services (ITS) is responsible for maintenance of the Web servers.

Location of the Official Pages

The official University home page is the document located at: http://www.cbu.edu/

Organization Pages

Only an officially recognized student organization, in good standing (in compliance with the Student Government Association guidelines), may establish a home page within the Christian Brothers University network. Each organization with web pages has the responsibility to maintain its own pages by at least an annual review. A designated Student Development and Campus Life individual must approve the contents of the organization's pages prior to their appearance on the network.

Each organization that wishes to participate in this effort must formally designate a web page manager.

Each organization's home page must feature a section which gives information about the purpose and administration of the page. It must include the name and contact information for its own web manager. Organizations should consider providing information beneficial to the CBU community by making it available on the campus-wide Intranet.

Personal Pages

These pages are more loosely regulated than the University's official pages. They are, however, still subject to the universal policies described below. Christian Brothers University does not pre-approve, monitor, or edit personal pages. Christian Brothers University recognizes the individual and educational value of personal publishing on the Internet, and so as a matter of policy allows and encourages students, staff, and faculty to experiment with producing personal web pages. Due to the free-form nature of this process, the University accepts no responsibility for the content of those pages.

The personal home pages of Christian Brothers University students, staff, and faculty do not in any way constitute official University content. The views and opinions expressed in the personal pages are strictly those of the page authors, and comments on the contents of those pages should be directed to the page author.

Despite the above disclaimer, personal web pages must conform to the commonly accepted standards of the Christian Brothers University community, because Christian Brothers University is a Catholic institution of higher education in the tradition of the Christian Brothers and because it provides students with an education founded on Lasallian principles.

Personal home pages available on University servers are governed by the IT Standards and Policies, which sets forth moral, ethical and legal standards for University computing activity. The IT Standards and Policies is available online at: http://www.cbu.edu/itpolicy

The contents of web pages must adhere to the policies of Christian Brothers University and to local, state and federal laws. This requirement also applies to all direct links to other pages. Information distributed on web pages must be the intellectual property of the individuals distributing it and must not contain explicit copyrighted material that has not been cleared by the copyright holder for distribution.

The use of images, recorded sounds, copyrighted materials, trade secrets and trademarks is subject to legal restriction. No one may use photographs, video clips or sound clips or material which are subject to copyright, trademark or trade secret restrictions without written permission of all parties, as applicable.

94

CBU-178

For reference purposes, it is recommended that each web page contain contact information for the person responsible for maintenance of the web page. This information may be provided as text in the document or as a link. This encourages the page manager to keep it current thus protecting the viewer from unknowingly reading outdated information.

<u>Violations of this Policy</u>

In the event that web pages are discovered which violate any of the policies and guidelines outlined in this document, the web page will be removed. The owner will be given an opportunity to correct the violations before those pages are re-posted. Any user of the Christian Brothers University network hereby releases the university from all such liability by their accessing or receiving information through the Christian Brothers University network. The violator shall be subject to disciplinary action, which may include revocation of access privileges to the university network, exclusion or suspension of a student, or suspension or termination of employment for a staff member or faculty, in accordance with the terms of the *Student Handbook, Faculty Handbook* and the Computer Usage Policy.

<u>Web Support</u>

ITS provides training to all interested parties concerning the best way to maintain and modify a page. If a department needs assistance in processing the maintenance of their web pages, ITS will provide assistance via the helpdesk or help@cbu.edu. In addition to providing these resources, the ITS monitors and regulates issues relating to the consumption of informational and technological resources (software/hardware) and access to and use of the University network (WWW server). For assistance, please email help@cbu.edu or call (901) 321-4438.

Updated: July 20, 2000

CBU-179

## APPENDIX X: POLICIES ON ACADEMIC PROGRAM DEVELOPMENT AND CHANGE

General Guidelines

The members of the faculty of Christian Brothers University are responsible for the currency, quality, and effectiveness of the curricula for the academic programs of the University. Processes for changing, updating, expanding, or deleting programs must be orderly and sequential.

Initiation of new academic programs and deletion of existing programs must have final approval by the Board of Trustees. Generally, any change considered to be substantive by the Commission on Colleges of the Southern Association of Colleges and Schools (SACSCOC) should be approved by the Board of Trustees.

Whenever possible, changes are to be effective for the following academic year and changes in the *Catalog* are to be reported to the Office of the Registrar by either the School Dean or the VPA. These changes should be submitted in time for publication in the next Catalog.

Changes in Current Programs
1. The faculty of an academic department may change, add, or delete courses offered by the department as needed. The program of studies for majors within the department may also be changed within the framework set by the administration and the Board. Such changes are overseen by the Department Chair and subject to review by the Dean of the School and the VPA
2. The faculty of a graduate program may change, add, or delete graduate courses offered by the program when necessary. The program of studies leading to the graduate degree may also be changed when necessary. Such changes are overseen by the Graduate Director and subject to review by the Dean of the School in which the program is housed and the VPA. Significant changes in a graduate program are to be presented to the Graduate Council and the Academic Council.
3. The faculty of an academic school may change requirements applying to some or all degree programs within that school when necessary. Such changes are overseen by the Dean of the School and reviewed by the VPA.
4. Course or curricular changes affecting students in more than one academic school are to be submitted to the Academic Council for review and approval.
5. Whenever appropriate, the Academic Council will send proposed changes to the Curriculum Committee of the Faculty Assembly for their advice and input.

Initiation/Deletion of Academic Programs

Any member of the faculty or group of faculty may develop a proposal for initiation of a new academic program. The following steps are to be followed unless the proposed new program is simply a change or enhancement of a current program.
1. One particular faculty member, chairperson, or dean should assume responsibility for completion and submission of the proposal.
2. The faculty of the given department or school should be consulted in the early phases of the proposal. If the nature of the proposed program would necessitate the use of interdisciplinary faculty/program design, all appropriate Department Chairs and School Deans must be consulted. If the proposal affects more than one academic school, then the Curriculum Committee of the Faculty Assembly should be consulted.
3. Final proposals are to be reviewed by the Academic Council. The Council may ask for additional work or information, suggest changes, seek more input from the Curriculum Committee, or accept/reject the proposal.
4. Upon a positive recommendation of the Academic Council and the VPA, the proposal is submitted to the President.
5. Upon a positive recommendation of the President, the proposal is submitted to the Education Committee of the Board of Trustees who upon approval presents the proposal to the full Board.
6. Care should be taken to notify and/or gain the proper approval through SACSCOC and/or other accrediting agencies. If necessary, the Substantive Change Policy of the SACSCOC is to be followed.
7. A proposal for a new academic program (whether or not a Substantive Change) should include the following information:
   a. Rationale for the program, including support for the Mission of the University
   b. Assessment of need
   c. Process and timetable for implementation
   d. Description of

96

CBU-180

- Admission requirements
- Curriculum (by course)
- Completion requirements
- Program assessment methodology

    e. Cost and resource analysis
- Operating expense including library resources
- Personnel costs
- Physical space needs
- Expected income
- Direct and Indirect Costs

8. Similar steps (with appropriate modifications) should be followed in the review and approval of a proposal to delete an academic program.

**(Proposals for SACSCOC and Board of Trustees will require a more formal, detailed prospectus and must follow the exact prospectus requirements of SACSCOC, which vary by type of change.)**

Approved by the Academic Council: July 25, 2001

97

CBU-181

**APPENDIX Y: POLICY FOR RESPONDING TO ALLEGATIONS OF SCIENTIFIC MISCONDUCT FOR GRANTS AWARDED BY THE U. S. PUBLIC HEALTH SERVICE**

1.  General Policy

    In light of its mission, the Christian Brothers University recognizes the importance of protecting the integrity and honesty of the research conducted by scientists employed by the University. For this purpose, Christian Brothers University adopts this policy for grants awarded by the U.S. Public Health Service.

2.  Scope

    This policy and the associated procedures apply to all individuals at Christian Brothers University engaged in research that is supported by or for which support is requested from PHS. The PHS regulation at 42 C.F.R. Part 50, Subpart A applies to any research, research-training or research-related grant or cooperative agreement with PHS. This policy applies to any person paid by, under the control of, or affiliated with the institution, such as scientists, trainees, technicians and other staff members, students, fellows, guest researchers, or collaborators at Christian Brothers University.

    The policy and associated procedures will normally be followed when an allegation of possible misconduct in science is received by an institutional official. Particular circumstances in an individual case may dictate variation from the normal procedure deemed in the best interests of Christian Brothers University and PHS. Any change from normal procedures also must ensure fair treatment to the subject of the inquiry or investigation. Any significant variation should be approved in advance by the VPA of Christian Brothers University.

3.  Responding Campus Officials

    *Deciding Official* (VPA) is the institutional official who makes final determinations on allegations of scientific misconduct and any responsive institutional actions. The Deciding Official will not be the same individual as the Research Integrity Officer and should have no direct prior involvement in the institution's inquiry, investigation, or allegation assessment.

    *Research Integrity Officer* (Dean of the School of Sciences) is the institutional official responsible for assessing allegations of scientific misconduct and determining when such allegations warrant inquiries and for overseeing inquiries and investigations.

4.  Documentation

    Complete documentation of this policy and the procedures for implementation the policy is available in the Office of the VPA and the Office of the Dean of the School of Sciences.

The complete policy statement was approved by the President on June 25, 2001

98

CBU-182

## APPENDIX Z: PROFESSIONAL EDUCATION AND ACCREDITATION COUNCIL

Purpose:
The Professional Education and Accreditation Council (PEAC) provides an academic forum for collaborative review and shared decision-making on matters affecting CBU's licensure and non- licensure professional education programs; the Department of Education's accreditation by both the State of Tennessee and NCATE; and data from the Department's assessment system.

Membership:
The Council is chaired by the Chair of the Department of Education. Membership comes from three sources:

(1) Department of Education faculty with administrative release time. Department faculty include the Graduate Director for Advanced Programs, the Director of Teacher Education, the Director of Field Experience, the Accreditation Coordinator, and a non-administrative faculty member.

(2) University administrators and faculty representatives from other areas. University membership is composed of the VPA (ex officio); the two Deans of the Schools of Arts and Sciences; the Director of Admissions, the Dean of Global College; an FSC or Lasallian representative; a School of Arts and a School of Sciences faculty representative. and

(3) Representatives from local school systems. School system representatives are from the Catholic Diocese of Memphis, Memphis City Schools, Shelby County Schools, and the Memphis Association of Independent Schools. Representatives not described by a formal role are appointed rather than elected.

Meetings:
The Professional Education and Accreditation Council receives reports from Program Advisory Committees within the Department of Education and makes recommendations to Academic Council and Graduate Council as well as to the Department of Education for further action.

The Professional Education and Accreditation Council meets at least once during Fall and Spring semesters and once during the Summer term. Once yearly, a meeting is devoted to review of assessment data and reports.

Recommended to Faculty Assembly/Policy Committee by the Dept. of Education 10-27-2006
Approved by Faculty Assembly 2-1-2007

CBU-183

## APPENDIX AA: SEXUAL HARASSMENT AND SEXUAL MISCONDUCT STANDARDS

**INTRODUCTION**
Members of the Christian Brothers University community, guests and visitors have the right to be free from all forms of gender and sex-based discrimination, examples of which can include acts of sexual violence, sexual harassment, domestic violence, dating violence, and stalking. All members of the campus community are expected to conduct themselves in a manner that does not infringe upon the rights of others. CBU believes in a zero tolerance policy for gender-based misconduct. When an allegation of misconduct is brought to an appropriate administration's attention, and a respondent is found to have violated this policy, serious sanctions will be used to reasonably ensure that such actions are never repeated. This policy has been developed to reaffirm these principles and to provide recourse for those individuals whose rights have been violated. This policy is intended to define community expectations and to establish a mechanism for determining when those expectations have been violated.

**JURISDICTION**
These *Standards* apply: on all property CBU owns or controls; at all programs and events the university sponsors; and when the subsequent effects of purely off-campus conduct cause a discriminatory impact on campus. Faculty, staff, subcontractors, vendors, guests and visitors—as either complainant or responder—are covered under these *Standards.* Students are covered by a separate process unless they are functioning as an employee of the university at the time of the alleged behavior.

**SEXUAL MISCONDUCT OFFENSES INCLUDE, BUT ARE NOT LIMITED TO**
- Sexual Harassment
- Non-Consensual Sexual Contact (or attempts to commit same)
- Non-Consensual Sexual Intercourse (or attempts to commit same)
- Sexual Exploitation

**SEXUAL HARASSMENT**
Sexual Harassment is:
- unwelcome, gender-based verbal or physical conduct that is,
- sufficiently severe, persistent or pervasive that it,
- unreasonably interferes with, denies or limits someone's ability to participate in or benefit from the university's educational program and/or activities, and is
- based on power differentials (quid pro quo), the creation of a hostile environment, or retaliation.

  Examples include: an attempt to coerce an unwilling person into a sexual relationship; to repeatedly subject a person to egregious, unwelcome sexual attention; to punish a refusal to comply with a sexual based request; to condition a benefit on submitting to sexual advances; sexual violence; intimate partner violence, stalking; gender-based bullying.

**NON-CONSENSUAL SEXUAL CONTACT**
Non-Consensual Sexual Contact is:
- any intentional sexual touching,
- however slight,
- with any object,
- by a man or a woman upon a man or a woman,
- that is without consent and/or by force.

  Intentional contact with the breasts, buttock, groin, or genitals, or touching another with any of these body parts, or making another touch you or themselves with or on any of these body parts; any intentional bodily contact in a sexual manner, though not involving contact with/of/by breasts, buttocks, groin, genitals, mouth or other orifice. Non-Consensual Sexual Contact will be considered a form of sexual misconduct.

**NON-CONSENSUAL SEXUAL INTERCOURSE**
Non-Consensual Sexual Intercourse is:
- any sexual intercourse
- however slight,
- with any object,

100

CBU-184

- by a man or woman upon a man or a woman,
- that is without consent and/or by force.

Intercourse includes the following: vaginal penetration by a penis, object, tongue or finger, anal penetration by a penis, object, tongue, or finger, and oral copulation (mouth to genital contact or genital to mouth contact), no matter how slight the penetration or contact.

Non-Consensual Sexual Intercourse will be considered a form of sexual misconduct.

## SEXUAL EXPLOITATION

Occurs when an employee takes non-consensual or abusive sexual advantage of another person for his/her own advantage or benefit, or to benefit or advantage anyone other than the one being exploited, and that behavior does not otherwise constitute one of other sexual misconduct offenses. Examples of sexual exploitation include, but are not limited to:
- Invasion of sexual privacy;
- Prostituting another employee or student;
- Non-consensual video or audio-taping of sexual activity;
- Going beyond the boundaries of consent (such as letting friends hide in the closet to watch you having consensual sex);
- Engaging in voyeurism;
- Knowingly transmitting an STI or HIV to another employee or student;
- Exposing one's genitals in non-consensual circumstances; inducing another to expose their genitals;
- Sexually-based stalking and/or bullying may also be forms of sexual exploitation

## ADDITIONAL APPLICABLE DEFINITIONS

### CONSENT

Consent is clear, knowing and voluntary. Consent is active, not passive. Silence, in and of itself, cannot be interpreted as consent. Consent can be given by words or actions, as long as those words or actions create mutually understandable clear permission regarding willingness to engage in (and the conditions of) sexual activity.
- Consent to any one form of sexual activity cannot automatically imply consent to any other forms of sexual activity.
- Previous relationships or prior consent cannot imply consent to future sexual acts.

### FORCE

Force is the use of physical violence and/or imposing on someone physically to gain sexual access. Force also includes threats, intimidation (implied threats) and coercion that overcome resistance or produce consent ("Have sex with me or I'll hit you. Okay, don't hit me, I'll do what you want.").
- Coercion is unreasonable pressure for sexual activity. Coercive behavior differs from seductive behavior based on the type of pressure someone uses to get consent from another. When someone makes clear to you that they do not want sex, that they want to stop, or that they do not want to go past a certain point of sexual interaction, continued pressure beyond that point can be coercive.
  - NOTE: There is no requirement that a party resists the sexual advance or request, but resistance is a clear demonstration of non-consent. The presence of force is not demonstrated by the absence of resistance. Sexual activity that is forced is by definition non-consensual, but non-consensual sexual activity is not by definition forced.
- In order to give effective consent, one must be of legal age.
- Sexual activity with someone who one should know to be -- or based on the circumstances should reasonably have known to be -- mentally or physically incapacitated (by alcohol or other drug use, unconsciousness or blackout), constitutes a violation of this policy.
  - Incapacitation is a state where someone cannot make rational, reasonable decisions because they lack the capacity to give knowing consent (e.g., to understand the "who, what, when, where, why or how" of their sexual interaction).
  - This policy also covers a person whose incapacity results from mental disability, sleep, involuntary physical restraint, or from the taking of rape drugs. Possession, use and/or distribution of any of these substances, including Rohypnol, Ketomine, GHB, Burundanga, etc. is prohibited,

101

CBU-185

and administering one of these drugs to another student is a violation of this policy. More information on these drugs can be found at http://www.911rape.org/
- Use of alcohol or other drugs will never function as a defense for any behavior that violates this policy.
- The sexual orientation and/or gender identity of individuals engaging in sexual activity is not relevant to allegations under this policy. For reference to the pertinent state statutes on sex offenses, please see [Tennessee Code 39-3703].

## GENERAL SANCTION STATEMENT

Any employee member found responsible for violating the policy on Non-Consensual or Forced Sexual Contact (where no intercourse has occurred) will likely receive a sanction ranging from warning or termination, depending on the severity of the incident, and taking into account any previous behavior.*

Any employee found responsible for violating the policy on Non-Consensual or Forced Sexual Intercourse will likely face a recommended sanction of termination.*

Any employee found responsible for violating the policy on sexual exploitation or sexual harassment will likely receive a recommended sanction ranging from warning to termination, depending on the severity of the incident, and taking into account any previous behavioral sanctions.*

See *Title IX Investigatory and Disciplinary Procedures, "Disciplinary Sanctions,"* for a full listing of enumerated sanction options.

*The Title IX Hearing Board reserves the right to broaden or lessen any range of recommended sanctions in the case of serious mitigating circumstances or egregiously offensive behavior. Neither the initial hearing officers nor any appeals body or officer will deviate from the range of recommended sanctions unless compelling justification exists to do so.

## OTHER MISCONDUCT OFFENSES: WILL FALL UNDER TITLE IX WHEN SEX OR GENDER-BASED

- *Threatening or causing physical harm, extreme verbal abuse,* or other conduct which threatens or endangers the health or safety of any person;
- *Discrimination,* defined as actions that deprive other members of the community of educational or employment access, benefits or opportunities on the basis of gender;
- *Intimidation,* defined as implied threats or acts that cause an unreasonable fear of harm in another;
- *Hazing* (including its tolerance by advisors, coaches or other employees), defined as acts likely to cause physical or psychological harm or social ostracism to any person within the university community, when related to the admission, initiation, pledging, joining, or any other group-affiliation activity (as defined further in the University's *Hazing Policy*);
- *Bullying,* defined as repeated and/or severe aggressive behavior likely to intimidate or intentionally hurt, control or diminish another person, physically or mentally (that is not speech or conduct otherwise protected by the 1st Amendment).
- *Violence* between those in an intimate relationship to each other;
- *Stalking,* defined as repetitive and/or menacing pursuit, following, harassment and/or interference with the peace and/or safety of a member of the community; or the safety of any of the immediate family of members of the community.

## CONFIDENTIALITY, PRIVACY AND REPORTING POLICY

Institutions must clearly articulate who are "responsible employees" under Title IX for purposes of initiating notice and/or investigation, and those who have more discretion on how they act in response to notice of gender-based discrimination. Different people on campus have different reporting responsibilities and different abilities to maintain confidentiality, depending on their roles at the university and upon university policy. Please note that almost every staff or faculty member serves as a "mandatory reporter."

When consulting campus resources, all parties should be aware of confidentiality, privacy and mandatory reporting in order to make informed choices. At CBU, only the Counseling Center can offer confidentiality to students but not employees, there are no fully confidential reporting options for employees. Other resources are expressly there for reporting crimes and policy violations and they will take action when victimization is reported to them, including

CBU-186

Campus Police & Safety and Human Resources. A victim may seek assistance from these university officials without starting a formal process that is beyond the victim's control, or violates her/his privacy.

## TO REPORT CONFIDENTIALLY

If one desires that details of the incident be kept confidential, s/he should contact off-campus rape crisis resources who can maintain confidentiality. In addition, you may speak off-campus with members of the clergy and chaplains, who will also keep reports made to them confidential. Contact information for on and off-campus resources include:

|  |  |
|---|---|
| On Campus: | |
| Ms. Sadie Lisenby, LPC, Thomas Center Lower Level (students only) | (901) 321-3527 |
| Off Campus: | |
| Shelby County Rape Crisis Center, 1750 Madison, #102 | (901) 222-4350 |
| Crisis Center, 24-hour telephone service | (901) 274-7477 |
| Christ Community Health Centers at the following locations: | |
| Broad Avenue Health Center at 2861 Broad | (901) 260-8450 |
| Frayser Health Center at 3124 North Thomas Street | (901) 260-8400 |
| Third Street Health Center at 3362 South Third Street | (901) 271-6300 |
| Orange Mountain Health Center at 6569 Douglas | (901) 271-6200 |
| Union Avenue Health Center at 1211 Union | (901) 271-0330 |
| Women's Health Center at 2400 Poplar, Suite 501 | (901) 271-6041 |

## TO REPORT NON-CONFIDENTIALLY

You are encouraged to speak directly to officials of the institution to make formal reports of incidents. The university considers these people to be "responsible employees." Notice to them is official notice to the institution. These staff members include:

- Dr. Timothy M. Doyle, Associate Vice President for Student Development and Campus Life (901) 321-3548
- Mrs. Karen Barnett, Dean of Students (901) 321-3536
- Mr. Earnest Duffie, Director of Human Resources (901) 321-3474
- Ms. Donna Crone, Associate Athletic Director (901) 321-3478
- Dr. Paul Haught, Vice President for Academic and Student Development and Campus Life (901) 321-3230
- Mr. Alton Wade, Director of Residence Life (901) 321-4102
- Mr. John Lotrionte, Director of Campus Police & Safety (901) 321-3550

You have the right and can expect to have incidents of sexual misconduct to be taken seriously by the institution when formally reported, and to have those incidents investigated and properly resolved through administrative procedures. Formal reporting means that only people who need to know will be told, and information will be shared only as necessary with investigators, witnesses, and the accused individual. Please note that virtually all other faculty and staff (including teaching faculty, coaches and R.A.s, among others), are "mandatory reporters" who, if informed by you or other employees, must report what they've heard to one of the people listed above.

## FEDERAL STATISTICAL REPORTING OBLIGATIONS

Certain campus officials have a duty to report sexual assault, domestic violence, dating violence and stalking for federal statistical reporting purposes (Clery Act). All personally identifiable information is kept confidential, but statistical information must be passed along to campus law enforcement regarding the type of incident and its general location (on or off-campus, in the surrounding area, but no addresses are given) for publication in the annual Campus Security Report. This report helps to provide the community with a clear picture of the extent and nature of campus crime, to ensure greater community safety. Mandated federal reporters include: student/conduct affairs, campus law enforcement, local police, coaches, athletic directors, residence life staff, student activities staff, human resources staff, advisors to student organizations and any other official with significant responsibility for student and campus activities. The information to be shared includes the date, the location of the incident (using Clery location categories) and the Clery crime category. This reporting protects the identity of the victim and may be done anonymously.

## FEDERAL TIMELY WARNING REPORTING OBLIGATIONS

Victims of sexual misconduct should also be aware that university administrators must issue immediate timely warnings for incidents reported to them that are confirmed to pose a substantial threat of bodily harm or danger to members of the campus community. The university will make every effort to ensure that a victim's name and other identifying information is not disclosed, while still providing enough information for community members

103

CBU-187

to make safety decisions in light of the danger. The reporters for timely warning purposes are exactly the same as detailed at the end of the above paragraph.

## QUESTIONS AND ANSWERS

Here are some of the most commonly asked questions regarding University's sexual misconduct policy and procedures.

### DOES INFORMATION ABOUT A COMPLAINT REMAIN PRIVATE?

The privacy of all parties to a complaint of sexual misconduct must be respected, except insofar as it interferes with the university's obligation to fully investigate allegations of sexual misconduct. Where privacy it not strictly kept, it will still be tightly controlled on a need-to-know basis. Dissemination of information and/or written materials to persons not involved in the complaint procedure is not permitted. Violations of the privacy of the complainant or the accused individual may lead to conduct action by the university.

In all complaints of sexual misconduct, all parties will be informed of the outcome. In some instances, the administration also may choose to make a brief public announcement of the nature of the violation and the action taken, without using the name or identifiable information of the alleged victim. Certain university administrators are informed of the outcome within the bounds of employee privacy (e.g., the President of CBU, the Dean of Students if a case involves a student, the Director of Campus Safety & Police, Human Resources Director, the Title IX Coordinator). If there is a report of an act of alleged sexual misconduct to a conduct officer of the university and there is evidence that a felony has occurred, local police will be notified. This does not mean charges will be automatically filed or that a victim must speak with the police, but the institution is legally required to notify law enforcement authorities. The institution also must statistically report the occurrence on campus of major violent crimes, including certain sex offenses, in an annual report of campus crime statistics. This statistical report does not include personally identifiable information.

### WILL THE ACCUSED INDIVIDUAL KNOW MY IDENTITY?

Yes, if you file a formal complaint. Sexual misconduct is a serious offense and the accused individual has the right to know the identity of the complainant/alleged victim. If there is a hearing, the university does provide options for questioning without confrontation, using a room divider or separate hearing rooms.

### DO I HAVE TO NAME THE PERPETRATOR?

Yes, if you want formal disciplinary action to be taken against the alleged perpetrator. No, if you choose to respond informally and do not file a formal complaint (but you should consult the complete confidentiality policy above to better understand CBU's legal obligations depending on what information you share with different university officials). Victims should be aware that not identifying the perpetrator may limit the institution's ability to respond comprehensively.

### WHAT DO I DO IF I AM ACCUSED OF SEXUAL MISCONDUCT?

DO NOT contact the alleged victim. You may immediately want to contact someone who can act as your advisor; anyone may serve as your advisor. You may also contact the Human Resources Office, which can explain CBU's procedures for addressing sexual misconduct complaints. You may also want to talk to CBU's licensed professional counselor at the counseling center or seek other community assistance. See below regarding legal representation.

### WHAT ABOUT LEGAL ADVICE?

Victims of criminal sexual assault need not retain a private attorney to pursue prosecution because representation will be handled by the District Attorney's office. You may want to retain an attorney if you are the accused individual or are considering filing a civil action. The accused individual may retain counsel at their own expense if they determine that they need legal advice about criminal prosecution and/or the campus conduct proceeding. Both the accused and the victim may also use an attorney as their advisor during the campus' grievance processes.

### WHAT ABOUT CHANGING OFFICES/WORK SPACE/CLASSROOMS?

If you want to relocate, you may request a work space change. Changes under these circumstances are considered emergencies. It is typically institutional policy that in emergency space changes, the employee is moved to the first available suitable location. If you want the accused individual to move, and believe that you

104

CBU-188

have been the victim of sexual misconduct, you must be willing to pursue a formal or informal university complaint. No contact orders can be imposed and work space changes for the accused individual can usually be arranged quickly.

Other accommodations available to you might include:
- Assistance from university maintenance staff in completing the relocation;
- Arranging to arrange suitable parking;
- Assistance with or rescheduling shifts, if relevant;
- Assistance with transferring class sections;
- Temporary reassigning duties if possible;
- Assistance with alternative room instruction;
- Other accommodations for safety as necessary.

**WHAT SHOULD I DO ABOUT PRESERVING EVIDENCE OF A SEXUAL ASSAULT?**
Police are in the best position to secure evidence of a crime. Physical evidence of a criminal sexual assault must be collected from the alleged victim's person within 120 hours, though evidence can often be obtained from towels, sheets, clothes, etc. for much longer periods of time. If you believe you have been a victim of a criminal sexual assault, you should go to the Shelby County Rape Crisis Center at 1750 Madison Ave., Ste. 102Memphis, TN 38104, phone (901) 222-4350, before washing yourself or your clothing. The Sexual Assault Nurse Examiner (a specially trained nurse) is on call 24 hours a day, 7 days a week. A staff member from CBU can also accompany you to the center and law enforcement or staff can provide transportation. If a victim goes to the center, local police will be called, but s/he is not obligated to talk to the police or to pursue prosecution. Having the evidence collected in this manner will help to keep all options available to a victim, but will not obligation him or her to any course of action. Collecting evidence can assist the authorities in pursuing criminal charges, should the victim decide later to exercise it.

*For the Victim:* the center staff will collect evidence, check for injuries, address pregnancy concerns and address the possibility of exposure to sexually transmitted infections and refer to a local hospital for further treatment if needed. If you have changed clothing since the assault, bring the clothing you had on at the time of the assault with you to the hospital in a clean, sanitary container such as a clean paper grocery bag or wrapped in a clean sheet (plastic containers do not breathe, and may render evidence useless). If you have not changed clothes, bring a change of clothes with you to the hospital, if possible, as they will likely keep the clothes you are wearing as evidence. You can take a support person with you to the hospital, and they can accompany you through the exam, if you want. Do not disturb the crime scene—leave all sheets, towels, etc. that may bear evidence for the police to collect.

**WILL A VICTIM BE SANCTIONED WHEN REPORTING A SEXUAL MISCONDUCT POLICY VIOLATION IF HE/SHE HAS ILLEGALLY USED DRUGS OR ALCOHOL, OR OTHER SIMILAR, MINOR VIOLATIONS OF LAW OR POLICY?**
No. The severity of the infraction will determine the nature of the university's response, but whenever possible the university will respond educationally rather than punitively to the illegal use of drugs and/or alcohol. The seriousness of sexual misconduct is a major concern and the university does not want any of the circumstances (e.g., drug or alcohol use) to inhibit the reporting of sexual misconduct.

**WILL THE USE OF DRUGS OR ALCOHOL AFFECT THE OUTCOME OF A SEXUAL MISCONDUCT CONDUCT COMPLAINT?**
The use of alcohol and/or drugs by either party will not diminish the accused individual's responsibility. On the other hand, alcohol and/or drug use is likely to affect the complainant's memory and, therefore, may affect the outcome of the complaint. A person bringing a complaint of sexual misconduct must either remember the alleged incident or have sufficient circumstantial evidence, physical evidence and/or witnesses to prove his/her complaint. If the complainant does not remember the circumstances of the alleged incident, it may not be possible to impose sanctions on the accused without further corroborating information. Use of alcohol and/or other drugs will never excuse a violation by an accused individual.

**WILL EITHER PARTY'S PRIOR USE OF DRUGS AND/OR ALCOHOL BE A FACTOR WHEN REPORTING SEXUAL MISCONDUCT?**
Not unless there is a compelling reason to believe that prior use or abuse is relevant to the present complaint.

105

CBU-189

WHAT SHOULD I DO IF I AM UNCERTAIN ABOUT WHAT HAPPENED?
If you believe that you have experienced sexual misconduct, but are unsure of whether it was a violation of CBU's sexual misconduct policy, you should contact the Human Resources office. CBU provides non-legal staff members who can help you to define and clarify the event(s), and advise you of your options.

## A. TITLE IX INVESTIGATORY AND DISCIPLINARY PROCEDURES

In addition to protecting the community, the University views the investigatory and disciplinary process as a learning experience that can result in growth and personal understanding of one's responsibilities and privileges within the University community. The disciplinary process is not meant to be a substitute for civil or criminal legal proceedings but, instead, is designed to provide a fair evaluation of whether or not an employee should remain in the community and under what modified circumstances, if any. Formal rules of evidence will not apply in the University investigatory or disciplinary processes. The University encourages the reporting of any criminal activity to the Office of Campus Police & Safety and to the Memphis Police Department where appropriate.

### 1. Complaint

Anyone may file a complaint with the Human Resources Office whenever an employee—either faculty or staff—is believed to have violated any of the *Sexual Harassment and Sexual Misconduct Standards*. Reports made to other offices through campus—including but not limited to Student Development and Campus Life, Campus Police & Safety, and the Office of the VPA and Student Development and Campus Life—will be forwarded to Human Resources if the respondent is an employee of CBU, a contracted worker at CBU, or a student who was functioning as a compensated employee (i.e. a student worker or R.A., for example) at the time of the alleged harassment or assault.

Every attempt will be made to obtain a written statement from the complainant. The report should include the circumstances giving rise to the complaint, the dates of the alleged occurrences, and the names of witnesses, if any. The complaint should be signed by the complainant. However, if the complainant refuses to provide or sign a written complaint, the matter will still be investigated to the fullest extent possible, and appropriate action will be taken. Complaints made anonymously or by a third party must also be investigated to the fullest extent possible, but may not be able to move beyond an initial investigation due to lack of evidence.

Upon receipt of the written or verbal complaint, an initial investigation will be conducted to determine whether there is substance to the complaint, whether the complaint falls within the jurisdiction of the *Standards*, or whether to refer the charge to the Vice-President for Academics & Student Development and Campus Life for non-sexual harassment or assault complaints related to academic misconduct, outlined in section 5.A. of the *Compass*, or the Dean of Students for complaints related to student respondents, as outlined in Section 8 of the *Compass*.

Complaints of all forms of discrimination/harassment/assault will be investigated by the Director of Human Resources in conjunction with Campus Police & Safety when appropriate. If the responding employee admits to the violation or does not contest any charge through inaction, sanction(s) will be imposed by the Director of Human Resources without a hearing of the Title IX Hearing Board in consultation with the Title IX Coordinator. These sanctions are potentially reviewable by the appropriate judicial authority (see *Disciplinary Appeals Procedure*).

If the responding employee denies culpability, the complaint will be forwarded to the Title IX Hearing Board for further investigation if necessary, and/or adjudication (refer to *Judicial Authority*.)

If, after investigation, documentation fails to offer sufficient evidence of a violation, the case is referred back to the complainant. Consultation/advising are provided with/for the complaint. If documentation results in a clarification of the violation, the Director of Human Resources may determine that additional action is necessary. The University's ability to take action is limited if the victim chooses not to or is unable to participate in the investigatory or disciplinary processes.

106

CBU-190

2. **Title IX Processes**
   Employees may anticipate the following processes from the University disciplinary system:
   a.  The responding employee and the complainant shall receive separate written notices of the time, date and place of an administrative conference with a title IX Investigator, usually the Director of Human Resources. If the respondent is unable to meet at the time and date scheduled, that employee shall have two (2) working days of the date to reschedule the appointment.
   b.  The investigator shall notify the respondent in writing within five (5) working days of receipt of complaint.
   c.  In the event that a charge for violating the *Sexual Harassment and Sexual Misconduct Standards* is brought against an employee, both the complainant and the respondent will receive a written statement of said charge(s) in sufficient detail as to enable both to prepare.
   d.  The respondent shall respond in writing to charges within two (2) working days after the date of the written notification.
   e.  Both the responding employee and the complainant will receive copies of the *Sexual Harassment and Sexual Misconduct Standards* and *Title IX Investigatory and Disciplinary Procedures* in the written notification.
   f.  The complainant and respondent both have the right to ask for clarification of the disciplinary process during the administrative hearing, or in the case of the respondent, possible sanctions that may be imposed as a result of a finding of responsibility for a violation of the *Sexual Harassment and Sexual Misconduct Standards*.
   g.  Throughout the investigation and any hearings, the complainant and respondent shall have the right to be accompanied by an advisor of the individuals' choice. The advisor's participation shall be limited to advising the individual who brings him or her; the advisor will not be permitted to question witnesses, address the panel or the investigating officer during the hearing or other participation representing the complainant or respondent. In the event that an advisor disrupts the proceedings, he/she shall be removed from the hearing.
   h.  Both the complainant and respondent are responsible for the attendance of any other relevant witnesses appearing on his/her behalf. Such witnesses shall speak one at a time if their statements are not covered adequately by the investigating officer's statement. All witnesses must address the specific situation under consideration; no general character witnesses will be heard.
   i.  Both complainant and respondent have two (2) working days to file an appeal, if warranted, to the appropriate judicial authority. (See *Disciplinary Appeals Procedures*).
   j.  Except for major violations, formal disciplinary hearings will not be held during exam week.

3. **Notification Details**
   Each notice is sent to the mailing address or CBU email address listed in the University information system or the address listed on the security report. Notice may also be delivered in person by the Office of Campus Police & Safety or University staff. The notice describes the *Standard(s)* allegedly violated and informs the respondent about the reported circumstances underlying the alleged misconduct. The notice informs the respondent of the time, date and place of an administrative conference with a judicial officer, usually the Director of Human Resources. If the respondent is unable to meet at the time and date scheduled, he/she must contact the judicial officer within two (2) working days of the date of the notice to reschedule the appointment. Both complainant and respondent will receive notice of the charges, including a copy of the written complaint and written response. Any inclusion of identifiable information against a third party will be removed prior to distribution.

4. **Administrative Conference**
   An administrative conference will be held separately for both the complainant and respondent. The administrative conference is a preliminary meeting between the judicial officer and either the complainant or respondent. When either appears at the administrative conference, the judicial officer explains the investigatory and disciplinary processes, discusses each individual's rights, and reviews the basis for any potential violation.

   If the respondent does not schedule an administrative conference by the deadline given in the notice or fails to attend a scheduled conference, the investigating officer can unilaterally resolve the case in the

107

CBU-191

employee's absence. The investigating officer may grant exceptions. However, unless unusual circumstances beyond the control of the respondent arise, the judicial officer normally will not grant a delay.

5. **Investigation**
At this time, the judicial officer will conduct further investigation as necessary. Another conference will be held as needed.

6. **Investigative Report**
If the respondent accepts responsibility for the violation, the investigating officer will acknowledge the admission and issue sanctions. If the responding employee denies the asserted violations and, after a full investigation, the complaint is found to have merit, the investigating officer will prepare a written report which will be presented to the Title IX Hearing Board for adjudication (see *Judicial Authority*). This report will include the finding of fact and chronology of the investigation.

**B. FORMAL DISCIPLINARY HEARING**
A formal disciplinary hearing will normally be held within ten (10) working days of the administrative conference. The Hearing Board has the duty to ensure that all evidence is brought forth from whatever source and must make a determination based on the record and further information gathered using a "preponderance of the evidence" standard, restated as "just enough evidence to make it more likely than not that either the complainant or respondent's assertions prove is true."

**Procedure**
Members on the committee will be given copies of all related documents at least (24) hours prior to the hearing. Part of the consideration will be the investigative records created by the investigating officer and/or Director of Campus Police & Safety's investigation. There shall be a record, such as a tape recording, of all hearings. The record shall be the property of the University. All recordings will be destroyed after the expiration of any appeals timeline or process.

**Order of Hearing**
1. Reading of the charges.
2. Presentation of report by investigating officer regarding stipulated facts and complainant's and respondent's additional assertions.
3. Questions by members of the Hearing Board to the investigating officer.
4. Presentation of additional evidence and witnesses by complainant if so desired
5. Presentation of additional evidence and witnesses by respondent if so desired
6. Members of the Hearing Board may also call additional witnesses at this time or recall earlier witnesses (including the complainant and respondent) for questions, after seeking to clarify each question with the investigating officer first.
7. Closing statement by complainant and/or investigator.
8. Respondent's reply to the charges.

**Deliberations**
After closing statements have been heard, the University investigator, the complainant, respondent, advisors and all witnesses shall be excused from the hearing. The Hearing Board will then reach a decision as to whether the employee is responsible or not for the charges. If the board finds a respondent responsible for a violation, the committee may immediately deliberate and determine sanctions or may recess and reconvene. The Hearing Board chair will open the record of prior violations, if any, provided by the University investigator. Prior violations will include Title IX violations and sanctions issued by Christian Brothers University; relevant and known convictions by local, state or federal law enforcement; or those violations determined by previous institutions employing the respondent and made available to Christian Brothers University's administration.

The committee will inform the investigating officer of its findings upon its conclusion. The investigating officer will inform in writing both the complainant and respondent of the findings within two (2) working days of the hearing and verbally sooner if requested by either party. Both will also be informed by the investigating officer of the appeals process at these times.

110

C. **DISCIPLINARY APPEALS PROCEDURES**

The purpose of an appeal is to guarantee fundamental fairness, which means the complainant and respondent have been dealt with justly and in accordance with the established University policies and procedures. The complainant and respondent may appeal a decision of the Hearing Board to the Special Appeals Committee (composed of the Dean of Students, Associate Athletic Director, and the Dean of Student Success) if either party believes the principle of fundamental fairness was not upheld, new evidence has come to light, or the University's policies and procedures were not followed. The Special Appeals Committee is the final appeal venue.

The appellant shall submit a written notice of appeal within two (2) working days after he/she is supplied with a written copy of a disciplinary decision from the investigating officer or Hearing Board. The Special Appeals Committee receiving such an appeal will review created records, and conduct further investigation as is deemed appropriate and take one of the following actions:
- Concur with the findings and/or sanctions
- Reduce the sanction(s)
- Require a reinvestigation under a new investigating officer
- Resubmit the case to the Hearing Board in the event additional evidence is presented.

**Records**

All disciplinary, hearing and investigative records are kept on file in the employee's file in the Human Resources Office, including terminations. No disciplinary records will be released to other institutions or employers unless the University is directed to do so by civil authorities or a written request by the employee, current or former.

D. **DISCIPLINARY SANCTIONS**

The Hearing Board may assign any of the following sanctions, in order of least severe to most severe. Cases of sexual assault, unless there are highly unusual mitigating circumstances, will result in termination effective after the expiration of the appeals process. Sanctions for employees found responsible for violating *the Non-Discrimination/Sexual Harassment* or *Sexual Assault* policies:
1. *Writing Reprimand:* A letter confirming the finding will be placed in the employee's work file.
2. *Suspended with pay.* The Hearing Board will establish a period of time, not to exceed one month, when the employee will continue drawing regular salary and benefits, but may not perform any work functions on premises.
3. *Suspended without pay.* The Hearing Board will establish a period of time, not to exceed one month, when the employee will not draw pay while prohibited from serving on premises in any official CBU capacity.
4. *Indefinite Suspension with Conditions*: An employee may not return to work until certain conditions—such a professional assessment, legal resolution, or other measures—are completed.
5. *Termination:* May be effective immediately, or at some fixed point in the near future, not to exceed the completion of the current academic year.

E. **TITLE IX HEARING BOARD MEMBERSHIP**

In order to ensure a widespread representation of the employee community is trained, available and impartial, a pool of 12 individuals will be identified and called upon by the Title IX Coordinator to serve at a hearing as necessary. The twelve members will be selected following these criteria:
1. Six of the members of the pool will be faculty.
   a. Each of the School Deans will designate a full-time member of the school's faculty to serve for a two year term.
   b. The Faculty Assembly will elect two full-time faculty members to serve for two years.
   c. Each faculty Board member must undergo the appropriate training required to serve effectively.
   d. Faculty Board members must recuse themselves in cases of a real or perceived conflict of interest or significant personal relationship with either the complainant or respondent.
2. Six of the members of the pool will be staff.
   a. The Director of Human Resources will solicit interest in serving on the board (including third-party nominations) via email in the spring semester of each year, with service beginning the following fall semester.

111

CBU-193

    b.   The Director of Human Resources will, in consultation with the Title IX Coordinator, name the members of the staff to serve for two year terms.

    c.   Each staff Board member must undergo the appropriate training required to serve effectively.

    d.   Staff Board members must recuse themselves in cases of a real or perceived conflict of interest or significant personal relationship with either the complainant or respondent.

3.   The following positions are ineligible to serve on the Title IX Hearing Board: Director of Human Resources, Vice President for Administration and Finance, Dean of Students, Associate Vice President for Student Development and Campus Life, Vice President for Academic Affairs and Student Development and Campus Life, President of the University, Dean of Student Success, Associate Athletic Director/Compliance Coordinator, Director of the Counseling Center, and Director of Campus Police & Safety.

4.   All employees can serve two subsequent terms for a total of four consecutive years on the Hearing Board, after which they must rotate off for at least two years.

5.   Each Hearing Board shall consist of three members, of which at least one must be a faculty member and one must be a staff member.

6.   To ensure the Board's ongoing institutional memory, the following special provisions will apply during its first year of operation (2015):

    a.   Cases will be heard by the employee members of the Student Judicial Board during the Spring and Summer semesters.

    b.   The Director of Human Resources will indicate three staff members who will serve one year terms and three who will serve full two year terms.

    c.   The Deans of the Schools of Arts and Business will appoint members for two year terms.

    d.   The Deans of the Schools of Engineering and Science will appoint members for one year terms.

    e.   The Faculty Assembly will elect one member to a two year term and another to a one year term.

7.   In the second year of operation, the Director of Human Resources, the Deans of the Schools of Engineering and Science, and the Faculty Assembly shall select individuals for two year terms, creating a staggered membership process. Extraordinary vacancies shall be filled for the balance of any remaining term.

Approved by Faculty Assembly 3-26-2015

CBU-194

**APPENDIX BB: REVISED EQUIVALENCIES FOR CREDIT HOURS AND CONTACT TIME**

Per Credit Hour

| Instructional Method | Level/Format | Classroom minutes (minimum) | Non-classroom instruction minutes (maximum) | Homework minutes | # of weeks | Total clock minutes | Total clock hours |
|---|---|---|---|---|---|---|---|
| Traditional | UG or GR/15 week | 50 | 0 | 100 | 15 | 2250 | 37.5 |
| Hybrid | UG or GR/15 week | 10 | 40 | 100 | 15 | 2250 | 37.5 |
| Online | UG or GR/15 week | 0 | 50 | 100 | 15 | 2250 | 37.5 |
| Traditional | UG or GR/8 week | 60 | 0 | 220 | 8 | 2240 | 37.3 |
| Hybrid | UG or GR/8 week | 12 | 48 | 220 | 8 | 2240 | 37.3 |
| Hybrid | CAPS | 40 | 60 | 180 | 8 | 2240 | 37.3 |
| Online | UG or GR/8 week | 0 | 60 | 220 | 8 | 2240 | 37.3 |
| Traditional | UG/5 week | 150 | 0 | 300 | 5 | 2250 | 37.5 |
| Hybrid | UG/5 week | 30 | 120 | 300 | 5 | 2250 | 37.5 |
| Online | UG/5 week | 0 | 150 | 300 | 5 | 2250 | 37.5 |
| Traditional | GR/4 week | 120 | 0 | 440 | 4 | 2240 | 37.3 |
| Hybrid | GR/4 week | 24 | 96 | 440 | 4 | 2240 | 37.3 |
| Online | GR/4 week | 0 | 120 | 440 | 4 | 2240 | 37.3 |

See also Policy C.8 in CBU's Administrative Policies & Procedures Manual.

Reviewed by Academic Council on April 26, 2017.
Approved by Academic Council on October 28, 2015.
Approved by President's Cabinet on November 23, 2015.

113

CBU-195

## APPENDIX CC: POLICY ON FACULTY ASSIGNMENTS

1. **Purpose**

   The academic officers of the University must provide a faculty of adequate size to support its purpose and must have a procedure for the equitable and reasonable assignment of faculty responsibilities including classroom instruction, academic advising, committee memberships, guidance of student organizations and research and service to the public. The academic officers must protect their faculty members from assuming or being assigned internal or external responsibilities which might encroach upon either the quality or the quantity of the work they are employed to perform for the institution. The calculation of instructional loads takes into account such factors as number of preparations, number of students taught and the nature of the subject. These officers and the Department Chairs seek to ensure equitable faculty loads to effect high quality instruction in the classroom.

2. **Policy Statement**

   The ordinary full-time teaching assignment is twenty-four (24) undergraduate credit hours for the academic year. Each undergraduate contact hour in a lab or discussion section counts as 0.5 credit hour in calculating the teaching load. A graduate course counts as 1 undergraduate course.

   A faculty member must regularly hold a minimum of ten (10) office hours a week to meet with students.

   Each Department Chair in consultation with the appropriate dean and faculty member may change any of the following maxims.

   a. The ordinary maximum on the number of students a faculty member can teach in a semester is 100.

   b. The ordinary maximum number of different preparations in an academic year is six (6).

   c. The ordinary maximum number of committees or equivalents on which a faculty member can serve in an academic year is three (3).

   d. The ordinary maximum number of advisees a faculty member can have in an academic year is thirty (30).

3. **Reduction in Teaching**

   Extraordinary demands of an academic or administrative nature may dictate a reduction in the number of teaching hours so that individuals may not suffer work inequities.

   The University recognizes the value of permitting reduced teaching loads for those faculty members actively engaged in scholarly activities. It will attempt such a reduction within the resource constraints imposed by budgeting.

4. **Dean**

   A Dean will normally receive a reduction in teaching load to help handle the administrative duties of his/her school. The VPA will determine the reduction in load in consultation with the Dean.

5. **Department Chair**

   A Department Chair will normally receive a reduction in teaching load of three hours per semester, or its equivalent compensation, to handle required administrative duties.

Approved by Board of Trustees 1/22/93
Updated: February 2009

114

CBU-196

**APPENDIX DD: SCHEDULE FOR (RE)APPOINTMENT: DEAN OF A SCHOOL**

October 15        Notification by VPA to Dean of end of three year term.

October 25        All members of the appropriate school are notified regarding the (re)appointment process and consultations by the VPA with the faculty of the school will begin.

*The VPA may wish to consult directly with the Department Chairs (individually and/or as a group) and use a written evaluation instrument to receive input from the faculty of the school.

*The VPA may wish to consult with each of the other School Deans.

January 15        *The President is notified of the recommendation of the VPA and notifies the Dean of the School.

*If it is decided that the person will not be reappointed to the position, the search process will begin. Approved by

Academic Council 2/21/90

115

CBU-197

**APPENDIX EE: SCHEDULE FOR (RE)APPOINTMENT: DEPARTMENT CHAIR**

October 15        *Notification of School Dean to Department Chair of end of three year term.

October 25        *All members of the department are notified regarding the (re)appointment process and consultations by the Dean with the appropriate members of the department will begin.

*The School Dean may wish to consult with the other Department Chairs in the School.

January 15        *The President is notified of the recommendation of the VPA and notifies the Department Chair and appropriate Dean.

If it is decided that the person will not be re-appointed to the position and that a replacement is not immediately named (from the department), the search process will begin.

NOTE:            All notifications will be in writing. Approved by Academic Council 2/21/90

116

CBU-198

### APPENDIX FF: INTELLECTUAL PROPERTY POLICY FOR ONLINE COURSE LEASING

In recognition of the principle that college faculty are not only teachers but producers of knowledge and in acknowledgement of the intellectual labor that goes into the development of courses and course materials, CBU understands faculty to own the rights to their intellectual property. Appendix K: Intellectual Property of the Faculty Handbook outlines CBU's values and standards in regard to intellectual property. Therefore, in the event a department or academic program wants to use an online course developed by a CBU faculty member but have another instructor teach the course, the designer of the course will be compensated for the use of their intellectual property. CBU understands the importance of full-time faculty to its educational mission. Given CBU's focus on high quality instruction, the increasingly common practice of having instructors facilitate generic courses should be avoided. Online course leasing provides an opportunity for campus units to meet demand and short-term needs through the teaching of courses developed to CBU's highest recognized standard for online teaching.

When demand necessitates the offering of a faculty member's course by another instructor, full-time or adjunct, CBU can lease the course from the faculty member in accordance to the following terms and conditions:

- All faculty who teach online at CBU must complete a course in Online Faculty Training through CBU's Center for Digital Instruction (CDI) or have received equivalent proven training. To develop courses for the lease program, faculty members must have completed CDI's Online Course Development (OCD) training or its equivalent.
- For courses developed in the LMS by faculty who have CDI recognized developer status through the completion of the OCD training, faculty can lease their courses to the university on a 3-year basis. Upon completing OCD, faculty can submit a notification of an intent to lease the course to their Department Chairs and/or Program Directors, who will determine need for leased courses and generate contracts for compensation with the VPA. Similar to the process for adjunct/overload contracts, the lease contract process will be initiated by the Department Chair and require approval from the Academic Dean and VPA. CDI will provide the instructor on record with a copy of the LMS course after the lease contract is processed.
- A course designed by an OCD-level trained faculty member can be leased by the university in renewable 3-year lease agreements. Compensation per course use (with each section constituting a separate use) will be according to the rate schedule maintained by the Center for Digital Instruction and the Office of Academic Affairs. This rate schedule will be established and modified in consultation with the faculty and approved by the University President.
  - The original faculty member developing a leased online course will have priority consideration to teach that class if needed for that faculty member to meet their teaching and roster load expectations.
- A faculty member leaving the university has the option to terminate the lease agreement immediately upon ending of their employment at CBU or to continue to lease the course for the remainder of the lease period without the option for renewal.
  - If notice of voluntary termination of employment is not given 30 days or more in advance of the term for which the course is scheduled, the lease will be continued through the following course term.
- Within the syllabus and/or some other visible location in the leased course in the LMS shell, the instructor on record must acknowledge the creator of the intellectual property being used. Within the course, the instructor on record may make customizations to add their own presence to the course in the form of videos or announcements, Assignment modifications should be approved by the designing faculty member or appropriate Chair. Department Chairs and Program Directors are responsible for ensuring the integrity of assessed student learning outcomes through any modifications to the course design.

CBU faculty members are the preferred designers of online courses, and the use of outside consultants and course designers will not be approved except in cases of a documented need at the program level and when no qualified CBU faculty members are available. The Dean of the School is responsible for ensuring that the need is documented.

Approved by Faculty Assembly March 3, 2022
Approved by President's Cabinet August 24, 2022

117

CBU-199

## APPENDIX GG: ADMINISTRATIVE STRUCTURE

ADMINISTRATIVE STRUCTURE – FALL 2022 (revised 9/22/2022)



118

CBU-200

| ID | LAST NAME | FIRST NAME | MIDDLE | DOH | EMPL GRP | ORG | DEPARTMENT | SALARY | SEVERANCE | Posn |
|---|---|---|---|---|---|---|---|---|---|---|
| 899249469 | Jordan | Benjamin | R. | 8/1/2009 | SF | 403 | History / Political Science | | | 899235 |
| 899477097 | Goessling | Jacob | Andrew | 8/13/2020 | SF | 402 | Literature / Language | | | 899167 |
| 899250300 | Hamner | Matthew | Vaughan | 8/1/2009 | SF | 408 | Communication / Performing Arts | | | 899313 |
| 899085084 | Johnson | Leigh | Michelle | 8/21/2014 | SF | 404 | Religion / Philosophy | | | 899329 |
| 899466803 | King | Thomas | B. | 8/12/2021 | SF | 402 | Literature / Language | | | 899067 |
| 899310955 | James | Mary Kelly | | 8/1/2013 | SF | 405 | Behavioral Science | | | 899243 |
| 899203083 | Fulmer | James | Burton | 8/1/2007 | SF | 404 | Religion / Philosophy | | | 898929 |
| 899111924 | Terrell | Lavern | | 8/15/2013 | SF | 409 | Graduate Education | | | 899802 |
| 899485530 | Gusmus | Allison | F. | 1/8/2022 | PF | 202 | Management / Marketing | | | 898999 |
| 899465479 | Turek | Joseph | H. | 6/1/2018 | SF | 204 | Finance / Economics / MIS | | | 899768 |
| 899024843 | Papachristou | Patricia | T. | 8/25/1980 | SF | 204 | Finance / Economics / MIS | | | 899080 |
| 899497321 | Wu | Mengren | | 8/17/2023 | SF | 305 | Mechanical Engineering | | | 898918 |
| 899402063 | Chari | Srikant | Krishnaswami | 1/15/2022 | SF | 523 | MS Data Science | | | 899314 |
| 899024882 | Yanushka | Arthur | A. | 8/22/1977 | SF | 504 | Math / Computer Science | | | 899719 |
| 899284884 | Trimboli | Anthony | Rosario | 8/1/2011 | SF | 503 | Chemistry | | | 899003 |
| 899471603 | Kochat | Suja | | 8/15/2019 | SF | 505 | Physics / Natural Science | | | 899315 |
| 899403909 | McGuffee | James | W. | 7/1/2016 | SF | 501 | School of Science Office | | | 899721 |
| 899028355 | Walker | Paula | M. | 8/11/2022 | SF | 507 | Nursing | | | 899005 |
| 899132826 | Leib | Karl | A. | 8/1/2004 | SF | 403 | History / Political Science | | | 899795 |

CBU-201

| CONTRACT | POSITION | | PRESENTED SEVERANCE AGREEMENT AND LETTER FROM DAVE ARCHER ON 12/7/2023 | Address |
|---|---|---|---|---|
| | | | | |
| | | | | |
| 9 Month | Professor-History/PS | Arts | Dave Archer | |
| 9 Month | Assistant Professor-Lit & Lang | Arts | Lydia Rosencrants | |
| | | | | |
| 9 Month | Assoc Prof-Visual/Performin | Arts | Lydia Rosencrants | |
| | | | | |
| 9 Month | Assoc Prof-Religion and Philosophy | Arts | Dave Archer | |
| 9 Month | Instructor-Lit & Lang | Arts | Lydia Rosencrants | |
| 9 Month | Assoc Prof-Behavioral Science | Arts | Dave Archer | |
| 9 Month | Professor, Religion and Philosophy | Arts | Dave Archer | |
| | Associate Professor Education | Arts | Lydia Rosencrants | |
| | | | | |
| | | | | |
| 9 Month | PT Instructor-Mgmt/Marketing | Bus | Lydia Rosencrants | |
| 9 Month | Professor-Fin,Economics,MIS | Bus | Dave Archer | |
| 9 Month | Professor-Fin/Econ/MIS | Bus | Dave Archer | |
| | | | | |
| | | | | |
| 9 Month | Assistant Professor - Mechanical Engineering | Eng | Lydia Rosencrants | |
| | | | | |
| | | | | |
| 9 Month | Instructor-Math/CS | Sc | Lydia Rosencrants | |
| 9 Month | Professor-Math/CS | Sc | Dave Archer | |
| | | | | |
| 9 Month | Professor-Chemistry (Chair | Sc | Dave Archer | |
| 9 Month | Assistant Prof-Physics | Sc | Lydia Rosencrants | |
| 9 Month | Professor-Math/CS, Director Grad Comp SCI | Sc | Dave Archer | |
| | | | | |
| 9 Month | Associate Professor of Nursing | Sc | Lydia Rosencrants | |
| | | | | |
| | | | 0 | |
| | | | | |
| 9 Month | Professor-History/PS | Arts | Dave Archer | |

CBU-202

| ID | LastName | FirstName | MiddleName | HireDate | EmplGroup | EmplBenefitCategory | HomeOrgCode |
|---|---|---|---|---|---|---|---|
| 899249469 | Jordan | Benjamin | R. | 8/1/2009 | SF | 1 | 403 |
| 899477097 | Goessling | Jacob | Andrew | 8/13/2020 | SF | 1 | 402 |
| 899250300 | Hamner | Matthew | Vaughan | 8/1/2009 | SF | 1 | 408 |
| 899085084 | Johnson | Leigh | Michelle | 8/21/2014 | SF | 1 | 404 |
| 899132826 | Leib | Karl | A. | 8/1/2004 | SF | 1 | 403 |
| 899310955 | James | Mary Kelly | | 8/1/2013 | SF | 1 | 405 |
| 899203083 | Fulmer | James | Burton | 8/1/2007 | SF | 1 | 404 |
| 899465479 | Turek | Joseph | H. | 6/1/2018 | SF | 1 | 204 |
| 899024843 | Papachristou | Patricia | T. | 8/25/1980 | SF | 1 | 204 |
| 899024882 | Yanushka | Arthur | A. | 8/22/1977 | SF | 1 | 504 |
| 899284884 | Trimboli | Anthony | Rosario | 8/1/2011 | SF | 1 | 503 |
| 899471603 | Kochat | Suja | | 8/15/2019 | SF | 1 | 505 |
| 899403909 | McGuffee | James | W. | 7/1/2016 | SF | 1 | 501 |

CBU-203

| OrgnDesc | PosnEcls | AnnSalary | Posn | PosnDesc |
|---|---|---|---|---|
| History / Political Science | SF | | 899235 | Professor-History/PS |
| Literature / Language | SF | | 899167 | Assistant Professor-Lit & Lang |
| Communication / Performing Arts | SF | | 899313 | Assoc Prof-Visual/Performin |
| Religion / Philosophy | SF | | 899329 | Assoc Prof-Rel & Phil |
| History / Political Science | SF | | 899795 | Professor-History/PS |
| Behavioral Science | SF | | 899243 | Assoc Prof-Behavioral Science |
| Religion / Philosophy | SF | | 898929 | Professor, Religion and Philosophy |
| Finance / Economics / MIS | SF | | 899768 | Professor-Fin,Economics,MIS |
| Finance / Economics / MIS | SF | | 899080 | Professor-Fin/Econ/MIS |
| Math / Computer Science | SF | | 899719 | Professor-Math/CS |
| Chemistry | SF | | 899003 | Professor-Chemistry |
| Physics / Natural Science | SF | | 899315 | Assistant Prof-Physics |
| School of Science Office | SF | | 899721 | Professor-Math/CS, Director Grad Comp SCI |

CBU-204

| ContractType | Job_EndDate | JobOrgnCode | JobFund | JobAcct | JobProgram | JobOrgnPercent | |
|---|---|---|---|---|---|---|---|
| Primary | | 403 | 1100 | 6110 | 10 | 100 | Arts |
| Primary | | 402 | 1100 | 6110 | 10 | 100 | Arts |
| Primary | | 408 | 1100 | 6110 | 10 | 100 | Arts |
| Primary | | 404 | 1100 | 6110 | 10 | 100 | Arts |
| Primary | | 403 | 1100 | 6110 | 10 | 100 | Arts |
| Primary | | 405 | 1100 | 6110 | 10 | 100 | |
| Primary | | 404 | 1100 | 6110 | 10 | 100 | |
| Primary | | 204 | 1100 | 6110 | 10 | 100 | Bus |
| Primary | | 204 | 1100 | 6110 | 10 | 100 | Bus |
| Primary | | 504 | 1100 | 6110 | 10 | 100 | Sc |
| Primary | | 503 | 1100 | 6110 | 10 | 100 | Sc |
| Primary | | 505 | 1100 | 6110 | 10 | 100 | Sc |
| Primary | | 504 | 1100 | 6110 | 10 | 100 | Sc |

CBU-205

**Theresa P Jacques**

| | |
|---|---|
| **From:** | Leigh M Johnson |
| **Sent:** | Friday, January 19, 2024 4:55 PM |
| **To:** | Philip Maloney; Lydia W Rosencrants |
| **Cc:** | humanresources |
| **Subject:** | FW: Faculty Review Committee Hearing with Dr. Leigh Johnson |

Dear Max,

As you can see from Scott Geis' email below, the Faculty Review Committee did **not** grant me my much-delayed hearing today, as scheduled. In fact, I only learned of the delay after initiating contact with the Committee the day before to ask about it. I have ZERO confidence in communicating directly with FRC Chairperson Scott Geis anymore, as I have only received vague, dismissive, misleading, or outright false information from him so far. **In the now 35 days since I first contacted the Faculty Review Committee, I still have not received an *initial* hearing.**

To be frank, the Faculty Review Committee, in its current formation, is utterly dysfunctional. It does not appear to have a clear understanding of its charges, it is operating on a completely unpredictable, ad-hoc schedule and—in my case—it has consistently either failed to communicate with (or relayed false information to) its appellant about matters of significant import. Given that the FRC is the only recourse available to faculty with serious grievances, this is unacceptable.

In advance of what follows, I want to say that I really do appreciate that your responsibilities as Faculty Assembly President are demanding (and time-consuming). Nevertheless, I would again ask for your assistance in this matter. Your Jan 9 text message informed me that Dean Rosencrants was "trying to provide the [FRC] committee with resources to help get them back on track." I don't know what those resources were, or if they have been provided, but it is abundantly clear that the Committee is completely off track.

What follows are my questions to you, now, as Faculty Assembly President and the only remaining CBU officer who can advocate on behalf of due process for faculty members:

1.  In the most recent email I received from FRC Chairperson Scott Geis, he notes that the Committee will hear my case (allegedly) on January 22, and "will be providing the same opportunity for President David Archer or his designee to meet with the Committee, separately, to provide relevant information for the Committee's consideration." However, the *Faculty Handbook* (Section 1.8.4.2.) states that "in reviewing faculty grievances, the Faculty Review Committee will hold a hearing at which time the aggrieved party can bring in a faculty member as counsel, address the charges, **confront adverse witnesses,** and present witnesses and evidence in support of the aggrieved party.". It is unclear where in the *Faculty Handbook* Chairperson Geis has determined that the Faculty Review Committee is to meet with me *separately from* President Archer (or his designee), as I am due a hearing "to confront adverse witnesses," or where in the *Faculty Handbook* there is a provision for President Archer and/or his designees to receive an independent audience from the Faculty Review Committee. In short, it is the charge of the FRC to provide due process to aggrieved *faculty*, not the institution.

2.  FRC Chairperson Scott Geis cites Section 2.7.3.4. of the *Faculty Handbook*, rightly, to assert that his Committee "will issue a written recommendation regarding the resolution of [your] appeal to CBU's Board of Trustees." Given that I have previously, and repeatedly, asked for a date **upon which I will be informed of its decision**, with no response from the FRC, I can only assume that this most recent missive from Chairperson Geis is indicating that the Faculty Review Committee will **not be informing me, the appellant, of its decision**. Of course, I understand that a specific timeline for "notifying of the aggrieved of the Committee's decision" is not articulated in the *Faculty Handbook*, but it would require a gross misreading of the text to presume that any "appeals"

1

CBU-206

committee was obviated of the responsibility to report its findings to the aggrieved. Consequently, Iin advance of my meeting with the FRC next Friday, I require a <u>specific date</u> when I can expect to be informed of their judgment/recommendation.

3.  In re (2) above, the *Faculty Handbook* clearly outlines procedures for Faculty Review Committee proceedings to be commensurate with a "regular" timeline of institutional operations. (For example, the FRC's charge to report its findings to the Board of Trustees presumes that terminations of probationary and/or tenured faculty are happening in the early months of the Spring semester, that those terminated faculty are already guaranteed another full-year contract, and so the FRC's report to the Board of Trustees in its regular May meeting would not materially disadvantage appellants.) CBU is, at present, obviously not operating on this schedule... and the FRC is very apparently **not** adjusting its operations to the institution's irregular schedule of faculty terminations. What is the current Interim VP of Academics doing to address this discrepancy? What can the Faculty Assembly do to advocate for its faculty given that adjustments are not being made?

4.  It should be obvious to all involved here that terminations of tenured faculty without appeal or due process is problematic, to say the least. I'll just leave it at that.

I am urging you, as the Faculty Assembly President, to ask the Interim VP of Academics (Lydia Rosencrants), under whose responsibility the Faculty Review Committee falls, to immediately remove Scott Geis as the Chairperson of the FRC. I also request that the FRC be surveyed to determine who, if any among them, are unwilling or unable to exercise their duties in a responsible and timely manner. It may be the case that the FRC needs to be reconstituted with new members.

I will also redouble my request to be placed on the agenda for the next Faculty Assembly meeting on Thursday, February 1, to discuss these matters. I am certainly not the last of CBU faculty to be terminated without cause, and the faculty who remain deserve to know what's in store for them.

Best,
Leigh M. Johnson



**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com

---

**From:** Scott Geis <sgeis@cbu.edu>
**Sent:** Thursday, January 18, 2024 4:03 PM
**To:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Cc:** Juliette M. Paul <Juliette.Paul@cbu.edu>; James Aflaki <jaflaki@cbu.edu>; Ali Pourhashemi <apourhas@cbu.edu>; Benjamin R Jordan <ben.jordan@cbu.edu>
**Subject:** Faculty Review Committee Hearing with Dr. Leigh Johnson

Dear Dr. Johnson,

I write on behalf of the Faculty Review Committee to notify you that, due to an urgent Committee matter, we must reschedule your appeal hearing originally scheduled for January 19, 2024. The Committee has reserved time to meet with you next **Friday, January 26, 2024 at 4:30 p.m. via Teams.**

2

CBU-207

In preparing for the hearing, please be assured that the Committee members have carefully reviewed your written appeal. Thus, our time together next week will be your opportunity to provide whatever additional information or documents you believe will be helpful for the Committee to consider in reaching its decision. I note that we will be providing the same opportunity for President David Archer or his designee to meet with the Committee, separately, to provide relevant information for the Committee's consideration. Once the Committee completes its fact-gathering, it will issue a written recommendation regarding the resolution of your appeal to CBU's Board of Trustees consistent with Section 2.7.3.4 of the University's *Faculty Handbook*. As noted in the *Faculty Handbook*, the final decision regarding your appeal rests with the Board of Trustees.

Finally, please note that you may be accompanied to the hearing by an advisor of your choice, but that said individual may not actively participate in the hearing. If you intend to bring an advisor, please notify me of her/his name *no later than* close of business on **Monday, January 22, 2024**.

Faithfully and gratefully yours,

*Scott D. Geis*

Chair, Faculty Review Committee
Christian Brothers University
Memphis, Tennessee 38104

3

CBU-208

**Theresa P Jacques**

| | |
|---|---|
| **From:** | Leigh M Johnson |
| **Sent:** | Friday, January 19, 2024 3:56 PM |
| **To:** | Scott Geis |
| **Cc:** | Juliette M. Paul; James Aflaki; Ali Pourhashemi; Benjamin R Jordan |
| **Subject:** | RE: Faculty Review Committee Hearing with Dr. Leigh Johnson |

Dear Scott et al,

I am immensely disappointed, though not surprised, to learn that the Faculty Review Committee will (again) not be meeting to hear my case as scheduled.

I will be ready to discuss my case with the Committee on Friday, January 26, at 4:30pm, as I have been for the last month. To ensure that this is a **real** hearing date, I request that you send me a Teams invite immediately.

There is no requirement in the *Faculty Handbook* that necessitates my informing you who my "advisor of choice" is in advance. My advisor and I will be present at the required date and time, should the FRC actually convene on that date to meet with me.

Regards,
Leigh M. Johnson



**Dr. Leigh M. Johnson**
Associate Professor, Department of Religion and Philosophy
Christian Brothers University
Memphis, Tennessee
hotelbarpodcast.com

---

**From:** Scott Geis <sgeis@cbu.edu>
**Sent:** Thursday, January 18, 2024 4:03 PM
**To:** Leigh M Johnson <leigh.johnson@cbu.edu>
**Cc:** Juliette M. Paul <Juliette.Paul@cbu.edu>; James Aflaki <jaflaki@cbu.edu>; Ali Pourhashemi <apourhas@cbu.edu>; Benjamin R Jordan <ben.jordan@cbu.edu>
**Subject:** Faculty Review Committee Hearing with Dr. Leigh Johnson

Dear Dr. Johnson,

I write on behalf of the Faculty Review Committee to notify you that, due to an urgent Committee matter, we must reschedule your appeal hearing originally scheduled for January 19, 2024. The Committee has reserved time to meet with you next **Friday, January 26, 2024 at 4:30 p.m. via Teams**.

In preparing for the hearing, please be assured that the Committee members have carefully reviewed your written appeal. Thus, our time together next week will be your opportunity to provide whatever additional information or documents you believe will be helpful for the Committee to consider in reaching its decision. I note that we will be

1

CBU-209

providing the same opportunity for President David Archer or his designee to meet with the Committee, separately, to provide relevant information for the Committee's consideration. Once the Committee completes its fact-gathering, it will issue a written recommendation regarding the resolution of your appeal to CBU's Board of Trustees consistent with Section 2.7.3.4 of the University's *Faculty Handbook*. As noted in the *Faculty Handbook*, the final decision regarding your appeal rests with the Board of Trustees.

Finally, please note that you may be accompanied to the hearing by an advisor of your choice, but that said individual may not actively participate in the hearing. If you intend to bring an advisor, please notify me of her/his name *no later than* close of business on **Monday, January 22, 2024**.

Faithfully and gratefully yours,

*Scott D. Geis*

Chair, Faculty Review Committee
Christian Brothers University
Memphis, Tennessee 38104

2

CBU-210

Case 2:25-cv-02618-BCL-atc    Document 48-11    Filed 05/17/26    Page 155 of 162
PageID 576

**Go to Registration for CBU Summer Youth Art Camps 2026!**                    ×

MENU

RECENTERING FOR THE FUTURE: CBU ACTION PLAN ¬

# University Restructuring 10.25.23

IN THIS SECTION

Dear Members of the Campus Community:

As a part of our continuing effort to recenter Christian Brothers University for the future, I want to make you aware of important updates to our organizational structure that will accomplish $1 million in savings at the administrative level. This is a difficult but important step to address the Board of Trustees' directive to reduce salaries, wages, and benefits by $4 million over the next 18 months.

The restructuring will result in the elimination of nine (9) full-time positions and a streamlining of the organization overall by repositioning various areas of focus. Details of the changes are as follows:

⋆ Elimination of three (3) Vice President positions to include the VP of Strategy (12/31/2023), VP of Mission and Identity, and VP of Enrollment Management.

⋆ Four of the remaining five (4 of 5) VP level positions will be renamed and/or have new responsibilities.

⋆ The VP of Student Development and Campus Life will become VP of Student Flourishing, a role that will be served by Beth Gerl. This role will focus on our students as whole persons –

CBU-211

Case 2:25-cv-02618-BCL-atc    Document 48-11    Filed 05/17/26    Page 156 of 162
PageID 577

caring for their spiritual, emotional, and physical needs and development. Joining Beth's current team members in Student Development and Campus Life and Campus Safety will be our Campus Ministry and Community Engagement teams.

* Recognizing that Enrollment Management and Academics need to be better aligned to support our students, Dr. Lydia Rosencrants will serve as CBU's first Provost and VP of Academics.  Lydia will continue to oversee academic programs. Under her umbrella, the Library, Institutional Effectiveness, the Honors Program, the Registrar, CDI, Academic Support, and Partnerships will be overseen by our current AVP of Academics and Strategic Initiatives, Dr. Jack Hargett. Dr. Dan Harper will serve as the AVP of Enrollment Management and will lead the functions of Undergraduate and Graduate Admissions and International Initiatives.

* Financial Aid will now be reporting to the Executive Vice President of Finance and CFO.

* Marketing and Communications will be reporting to the Vice President of Advancement.

* Academics and Student Flourishing will now assume responsibilities formerly held by Global College and Student Success.

* Other departments impacted by the reorganization include Undergraduate Admissions, Operations, CDI, and the School of Engineering.

* Certain individuals within the administration will move to new areas of responsibility. Paul Haught will return to a faculty position, and Joey Preston will move to Major Gift Officer on the Advancement team. We thank Paul and Joey for their efforts and look forward to their contributions in their new roles.

To begin realizing savings and the new efficiencies created by this important process, all changes are effective immediately, unless otherwise noted. A new organization chart has been added to our website to help navigate these updates.

These changes are not made lightly because they impact people we care about – our colleagues and friends – and we thank them for their commitment to our students and our mission and wish them the very best on their journeys.  We are a caring community and I am grateful that you will care for those around you and be sensitive to their needs. This link provides access, through MyCBU, to resources that you can utilize or share with others

CBU-212

I also want to thank all of our staff in advance for working together to ensure a smooth transition. These changes will require people to take on additional work, and I appreciate everyone's willingness to support one another. We believe these changes will ensure closer alignment with our mission to enhance student learning and increase retention, while also focusing on creating effective and efficient working relationships that strengthen the integrity of CBU's programs and services.

As we continue to move toward the appropriate program and expenditure levels for our current and anticipated future financial situation, we remain committed to fostering an educational community that is committed to academic excellence, the betterment of society, and the care of God's creation. Thank you for your partnership as we work to support our shared mission to our students and our community.

Together and by association,

**Dave Archer**

*President of Christian Brothers University*

## Organization Chart

650 East Parkway South, Memphis, Tennessee 38104

(901) 321–3000

info@cbu.edu

CBU-213

Case 2:25-cv-02618-BCL-atc   Document 48-11   Filed 05/17/26   Page 158 of 162
PageID 579

DIRECTORY

FOR THE MEDIA

CAREERS

LIBRARY

TOUR

© 2026 Christian Brothers University

COVID 19 Response

Accessibility

Title IX

Privacy Policy

CBU-214

REPORT OF THE CHRISTIAN BROTHERS UNIVERSITY RETRENCHMENT COMMITTEE

October 26, 2023

This report is intended for the President of Christian Brothers University. The Committee understands that portions of this report may be distributed, but requests the allocation of faculty positions per department be limited to the President.

In response to the declaration of financial exigency, Christian Brothers University Board of Trustees commissioned a Retrenchment Committee. The Committee was established as outlined in the CBU Faculty Handbook and included representation from faculty, staff, campus departments, and the Lasallian Christian Brothers.

The Retrenchment Committee was given the following charges on October 13, 2023:

Charge 1: Re-center our resources, people, and programs in a manner that is clearly mission-driven and designed to provide the outcomes that a CBU degree represents. Your work is meant to provide a new resource allocation model to provide a sustainable future for the University;

Charge 2: Restore fiscal integrity to our operating budget and align our institutional expenditures with our anticipated annual revenues;

Charge 3: Provide appropriate communication to the University Community.

The Retrenchment Committee met from October 13 to October 26, 2023. Voting members of the Committee are as follows:

Dr. Jennifer Hitt, Chair
Dr. Tawny LeBouef Tullia, Vice-Chair
Dr. Andrew Assadollahi
Dr. Tracie Burke
Dr. Pamela Church
Dr. Faris Malhas
Dr. John Malmo
Dr. James Moore
Dr. Randel Price
Dr. Anthony Trimboli
Dr. John Varriano
Dr. James Wallace
Dr. Jennifer Weske

Non-voting members of the Committee membership are as follows:

Ronald Brandon
Robert Carter
Beth Gerl
Dr. John Hargett
Lisa Manning

CBU-215

Christopher Parker
Dr. Lydia Rosencrants
Brother Thomas Sullivan
Amy Ware

The Retrenchment Committee process involved a thorough and structured approach to address the need for workforce reduction. The process began with a comprehensive review of the CBU's financial health, resources, and operational requirements, which necessitated the difficult decision to reduce our full-time faculty workforce. The Committee carefully identified positions for retrenchment, considering various criteria such as student enrollment in programs, credit hour production per school and department, class size and capacity, employment outcomes, the vision communicated by the President, and the charges to the Committee.

The Committee's work did not end with the retrenchment recommendation. It identified programs that potentially may close or pause due to retrenchment. It also made recommendations for the University's future financial viability, including strategies for further cost-saving measures beyond faculty reduction.

This process was characterized by collaboration, empathy, and a dedication to maintaining the financial integrity of our University. The Retrenchment Committee's actions were guided by a commitment to fairness, respect, and professionalism throughout every phase of this challenging endeavor. All decisions and recommendations were made by anonymous majority votes by voting members only, with input from non-voting members.

This report presents the recommendations of the Committee to address the critical issues of workforce downsizing and the long-term sustainability of Christian Brothers University.

The Retrenchment Committee has identified 26 faculty positions for potential non-reappointment. The recommended allocation is as follows with the understanding this allocation may change during the remaining steps in the process:

CBU-216

| School of Arts | Behavioral Sciences | 2 |
| | Education | 1 |
| | History & Political Science | 2 |
| | Literature and Language | 5 |
| | Religion & Philosophy | 3 |
| | Visual Arts | 2 |
| | School Total | 15 |
| School of Business | Economics | 1 |
| | Management | 0.5 |
| | Management Information Systems | 1 |
| | School Total | 2.5 |
| School of Sciences | Chemistry | 1 |
| | Computer Sciences | 1 |
| | Math | 1 |
| | Nursing | 1 |
| | Physics | 1 |
| | School Total | 5 |
| School of Engineering | Chemical Engineering | 1 |
| | Engineering Management/Packaging | 1 |
| | Engineering Tech/Construction Management | 1 |
| | Mechanical Engineering | 0.5 |
| | School Total | 3.5 |
| **TOTAL RECOMMENDED POSITIONS ELIMINATED** | | **26** |

The above recommendation was approved by a vote of 12-0.

The Retrenchment Committee acknowledges if faculty positions are eliminated as outlined above, the following programs may need to be eliminated or paused:

| School of Arts | Applied Psychology |
| | Art Therapy |
| | Creative Writing |
| | English |
| | Neuroscience-Temporary Pause |
| | Philosophy |
| | Political Science |
| | Politics and Law |
| | Studio Arts |
| School of Business | Management Information Systems |
| | Information Security and Analytics-Temporary Pause |
| School of Sciences | Chemistry |
| | Ecology |
| | Physics |
| School of Engineering | Engineering Physics |
| | Engineering Technology-Temporary Pause |
| | Packaging |

CBU-217

The Retrenchment Committee recommends the following cost saving measures:

a. Review structure and function of Schools and Departments for possible consolidation (Approved 8-4);
b. Review Graduate School structure and positions (Approved 12-0);
c. Early elimination of two Physician Assistant Program faculty in June 2024 (Approved 12-0);
d. Review current software products and licenses (e.g., Starfish, RIZE, and Taskstream) (Approved 12-0);
e. Investigate cost saving measures related to building leases (i.e., Crosstown and the HSCI Building) (Approved 11-1);
f. Return chair release time to 2019 levels (Approved 8-4);
g. Review other release time (Approved 11-1);
h. Review stipends (Approved 9-3).

In conclusion, the Retrenchment Committee acknowledges the challenges and difficult recommendations that have been made throughout this process. The Committee is grateful for the dedication and cooperation of all Committee members, administration, and stakeholders who have contributed to this process.

Submitted by,

Jennifer Hitt, Committee Chair

CBU-218