# EXHIBIT K

"Incident Report" (Case # 2024-00044) concerning April 26, 2024 events,
produced by Defendant on May 8, 2026



**Christian Brothers University**
**USER GROUP -**

Case Report

Reported By:  **DIRECTOR JOHN LOTRIONTE**

| Incident Types Label | Offender | Incident Disposition |
|---|---|---|
| **[IMPORTED] : INFORMATION ONLY REPORT** | | **INFORMATION ONLY REPORT** |

| Report Disposition | Method of Reporting |
|---|---|
| **CLOSED** | |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| **04/26/2024 at 10:37 AM** | **04/26/2024 at 11:30 AM** | **04/26/2024 at 10:37 AM** |

| Location | Specific Location |
|---|---|
| **[IMPORTED] : ROSA DEAL SCHOOL OF ARTS BLDG** | **ROOM 209** |

| Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|
| **DIRECTOR JOHN LOTRIONTE** | **YES** |

Report Synopsis/Overview

**Respond to Rosa Deal on a complaint.**

```
   List of contacts in this report
```

| | | |
|---|---|---|
| **THOMAS, RYAN** | **CBU POLICE LIEUTENANT** | **2024-00044** |
| **LOTRIONTE, JOHN** | **DIRECTOR POLICE SERVICES** | **2024-00044** |
| **JOHNSON, LEIGH** | **FACULTY** | **2024-00044** |
| **BRANDON, RON** | **OTHER** | **2024-00044** |
| **GERL, BETH** | **OTHER** | **2024-00044** |
| **TULLIN, TAWNY** | **OTHER** | **2024-00044** |

```
           Contact # 1   (FACULTY)
```

| Full Name | SSNumber |
|---|---|
| **LEIGH M JOHNSON** | **899085084** |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | | **LJOHNS44@CBU.EDU** |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | **FEMALE** | **W - WHITE** |

```
           Phones :
```
**(WORK) 9013213382**

```
           Contact # 2   (OTHER)
```

| Full Name | SSNumber |
|---|---|
| **RON  BRANDON** | |

| Prepared By: | | Submitted Date |
|---|---|---|
| DIRECTOR JOHN LOTRIONTE(JLOTRIONTE) | | |
| **Signature** | | **Reviewed By/Date** |

**Phones :**

(N/A) 901-831-7621

## Contact # 3   (OTHER)

| Full Name | SSNumber |
|---|---|
| BETH RENE GERL | 899477044 |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | IL | BGERL@CBU.EDU |

**Phones :**

(CELL) 4435705625

## Contact # 4   (OTHER)

| Full Name | SSNumber |
|---|---|
| TAWNY LEBOUEF TULLIN | 899439384 |

## Contact # 5   (DIRECTOR POLICE SERVICES)

| Full Name | SSNumber |
|---|---|
| JOHN  LOTRIONTE | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| | | MALE | W - WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| | | BRO - BROWN | |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| | | 650 EAST PARKWAY SOUTH | | |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| MEMPHIS | TN | 38104 | | [IMPORTED |

**Phones :**

(N/A) 9016067051, - ([IMPORTED]) (901)321-3550

### Other Id Numbers

| Id Type | ID Number |
|---|---|
| INTERNAL TRACKING | |

## Contact # 6   (CBU POLICE LIEUTENANT)

| Full Name | SSNumber |
|---|---|
| RYAN  THOMAS | 899483697 |

**Phones :**

| Prepared By: | | Submitted Date |
|---|---|---|
| DIRECTOR JOHN LOTRIONTE(JLOTRIONTE) | | |

| Signature | Reviewed By/Date |
|---|---|
| | |

**(N/A) 901-603-8119**

| Prepared By: | | Submitted Date |
|---|---|---|
| DIRECTOR JOHN LOTRIONTE(JLOTRIONTE) | | |
| **Signature** | | **Reviewed By/Date** |
| | | |

**Digital Media List**

**Digital Media # 1**

Title | Description



Dr. Leigh M. Johnson
@DrLeighMJohnson

Starting my final week in the classroom tomorrow. It's been a good 20yr run and I think I made a positive impact on at least a few hundred students' lives.

Plan on going out with a bang.

4:19 PM · 21 Apr 24 · 2,004 Views

**Narrative text**

Narrative text On Friday, April 26th at 1037 AM, Lt T. Ryan was called to Rosa Deal #209 to meet with university VP Beth Gerl, Dean T. Tullia, VP Ron Brandon and Provost L. Rosencrants. Upon arrival, Lt. Ryan was informed that VP R. Brandon was going to meet with faculty member Dr. L. Johnson regarding a post on social media on her X account. The post had been brought to the attention of other university faculty, who informed Dean Tullia. Lt. Ryan went into the Dean's

| **Prepared By:** | | **Submitted Date** |
| --- | --- | --- |
| DIRECTOR JOHN LOTRIONTE(JLOTRIONTE) | | |
| **Signature** | | **Reviewed By/Date** |

Case # : 2024-00044

office with Ron Brandon and met with Dr Leigh Johnson. Dr. Johnson was visibly agitated about being brought into the office from her class. VP Brandon asked if she wanted someone else to join the meeting. She refused to sit at the table after being instructed by Ron Brandon to sit down in addition to stating "Is this about my Reddit comment?" Ron Brandon then asked Dr. Johnson about her social media post and what she meant by going "out with a bang." Dr. Johnson stated that it was just a common phrase used. Ron Brandon asked for more explanation, and Dr. Johnson became more agitated. She continued to state that she had a class to teach: " You can search my car and my bag." She then further stated she would return after she finished her class, turned and left the office. Chief Lotrionte arrived shortly after Dr. Johnson departed from the room, where he met VP: Beth Gerl, Dean Tullia, and Lydia Rosencrantz in the outer office of RM#290. Ron Brandon was on the telephone in the inner office at that time. After several minutes, Ron Brandon finished his phone call, and Beth Gerl and Chief Lotrionte entered the inner office. Ron Brandon stated that Dr. Johnson was returning to RM#209 to teach her class, and would meet with him again after her class concluded.  Ron Brandon requested that Chief Lotrionte be present for the follow-up meeting with Dr. Johnson.   Beth Gerl and Chief Lotrionte exited the Office and stepped into the hallway to wait for the next meeting. While standing in front of the restrooms on the second-floor hall, Chief Lotrionte was looking at his phone when a male student said, " You don't need to be here. She is not a threat." Chief Lotrionte replied, "OK. Thank you." After a few minutes, Dr. Johnson approached Chief Lotrionte, visibly irritated, stating, "Can you believe this! I want you to come into this meeting with me!" Chief Lotrionte then followed Dr. Johnson into the inner office of RM#209 where Ron Brandon was sitting at the table. Chief Lotrionte sat down at the table and Dr. Johnson remained standing. Ron asked her to please have a seat, and she aggressively stated, "No. I will stand!" Dr. Johnson was immediately hostile and on the offensive. Ron asked Dr. Johnson to explain the post on social media further, and she replied, "What wasn't clear?!" Ron explained he had an obligation to inquire and assess the social media posts for the campus community's safety. Dr. Johnson became more agitated and rambled about the situation being  ridiculous. Chief Lotrionte advised Dr. Johnson to stay calm and take a deep breath. Dr. Johnson then stated something to the effect that "I told them that they could search my bag and my car!" She then turned and left the office.

| Prepared By: | | Submitted Date |
|---|---|---|
| DIRECTOR JOHN LOTRIONTE(JLOTRIONTE) | | |
| **Signature** | **Reviewed By/Date** | |
| | | |