UTI01.10003

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

      Plaintiff,

v.                                  Civil Action No.: 2:25-cv-02618-BSL-atc

CHRISTIAN BROTHERS UNIVERSITY,

      Defendant.

**CHRISTIAN BROTHERS UNIVERSITY'S
MOTION FOR STATUS CONFERENCE AND
INCORPORATED MEMORANDUM OF LAW IN SUPPORT OF SAME**

Defendant, Christian Brothers University ("CBU"), by and through its counsel, moves this Court for a status conference to discuss the current status of this case and the difficulties the parties have had, specifically as it relates to meet-and-confers. In support of its motion, CBU states as follows:

1.      This action was filed on June 17, 2025. (ECF No. 2.)

2.      Since then, several motions have been filed, and this Court has entered several orders.

3.      Throughout the life of this case, the undersigned has made numerous attempts to discuss contested issues with Plaintiff.

4.      Plaintiff refuses to communicate via telephone or video conference, asserting her status as a pro se plaintiff as a justification to solely communicate in writing.

5.      Plaintiff frequently sends very lengthy e-mails and letters that take significant time to review and respond to, especially when all responses must be in writing per Plaintiff's request.

6.      Some of these correspondences are difficult to decipher what Plaintiff is referring to or seeking, and the undersigned believes communicating verbally may clear up these misunderstandings, expedite addressing issues raised by Plaintiff, and avoid involving the Court unnecessarily.

7.      The undersigned has explained this to Plaintiff on numerous occasions and she refuses to reconsider her position to only communicate in writing.

8.      Most recently, the Court entered an Order on several pending motions.  (See ECF No. 43.)

9.      In that order, the Court ordered the parties to meet and confer on and submit a joint proposed protective order.  (See id. at PageID 282.)

10.      The parties have had to communicate exclusively in writing at Plaintiff's insistence. That process has taken over ten days to complete and come to an agreement.

11.      Plaintiff also recently sent the undersigned over twenty (20) pages to address alleged discovery deficiencies.  It took several hours to read, decipher, analyze, and draft a written response to Plaintiff's correspondence.

12.      The undersigned has attached examples of the most recent correspondence between the parties at **Exhibit A**.

13.      Given the amount of time and expense that is being spent on this case responding, in writing, to Plaintiff's many emails and letters, the undersigned respectfully requests that the Court set a status conference to address how the parties can most effectively and meaningfully engage in meet-and-confers on the issues that have and will arise throughout the course of discovery.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By:  s/Stephen W. Vescovo
STEPHEN W. VESCOVO (7246)
JAMIE GIBBER    (39552)
2900 One Commerce Square
40 S. Main ST.
Memphis, TN  38103
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com
*Attorneys for Defendant*
*Christian Brothers University*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), I hereby certify that on May 8, 2026, I attempted to confer with Plaintiff Dr. Leigh Johnson regarding the relief requested in this Motion.  I e-mailed Plaintiff advising of the issues raised in this motion and that I thought it would be best to request a status conference with the Court.  I sent Plaintiff a copy of the instant motion on May 12, 2026, to consult regarding her position on the motion.

Plaintiff advised she does not oppose the Court's exercise of its case-management authority and does not oppose a status conference.  Plaintiff objected to the characterization of the parties' meet and confer history as set forth herein and reserved the right to address those characterizations in any response or at a conference.

s/*Stephen w. Vescovo*
STEPHEN W. VESCOVO (7246)

3

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 19th day of May, 2026, a copy of the foregoing pleading has been delivered to the following by email:

Dr. Leigh M. Johnson
drleighmjohnson@gmail.com
*Pro se Plaintiff*

s/Stephen w. Vescovo
STEPHEN W. VESCOVO (7246)

4910-8757-4442

4