**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **DR. LEIGH M. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case 2:25-cv-2618-MSN-atc** |
| | ) | |
| **CHRISTIAN BROTHERS UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR STATUS CONFERENCE**

Before the Court by order of reference[1] is Defendant Christian Brothers University's ("CBU") Motion for Status Conference, filed May 19, 2026. (ECF No. 49.) Plaintiff Dr. Leigh M. Johnson does not oppose CBU's request for a status conference. (ECF No. 49, at 3.)

The Motion indicates that Johnson insists on communicating exclusively in writing. (*Id.* at 2.) CBU believes communicating verbally would allow the parties to proceed more efficiently and "avoid involving the Court unnecessarily." (*Id.*)

For good cause shown, CBU's Motion is GRANTED. The Court will hold a status conference to discuss the issues set forth in the Motion on June 15, 2026, at 2:00 p.m. The parties should also be prepared to discuss Johnson's pending Motion to Compel (ECF No. 48).

SO ORDERED this 21st day of May, 2026.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.