UTI01.10003

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

     Plaintiff,

vs.                                                    Case No.: 2:25-cv-02618-MSN-atc

CHRISTIAN BROTHERS UNIVERSITY,

     Defendant.

_____

## NOTICE OF APPEARANCE

_____

Comes now Jamie Gibber of the law firm of Lewis Thomason, P.C., and enters her

appearance as additional counsel for Defendant, Christian Brothers University.

          Respectfully submitted,

          **LEWIS THOMASON, P.C.**

          *s/ Jamie M. Gibber*
          STEPHEN W. VESCOVO (#007246)
          JAMIE M. GIBBER (#039552)
          40 South Main Street, Suite 2900
          Memphis, TN  38103-5529
          (901) 525-8721
          svescovo@lewisthomason.com
          jgibber@lewisthomason.com

          *Attorneys for Defendant, Christian Brothers*
          *University*

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June, 2026, a copy of the foregoing pleading has been delivered to Plaintiff via the Court's electronic filing system.

          s/*Jamie M. Gibber*
          JAMIE M. GIBBER (39552)

4922-4416-7857