UTI01.10003

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

      Plaintiff,

v.                                                                    Civil Action No.: 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

      Defendant.

### JOINT MOTION TO EXTEND SCHEDULING DEADLINES

Plaintiff, Dr. Leigh M. Johnson ("Plaintiff"), and Defendant, Christian Brothers University ("Defendant") (collectively, the "Parties"), respectfully submit this Joint Motion to Extend Scheduling Deadlines set forth in the Scheduling Order (ECF No. 28.)  For cause, the Parties would state as follows:

1. On June 17, 2025, Plaintiff filed her Complaint.  (ECF No. 2.)

2. On December 11, 2025, the Court entered a Scheduling Order governing the deadlines in this case.  (ECF No. 28.)

3. The Parties are in the midst of conducting discovery.  Plaintiff propounded an initial set of discovery requests consisting of Requests for Admissions and Requests for Production in March.  Plaintiff then subsequently propounded a set of Interrogatories on April 1, 2026.

4. Defendant requested an extension on its responses to the Interrogatories due to Defendant's counsel being out of the country.  Plaintiff agreed to the extension through June 12, 2026.

5.    In light of the extension on the Interrogatory responses, Plaintiff requested an extension on her expert disclosure deadline, to allow her expert adequate time to review all of the documents obtained during discovery.  Defendant does not oppose that request.

6.    The Parties conferred regarding the impact of the requested extensions on the remaining scheduling order deadlines and have agreed to extend all of the remaining deadlines by sixty (60) days to ensure the Parties can meet all of the scheduling deadlines.

7.    The Parties would respectfully request that the deadlines set forth in the Scheduling Order (ECF No. 28) be extended as follows:

Completing All Discovery:  August 10, 2026 to October 9, 2026

(a) Written Discovery and Document Production: July 10, 2026 to September 10, 2026

(b) Depositions:  August 10, 2026 to October 9, 2026

Expert Witness Disclosures:

(a) Disclosure of Plaintiff's Rule 26(a)(2) Expert Information;  June 10, 2026 to August 10, 2026

(b) Disclosure of Defendant's Rule 26(a)(2) Expert Information:  July 10, 2026 to September 10, 2026

(c) Expert Witness Depositions:  August 10, 2026 to October 9, 2026

Supplementation Under Rule 26(e)(1):    August 10, 2026 to October 9, 2026

Motions to Exclude Experts/*Daubert* Motions:    September 10, 2026 to November 10, 2026

Filing Dispositive Motions:    September 10, 2026 to November 10, 2026

8.    The parties assert that good cause does exist to extend the deadlines. The Parties

2

have been engaging in written discovery.  Prior to doing so, the Parties had to engage in extensive motion practice regarding the entry of a protective order. The Parties are continuing to address discovery-related issues, which delays the Parties' ability to meet the remaining scheduling order deadlines.

Based upon the foregoing, the Parties respectfully request that this Joint Motion be granted. The Parties are submitting a Proposed Order to the appropriate ECF mailbox contemporaneously with this filing.

Respectfully submitted this 9th day of June, 2026.

Respectfully submitted,

*s/Dr. Leigh M. Johnson*
Dr. Leigh M. Johnson
1492 Newton Street NW, Apt. A
Washington, DC 20010
(901) 679-5937
drleighmjohnson@gmail.com
*Pro se Plaintiff*


**LEWIS THOMASON, P.C.**

By: *s/Jamie M. Gibber*
STEPHEN W. VESCOVO (7246)
JAMIE GIBBER  (39552)
2900 One Commerce Square
40 S. Main St.
Memphis, TN  38103
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com
*Attorneys for Defendant*


4908-9477-5731

3