UTI01.10003

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

_____

DR. LEIGH M. JOHNSON,

     Plaintiff,

vs.                                                                 Case No.: 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

     Defendant.

_____

**DEFENDANT CHRISTIAN BROTHERS UNIVERSITY'S**
**MOTION FOR PROTECTIVE ORDER**

_____

Defendant, Christian Brothers University ("CBU"), by and through its counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully requests that the Court enter a protective order limiting the scope of discovery, forbidding Plaintiff from issuing additional requests for production on the same topics already requested, and relieving CBU from any obligation to respond to the cumulative and duplicative discovery requests in the Second Set. In support of this Motion, CBU relies on the Memorandum of Law filed simultaneously with this Motion. A proposed order is being submitted to the appropriate ECF mailbox contemporaneously with the filing of this Motion.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By: _s/Stephen W. Vescovo_
STEPHEN W. VESCOVO (#007246)
JAMIE M. GIBBER (#039552)
40 South Main Street, Suite 2900
Memphis, TN  38103-5529
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com

*Attorneys for Defendant, Christian Brothers University*

## CERTIFICATE OF CONSULTATION

The undersigned counsel certifies that he attempted to consult with Plaintiff, Dr. Leigh Johnosn, via telephone on Friday, June 12, 2026, as to the issues requested by this Motion. Dr. Johnson has previously refused to communicate telephonically, despite the undersigned advising that this is the most efficient and meaningful way for the parties to resolve pending issues, particularly when the issues involve discovery issues. From the undersigned's perspective, it is impossible to confer in good faith with the Plaintiff without being able to discuss the issues in real-time. The undesigned followed up with an email to Dr. Johnson, but Dr. Johnson has not yet responded.

*s/Stephen W. Vescovo*
STEPHEN W. VESCOVO (#007246)

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June, 2026, a copy of the foregoing pleading has been delivered to the following via email:

Dr. Leigh M. Johnson
1492 Newton Street NW, Apt. A
Washington, DC 20010
(901) 679-5937
drleighmjohnson@gmail.com
*Pro se Plaintiff*

s/*Stephen W. Vescovo*
STEPHEN W. VESCOVO (7246)

4897-0783-8132

2