UTI01.10003

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

      Plaintiff,

vs.                                                                  Case No.: 2:25-cv-02618-MSN-atc

CHRISTIAN BROTHERS UNIVERSITY,

      Defendant.

**NOTICE OF SERVICE OF DEFENDANT CHRISTIAN**
**BROTHERS UNIVERSITY'S DISCOVERY RESPONSES**

Defendant, Christian Brothers University, by and through its counsel, hereby gives notice that it served responses to Plaintiff's First Set of Interrogatories and Supplemental Answers to Plaintiff's First Requests for Admission on Plaintiff on June 12, 2026.

      Respectfully submitted,

      **LEWIS THOMASON, P.C.**

      *s/ Stephen W. Vescovo*
      STEPHEN W. VESCOVO (#007246)
      JAMIE M. GIBBER (#039552)
      40 South Main Street, Suite 2900
      Memphis, TN  38103-5529
      (901) 525-8721
      svescovo@lewisthomason.com
      jgibber@lewisthomason.com

      *Attorneys for Defendant, Christian Brothers*
      *University*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2026, a copy of the foregoing pleading has been delivered to the following via email:

Dr. Leigh M. Johnson
1492A Newton Street NW
Washington, DC 20010
drleighmjohnson@gmail.com
*Pro se Plaintiff*

*s/Stephen W. Vescovo*
STEPHEN W. VESCOVO

4911-1937-2212