UTI01.10003

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

DR. LEIGH M. JOHNSON,

      Plaintiff,

vs.                                    Case No.: 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

      Defendant.
_____

**NOTICE OF SERVICE OF DEFENDANT CHRISTIAN BROTHERS
UNIVERSITY'S FIRST SET OF DISCOVERY TO PLAINTIFF
AND SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY**
_____

      Defendant, Christian Brothers University, by and through its counsel, gives notice that it served the following on Plaintiff this the 8th day of July, 2026:

1. Defendant CBU's First Requests for Admission to Plaintiff;

2. Defendant CBU's First Set of Interrogatories to Plaintiff;

3. Defendant CBU's First Set of Requests for Production of Documents to Plaintiff;

4. Defendant CBU's Supplemental Responses to Plaintiff's First Requests for Production of Documents;

5. Defendant CBU's Supplemental Answers to Plaintiff's First Set of Interrogatories;

6. Defendant CBU's Second Supplemental Answers to Plaintiff's First Requests for Admissions;

7. Defendant CBU's Privilege Log; and

8. Defendant CBU's Document Production via OneDrive link, consisting of:

    a.   CBU 001 – CBU 1422, and

    b.   "Leigh Johnson Voicemail 01.08.24.m4a.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

*s/ Stephen W. Vescovo*
STEPHEN W. VESCOVO (#007246)
JAMIE M. GIBBER (#039552)
40 South Main Street, Suite 2900
Memphis, TN  38103-5529
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com

*Attorneys for Defendant, Christian Brothers
University*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 8th day of July, 2026, a copy of the foregoing pleading has been delivered to the following via email:

Dr. Leigh M. Johnson
1492A Newton Street NW
Washington, DC 20010
drleighmjohnson@gmail.com
*Pro se Plaintiff*

*s/Stephen W. Vescovo*
STEPHEN W. VESCOVO

4935-9042-1180