UTI01.10003

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

Plaintiff,

vs. Case No.: 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

Defendant.

**DEFENDANT CHRISTIAN BROTHERS UNIVERSITY'S RENEWED MOTION FOR PROTECTIVE ORDER**

Defendant, Christian Brothers University ("CBU"), by and through its counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully requests that the Court enter a protective order limiting the scope of discovery, forbidding Plaintiff from issuing additional requests for production on the same topics already requested, and relieving CBU from any obligation to respond to the cumulative, duplicative, and overly burdensome discovery contained in the Plaintiff's Second Set of Requests for Production of Documents. In support of this Motion, CBU relies on the Memorandum of Law filed simultaneously with this Motion. A proposed order is being submitted to the appropriate ECF mailbox contemporaneously with the filing of this Motion.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By: *s/Stephen W. Vescovo*
STEPHEN W. VESCOVO (#007246)
JAMIE M. GIBBER (#039552)
40 South Main Street, Suite 2900
Memphis, TN 38103-5529
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com

*Attorneys for Defendant, Christian Brothers University*

**CERTIFICATE OF CONSULTATION**

Following the June 15, 2026, status conference with the Court, the Parties held a one-hour telephone conference on June 24, 2026, regarding the discovery issues presented in Plaintiff's previously filed Motion to Compel (at ECF No. 48). CBU agreed to produce additional documents by July 8, 2026. In the meantime, Plaintiff agreed to conditionally suspend the June 26, 2026, deadline for CBU to respond to Plaintiff's Second Set of Requests for Production. On July 8, 2026, CBU produced an additional 1,181 documents, in addition to the documents it had already produced. On July 10, 2026, Plaintiff advised that she was not satisfied with the production and requested that we provide responses to Plaintiff's Second Set of Requests for Production by July 15, 2026, contending the court had denied the Defendant's Motion for Protective Order and therefore the responses were now past due. The Parties held another one-and-a-half-hour telephone conference on July 13, 2026, regarding the remaining discovery disputes. The Parties could not come to an agreement on the issues set forth in this Motion.

*s/Stephen W. Vescovo*
STEPHEN W. VESCOVO (#007246)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2026, a copy of the foregoing pleading has been delivered to the following via email:

Dr. Leigh M. Johnson
1492 Newton Street NW, Apt. A
Washington, DC 20010
(901) 679-5937
drleighmjohnson@gmail.com
*Pro se Plaintiff*

s/*Stephen W. Vescovo*
STEPHEN W. VESCOVO (7246)

4936-7959-8781