**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

DR. LEIGH M. JOHNSON,
Plaintiff,

v. Civil Action No. 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,
Defendant.

---

## PLAINTIFF'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv) and Local Rule 26.1(b), Plaintiff moves to compel Defendant Christian Brothers University to produce documents responsive to Plaintiff's First Set of Requests for Production, served March 25, 2026. This Motion renews the document-production relief sought in ECF No. 48, which the Court denied without prejudice. (ECF No. 58.) It does not renew the Rule 36(a)(6) relief sought in ECF No. 48. As ordered in ECF No. 58, the parties have since conferred orally on three occasions and are at an impasse.

Plaintiff seeks an order:

1. Compelling production, by September 4, 2026, of documents responsive to Request Nos. 4, 5, 7, 8, 9, 10, 11, 12, 15, 20, and 23 of Plaintiff's First Set of Requests for Production, including all documents CBU stated it would produce upon entry of a protective order or upon further search, and requiring that, for any Request as to which CBU contends no responsive documents exist, CBU state so in writing, by Request number;

2. Compelling production of spreadsheets in native format and of emails with attachments and family relationships intact, as Rule 34(b)(2)(E) and Plaintiff's Production Instruction No. 6 require;

3. Compelling a privilege log compliant with Rule 26(b)(5)(A), including as to the material redacted from the document formerly produced as CBU-067;

4. Directing CBU to re-serve its complete production of record, including its privilege log, by durable electronic means, its prior file-transfer link having expired;

5. Providing that responses to all pending and outstanding written discovery comply with Rule 34(b)(2)(B)–(C), and that failure to comply with the Court's order will subject CBU to sanctions under Rule 37(b)(2)(A);

6. Waiving, for any Plaintiff motion arising from Defendant’s non-production or deficient production of responses due September 10, 2026, the prior-oral-conferral requirement imposed by ECF No. 58; and

7. Setting a joint status report regarding compliance on or about September 15, 2026.

The grounds for this Motion are stated in the accompanying Memorandum of Facts and Law and Exhibits 1 through 9. A proposed order accompanies this Motion and has been transmitted to the Court's ECF mailbox in word-processing format pursuant to Local Rule 7.2(a)(1)(A).

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B) and the Court's Order of June 15, 2026 (ECF No. 58), Plaintiff certifies that the parties conferred orally and in good faith regarding the relief sought in this Motion on three occasions: (1) June 24, 2026, by telephone, between Plaintiff, Stephen W.

Vescovo, and Jamie M. Gibber; (2) July 13, 2026, by telephone, between the same participants; and (3) August 10, 2026, by telephone, between Plaintiff and Mr. Vescovo. The conferrals addressed the deficiencies in CBU's responses to Plaintiff's First Set of Requests for Production. The June 24 conferral is documented in the parties' contemporaneous written exchange; Plaintiff served a written memorandum of the August 10 conferral on August 12, 2026. The parties were unable to reach an accord. On July 13, 2026, Mr. Vescovo stated: "[W]e're not gonna agree with your characterization of what's been produced and what hasn't been produced, so we've had that conference." On August 10, 2026, he confirmed: "[W]e're just not in agreement on it."

Respectfully submitted,

/s/ Leigh M. Johnson

Dr. Leigh M. Johnson
Plaintiff, pro se
1492 Newton Street NW, Apt. A
Washington, DC 20010
901-679-5937
drleighmjohnson@gmail.com

Dated: August 21, 2026

**CERTIFICATE OF SERVICE**

I certify that on August 21, 2026, a copy of the foregoing was served by email on counsel of record for Defendant: Stephen W. Vescovo (svescovo@lewisthomason.com) and Jamie M. Gibber (jgibber@lewisthomason.com), Lewis Thomason, P.C., 40 South Main Street, 29th Floor, Memphis, TN 38103.

/s/ Leigh M. Johnson