**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

DR. LEIGH M. JOHNSON,
Plaintiff,

v. Civil Action No. 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,
Defendant.

---

## INDEX OF EXHIBITS TO PLAINTIFF'S RENEWED MOTION TO COMPEL PRODUCTION OF DOCUMENTS

**Exhibit 1** Plaintiff's First Set of Requests for Production (served March 25, 2026)

**Exhibit 2** Defendant's Responses to Plaintiff's First Set of Requests for Production (served April 24, 2026)

**Exhibit 3** Email correspondence: J. Gibber summary of the June 24, 2026 conferral (June 24, 2026) and Plaintiff's response (June 26, 2026)

**Exhibit 4** Plaintiff's Memorandum of the August 10, 2026 Conferral, with transmittal email (served August 12, 2026)

**Exhibit 5** Email correspondence: Plaintiff to Defense counsel (July 10, 2026), with Defendant's inline responses (July 12, 2026)

**Exhibit 6** Letter of Stephen W. Vescovo to Plaintiff (May 8, 2026)

**Exhibit 7** Defendant's Privilege Log (served July 8, 2026)

**Exhibit 8** President Archer, "Retrenchment Committee Update 11.27.23," published November 27, 2023 (captured from CBU's website)

**Exhibit 9** Screenshot showing expired status of the file-transfer link by which Defendant served its production (ECF No. 59) (captured August 21, 2026)

Respectfully submitted,

/s/ Leigh M. Johnson
Dr. Leigh M. Johnson, Plaintiff, pro se
Dated: August 21, 2026