UTI01.10003

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

DR. LEIGH M. JOHNSON,

Plaintiff,

vs. Case No.: 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

Defendant.

---

**NOTICE TO TAKE DEPOSITION OF PLAINTIFF**

---

PLEASE TAKE NOTICE that Defendant, Christian Brothers University, by and through its counsel, will take the deposition of the Plaintiff, Dr. Leigh M. Johnson, on Wednesday, September 23, 2026, starting at 10:00 a.m., at the law office of Lewis Thomason, P.C., 40 S. Main St., Suite 2900, Memphis, Tennessee 38103, pursuant to the Federal Rules of Civil Procedure before an officer fully authorized to administer oaths. The deposition will be in-person and will continue from day-to-day until completed.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

*s/ Stephen W. Vescovo*
STEPHEN W. VESCOVO (#007246)
JAMIE M. GIBBER (#039552)
40 South Main Street, Suite 2900
Memphis, TN 38103-5529
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com

*Attorneys for Defendant, Christian Brothers University*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2026, a copy of the foregoing pleading has been delivered to the following via the Court's ECF system and via electronic mail:

Dr. Leigh M. Johnson
1492A Newton Street NW
Washington, DC 20010
drleighmjohnson@gmail.com
*Pro se Plaintiff*

*s/Stephen W. Vescovo*
STEPHEN W. VESCOVO