**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DR. LEIGH M. JOHNSON,
Plaintiff,

v. Civil Action No. 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,
Defendant.

---

**PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING MATERIALS OBTAINED BY SUBPOENA TO RHODES COLLEGE**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff moves for a protective order governing materials Defendant Christian Brothers University ("CBU") obtained by subpoena to Rhodes College, Plaintiff's former employer, without the notice Fed. R. Civ. P. 45(a)(4) requires. CBU concedes it did not serve Plaintiff with notice and a copy of the subpoena before serving it on Rhodes College, and the period in which Plaintiff could have moved to quash or narrow the subpoena expired before she knew it existed.

Plaintiff requests:

(1) An ORDER directing written confirmation from Defendant that the materials produced by Rhodes College in response to CBU's July 16, 2026 subpoena are designated CONFIDENTIAL under the Protective Order (ECF No. 45);

(2) An ORDER requiring that CBU shall not use, for any purpose in this litigation, the following categories of materials obtained via the Rhodes College subpoena: (a) any financial documents dated 2007–2014, including any document referencing Plaintiff's bank accounts, bank account information, or personal financial history, including checking account information, designated beneficiaries, insurance or automatic-withdrawal selections, and any other personal financial information preceding 2014; (b) any document containing the Social Security number, financial account or routing number, date of birth, or address history of Plaintiff or of any non-party to this case; (c) any material obtained by

the Rhodes College subpoena that CBU does not identify in writing as relevant to a specific claim or defense pleaded in this action; and (d) any internal Rhodes College personnel document that cannot be linked to a specific claim or defense pleaded in this action;

(3) An ORDER directing Defendant to destroy or return to Plaintiff all copies of the materials described in (2)(a)–(b) above, in whatever form maintained, including within Defendant's counsel's document-management system, and to serve on Plaintiff a written certification of destruction or return within fourteen (14) days of the Court's Order;

(4) An ORDER requiring that, to the extent Defendant intends to use any of the documents produced in response to the Rhodes College subpoena, Defendant first confer orally with Plaintiff to confirm its redactions of the materials as described in (2)(a)–(d) above; and

(5) An ORDER directing CBU to comply with Fed. R. Civ. P. 45(a)(4) before serving any further subpoena in this action.

The grounds for this Motion are stated in the accompanying Memorandum of Facts and Law and Exhibits 1 through 6. A proposed order accompanies this Motion and has been transmitted to the Court's ECF mailbox in word-processing format pursuant to Local Rule 7.2(a)(1)(A).

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.2(a)(1)(B) and the Court's Order of June 15, 2026 (ECF No. 58), Plaintiff certifies that the parties conferred orally and in good faith regarding the relief sought in this Motion by telephone on August 10, 2026, between Plaintiff and Stephen W. Vescovo, counsel for Defendant. The Rhodes College subpoena was the first subject on the agenda Plaintiff identified at the outset of the call. Plaintiff served a written memorandum of the conferral on August 12, 2026, and the parties exchanged written correspondence on August 14, 2026. The parties are unable to reach an accord on the matters presented.

Respectfully submitted,

/s/ Leigh M. Johnson
Dr. Leigh M. Johnson
Plaintiff, pro se
1492 Newton Street NW, Apt. A

Washington, DC 20010
901-679-5937
drleighmjohnson@gmail.com

Dated: August 27, 2026

**CERTIFICATE OF SERVICE**

I certify that on August 27, 2026, a copy of the foregoing was served by email on counsel of record for Defendant: Stephen W. Vescovo (svescovo@lewisthomason.com) and Jamie M. Gibber (jgibber@lewisthomason.com), Lewis Thomason, P.C., 40 South Main Street, 29th Floor, Memphis, TN 38103.

/s/ Leigh M. Johnson