**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

DR. LEIGH M. JOHNSON,

Plaintiff,

v. Case No. 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

Defendant.

---

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER SEQUESTERING RECORDS OBTAINED BY SUBPOENA TO RHODES COLLEGE AND BARRING THEIR USE ABSENT LEAVE OF COURT

---

| Exhibit | Description |
|---|---|
| **1** | Subpoena to Produce Documents, Information, or Objects issued by Defendant to Rhodes College, dated July 16, 2026, with Attachment A (commanding production of Plaintiff's personnel file) |
| **2** | Return of Service of the Rhodes College subpoena, reflecting service on Rhodes College on July 17, 2026 |
| **3** | Email from Stephen W. Vescovo to Plaintiff, dated August 7, 2026, transmitting fourteen documents produced by Rhodes College, without confidentiality designation |
| **4** | Email from Plaintiff to Defendant's counsel, dated August 8, 2026, providing notice of the Rule 45(a)(4) violation, identifying the sensitive personal and third-party information contained in the production, and requesting conferral |
| **5** | Email from Stephen W. Vescovo to Plaintiff, dated August 10, 2026, acknowledging the failure to provide Rule 45(a)(4) notice ("an oversight"), attaching the subpoena and return of service, confirming receipt of the production on August 5, 2026, and committing to future Rule 45(a)(4) compliance |
| **6** | Transcript of the August 10, 2026 conferral call between Plaintiff and Stephen W. Vescovo (4:38–5:10 p.m. Eastern) |
| **7** | Plaintiff's Memorandum Summarizing the August 10, 2026 Conferral Call, served on Defendant's counsel August 12, 2026 |

| Exhibit | Description |
| --- | --- |
| **8** | Plaintiff's written notice designating the Rhodes College production CONFIDENTIAL pursuant to the Bilateral Protective Order (ECF No. 45), dated [DATE], 2026 |
| **9** | Email from Stephen W. Vescovo to Plaintiff, dated August 14, 2026, declining to stipulate to any restriction on Defendant's use of the Rhodes College production |

Respectfully submitted,

/s/ Leigh M. Johnson
Dr. Leigh M. Johnson
Plaintiff, pro se
1492 Newton Street NW, Apt. A
Washington, DC 20010
(901) 679-5937
drleighmjohnson@gmail.com