**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DR. LEIGH M. JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case 2:25-cv-2618-BCL-atc** |
| | ) | |
| **CHRISTIAN BROTHERS UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER GRANTING MOTION TO EXPEDITE

Before the Court by order of reference[1] is Plaintiff Dr. Leigh M. Johnson's Motion for Expedited Consideration of her Motion for Protective Order Regarding the Place and Method of Plaintiff's Deposition, filed August 30, 2026. (ECF No. 67.) Though Defendant Christian Brothers University's ("CBU") deadline to respond to the Motion has not yet expired, the Court considers the Motion in advance of that deadline in light of the relief requested.

Johnson's Motion concerns one of her pending Motions for Protective Order (ECF No. 66). In that Motion for Protective Order, Johnson asserts that there is a "dispute regarding whether she must travel to Memphis, Tennessee, at her own expense and at the cost of her teaching obligations to do so." (*Id.* at 1.) Because CBU noticed her deposition for September 23, 2026, Johnson seeks expedited consideration of her Motion for Protective Order to avoid incurring travel expenses before the dispute is resolved. (ECF No. 67, at 1.) Alternatively, Johnson requests a short continuance of her deposition pending the Court's ruling. (*Id.*)

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States Magistrate Judge for management and for all pretrial matters for determination and/or report and recommendation as appropriate.

Johnson's Motion for Expedited Consideration is GRANTED. CBU is ORDERED to respond to Johnson's Motion for Protective Order (ECF No. 66) on or before Tuesday, September 8, 2026.

SO ORDERED this 1st day of September, 2026.

s/Annie T. Christoff
ANNIE T. CHRISTOFF
UNITED STATES MAGISTRATE JUDGE