LEWIS THOMASON

Suite 2900, One Commerce Square
40 S. Main Street
Memphis, TN 38103
T: (901) 525-8721 F: (901) 525-6722

**Steve W. Vescovo**
DL: (901) 577-6138
SVescovo@LewisThomason.com

July 8, 2026

***VIA EMAIL*** ***drleighmjohnson@gmail.com***

Dr. Leigh M. Johnson
1492 Newton Street NW, Apt. A
Washington, DC 20010

**Re:** ***Dr. Leigh M. Johnson v. Christian Brothers University***
**District Court for the Western District of Tennessee (Case No. 2:25-cv-02618-BCL-atc)**
**Our file # UTI01.10003**

---

Dear Dr. Johnson:

As discussed, we are supplementing our responses to the Requests for Production, as well as some of our responses to the Requests for Admission and Interrogatories.

In marking these additional documents, we discovered that some of the previously produced documents were mislabeled. We had previously produced documents CBU 001 – 057 and 058-241 with our initial disclosures on December 23, 2025. When we produced documents with our initial responses to the First Set of Requests for Production, those documents were mistakenly marked as 058-218 – overlapping with the prior production.

To make things easier and to work off one set of documents, we are correcting our prior production so that there are no duplicate numbers. To that end, we are producing CBU 001-1422 with the supplemental responses. We did make the following changes to the prior production:

- The original CBU-067 contained correspondence between CBU and my office, which is obviously protected under the attorney-client privilege and work-product doctrines. That disclosure was inadvertent. We have redacted the updated CBU-251.
- The documents previously produced at CBU-201 through CBU-205 were not in a readable format. Those documents have been fixed (and additional documents have been added) at CBU 402-405.

We have endeavored to update the numbering from the original responses in our supplemental responses, but if anything is unclear, please do not hesitate to reach out to Jamie or I.

We are also still waiting to hear from you about your availability in mid- to late-August for your deposition. Please advise at your earliest convenience.

Respectfully,

**LEWIS THOMASON, P.C.**

*Stephen W. Vescovo*

Enclosures

Cc: Jamie Gibber