LEWIS THOMASON

Suite 2900, One Commerce Square
40 S. Main Street
Memphis, TN 38103
T: (901) 525-8721 F: (901) 525-6722

**Steve W. Vescovo**
DL: (901) 577-6138
SVescovo@LewisThomason.com

July 16, 2026

***VIA EMAIL*** ***drleighmjohnson@gmail.com***

Dr. Leigh M. Johnson
1492 Newton Street NW, Apt. A
Washington, DC 20010

**Re:** ***Dr. Leigh M. Johnson v. Christian Brothers University***
**District Court for the Western District of Tennessee (Case No. 2:25-cv-02618-BCL-atc)**
**Our file # UTI01.10003**

---

Dear Dr. Johnson:

During our discovery conference on Monday, July 13, 2026, you advised that CBU had not produced one of the webpages with a Retrenchment Committee Update (the webpage entitled "Retrenchment Committee Update 11.27.23"). You were inquiring whether that was intentional or accidental, and – as advised – that was accidental. Even though you characterized it as the "only update" that we did not produce, upon reviewing our production it appears that we also did not include the webpage entitled "Retrenchment Committee Update 11.3.23." Per our discussion, we are supplementing our production with those documents (even though they are available on the public domain). Please see attached for CBU-1422-1428 for those documents.

Additionally, you advised that the Retrenchment Committee's final report was not included in our production. We told you that we would provide the bates numbers for the final report. The final report can be found at CBU 431-432. Any questions you have regarding the date on the final report and the date referenced in the Retrenchment Committee Update from November 27, 2023, would best be addressed at whatever depositions you intend to take in this matter.

Respectfully,

**LEWIS THOMASON, P.C.**

*Stephen W. Vescovo*

Enclosures
cc: Jamie Gibber