| COLL | DEPT | Instructor | Degree | Rank - Adjunct Status | Year of Last Promotion | Year of Original Appt. | Year of Tenure (G+7) | Years in Current Rank | Years Since FT Appt. | Years In Tenure | Eligible for Sabbatical Fall 2024? | Yr Last Sabbatical Taken | Becomes Eligible for Sabbatical in... | Notes | To find those el for years up to a out Non-Tenure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SC | NP | Knox, Nichole | DNP | AsstP | 2020 | 2020 | NA | 4 | 4 | Non-Tenure | No | | | | |
| BU | FEMIS | Li, Huiyang | MS | Instructor | 2021 | 2021 | NA | 3 | 3 | Non-Tenure | No | | | | |
| EN | GRENGR | Nair, Harichand | PhD | Instructor | 2022 | 2022 | NA | 2 | 2 | Non-Tenure | No | | | | |
| GC | GC | Rivera, Steve | MS | Instructor | 2016 | 2016 | NA | 8 | 8 | Non-Tenure | No | | | | |
| AR | EDUC | Rodgers, Christie M. | EdD | AsstP | 2021 | 2021 | NA | 3 | 3 | Non-Tenure | No | | | | |
| AR | EDUC | Salemi, Megan | EdD | AsstP | 2022 | 2022 | NA | 2 | 2 | Non-Tenure | No | | | | |
| SC | PAS | Schnuerer, Anthony P. | BA | AsstP | 2017 | 2014 | NA | 7 | 10 | Non-Tenure | No | | | | |
| SC | PAS | Smith, Todd | MSPAS | AssocP | 2022 | 2022 | NA | 2 | 2 | Non-Tenure | No | | | | |
| AR | EDUC | Terrell, Lavern | EdD | AssocP | 2016 | 2013 | NA | 8 | 11 | Non-Tenure | No | | | | |
| AR | EDUC | Thompson, Danny (Eddie) | EdD | AsstP | 2022 | 2022 | NA | 2 | 2 | Non-Tenure | No | | | | |
| BU | MM | Tillman, Joseph | MBA | AsstP | 2020 | 2021 | NA | 4 | 3 | Non-Tenure | No | | | | |
| SC | PAS | Tooley, Cherese W. | MD | AssocP | 2013 | 2013 | NA | 11 | 11 | Non-Tenure | No | | | | |
| SC | PAS | Tooley, Gary Blaine | DHSc | Prof | 2022 | 2011 | NA | 2 | 13 | Non-Tenure | No | | | | |
| SC | NP | Walker, Paula | DNP | AssocP | 2022 | 2022 | NA | 2 | 2 | Non-Tenure | No | | | | |
| EN | ME | Aflaki, James | PhD | Prof | 2012 | 1999 | 2006 | 12 | 25 | 18 | Yes | | | | |
| EN | ECE | Ahmad, Falih H. | PhD | Prof | 2018 | 2017 | 2019 | 6 | 7 | 5 | Yes | | | | |
| EN | CE | Assadollahi, Andrew K. | PhD | AssocP | 2018 | 2014 | 2019 | 6 | 10 | 5 | Yes | | | | |
| BU | FEMIS | Brandon, Daniel M. | PhD | Prof | 2002 | 1995 | 2002 | 22 | 29 | 22 | Yes | | | | |
| AR | BEH-SCI | Burke, Tracie L. | EdD | Prof | 2005 | 1997 | 2002 | 19 | 27 | 22 | Yes | | | | |
| AR | BEH-SCI | Campbell, Mary F. | PhD | AssocP | 2018 | 2011 | 2018 | 6 | 13 | 6 | Yes | | | | |
| BU | FEMIS | Claassen, Bjoern A. | PhD | AssocP | 2012 | 2008 | 2013 | 12 | 16 | 11 | Yes | | | | |
| SC | CHEM | Dawson, David P. | PhD | AssocP | 2006 | 2001 | 2006 | 18 | 23 | 18 | Yes | | | | |
| SC | MATH/CS | Diener, Andrew M. | PhD | AssocP | 2019 | 2001 | 2008 | 5 | 23 | 16 | Yes | | | | |
| AR | REL/PHIL | Fulmer, J. Burton | PhD | AssocP | 2012 | 2007 | 2015 | 12 | 17 | 9 | Yes | | | | |
| AR | REL/PHIL | Geis, Scott D. | PhD | Prof | 2017 | 2005 | 2010 | 7 | 19 | 14 | Yes | | | | |
| SC | MATH/CS | Grilli, Cathy W. | MA | Prof | 2003 | 1986 | 1994 | 21 | 38 | 30 | Yes | | | | |
| AR | LIT/LANG | Gross, Jeffrey T. | PhD | AssocP | 2016 | 2012 | 2017 | 8 | 12 | 7 | Yes | | | | |
| AR | VPAR | Hamner, Matthew | MFA | AssocP | 2017 | 2009 | 2016 | 7 | 15 | 8 | Yes | | | | |
| SC | BIOL | Henson, Jerad R. | PhD | AssocP | 2021 | 2017 | 2023 | 3 | 7 | 1 | Yes | | | | |
| SC | NP | Hitt, Jennifer M. | PhD | AssocP | 2017 | 2017 | 2024 | 7 | 7 | 0 | Yes | | | | |
| AR | BEH-SCI | James, M. Kelly | PhD | AssocP | 2019 | 2013 | 2019 | 5 | 11 | 5 | Yes | | | | |
| AR | REL/PHIL | Johnson, Leigh M. | PhD | AssocP | 2018 | 2014 | 2018 | 6 | 10 | 6 | Yes | | | | |
| AR | LIT/LANG | LeBouef Tullia, Tawny | PhD | AssocP | 2021 | 2017 | 2023 | 3 | 7 | 1 | Yes | | | | |
| AR | HIST/PS | Leib, Karl | PhD | Prof | 2022 | 2004 | 2010 | 2 | 20 | 14 | Yes | | | | |
| EN | CE | Malasri, Siripong | PhD | Prof | 1995 | 1988 | 1992 | 29 | 36 | 32 | Yes | | | | |
| BU | MM | Malmo, John R. | EdD | AssocP | 2021 | 2017 | 2021 | 3 | 7 | 3 | Yes | | | | |
| AR | REL/PHIL | Maloney, Philip J. | PhD | Prof | 2017 | 2000 | 2007 | 7 | 24 | 17 | Yes | | | | |
| EN | CE | McGinnis, R. Eugene | MS | AssocP | 2013 | 1988 | 1993 | 11 | 36 | 31 | Yes | | | | |
| SC | MATH/CS | McGuffee, James W. | PhD | Prof | 2016 | 2016 | 2016 | 8 | 8 | 8 | Yes | | | | |
| SC | CHEM | Merat, Dennis | PhD | AssocP | 2004 | 1998 | 2005 | 20 | 26 | 19 | Yes | | | | |
| SC | BIOL | Moore, James E. | PhD | Prof | 2021 | 2011 | 2017 | 3 | 13 | 7 | Yes | | | | |
| AR | BEH-SCI | O'Brien, Maureen E. | PhD | AssocP | 2010 | 2005 | 2011 | 14 | 19 | 13 | Yes | | | | |
| BU | FEMIS | Papachristou, Patricia T. | MBA | Prof | 1995 | 1980 | 1987 | 29 | 44 | 37 | Yes | | | | |
| AR | LIT/LANG | Paul, Juliette M. | PhD | AssocP | 2020 | 2016 | 2023 | 4 | 8 | 1 | Yes | | | | |
| AR | VPAR | Peña, Nicholas | MFA | AssocP | 2014 | 2010 | 2016 | 10 | 14 | 8 | Yes | | | | |
| EN | ChE/Bio | Pourhashemi, Ali | PhD | Prof | 2012 | 2000 | 2006 | 12 | 24 | 18 | Yes | | | | |
| EN | ChE/Bio | Price, Randel M. | PhD | AssocP | 2003 | 2003 | 2007 | 21 | 21 | 17 | Yes | | | | |
| AR | BEH-SCI | Sable, Jeffrey J. | PhD | Prof | 2021 | 2012 | 2016 | 3 | 12 | 8 | Yes | | | | |
| SC | MATH/CS | Salan, Serge | PhD | AssocP | 2021 | 2015 | 2021 | 3 | 9 | 3 | Yes | | | | |
| EN | ME | Shiue, Yeu-Sheng (Paul) | PhD | Prof | 2003 | 1992 | 1999 | 21 | 32 | 25 | Yes | | | | |
| AR | BEH-SCI | Taylor, Colby D. | PhD | AssocP | 2022 | 2016 | 2022 | 2 | 8 | 2 | Yes | | | | |
| SC | CHEM | Trimboli, Anthony R. | PhD | Prof | 2022 | 2011 | 2017 | 2 | 13 | 7 | Yes | | | | |

CBU 1414

| COLL | DEPT | Instructor | Degree | Rank - Adjunct Status | Year of Last Promotion | Year of Original Appt. | Year of Tenure (G+7) | Years in Current Rank | Years Since FT Appt. | Years In Tenure | Eligible for Sabbatical Fall 2024? | Yr Last Sabbatical Taken | Becomes Eligible for Sabbatical in… | Notes | To find those el for years up to a out Non-Tenure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SC | PHYS/NS | Varriano, John A. | PhD | Prof | 2005 | 1993 | 2000 | 19 | 31 | 24 | Yes | | | | |
| BU | MM | Vitali, Bevalee B. | PhD | Prof | 2018 | 2002 | 2009 | 6 | 22 | 15 | Yes | | | | |
| AR | BEH-SCI | Vogl, Rodney J. | PhD | Prof | 2011 | 1999 | 2006 | 13 | 25 | 18 | Yes | | | | |
| AR | REL/PHIL | Wallace, James B. | PhD | Prof | 2019 | 2008 | 2015 | 5 | 16 | 9 | Yes | | | | |
| SC | MATH/CS | Wang, Jing | PhD | AssocP | 2021 | 2015 | 2021 | 3 | 9 | 3 | Yes | | | | |
| EN | ECE | Welch, Eric B. | PhD | Prof | 2009 | 1992 | 1999 | 15 | 32 | 25 | Yes | | | | |
| BU | ACCT | Weske, Jennifer L. | PhD | Prof | 2021 | 2010 | 2017 | 3 | 14 | 7 | Yes | | | | |
| SC | MATH/CS | Yanushka, Arthur A. | PhD | Prof | 1989 | 1977 | 1981 | 35 | 47 | 43 | Yes | | | | |
| SC | CHEM | Young, John K. | PhD | AssocP | 2013 | 2009 | 2014 | 11 | 15 | 10 | Yes | | | | |

| Term and Year | Faculty Member | Department | Discipline | Rank in 2018 | Highest Rank Achieved | Final Tenure Status | credit hours produced | Admin Duties | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Fall 2018 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | Visiting Assistant Professor | Visiting Assistant Professor | Non-Tenure Track | 278 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | Associate Professor | Professor | Tenured | 267 | | Severed during 1st Retrenchment |
| | Scott Geis | Religion and Philosophy | Religious Studies | Professor | Professor | Tenured | 52 | Dean, School of Arts | |
| | Paul Haught | Religion and Philosophy | Philosophy | Associate Professor | Professor | Tenured | 0 | Retained faculty status as VP Academics | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | Associate Professor | Professor | Tenured | 225 | | Spouse of Paul Haught moved to Dayton |
| | Leigh Johnson | Religion and Philosophy | Philosophy | Associate Professor | Associate Professor | Tenured | 321 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | Professor | Professor | Tenured | 294 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | Associate Professor | Professor | Tenured | 162 | Chair, Rel & Phil - chair gets course release time | |
| Sprng 2019 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 288 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 264 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 60 | Dean, School of Arts | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 141 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 369 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 255 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 216 | Chair, Rel & Phil - chair gets course release time | |
| Summer 2019 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 0 | | |
| **teaching is not** | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 0 | | |
| **required in the** | Scott Geis | Religion and Philosophy | Religious Studies | | | | 1 | | |
| **summers and** | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| **pay is extra in** | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 0 | | |
| **summer and if** | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 63 | | |
| **overloads are** | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 0 | | |

| Term and Year | Faculty Member | Department | Discipline | Rank in 2018 | Highest Rank Achieved | Final Tenure Status | credit hours produced | Admin Duties | Notes |
|---|---|---|---|---|---|---|---|---|---|
| **taught FA or SP** | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 39 | | |
| Fall 2019 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 285 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 221 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 33 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 9 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 201 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 294 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 255 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 201 | | |
| Spring 2020 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 240 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 244 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 33 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 75 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 327 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 0 | | on sabbatical |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 207 | | |
| Summer 2020 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 48 | | |

| Term and Year | Faculty Member | Department | Discipline | Rank in 2018 | Highest Rank Achieved | Final Tenure Status | credit hours produced | Admin Duties | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 0 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 63 | | |
| Fall 2020 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 285 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 255 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 33 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 207 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 261 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 216 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 119 | | |
| Spring 2021 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 283 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 222 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 30 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 185 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 321 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 243 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 144 | | |
| Summer 2021 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 3 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 0 | | |

| Term and Year | Faculty Member | Department | Discipline | Rank in 2018 | Highest Rank Achieved | Final Tenure Status | credit hours produced | Admin Duties | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 54 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 6 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 51 | | |
| Fall 2021 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 258 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 240 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 162 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 194 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 273 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 201 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 132 | | |
| Spring 2022 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 237 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 210 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 120 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 99 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 249 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 198 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 109 | | |
| Summer 2022 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |

| Term and Year | Faculty Member | Department | Discipline | Rank in 2018 | Highest Rank Achieved | Final Tenure Status | credit hours produced | Admin Duties | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 102 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 51 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | | | |
| Fall 2022 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 171 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 216 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 180 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 204 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 246 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 182 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 120 | | |
| Spring 2023 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 145 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 174 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 174 | | |
| | Paul Haught | Religion and Philosophy | Philosophy | | | | 0 | | |
| | Emily Holmes | Religion and Philosophy | Religious Studies | | | | 156 | | |
| | Leigh Johnson | Religion and Philosophy | Philosophy | | | | 225 | | |
| | Paul Max Maloney | Religion and Philosophy | Philosophy | | | | 152 | | |
| | James Bru Wallace | Religion and Philosophy | Religious Studies | | | | 93 | | |
| Summer 2023 | Father Bruce Cinquegrani | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Burt Fulmer | Religion and Philosophy | Religious Studies | | | | 0 | | |
| | Scott Geis | Religion and Philosophy | Religious Studies | | | | 0 | | |