UTI01.10003

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

DR. LEIGH M. JOHNSON,

Plaintiff,

vs. Case No.: 2:25-cv-02618-BCL-atc

CHRISTIAN BROTHERS UNIVERSITY,

Defendant.

---

**NOTICE OF SERVICE OF DEFENDANT CHRISTIAN BROTHERS UNIVERSITY'S ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROTATORIES**

---

Defendant, Christian Brothers University, by and through counsel, gives notice that it has served the following on Plaintiff this the 10th day of September, 2026:

1. Defendant Christian Brothers University's Answers to Plaintiff's Second Set of Interrogatories.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

*s/ Stephen W. Vescovo*
STEPHEN W. VESCOVO (#007246)
JAMIE M. GIBBER (#039552)
40 South Main Street, Suite 2900
Memphis, TN 38103-5529
(901) 525-8721
svescovo@lewisthomason.com
jgibber@lewisthomason.com

*Attorneys for Defendant, Christian Brothers University*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2026, a copy of the foregoing pleading has been delivered to Plaintiff via the Court's ECF filing system.

*s/Stephen W. Vescovo*
STEPHEN W. VESCOVO

4927-1303-3935