# EXHIBIT A

## Email from Stephen W. Vescovo to Dr. Leigh M. Johnson

**From:** "Vescovo, Steve W." <SVescovo@lewisthomason.com>

**To:** Leigh Johnson <drleighmjohnson@gmail.com>

**Sent:** September 10, 2026, 10:58 p.m. Eastern (September 11, 02:58:43 UTC)

**Subject:** Re: Johnson v. CBU UTI01.10003 Claim: 10401294 August 27, 2026

**Message-ID:** BL3PR02MB8146C6CCBC28574CCEB2E844DABE2

---

Dr. Johnson, we are supplementing our motion for protective order to add your 3rd request for production of documents. As we had already conferred prior to filing our motion for protective order after you filed your second RFP, we are confident our respective positions on this supplement are the same as before we filed our motion.

Let me know if you have any questions.

Get Outlook for iOS

Earlier quoted correspondence in the email thread omitted from this excerpt.

Source: Gmail message received September 10, 2026; latest message text and headers.