# EXHIBIT B

CBU responses to Plaintiff's First Request for Production No. 13

Page 2: Defendant's responses served April 24, 2026, original PDF page 6.

Page 3: Supplemental responses filed as ECF No. 69-1, PDF page 7.

The reproduced source pages are unaltered. The April response printed beneath Request No. 13 refers to "Request No. 12" in its answer; that wording appears in the original and is preserved here.

**<u>OBJECTION:</u>** **CBU objects to this Request on the grounds that it is overly broad, unduly burdensome, and not proportional to the needs of the case. CBU further objects to this Request to the extent it is based on the unsupported premise that CBU did not comply with its Retrenchment Policy outlined in the Faculty Handbook, which CBU denies. CBU further objects on the grounds that it misstates the facts of the case.**

**<u>RESPONSE:</u>** **Subject to and without waiving said objections, none.**

**<u>REQUEST NO. 12:</u>** Produce all documents concerning the selection of faculty members for termination or retention within the Department of Religion and Philosophy in 2023.

**<u>OBJECTION:</u>** **CBU objects to this Request on the grounds that it is overly broad, unduly burdensome, and disproportionate to the needs of the case, as it seeks "all documents" without reasonable limitation, in violation of Federal Rule of Civil Procedure 26(b)(1). CBU objects to producing any documents related to the selection of faculty members for non-retainment until a protective order is entered in this case.**

**<u>RESPONSE:</u>** **Subject to and without waiving said objections, see CBU-058-083 and CBU-201-205. CBU will supplement its response if additional discoverable documents are located and once a protective order is entered in this case.**

**<u>REQUEST NO. 13:</u>** Produce all ranking sheets, comparison charts, score sheets, matrices, worksheets, notes, draft recommendations, or similar documents used to compare faculty members in the Department of Religion and Philosophy for purposes of retention or termination.

**<u>OBJECTION:</u>** **CBU objects to this Request on the grounds that it is overly broad, unduly burdensome, and disproportionate to the needs of the case, as it seeks "all documents" without reasonable limitation, in violation of Federal Rule of Civil Procedure 26(b)(1). CBU objects to producing any documents related to the selection of faculty members for non-retainment until a protective order is entered in this case.**

**<u>RESPONSE:</u>** **Subject to and without waiving said objections, CBU does not possess any documents responsive to Request No. 12.**

**<u>REQUEST NO. 14:</u>** Produce all documents reflecting the application of the criteria of tenure, Christian Brother status, merit, versatility, seniority, or institutional goals to Plaintiff or to any other faculty member in the Department of Religion and Philosophy.

**<u>RESPONSE:</u> Subject to and without waiving said objections, see CBU-058-083 and CBU-201-205. CBU will supplement its response if additional discoverable documents are located and once a protective order is entered in this case.**

**<u>SUPPLEMENTAL RESPONSE</u>: Subject to and without waiving the foregoing objections, see CBU 398-401, 402-405, 411-981**

**<u>REQUEST NO. 13:</u>** Produce all ranking sheets, comparison charts, score sheets, matrices, worksheets, notes, draft recommendations, or similar documents used to compare faculty members in the Department of Religion and Philosophy for purposes of retention or termination.

**<u>OBJECTION:</u> CBU objects to this Request on the grounds that it is overly broad, unduly burdensome, and disproportionate to the needs of the case, as it seeks "all documents" without reasonable limitation, in violation of Federal Rule of Civil Procedure 26(b)(1). CBU objects to producing any documents related to the selection of faculty members for non-retainment until a protective order is entered in this case.**

**<u>RESPONSE:</u> Subject to and without waiving said objections, CBU does not possess any documents responsive to Request No. 12.**

**<u>SUPPLEMENTAL RESPONSE</u>: Subject to and without waiving the foregoing objections, see CBU 945-981.**

**<u>REQUEST NO. 14:</u>** Produce all documents reflecting the application of the criteria of tenure, Christian Brother status, merit, versatility, seniority, or institutional goals to Plaintiff or to any other faculty member in the Department of Religion and Philosophy.

**<u>OBJECTION:</u> CBU objects to this Request on the grounds that it is overly broad, unduly burdensome, and disproportionate to the needs of the case, as it seeks "all documents" without reasonable limitation, in violation of Federal Rule of Civil Procedure 26(b)(1). CBU objects to producing any documents related to the selection of faculty members for non-retainment until a protective order is entered in this case.**

**<u>RESPONSE:</u> Subject to and without waiving said objections, CBU does not possess any additional documents that would be responsive to Request No. 12.**

**<u>SUPPLEMENTAL RESPONSE</u>: Subject to and without waiving the foregoing objections, see CBU 945-981.**