Exhibit A

Gmail

Leigh Johnson <drleighmjohnson@gmail.com>

# Re: Johnson v. CBU — Request for agreement on expedited rulings and limited discovery extension

1 message

**Leigh Johnson** <drleighmjohnson@gmail.com> Fri, Oct 2, 2026 at 7:32 PM
To: "Vescovo, Steve W." <SVescovo@lewisthomason.com>, "Gibber, Jamie" <jgibber@lewisthomason.com>

Mr. Vescovo and Ms. Gibber,

I have not received a response to my email earlier today requesting CBU's position concerning the limited scheduling relief identified there.

In an effort to comply fully with the Court's oral-conferral requirement at ECF No. 58 before filing any motion, I am available for a brief telephone conference this weekend. I can make myself available during any of the following windows, Eastern time:

- Saturday, October 3, between 11:00 a.m. and 1:00 p.m.;
- Saturday, October 3, between 4:00 p.m. and 6:00 p.m.;
- Sunday, October 4, between 12:00 p.m. and 2:00 p.m.; or
- Sunday, October 4, between 5:00 p.m. and 7:00 p.m.

If another time this weekend is preferable, please propose it, and I will make reasonable efforts to accommodate it.

The conference would be limited to the scheduling issues identified in my earlier email: (1) expedited resolution of the pending discovery matters; (2) a limited modification of the existing discovery deadlines sufficient to implement any ruling by the Court; (3) a schedule for any responses or production ordered by the Court; and (4) a limited opportunity, subject to the Court's approval, to review any ordered production and seek specifically identified follow-up discovery directly necessitated by it.

Please let me know whether CBU is available to confer this weekend and, if so, which time works for counsel.

Regards,
Dr. Leigh M. Johnson

On Fri, Oct 2, 2026 at 11:22 AM Leigh Johnson <drleighmjohnson@gmail.com> wrote:

> Mr. Vescovo and Ms. Gibber:
>
> With the October 9 discovery deadline approaching, I intend to file a motion requesting expedited resolution of Plaintiff's Renewed Motion to Compel (ECF 63) and Defendant's Renewed Motion for Protective Order (ECF 60), including the additional relief sought in ECF 73 and addressed in Plaintiff's Supplemental Response at ECF 78.
>
> ECF 76 extends the deposition deadline to October 10 solely for my deposition. It does not provide additional time to obtain the disputed discovery, review any production ordered, or use that production in other depositions.
>
> I intend to request:
>
> 1. Expedited rulings on the pending discovery matters;
>
> 2. Definite compliance deadlines for any responses or production ordered, preferably before my October 10 deposition; and
>
> 3. A limited modification of the discovery schedule, if necessary, permitting completion of court-ordered production and a reasonable period to review and use it in specifically identified, materially affected depositions.
>
> Please advise whether CBU agrees to these procedural requests, without either party relinquishing its positions on the underlying discovery disputes. If CBU supports only part of the requested relief or proposes an alternative compliance schedule, please identify that position.

Given the approaching deadline and our prior oral conferences concerning the underlying disputes, I also intend to request that the Court waive an additional oral conferral for this limited motion. Please advise whether CBU opposes that waiver. I recognize that waiver requires the Court's approval.

Please respond by **5:00 p.m. Eastern / 4:00 p.m. Central today, October 2, 2026**, so that I can accurately report CBU's position in the filing. If I receive no response, I will report that fact rather than characterize silence as consent.

Respectfully,

Dr. Leigh M. Johnson