**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LEIGH M. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:25-cv-02618-BCL-atc |
| v. | ) | |
| | ) | JURY DEMAND |
| CHRISTIAN BROTHERS UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S NOTICE OF STILL-PENDING DISCOVERY MATTERS

Plaintiff Leigh M. Johnson, pro se, submits this notice to inform the Court of the still-pending discovery matters in advance of the November 10, 2026, dispositive-motion deadline. As of November 6, 2026, the following matters remain pending:

1. Plaintiff's Renewed Motion to Compel concerning her First Set of Requests for Production (ECF No. 63), filed August 21, 2026, to which Defendant responded on September 4, 2026 (ECF No. 69). The matter has been fully briefed for fifty-six days.
2. Defendant's Renewed Motion for Protective Order (ECF No. 60), filed July 16, 2026, concerning Plaintiff's Second Set of Requests for Production. Plaintiff responded in opposition on July 30, 2026 (ECF No. 62). Defendant filed a Supplemental Memorandum in support on September 10, 2026, seeking additional protection concerning Plaintiff's Third Set of Requests for Production (ECF No. 73), and Plaintiff filed a Supplemental Response in opposition on September 25, 2026 (ECF No. 78). The matter has been fully briefed for thirty-five days.

3. Plaintiff filed her Motion for Expedited Resolution of Pending Discovery Matters and Limited Scheduling Relief (ECF No. 79) on October 9, 2026. Defendant did not respond, and the response period under LR 7.2(a)(2) expired October 23, 2026. The matter has been fully briefed for fourteen days.

As of this filing, November 6, 2026, Defendant has served no request-specific written responses to Plaintiff's Second or Third Set discovery Requests for Production. Plaintiff pursued discovery while discovery remained open: she timely served her requests, responded to each of Defendant's requests for protective relief, and moved to compel before the discovery cutoff. Additionally, on October 9, 2026, Plaintiff sought timely rulings and workable compliance schedules. Discovery has now closed with these matters unresolved.

The disputed discovery concerns the reasons for Plaintiff's termination, the application of Defendant's retention criteria, the treatment of comparator faculty, and communications among decision makers. These matters bear directly on Plaintiff's pleaded case as well as any summary-judgment briefing. Until the pending discovery matters are decided, Plaintiff is effectively hamstrung, i.e., unable to review any discovery materials the Court may order or use such materials in response to a dispositive motion.

Because Defendant did not respond to ECF No. 79, Plaintiff respectfully requests that the Court grant that motion. (See LR 7.2(a)(2): "Failure to respond timely to any motion . . . may be deemed good grounds for granting the motion."). Additionally, Plaintiff requests that the Court set the status conference requested in ECF No. 79, PageID 1117–18, and resolve the pending matters identified above promptly.

Plaintiff remains available for a conference at the Court's convenience.

Respectfully submitted,

/s/ Dr. Leigh M. Johnson
Dr. Leigh M. Johnson, Plaintiff pro se
1492 Newton Street NW, Apt. A
Washington, DC 20010
901-679-5937
drleighmjohnson@gmail.com

Dated: November 6, 2026

**CERTIFICATE OF SERVICE**

I certify that on November 6, 2026, I served a true and correct copy of the foregoing notice by email on Stephen W. Vescovo (svescovo@lewisthomason.com) and Jamie M. Gibber (jgibber@lewisthomason.com), counsel for Defendant.

/s/ Dr. Leigh M. Johnson
Dr. Leigh M. Johnson, Plaintiff pro se